# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
|  | ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) |  |
|  | ) | (Joint Administration Requested) |
| Debtors.[1] | ) |  |
|  | ) | Hearing Date:  February 19, 2019 |
|  | ) | Hearing Time: 1:30 p.m. (Central Time) |
|  | ) | Hearing Location: Courtroom 7 North |

## DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS HAUER & FELD LLP AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), file

this application (the "Application") for the entry of an order (the "Proposed Order")[2] authorizing

the employment and retention of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") to serve

as counsel to the Debtors effective *nunc pro tunc* to the Petition Date (as defined below).  In

support of this Application, the Debtors submit the Declaration of Meredith A. Lahaie, a partner

at Akin Gump (the "Lahaie Declaration"), attached hereto as **Exhibit A**, and the Declaration of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Payless Holdings LLC [5704]; Payless Intermediate Holdings LLC [5190]; WBG-PSS Holdings LLC [0673]; Payless Inc. [3160]; Payless Finance, Inc. [2101]; Collective Brands Services, Inc. [7266]; PSS Delaware Company 4, Inc. [1466]; Shoe Sourcing, Inc. [4075]; Payless ShoeSource, Inc. [4097]; Eastborough, Inc. [2803]; Payless Purchasing Services, Inc. [3043]; Payless ShoeSource Merchandising, Inc. [0946]; Payless Gold Value CO, Inc. [3581]; Payless ShoeSource Distribution, Inc. [0944]; Payless ShoeSource Worldwide, Inc. [6884]; Payless NYC, Inc. [4126]; Payless ShoeSource of Puerto Rico, Inc. [9017]; Payless Collective GP, LLC [2940]; Collective Licensing, LP [1256]; Collective Licensing International LLC [5451]; Clinch, LLC [9836]; Collective Brands Franchising Services, LLC [3636]; Payless International Franchising, LLC [6448]; PSS Canada, Inc. [4969]; Payless ShoeSource Canada Inc. [4180]; Payless ShoeSource Canada GP Inc. [4182]; and Payless ShoeSource Canada LP [4179].  With respect to taxing authorities, the Debtors' address is 2001 Bryan Street, Suite 800, Dallas, Texas 75201.  However, the location of Debtor Payless Holdings LLC's corporate headquarters and the Debtors' service address is: c/o Payless ShoeSource Inc., 3231 S.E. 6th Avenue, Topeka, Kansas 66607.

[2] A copy of the Proposed Order will be provided to the Notice Parties (as defined below) and made available on the Debtors' case information website at https://cases.primeclerk.com/pss.

Stephen Marotta, the Chief Restructuring Officer of the Debtors, attached hereto as **Exhibit B** (the "Marotta Declaration"), and respectfully state as follows.

## JURISDICTION AND VENUE

1.    The United States Bankruptcy Court for the Eastern District of Missouri (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The statutory and procedural bases for the relief requested herein are sections 327(a) and 330 of title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014A and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Missouri (the "Local Bankruptcy Rules").

## BACKGROUND

4.    The Debtors and their non-debtor affiliates (together, the "Company") are the largest specialty family footwear retailer in the Western Hemisphere, offering a wide range of shoes and accessory items at affordable prices.  The Company operates approximately 3,400 stores in more than 40 countries.  The Debtors are headquartered in Topeka, Kansas, with extensive operations that span across the United States, Canada, Latin America, Asia, the Middle East, and Europe.

5.    On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to Bankruptcy Code

sections 1107(a) and 1108.  The Debtors have requested that their cases be consolidated for procedural purposes and administered jointly.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases, and no committees have been appointed or designated.

6.     The Debtors commenced these chapter 11 cases approximately 18 months after completing a restructuring and emerging from chapter 11 protection with a reduced debt burden.[3] The Debtors, however, have been unable to sustain profitable operations in the current retail environment as a result of various factors more fully described in the *Declaration of Stephen Marotta, Chief Restructuring Officer of Payless Holdings LLC, in Support of Debtors' Chapter 11 Proceedings and First Day Pleadings* (the "First Day Declaration").[4]  Accordingly, the Debtors have determined that the best way to maximize value for all of their stakeholders is to liquidate all North America brick and mortar locations through the immediate commencement of going out of business sales.  The Debtors believe, in the exercise of their business judgment, that such measures are in the best interests of the Debtors' estates.

7.     A comprehensive description of the Debtors' businesses and operations, capital structure and events leading to the commencement of these chapter 11 cases is set forth in the First Day Declaration, filed contemporaneously herewith and incorporated herein by reference

### AKIN GUMP'S QUALIFICATIONS

8.     The Debtors have determined that it is necessary to engage attorneys with knowledge and experience in, among other areas, bankruptcy reorganization, finance, tax and corporate governance.  Such legal counsel will enable the Debtors to carry out their duties in the

---

[3] On April 4, 2017, the Debtors' predecessors-in-interest commenced chapter 11 cases (the "Prior Cases") before the United States Bankruptcy Court for the Eastern District of Missouri, which were jointly administered under the caption *In re Payless Holdings LLC*, No. 17-42267.  A plan of reorganization was confirmed in the Prior Cases on July 26, 2017, and such plan went effective on August 10, 2017.

[4] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

chapter 11 cases and will assist the Debtors in the administration of the chapter 11 cases.  The Debtors, therefore, propose to retain the law firm of Akin Gump as their lead bankruptcy counsel in the chapter 11 cases.

9.    Akin Gump has recognized expertise with business reorganizations under chapter 11 of the Bankruptcy Code and has been actively involved in many of the largest chapter 11 cases filed in the last 10 years.  Akin Gump represents or has represented debtors and debtors in possession and other parties in interest in recent cases, including debtors in the following cases: *In re FirstEnergy Solutions Corp.*, No. 18-50747 (AMK) (Bankr. N.D. Ohio April 26, 2018) [Docket No. 432]; *In re Rand Logistics, Inc.*, No. 18-10175 (BLS) (Bankr. D. Del. Feb. 21, 2018) [Docket No. 103]; *In re Hercules OffShore, Inc.*, No. 16-11385 (KJC) (Bankr. D. Del. July 12, 2016) [Docket No. 117]; *In re Allied Nevada Gold Corp.*, No. 15-10503 (MFW) (Bankr. D. Del. Apr. 15, 2015) [Docket No. 195]; *In re Quicksilver Resources Inc.*, No. 15-10585 (LSS) (Bankr. D. Del. Apr. 14, 2015) [Docket No. 196]; *In re QCE Finance LLC*, No. 14-10543 (PJW) (Bankr. D. Del. Apr. 9, 2014) [Docket No. 186]; *In re Metro Affiliates, Inc.,* No. 13-13591 (SHL) (Bankr. S.D.N.Y. Dec. 3, 2013) [Docket No. 181]; *In re Atari, Inc.,* No. 13-10176 (REG) (Bankr. S.D.N.Y. Mar. 6, 2013) [Docket No. 115]; *In re Inner City Media Corp.,* No. 11-13967 (SCC) (Bankr. S.D.N.Y. Oct. 5, 2011) [Docket No. 105]; *In re Archbrook Laguna Holdings LLC*, No. 11-13292 (SCC) (Bankr. S.D.N.Y. Aug. 3, 2011) [Docket No. 144]; *In re TerreStar Corp.,* No. 11-10612 (SHL) (Bankr. S.D.N.Y. Feb. 23, 2011) [Docket No. 13]; *In re TerreStar Networks Inc.,* No. 10-15446 (SHL) (Bankr. S.D.N.Y. Nov. 17, 2010) [Docket No. 179]; *In re Trident Res. Corp.,* No. 09-13150 (MFW) (Bankr. D. Del. Oct. 5, 2009) [Docket No. 73]; and *In re Granite Broad. Corp.,* No. 06-12984 (ALG) (Bankr. S.D.N.Y. Dec. 14, 2006) [Docket No. 37].

10.     In addition to its recognized expertise in complex chapter 11 cases, Akin Gump is familiar with the Debtors' business and financial affairs and has served as general corporate counsel to the Debtors since August 2017.  Specifically, Akin Gump's representation of the Debtors has included corporate, finance, securities, labor and litigation work.  Akin Gump was retained on August 15, 2017, and continues to provide the Debtors services under the terms of the agreement executed on that date (the "Engagement Letter") attached hereto as **Exhibit C**. During the period before the Petition Date (the "Pre-Petition Period"), Akin Gump billed the Debtors using its standard hourly rates in effect at that time.

11.     As a result of its past and current representations described herein, Akin Gump is intimately familiar with the Debtors' business, financial affairs, indebtedness, third party obligations, and capital structure and has the necessary background to address effectively and efficiently the various legal issues that may arise in the context of the chapter 11 cases.  For these reasons, Akin Gump is both well qualified and uniquely situated to represent the Debtors in the chapter 11 cases.

## SCOPE OF SERVICES

12.     Subject to further order of the Court, the Debtors request the retention and employment of Akin Gump to render the following legal services:

(a)     advise the Debtors with respect to their rights, powers and duties as debtors in possession;

(b)     advise the Debtors with respect to the conduct of the chapter 11 cases, including all of the legal and administrative requirements in chapter 11;

(c)     advise the Debtors and take all necessary or appropriate actions at the Debtors' direction with respect to protecting and preserving the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

5

(d)     prepare pleadings in connection with the chapter 11 cases, including motions, applications, answers, orders, reports and other papers necessary or otherwise beneficial to the administration of the Debtors' estates;

(e)     advise the Debtors in connection with going-out-of-business sales or any potential sale of assets;

(f)     appear before the Court and any other courts to represent the interests of the Debtors' estates before such courts;

(g)     attend meetings and represent the Debtors in negotiations with representatives of creditors and other parties in interest; and

(h)     advise on issues including (i) analyzing the Debtors' leases and contracts and assumptions and assignments or rejections thereof, (ii) analyzing the validity of liens against the Debtors and (iii) advising the Debtors on corporate and litigation matters.

13.     In addition, by separate applications filed contemporaneously herewith or expected to be filed shortly hereafter, the Debtors are also seeking to employ:  (a) Armstrong Teasdale LLP, as co-counsel; (b) Ankura Consulting Group LLC, as  financial advisor and Stephen Marotta, as chief restructuring officer; (c) PJ Solomon, L.P., as  investment banker; (d) Seward & Kissel LLP as counsel to the independent managers and conflicts counsel; (e) Malfitano Advisors, LLC as asset disposition advisor and consultant; (f) Reevemark, LLC as corporate communications consultants; (g) Prime Clerk LLC, as claims and noticing agent; and (h) and A&G Realty as real estate advisor.  The Debtors may also file motions or applications to employ additional professionals.  Akin Gump will work closely with each of these professionals to prevent unnecessary or inefficient duplication of services, and will take whatever steps are necessary and appropriate to avoid any such duplication.

### PROFESSIONAL COMPENSATION

14.     Akin Gump intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases, subject to the Court's approval and in compliance with the applicable

6

provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable procedures and orders of this Court.

15.     Subject to the approval of this Court, Akin Gump will bill at its standard hourly rates in effect when services are rendered.  Akin Gump's current hourly rates range as follows:

(a)     Partners:  $925-$1,755

(b)     Counsel:  $610-$1,420

(c)     Associates:  $510-$975

(d)     Paraprofessionals:  $205-$415

16.     The names, positions and current hourly rates of the Akin Gump attorneys currently expected to have primary responsibility for providing services to the Debtors are as follows:

| Attorney | Position / Department | Hourly Rate |
|---|---|---|
| Ira Dizengoff | Partner / Financial Restructuring | $1,550 |
| Meredith Lahaie | Partner / Financial Restructuring | $1,180 |
| Abid Qureshi | Partner / Financial Restructuring | $1,475 |
| David D'Urso | Partner / Corporate | $1,120 |
| Scott Welkis | Partner/Corporate | $1,210 |
| Steve Baldini | Partner/Litigation | $1,305 |
| Kevin Zuzolo | Counsel / Financial Restructuring | $1,035 |
| Julie Thompson | Associate / Financial Restructuring | $760 |
| Caitlin Griffin | Associate / Financial Restructuring | $660 |
| Patrick Chen | Associate / Financial Restructuring | $660 |
| Matthew Rosen | Associate / Financial Restructuring | $560 |

17.     The Debtors believe that these rates are consistent with market rates for comparable services, and are informed that Akin Gump sets its hourly rates on an annual basis after consulting with various independent market sources.

7

18.     The foregoing hourly rates were effective as of January 1, 2019.  Akin Gump's billing rates are subject to periodic adjustments (typically in January of each year) to reflect economic and other conditions.  As discussed herein, during the Pre-Petition Period, Akin Gump billed the Debtors using its hourly rates at that time.  Additionally, the hourly rates set forth above are Akin Gump's standard hourly rates for work of this nature.[5]  These rates are set at a level designed to compensate Akin Gump fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Akin Gump operates in a complicated, national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance and reputation, the nature of the work involved, and other factors.  Akin Gump's hourly rates vary with the experience and seniority of the individuals assigned.  However, Akin Gump's hourly rates are consistent with the rates that Akin Gump charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.  Akin Gump did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

19.     Subject to this Court's approval, Akin Gump will also bill for, and maintain detailed records of, actual and necessary costs and expenses incurred in connection with the legal services described above.  The Debtors understand that Akin Gump is customarily reimbursed for all expenses incurred in connection with the representation of a client in a given matter, including, but not limited to, photocopying services, printing, delivery charges, filing fees,

---

[5] Akin Gump has included in the Lahaie Declaration its responses to the questions posed by section D(1) of the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "Revised UST Guidelines").

postage and computer research time.  Akin Gump currently charges $0.20 per page for standard duplication in its offices.

**COMPENSATION RECEIVED BY AKIN GUMP FROM THE DEBTORS**

20.      Akin Gump co-represented an ad hoc group of first lien term loan lenders of the Debtors (the "Ad Hoc Group") in connection with the Prior Cases.  Akin Gump's representation began partway through the Prior Cases on June 26, 2017.  Under the chapter 11 plan (the "2017 Plan") that was confirmed and went effective in the Prior Cases, the first lien term lenders received a pro rata share of (i) the tranche A-2 term loan and (ii) 91% of the new equity in the reorganized Debtors (subject to dilution).  Under the 2017 Plan, the first lien term lenders also agreed that their deficiency claims would not be entitled to share in any distributions from the other general unsecured claims recovery pool or the worldwide general unsecured claims recovery pool.  In connection with its representation of the Ad Hoc Group in the Prior Cases, Akin Gump's fees and expenses were paid by the Debtors.

21.      On August 10, 2017 (the "Plan Effective Date"), Akin Gump's representation of the Ad Hoc Group terminated.  As described above, Akin Gump entered into the Engagement Letter with the Debtors after the Plan Effective Date, on August 15, 2017.  The Ad Hoc Group was aware that Akin Gump intended to represent the Debtors following the termination of its representation of the Ad Hoc Group in connection with the Prior Cases.  In addition, in connection with the Debtors' engagement of Akin Gump, the Debtors were aware of and consented to Akin Gump's prior representation of the Ad Hoc Group.  Through its engagement with the Ad Hoc Group, Akin Gump received payment of approximately $1,713,943.00.  Since entry into the Engagement Letter, the Debtors have paid Akin Gump approximately $5,053,000.[6]

---

[6] This estimate is as of February 15, 2019.

22.     As of the Petition Date, the Debtors did not owe Akin Gump any amounts for legal services rendered before the Petition Date.  Certain prepetition fees and expenses may have been incurred, but not yet applied to Akin Gump's advance payments.  If any advance amounts remain after application of the advance amount against additional accrued and unpaid prepetition fees and expenses, such amount (if any) will be applied to Akin Gump's approved fees and expenses in the chapter 11 cases in connection with its final fee application.

23.     Pursuant to Bankruptcy Code section 504 and Bankruptcy Rule 2016(b), Akin Gump has not shared or agreed to share (a) any of its compensation from the Debtors with any other persons, other than employees and partners of Akin Gump, or (b) any compensation any other persons have received or may receive from the Debtors.

### AKIN GUMP'S DISINTERESTEDNESS

24.     To the best of the Debtors' knowledge, information and belief, neither Akin Gump, nor any Akin Gump professional working on or connected to Akin Gump's engagement on the Debtors' behalf, has any connection with the Debtors, their creditors or any other party in interest in the Debtors' chapter 11 cases, or their respective attorneys or accountants, except as set forth in the Lahaie Declaration.

25.     To the best of the Debtors' knowledge, information and belief, Akin Gump does not hold or represent any interest adverse to the Debtors or their estates, except as set forth in the Lahaie Declaration.

26.     Based upon the Lahaie Declaration, the Debtors submit that Akin Gump is a "disinterested person," as such term is defined in Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b), as required by Bankruptcy Code section 327(a).

27.     Akin Gump will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  Pursuant to Bankruptcy Rule 2014, to the

extent that Akin Gump learns of any additional material information relating to its employment (such as potential or actual conflicts of interest), Akin Gump will file and serve a supplemental declaration with the Court setting forth such additional information.

## RELIEF REQUESTED

28.     By this Application, and pursuant to Bankruptcy Code sections 327(a), 328(a) and 330, Bankruptcy Rules 2014(a) and 2016 and Local Rules 2014A and 2016-1, the Debtors seek the entry of the Order authorizing the retention and employment of Akin Gump as their bankruptcy counsel *nunc pro tunc* to the Petition Date.

## SUPPORTING AUTHORITY

29.     Bankruptcy Code section 327(a) provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

30.     Additionally, pursuant to Bankruptcy Code section 328(a), the Debtors "with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis."   11 U.S.C. § 328(a).   Bankruptcy Code section 328(a) permits compensation of professionals on flexible terms that reflect the nature, extent, and value of their services and market conditions. *See In re Vertis Holdings, Inc.*, No. 12-12821 (CSS) (Bankr. D. Del. Nov. 20, 2012) [Docket No. 294] (authorizing the retention and employment of lead counsel to the debtors under Bankruptcy Code sections 327(a) and 328(a)).

31.     Further, Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

32.     The Debtors submit that for all the reasons stated above and in the Lahaie Declaration, the retention and employment of Akin Gump as lead counsel to the Debtors is warranted. Further, as stated in the Lahaie Declaration, Akin Gump is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b), as required by Bankruptcy Code section 327(a), and does not hold or represent an interest adverse to the Debtors' estates and has no connection to the Debtors, their creditors, or other parties in interest, except as disclosed in the Lahaie Declaration.

## NOTICE

33.     No trustee, examiner or official committee has been appointed in the Debtors' chapter 11 cases. Notice of this Motion has been served on the following parties and/or their counsel, if known, via facsimile, overnight delivery, e-mail, and/or hand delivery: (a) the Office of the United States Trustee for the Eastern District of Missouri; (b) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel to the Prepetition ABL Administrative Agent, (i) Choate Hall & Stewart LLP (Attn: Kevin Simard, Douglas Gooding and Jonathan Marshall) and (ii) Thompson Coburn LLP (Attn: Mark Bossi); (d) counsel to the FILO Agent, Greenberg Traurig, LLP (Attn: Jeffrey M. Wolf); (e) counsel to certain Prepetition Term Loan Lenders (i) Kramer Levin Naftalis & Frankel LLP (Attn: Stephen D.

Zide), (ii) Doster, Ullom & Boyle, LLC (Attn: Gregory D. Willard), (iii) Stroock & Stroock & Lavan LLP (Attn: Kristopher M. Hansen and Daniel A. Fliman) and (iv) Lewis Rice LLC (Attn: Sonette T. Magnus); (f) the proposed Monitor, FTI Consulting Canada, Inc. (Attn: Paul Bishop, Greg Watson and Jim Robinson); (g) counsel to the proposed Monitor, Bennett Jones LLP (Attn: Sean Zweig, Kevin Zych and Aiden Nelms); (h) counsel to any statutory committee appointed in the chapter 11 cases; (i) the United States Attorney's Office for the Eastern District of Missouri; (j) the Internal Revenue Service; (k) the United States Securities and Exchange Commission; (l) the state attorneys general for all states in which the Debtors conduct business; and (m) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties"). The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

*[Remainder of page intentionally left blank.]*

WHEREFORE, for the reasons set forth herein, the Debtors respectfully request entry of the Proposed Order, granting the relief requested in the Application and such other and further relief as may be just and proper.

Dated: February 19, 2019

/s/ Stephen Marotta
_____
Stephen Marotta
Chief Restructuring Officer, Payless Holdings LLC

## Exhibit A

**Lahaie Declaration**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) | |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | |

**DECLARATION OF MEREDITH A. LAHAIE IN SUPPORT OF THE
DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS
HAUER & FELD LLP AS COUNSEL TO THE DEBTORS AND DEBTORS
IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, MEREDITH A. LAHAIE, being duly sworn, state the following under penalty of perjury:

1.      I am an attorney admitted to practice in the State of New York, and I am a partner of the firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"). Akin Gump maintains an office at, among other places, One Bryant Park, New York, New York, 10036. There are no disciplinary proceedings pending against me.

2.      I am duly authorized to make this declaration (the "Declaration") on behalf of Akin Gump in support of the application (the "Application") of the Debtors[1] for authority to employ and retain Akin Gump as counsel to the Debtors, effective *nunc pro tunc* to the Petition Date, under the terms and conditions set forth in the Application. I submit this Declaration in accordance with Bankruptcy Code sections 327(a), 328(a) and 330, Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014A and 2016-1. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application.

## AKIN GUMP'S QUALIFICATIONS

3.      The Debtors seek to retain Akin Gump because of its recognized expertise with business reorganizations under chapter 11 of the Bankruptcy Code and its knowledge of the Debtors' business and financial affairs.

4.      Akin Gump has recognized expertise with business reorganizations under chapter 11 of the Bankruptcy Code and has been actively involved in many of the largest chapter 11 cases filed in the last 10 years.  Akin Gump represents or has represented debtors and debtors in possession and other parties in interest in recent cases, including debtors in the following cases:  *In re FirstEnergy Solutions Corp.*, No. 18-50747 (AMK) (Bankr. N.D. Ohio April 26, 2018) [Docket No. 432]; *In re Rand Logistics, Inc.*, No. 18-10175 (BLS) (Bankr. D. Del. Feb. 21, 2018) [Docket No. 103]; *In re Hercules OffShore, Inc.*, No. 16-11385 (KJC) (Bankr. D. Del. July 12, 2016) [Docket No. 117]; *In re Allied Nevada Gold Corp.*, No. 15-10503 (MFW) (Bankr. D. Del. Apr. 15, 2015) [Docket No. 195]; *In re Quicksilver Resources Inc.*, No. 15-10585 (LSS) (Bankr. D. Del. Apr. 14, 2015) [Docket No. 196]; *In re QCE Finance LLC*, No. 14-10543 (PJW) (Bankr. D. Del. Apr. 9, 2014) [Docket No. 186]; *In re Metro Affiliates, Inc.*, No. 13-13591 (SHL) (Bankr. S.D.N.Y. Dec. 3, 2013) [Docket No. 181]; *In re Atari, Inc.*, No. 13-10176 (REG) (Bankr. S.D.N.Y. Mar. 6, 2013) [Docket No. 115]; *In re Inner City Media Corp.*, No. 11-13967 (SCC) (Bankr. S.D.N.Y. Oct. 5, 2011) [Docket No. 105]; *In re Archbrook Laguna Holdings LLC*, No. 11-13292 (SCC) (Bankr. S.D.N.Y. Aug. 3, 2011) [Docket No. 144]; *In re TerreStar Corp.*, No. 11-10612 (SHL) (Bankr. S.D.N.Y. Feb. 23, 2011) [Docket No. 13]; *In re TerreStar Networks Inc.*, No. 10-15446 (SHL) (Bankr. S.D.N.Y. Nov. 17, 2010) [Docket No. 179]; *In re Trident Res. Corp.*, No. 09-13150 (MFW) (Bankr. D. Del. Oct. 5, 2009) [Docket No. 73]; and *In re Granite Broad. Corp.*, No. 06-12984 (ALG) (Bankr. S.D.N.Y. Dec. 14, 2006) [Docket No. 37].

5.     In addition to its recognized expertise in complex chapter 11 cases, Akin Gump is familiar with the Debtors' business and financial affairs and has served as general corporate counsel to the Debtors since August 2017.  Specifically, Akin Gump's representation of the Debtors has included corporate, finance, securities, labor and litigation work.  Akin Gump was retained on August 15, 2017, and continues to provide the Debtors services under the terms of the agreement executed on that date (the "Engagement Letter") attached hereto as **Exhibit C**. During the period before the Petition Date (the "Pre-Petition Period"), Akin Gump billed the Debtors using its standard hourly rates in effect at that time.

6.     As a result of its past and current representations described herein, Akin Gump is intimately familiar with the Debtors' businesses, financial affairs, indebtedness, third party obligations, regulatory status, and capital structure and has the necessary background to address effectively and efficiently the various legal issues that may arise in the context of the chapter 11 cases.  For these reasons, I believe that Akin Gump is both well qualified and uniquely situated to represent the Debtors in the chapter 11 cases.

### SERVICES TO BE PROVIDED

7.     Subject to further order of the Court, the Debtors request the retention and employment of Akin Gump to render the following legal services:

(a)     advise the Debtors with respect to their rights, powers and duties as debtors in possession;

(b)     advise the Debtors with respect to the conduct of the chapter 11 cases, including all of the legal and administrative requirements in chapter 11;

(c)     advise the Debtors and take all necessary or appropriate actions at the Debtors' direction with respect to protecting and preserving the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

3

(d)     prepare pleadings in connection with the chapter 11 cases, including motions, applications, answers, orders, reports and other papers necessary or otherwise beneficial to the administration of the Debtors' estates;

(e)     advise the Debtors in connection with any potential sale of assets;

(f)     appear before the Court and any other courts to represent the interests of the Debtors' estates before such courts;

(g)     advise the Debtors regarding tax matters;

(h)     attend meetings and represent the Debtors in negotiations with representatives of creditors and other parties in interest;

(i)     advise on issues including (i) analyzing the Debtors' leases and contracts and assumptions and assignments or rejections thereof, (ii) analyzing the validity of liens against the Debtors and (iii) advising the Debtors on corporate and litigation matters.

8.     In addition, by separate applications filed contemporaneously herewith or expected to be filed shortly hereafter, the Debtors are also seeking to employ:  (a) Armstrong Teasdale LLP, as co-counsel; (b) Ankura Consulting Group LLC, as  financial advisor and Stephen Marotta, as chief restructuring officer; (c) PJ Solomon, L.P., as  investment banker; (d) Seward & Kissel LLP as counsel to the independent managers and conflicts counsel; (e) Malfitano Advisors, LLC as asset disposition advisor and consultant; (f) Reevemark, LLC as corporate communications consultants; (g) Prime Clerk LLC, as claims and noticing agent and (h) A&G Realty as real estate advisor.  The Debtors may also file motions or applications to employ additional professionals.  Akin Gump will work closely with each of these professionals to prevent unnecessary or inefficient duplication of services, and will take whatever steps are necessary and appropriate to avoid any such duplication.

## PROFESSIONAL COMPENSATION

9.     Akin Gump intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with the Debtors'

4

chapter 11 cases, subject to the Court's approval and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable procedures and orders of this Court.

10.     Subject to the approval of this Court, Akin Gump will bill at its standard hourly rates in effect when services are rendered.  Akin Gump's current hourly rates for matters related to the chapter 11 cases range as follows:

        (a)     Partners:  $925-$1,755

        (b)     Counsel:  $610-$1,420

        (c)     Associates:  $510-$975

        (d)     Paraprofessionals:  $205-$415

11.     The names, positions and current hourly rates of the Akin Gump attorneys currently expected to have primary responsibility for providing services to the Debtors are as follows:

| Attorney | Position / Department | Hourly Rate |
|---|---|---|
| Ira Dizengoff | Partner / Financial Restructuring | $1,550 |
| Meredith Lahaie | Partner / Financial Restructuring | $1,180 |
| Abid Qureshi | Partner / Financial Restructuring | $1,475 |
| David D'Urso | Partner / Corporate | $1,120 |
| Scott Welkis | Partner/Corporate | $1,210 |
| Steve Baldini | Partner/Litigation | $1,305 |
| Kevin Zuzolo | Counsel / Financial Restructuring | $1,035 |
| Julie Thompson | Associate / Financial Restructuring | $760 |
| Caitlin Griffin | Associate / Financial Restructuring | $660 |
| Patrick Chen | Associate / Financial Restructuring | $660 |
| Matthew Rosen | Associate / Financial Restructuring | $560 |

12.     During the Pre-Petition Period, Akin Gump billed the Debtors using its hourly rates in effect.  Additionally, the hourly rates set forth above are Akin Gump's standard hourly

5

rates for work of this nature.  These rates are set at a level designed to compensate Akin Gump

fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.

Akin Gump operates in a complicated, national marketplace for legal services in which rates

are driven by multiple factors relating to the individual lawyer, his or her area of specialization,

the firm's expertise, performance and reputation, the nature of the work involved, and other

factors.  Akin Gump's hourly rates vary with the experience and seniority of the individuals

assigned.  However, Akin Gump's hourly rates are consistent with the rates that Akin Gump

charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

Akin Gump did not agree to any variations from, or alternatives to, its standard or customary

billing arrangements for this engagement.

13.    Subject to this Court's approval, Akin Gump will also bill for, and maintain

detailed records of, actual and necessary costs and expenses incurred in connection with the legal

services described above.  The Debtors have been advised that Akin Gump is customarily

reimbursed for all expenses incurred in connection with the representation of a client in a given

matter, including, but not limited to, photocopying services, printing, delivery charges, filing

fees, postage and computer research time.

### Compensation Received by Akin Gump from the Debtors

14.    Akin Gump co-represented an ad hoc group of first lien term loan lenders of the

Debtors (the "Ad Hoc Group") in connection with the Prior Cases.  Akin Gump's representation

began partway through the Prior Cases on June 26, 2017.  Under the chapter 11 plan (the "2017

Plan") that was confirmed and went effective in the Prior Cases, the first lien term lenders

received a pro rata share of (i) the tranche A-2 term loan and (ii) 91% of the new equity in the

reorganized Debtors (subject to dilution).  Under the 2017 Plan, the first lien term lenders also

agreed that their deficiency claims would not be entitled to share in any distributions from the

6

other general unsecured claims recovery pool or the worldwide general unsecured claims recovery pool. In connection with its representation of the Ad Hoc Group in the Prior Cases, Akin Gump's fees and expenses were paid by the Debtors.

15.    On August 10, 2017 (the "Plan Effective Date"), Akin Gump's representation of the Ad Hoc Group terminated. As described above, Akin Gump entered into the Engagement Letter with the Debtors after the Plan Effective Date, on August 15, 2017. The Ad Hoc Group was aware that Akin Gump intended to represent the Debtors following the termination of its representation of the Ad Hoc Group in connection with the Prior Cases. In addition, in connection with the Debtors' engagement of Akin Gump, the Debtors were aware of and consented to Akin Gump's prior representation of the Ad Hoc Group. Through its engagement with the Ad Hoc Group, Akin Gump received payment of approximately $1,713,943.00. Since entry into the Engagement Letter, the Debtors have paid Akin Gump approximately $5,053,000.[2]

16.    As of the Petition Date, the Debtors did not owe Akin Gump any amounts for legal services rendered before the Petition Date. Certain prepetition fees and expenses may have been incurred, but not yet applied to Akin Gump's advance payments. If any advance amounts remain after application of the advance amount against additional accrued and unpaid prepetition fees and expenses, such amount (if any) will be applied to Akin Gump's approved fees and expenses in the chapter 11 cases in connection with its final fee application.

17.    Pursuant to Bankruptcy Code section 504 and Bankruptcy Rule 2016(b), Akin Gump has not shared or agreed to share (a) any of its compensation from the Debtors with any other persons, other than employees and partners of Akin Gump, or (b) any compensation any other persons have received or may receive from the Debtors.

---

[2] This estimate is as of February 15, 2019.

<u>STATEMENT REGARDING U.S. TRUSTEE GUIDELINES</u>

18.     The following information is provided in response to the request for additional

information set forth in section D(1) of the Revised UST Guidelines:

**Question**:    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:    No.  The hourly rates set forth in the Application are consistent with the rates that Akin Gump charges other comparable chapter 11 clients, and the rate structure provided by Akin Gump is appropriate and is not significantly different from (a) the rates that Akin Gump charges in other non-bankruptcy representations or (b) the rates of other comparably skilled professionals for similar engagements.

**Question**:    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:    No.

**Question**:    If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference.

Response:    As described above, Akin Gump represented the Debtors in the 12 months prior to the Petition Date.  Akin Gump's hourly rates for services rendered on behalf of the Debtors from January 1, 2018 through December 31, 2018 ranged as follows:

| | |
|---|---|
| Partners: | $840-$1,695 |
| Counsel: | $590-$1,325 |
| Associates: | $250-$915 |
| Paraprofessionals: | $160-$430 |

As a result of standard periodic rate increases, Akin Gump's hourly rates for services rendered on behalf of the Debtors from January 1, 2019 through the Petition Date ranged as follows:

| | |
|---|---|
| Partners: | $925-$1,755 |
| Counsel: | $610-$1,420 |
| Associates: | $510-$975 |
| Paraprofessionals: | $205-$415 |

8

**Question**: Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

Response: A budget and staffing plan has been discussed and approved among counsel and the client.

### AKIN GUMP'S DISINTERESTEDNESS

19.     In connection with its proposed retention by the Debtors in the chapter 11 cases, Akin Gump undertook a thorough review of its computerized database (the "Conflicts Database") to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors.  The Conflicts Database is designed to include every matter on which Akin Gump is now and has been engaged, by which entity Akin Gump is now or has been engaged, and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.  It is the policy of Akin Gump that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the Conflicts Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and the related and adverse parties.  Accordingly, Akin Gump maintains and systematically updates this system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.

20.     In connection with the preparation of this Declaration, through my colleagues, I submitted to the Conflicts Database the names of the individuals and entities that may be parties in interest in the chapter 11 cases, including, without limitation: In connection with the preparation of this Declaration, through my colleagues, I submitted to the Conflicts Database the names of the individuals and entities that may be parties in interest in the chapter 11 cases, including, without limitation: (a) the Debtors and Debtors' affiliates; (b) the Debtors' directors and officers; (c) banks; (d) equity holders; (e) lenders; (f) holders of letters of credit; (g)

9

lienholders; (h) surety bonds; (i) insurance carriers; (j) 50 largest unsecured creditors; (k) significant creditors; (l) accounts receivable; (m) bankruptcy professionals; (n) the U.S. Trustee and key court personnel for the Eastern District of Missouri; and (o) utilities.  A complete list of all searched parties is annexed hereto as Schedule 1 (collectively, the "Searched Parties"). Where an entity has a name similar to a party on Schedule 1 or is possibly related to such party in matters wholly unrelated to the Debtors' chapter 11 cases, those parties have also been searched in the Conflicts Database.  The information listed on Schedule 1 may have changed without Akin Gump's knowledge and may change during the pendency of the chapter 11 cases. Akin Gump will update this Declaration as necessary and when Akin Gump becomes aware of additional material information.

21.    Set forth on Schedule 2, annexed hereto, is a list of those Searched Parties that Akin Gump either (a) currently represents (or represents a related party thereto) (the "Current Clients") in matters wholly unrelated to the chapter 11 cases, and/or (b) has in the past represented (or represented a related party thereto) in matters wholly unrelated to the chapter 11 cases.  In connection with the services to be rendered to the Debtors, Akin Gump will not commence a cause of action in the chapter 11 cases against the parties listed on Schedule 2 that are current or ongoing clients of Akin Gump (including parties listed below under the "Specific Disclosures" section of this Declaration) unless Akin Gump has an applicable waiver or first receives a waiver from such party allowing Akin Gump to commence such an action.  To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Debtors to commence an action against that client, the Debtors will be represented in such particular matter by conflicts counsel or their other bankruptcy co-counsel.

10

22.     Set forth on Schedule 3, annexed hereto, is a listing of those Searched Parties that are currently, or may have in the past been, adverse to clients (or represents a related party thereto) of Akin Gump in matters wholly unrelated to the chapter 11 cases.

23.     Set forth on Schedule 4, annexed hereto, is a listing of those Searched Parties that currently serve or have served on informal and/or official creditors' committees (or represents a related party thereto) represented by Akin Gump.

24.     As part of its diverse practice, Akin Gump appears in cases, proceedings and transactions involving many different professionals, including attorneys, accountants, financial consultants and investment bankers, some of which may represent claimants and parties in interest in the Debtors' chapter 11 cases.  In addition, Akin Gump may have in the past or may currently be representing other professionals involved in the chapter 11 cases in matters unrelated to the chapter 11 cases.  Based on our current knowledge of the professionals involved, Akin Gump does not represent or have a relationship with any attorneys, accountants, financial consultants or investment bankers that would be materially adverse to the Debtors or their estates on matters upon which Akin Gump is to be employed and none are in connection with the chapter 11 cases.

25.     Akin Gump and certain of its partners, counsel and associates also may have in the past represented, may currently represent, and likely in the future will represent creditors, equity security holders or other parties in interest in the chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and the chapter 11 cases. Akin Gump believes that its representation of such creditors, equity security holders or other parties in interest in such unrelated matters will not affect its representation of the Debtors in these proceedings.

11

26.     Neither I nor Akin Gump has represented or will represent any entity in connection with the chapter 11 cases, and neither I nor Akin Gump will accept any fee from any other party or parties in the chapter 11 cases, except as otherwise described herein.

27.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Akin Gump, nor any partner or associate thereof, insofar as I have been able to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the Office of the U.S. Trustee, any person employed in the Office of the U.S. Trustee, or any bankruptcy judge currently serving on the United States Bankruptcy Court for the Eastern District of Missouri, except as disclosed or otherwise described herein.

28.     Additionally, to the best of my knowledge, no partner or employee of Akin Gump holds any of the Debtors' debt or equity securities nor is any partner or employee of Akin Gump an insider of the Debtors.

29.     Akin Gump will periodically review its files during the pendency of the chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Akin Gump will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## SPECIFIC DISCLOSURES

30.     As specifically set forth herein and in the attached schedules, Akin Gump represents certain of the Debtors' creditors, equity security holders or other parties in interest in ongoing matters unrelated to the Debtors and the chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors or the Debtors' estates. Moreover, pursuant to Bankruptcy Code section 327(c), Akin Gump is not disqualified from

12

acting as the Debtors' counsel as a result of its representation of certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to the chapter 11 cases.

### (i)    Connections with Parties Representing 1% or More of Akin Gump's Revenues for 2016, 2017 and 2018

31.    At the inception of each engagement for which a declaration is required pursuant to Bankruptcy Rule 2014, Akin Gump reviews the information relating to the parties involved in a bankruptcy case to determine whether any such party, together with its known related entities, were clients of Akin Gump and as a result made payments to Akin Gump for services rendered in the calendar year prior to the date of review that in the aggregate for each such party equals or exceeds 1% of Akin Gump's total revenue for such calendar year.  In connection with this Declaration, Akin Gump has reviewed similar information for the years 2016, 2017 and 2018.

32.    With the exception of the parties described below, Akin Gump's revenues for services rendered on behalf of each of the parties in interest identified on Schedule 1 aggregate, with respect to each such party in interest, less than 1% of Akin Gump's annual revenue in each of calendar year 2016, 2017 and 2018.

33.    Akin Gump formerly represented an informal noteholder group (the "Walter Energy Group") of Walter Energy, Inc. in matters unrelated to these chapter 11 cases.  Certain members of the Walter Energy Group or their affiliates are parties in interest in the Debtors' chapter 11 cases.[3]  Akin Gump's revenues rendered on behalf of the Walter Energy Group represented approximately 1.2% of Akin Gump's revenue for the calendar year 2016.

34.    Akin Gump currently represents AT&T Corp. and/or certain of its affiliates (collectively, "AT&T") in numerous matters unrelated to the chapter 11 cases, including litigation, intellectual property, corporate, employment, and telecommunication services.  Akin

---

[3] These parties in interest or affiliates thereof are listed on Schedule 1 and include, without limitation, the following entities: Blackstone GSO Capital Partners.

Gump's revenues for services rendered on behalf of AT&T Corp. and/or affiliates or related parties thereof represented approximately 2.1% of Akin Gump's annual revenue for the calendar year 2017.

35.      Akin Gump previously represented an ad hoc group (the "SunEd Group") of certain creditors of SunEdison, Inc. and certain of its subsidiaries and affiliates in matters unrelated to these chapter 11 cases.  Certain members of the SunEd Group or their affiliates are parties in interest in the Debtors' chapter 11 cases.[4]  Akin Gump's revenues for services rendered on behalf of the SunEd Group represented  approximately 1.2% of Akin Gump's revenue for the calendar year 2016 and 1.3% of Akin Gump's revenue for the calendar year 2017.

36.      Akin Gump previously represented an ad hoc committee (the "Avaya Group") of creditors of Avaya Inc. and certain of its subsidiaries and affiliates in matters unrelated to these chapter 11 cases.  Certain members of the Avaya Group or their affiliates are parties in interest in the Debtors' chapter 11 cases.[5]  Akin Gump's revenues for services rendered on behalf of the Avaya Group represented approximately 1.4% for the calendar year 2017.

37.      Akin Gump currently represents the official committee of unsecured creditors (the "Nine West Committee") of Nine West Holdings, Inc. *et al.* in matters unrelated to these chapter 11 cases.  Certain members of the Nine West Committee or their affiliates are parties in interest in the Debtors' chapter 11 cases.[6]  Akin Gump's revenues for services rendered on behalf of the Nine West Committee represented approximately 1.2% for the calendar year 2018.

---

[4] These parties in interest or affiliates thereof are listed on Schedule 1 and include, without limitation, the following entities:  Citigroup Global Markets Inc., Credit Suisse.  Akin Gump may represent, or have at one point in time represented, additional parties in interest in these cases as part of the SunEd Group that are not disclosed herein.
[5] These parties in interest or affiliates thereof are listed on Schedule 1 and include, without limitation, the following entities:  Benefit Street Partners, LLC, Wells Fargo Bank, N.A., Bank of America N.A., MJX Asset Management LLC.
[6] These parties in interest or affiliates thereof are listed on Schedule 1 and include, without limitation, U.S. Bank N.A.

### *(ii)      Relationships with Customers*

38.      As disclosed on <u>Schedule 2</u>, Akin Gump currently represents and/or formerly has represented certain affiliates, subsidiaries, joint ventures and/or other entities associated with certain customers of the Debtors.  All such representations have been in matters unrelated to the Debtors and the chapter 11 cases.  Akin Gump has not represented and will not represent any such affiliates, subsidiaries, joint ventures and/or other entities associated with certain customers in connection with the chapter 11 cases.

### *(iii)      Relationships with the Debtors and Debtors' Affiliates*

39.      As described above, Akin Gump has in the past represented and currently represents the Debtors and/or certain related parties.  Additionally, certain interrelationships exist among the Debtors.  Nevertheless, the Debtors have advised Akin Gump that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.

40.      Certain of the Debtors or their affiliates may now, or in the future, be creditors in other bankruptcy cases where Akin Gump represents the debtor(s) or other parties in interest. Insofar as I have been able to ascertain, at this time, no active objections to claims of any of the Debtors or their affiliates or any contested matters against any of the Debtors are pending in such cases.  In the event that a claims objection or any other proceeding adverse to the Debtors or their affiliates arises in a bankruptcy case where Akin Gump represents the debtor(s) or other parties in interest that would give rise to a conflict, Akin Gump will have conflicts counsel or its co-counsel in the applicable bankruptcy case handle such objection or proceeding.

### *(iv)      Relationship with Certain Lenders and Equity Holders*

41.      As disclosed on <u>Schedule 2</u>, Akin Gump currently represents and has in the past represented Alden Global Capital and certain of its affiliates (collectively "<u>Alden</u>") in matters

15

unrelated to the Debtors' chapter 11 cases. Alden (a) holds approximately 66.5% of the total outstanding equity of Payless Holdings LLC, (b) is a lender under the Debtors' term loan credit agreement, and (c) is the lender pursuant to a term loan agreement to non-Debtor Payless CA Management Limited, which owns the Company's 60% interest in the Latin America business joint venture entities. Akin Gump will not represent Alden in connection with these chapter 11 cases. Further, to the extent that issues involving Alden arise in these chapter 11 cases, the Debtors will be represented by co-counsel or counsel to the Debtors' independent managers. As noted above, the Debtors have filed, or are filing concurrently with this Application, applications to retain each of Armstrong and S&K effective as of the Petition Date.

### (v)    *Relationship with Prior Ad Hoc Committee*

42.    As noted above, Akin Gump represented the Ad Hoc Committee in connection with the Debtors' Prior Cases. Certain members of the Ad Hoc Committee are parties in interest in the Debtors' chapter 11 cases.[7] Akin Gump does not presently represent any former members of the Ad Hoc Committee in connection with the chapter 11 cases.

### (vi)    *Relationships with Other Professionals*

43.    As disclosed on Schedule 2, Akin Gump currently represents and/or formerly has represented certain professionals that the Debtors seek to retain in connection with the chapter 11 cases and/or affiliates, subsidiaries and/or entities associated with such professionals. All such representations have been in matters unrelated to the Debtors and the chapter 11 cases. Akin Gump has not represented and will not represent any such professionals in connection with the chapter 11 cases.

---

[7] These parties in interest or affiliates thereof are listed on Schedule 1 and include, without limitation, the following entities: Octagon Credit Investors, LLC, Credit Suisse Capital Management, LLC, Alden Global Capital.

### (vii)    Other Disclosures

44.    Akin Gump regularly represents creditors or informal groups of creditors of companies that are facing financial distress, which financial distress may not have been publicly disclosed.  Some of these companies may be or may become vendors or creditors of the Debtors. Akin Gump will only represent such creditors or informal groups of creditors in matters wholly unrelated to the Debtors' chapter 11 cases.

45.    Additionally, Akin Gump may in the future represent entities (other than parties on the attached schedules) not currently known to Akin Gump in matters wholly unrelated to the chapter 11 cases who may be parties in interest in these cases.  To the extent that Akin Gump discovers any such information or needs to update the information disclosed herein, Akin Gump will disclose such information by filing a supplemental declaration pursuant to Bankruptcy Rule 2014.

### AFFIRMATIVE STATEMENT OF DISINTERESTEDNESS

46.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Akin Gump is a "disinterested person" within the meaning of Bankruptcy Code section 101(14), as modified by Bankruptcy Code section 1107(b), as required by Bankruptcy Code section 327(a), and does not hold or represent an interest adverse to the Debtors' estates and (b) Akin Gump has no connection to the Debtors, their creditors, or other parties in interest, except as disclosed herein.

*[Remainder of page intentionally left blank.]*

17

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated:  February 19, 2019

By: /s/ *Meredith A. Lahaie*
        Meredith A. Lahaie
        A Partner of the Firm

## <u>Schedule 1</u>

### Schedule of Searched Parties

#### <u>Debtors</u>

Clinch, LLC
Collective Brands Franchising Services, LLC
Collective Brands Services, Inc. (formerly PSS Delaware Company 3, Inc.
Collective Licensing International, LLC
Collective Licensing, LP (f.k.a. Collective International, LLC)
Eastborough, Inc.
Payless Collective GP, LLC
Payless Finance, Inc.
Payless Gold Value CO., Inc. (CO/2013) (formerly Payless Gold Value WY, Inc.)
Payless Holdings LLC
Payless Inc.
Payless Intermediate Holdings LLC

Payless International Franchising LLC (f.k.a. Collective Sourcing Services LC)
Payless NYC, Inc. (formerly PSS Labor Leasing, Inc.
Payless Purchasing Services, Inc.
Payless Shoesource Canada GP Inc.
Payless Shoesource Canada Inc.
Payless Shoesource Canada, LP
Payless Shoesource Distribution, Inc.
Payless Shoesource of Puerto Rico, Inc.
Payless Shoesource Worldwide, Inc.
Payless Shoesource, Inc.
Payless Shoesourcing Merchandising, Inc.
PSS Canada, Inc.
PSS Delaware Company 4, Inc.
Shoe Sourcing, Inc.
WBG - PSS Holdings LLC

#### <u>Debtors' Affiliates</u>

Bacate Cia. Ltds
Collective Brands Cayman Finance, Limited
Collective Brands Cayman Finance, Limited II
Collective Brands Cooperatief U.A.
Collective Brands Holdings Limited
Collective Brands II Cooperatief U.A.
Collective Brands International Franchising, LLC (f.k.a. Collective Brands Philippines Franchising, LLC)
Collective Brands International Holdings, Limited I
Collective Brands International Holdings, Limited II
Collective Brands Logistics Limited (Taiwan)
Collective Brands Services Limited
Collective Brands Services Limited (Taiwan)
Collective Brands Services Vietnam Company Ltd.
Collective Franchising, Ltd.
Collective Indonesia Franchising, LLC

Dynamic Assets Limited Representative Office (Taiwan)
Import Solutions de Mexico, S. de R.L. de C.V.
Panama SEM Branch
Payless Asia Sourcing (JV)
Payless CA Management Ltd.
Payless CO Management Ltd.
Payless Colombia Holdings Ltd.
Payless Controladora, S.A. de C.V.
Payless India Franchising, LLC
Payless International Finance B.V.
Payless Netherlands B.V.
Payless Netherlands Holdings LLC
Payless Servicios S.A. de C.V.
Payless Shoes Pty Ltd.
Payless Shoesource (BVI) Holdings Ltd.
Payless Shoesource Andean Holdings
Payless Shoesource AU Holdings Pty. Ltd.
Payless Shoesource de Guatemala Ltda.
Payless Shoesource de la Republica Dominicana, S.R.L.
Payless Shoesource Dominica Ltd.

Payless Shoesource Ecuador CIA Ltds
Payless Shoesource Honduras S. DE R.L.
Payless Shoesource International Limited
 (Shenzhen) Dongguan Branch
Payless Shoesource International Limited
 (Shenzhen) Guangzhou Branch
Payless Shoesource International Limited
 (Shenzhen) Shanghai Branch
Payless Shoesource International Limited
 (Shenzhen) Xiamen Branch
Payless Shoesource International Services
 Tenicos E Inspectoria de Calcados S/C
 LTDA
Payless Shoesource Jamaica Limited
Payless Shoesource Limitada y Compania
 Limitada
Payless Shoesource of El Salvador Ltda.
Payless Shoesource of St. Lucia, LTD
Payless Shoesource Overseas S.R.L.
Payless Shoesource Peru Holding, S.L.
Payless Shoesource Peru S.R.L.
Payless Shoesource PSS De Colombia
 S.A.S. (formerly Ltda. Colombia)
Payless Shoesource S.A. Retail Company
Payless Shoesource Saipan, Inc.

Payless Shoesource Spain Licensing, S.L.
Payless Shoesource Spain S.L.
Payless Shoesource SRL
Payless Shoesource SRL Antigua Branch
Payless Shoesource SRL Grenada Branch
Payless Shoesource SRL St. Lucia Branch
Payless Shoesource SRL St. Vincent Branch
Payless Shoesource St. Kitts Ltd.
Payless Shoesource Trinidad Unlimited
Payless Shoesource Uruguay SRL Finance
 Company
Payless Shoesource, Limitada
Payless Shoesource, S.A. de CV
Payless Sourcing LLC
Payless SRL
PSS Global Holdings C.V.
PSS Holdings
PSS International Holdings, Ltd.
PSS Investment I, Inc.
PSS Investment III, Inc.
PSS Latin America Holdings
PSS Uruguay
Shenzhen Footwear Consulting Company
Zurivides Cia. Ltds

**Directors and Officers**

Anderson, Christopher
Attenborough, Neale
Ballard, Matthew A.
Bartels, Patrick J., Jr.
Beck, Christopher
Beffort, Cris R.
Bonadio, Dominic
Brunton, Brad
Burk, Sally J.
Burton, Danielle Quave
Cavallaro, Joseph
Chung, David
Cohen, Joshua
Cremens, Charles H.
Decker, Randall
Diedel, David W.
Donohoo, Robert C.
Elias, Amanda
Evans, Kevin William

Fountain, Craig
Fuchs, R. Joseph
Gale, Jessica
Gay, Mary Chris
Giusto, Phillip
Goolsby, Jo
Grunert, Heather
Haddock, Darren P.
Hansen, Neil G.
Heck, Michael D.
Hitch, Lorraine
Hynes, Kevin
Jeppesen, Michael
Jones, W. Paul
Junger, Ellen
Kapcar, Bradley
Lane, Lorelei
Madsen, Gary C.
May, Mark A.

2

McBreen, Michael F.
McDonald, William
McKenna-Doyle, Michelle
Milton, David
Oetgen, Stephen D.
Olsen, Douglas M.
Olshansky, Joshua
Ortega, Deborah A.
Ott, Christopher M.
Paakanen, Mark
Palmer-Eason, Ramona G.
Park, Dan D.
Patton, Stephen L.
Perdic, Carol
Pryor, Bruce

Schwindle, Michael C.
Seamans, Bryan
Tessendorf, Rex A.
Tietjen, Laurie L.
Underhill, Bonita
Vitelli, Michael A.
Vogel, Scott D.
Vostrejs, Philip D.
Wade, Martin R. III
Westley, Peter
Wild, Jennifer
Wilson, Keshia
Zacharias, Thomas E.
Zarazua, Mario A.
Zentner, Arlen R.

**Banks**

Alamosa National Bank
Alliance Bank
Alpine Bank
Alpine Bank and Trust Co.
American Savings Bank
Ameris Bank
ANZ Bank (Taiwan) Limited
Arvest Bank
Banco Popular
Banco Santander
Bancorp South
Bangor Savings Bank
Bank of America
Bank of Hawaii
Bank of Montreal
Bank of Nova Scotia
Bank of Oklahoma
Bank of the Internet
Bank of the West
Beneficial Bank
Boone County National Bank
Branch Banking & Trust Company
Broadway Bank
Camden National Bank
Canadian Imperial Bank (of Commerce)
Capital City Bank
Capital One
Centier Bank
Central National Bank

Central Savings Bank
Chemical Bank
Citibank, N.A.
Citizens Bank
Citizens First National Bank
Citizens National Bank
Citizens Security Bank
Commerce Bank
Community Bank, NA
Compass Bank
Corefirst Bank & Trust
Crossroads Bank
Eastern Savings Bank
Elmira Savings Bank
Fidelity Bank
Fifth Third Bank
First American Bank
First Bank Kansas
First Citizens Bank
First Columbia Bank & Trust Co.
First Commonwealth Bank
First Convenience Bank
First Financial Bank
First Interstate Bank
First Kansas Bank
First Midwest Bank
First National Bank
First National Bank Fredericksburg
First National Bank of Crestview

3

First National Bank Pennsylvania
First State Bank
First Summit Bank
First Tennessee Bank
First United Bank
Frost Bank
Fort Davis State Bank
Fulton Bank of New Jersey
Guaranty Bank and Trust
Guaranty Bond Bank
Harris Bank
Hometown National Bank
Honesdale National Bank
Huntington National Bank
Inter National Bank
International Bank of Commerce
Jefferson Bank of Missouri
JPMorgan Chase Bank
Key Bank
Lake City Bank
Lake Region Bank
Lake Sunapee Bank
LaPorte Savings Bank
Liberty Bank of Arkansas
Manufacturers & Traders Trust Co.
NBT Bank
Northwest Savings Bank
Parkway Bank
Pennstar Bank
Peoples Bank
Pioneer National Bank
PNC Bank

Regions Bank
Royal Bank of Canada
S & T Bank
Sabine State Bank & Trust Co.
Salem Five Bank
Santander Bank
Simmons First Bank
STAR Financial Bank
Summit Bank
Sun National Bank
Taishin International Bank
TCF Bank
TD Bank
The Hongkong and Shanghai Banking
   Corporation Limited (HSBC)
Toronto Dominion Bank
Town & Country Bank
Tri-Counties Bank
Trustco Bank
Trustmark
UMB Bank
Union Bank
United Bank
United Community Bank
United National Bank
US Bank NA
Wayne Bank
Wells Fargo Bank, N.A.
Wesbanco Bank
Woodforest Bank
Woodforest National Bank

**Equity Holders**

Alden Global Capital
American Money Management
Apex Credit Partners
Bank of America, N.A.
Credit Suisse Asset Management
Five Arrows Managers North America
Golub Capital
H.I.G. Whitehorse Capital
Invesco Senior Secured Management
JMP Credit Advisors
Logan Asset Management

MJX Asset Management
Morgan Stanley Swap Claim
Octagon Creditor Investors
Seaport Group Baseball Cards LLC
Siena Capital Holdings LLC
Starwood Credit Advisors
Tall Tree Investment Management
Trimaran Advisors
USDR Investment Management
York Capital Management Global Advisors

**Lenders**

A Voce CLO, Ltd.
AIM Counselor Series Trust (Invesco
  Counselor Series Trust) - Invesco Floating
  Rate Fund
Alden Global Opportunities Master Fund,
  L.P.
American General Life Insurance Company
American Home Assurance Company
American Money Management
Anthem, Inc.
APEX Credit Partners LLC
Axar Capital Management LP
Axar Master Fund, Ltd.
Baloise Senior Secured Loan Fund III
Bank of America, N.A.
Blackwell Partners LLC - Series E
BOC Pension Services Limited as Trustee of
  BOC Pension Investment Fund
BSP Special Situations Master A L.P.
Catamaran CLO 2013-1 Ltd.
Catamaran CLO 2014-1 Ltd.
Catamaran CLO 2015-1 Ltd.
Citi Loan Funding GCPH TRS LLC
Citibank, N.A.
Citigroup Financial Products Inc.
City of New York Group Trust
Credit Suisse Asset Management, LLC
Credit Suisse Loan Funding LLC
Diversified Credit Portfolio Ltd.
Five Arrows Managers North America LLC
Golub Capital
Great American Insurance Company
Great American Life Insurance Company
H.I.G. Whitehorse Capital, LLC
Invesco BL Fund, Ltd.
Invesco Dynamic Credit Opportunities Fund
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Secured Management, Inc.
Invesco SSL Fund LLC
Invesco Zodiac Funds - Invesco Us Senior
  Loan Fund
JFIN CLO 2012 Ltd.
JFIN CLO 2013 Ltd.
JMP Credit Advisors CLO III Ltd.

JMP Credit Advisors CLO IV Ltd.
JMP Credit Advisors LLC
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Kapitalforeningen Investin Pro-US
  Leveraged Loans I
Lexington Insurance Company
Limerock CLO III, LTD.
Linde Pension Plan Trust
Logen Asset
Logen Asset Management Master Fund Ltd.
MJX Asset Management, LLC
National Union Fire Insurance Company Of
  Pittsburgh, PA
Ocean Trails CLO IV
Octagon Credit Investors, LLC
Octagon High Income Master Fund Ltd
Octagon Investment Partners 18-R, Ltd.
Octagon Investment Partners 24, Ltd.
Octagon Investment Partners 25, Ltd.
Octagon Investment Partners 26, Ltd.
Octagon Investment Partners 27, Ltd.
Octagon Investment Partners 28, Ltd.
Octagon Investment Partners 29, Ltd.
Octagon Investment Partners 30, Ltd.
Octagon Investment Partners 32, Ltd. (fka
  Octagon Investment Partners Funding 32
  LLC)
Octagon Investment Partners 33, Ltd.
Octagon Investment Partners XIV, Ltd.
Octagon Investment Partners XIX, Ltd.
Octagon Investment Partners XV Ltd.
Octagon Investment Partners XVI, Ltd
Octagon Investment Partners XVII Ltd.
Octagon Investment Partners XVIII, Ltd.
Octagon Investment Partners XX, Ltd.
Octagon Investment Partners XXI, Ltd.
Octagon Investment Partners XXII, Ltd.
Octagon Investment Partners XXIII, Ltd.
Octagon Loan Funding, Ltd.
Octagon Multi-Strategy Corporate Credit
  Master Fund LP
Octagon Senior Secured Credit Master Fund
  Ltd
Providence Equity Partners LLC

5

QPB Holdings Ltd.
Quantum Partners LP
Senior Loan Fund II LLC
Sentry Insurance a Mutual Company
Smith Management
SOF-X Credit Holdings, L.L.C.
Soros Fund Management LLC
Star V Partners LLC
Starwood Credit Advisors LLC
Strategic Investment Opportunities, LLC
Talamod Asset Management, LLC
Talamod Master Fund, LP
The Variable Annuity Life Insurance
  Company
Trimaran Advisors
Venture 32 CLO, Limited
Venture 35 CLO, Limited

Venture VII CDO Limited
Venture XII CLO Limited
Venture XIII CLO, Limited
Venture XIV CLO, Limited
Venture XV CLO, Limited
Venture XVI CLO, Limited
Venture XVII CLO, Limited
Whitehorse IX, Ltd.
Whitehorse VI, Ltd.
Whitehorse VII, Ltd
Whitehorse VIII, Ltd.
Whitehorse X, Ltd.
XAI Octagon Floating Rate & Alternative
  Income Term Trust
York Capital Management Global Advisors,
  LLC
York Global Finance BDH, LLC

**Letters of Credit**

Fedex
National Union Fire Insurance
Pacific Employers Insurance Co.
Pacific Gas & Electric

Portcheck LLC
Safeco Insurance Company
U.S. Bank National Association
United States Fidelity & Guaranty

**Lienholders**

Cortland Products Corp.
Emkay Canada Leasing Corporation
Expeditors International of Washington, Inc.
Hewlett-Packard Financial Services
  Company

IBM Credit LLC
IKON Financial Services
Morgan Stanley Senior Funding
UMB Bank, N.A.
Wells Fargo Bank, National Association

**Surety Bonds**

Alabama Power Company
Alcorn County Electric Power Association
American Electric Power Company
Arizona Public Service Company
Atlantic City Electric (ACE)
Benton Utilities
Canada Customs and Revenue Agency
Carroll Electric Cooperative Corporation
Central Maine Power Company
City of Bartow
City of Brenham
City of Calhoun
City of Dalton - Dalton Utilities

City of Leesburg, Customer Service
  Department
City of Rock Hill
City of Stillwater
City of Tallahassee, Florida
City of Vero Beach
Clarksville Department of Electricity
Clay Electric Cooperative, Inc.
Coast Electric Power Association
Columbus Light and Water Department
Consolidated Edison Company of New
  York, Inc.
Constellation NewEnergy, Inc.
Dominion Virginia Power

6

Duke Energy Carolinas, LLC
Duke Energy Indiana, LLC
Duke Energy Kentucky, Inc.
Duke Energy Ohio, Inc.
Duke Energy Progress, LLC
Electric Power Board of Chattanooga
Entergy Arkansas, Inc.
Entergy Louisiana LLC
Entergy Mississippi, Inc.
Entergy New Orleans LLC
Eversource Massachusetts
Eversource New Hampshire
Florence Utilities, City of Florence
Florida Power & Light Company
Georgia Power Company
Greystone Power Corporation
Groton Utilities
Gulf Power Company
Hydro Ottawa Limited
JEA Buidling Community
Keys Energy Services
Memphis Light, Gas and Water Division
Murfreesboro Electric Department
New Smyrna Beach Utility Commission
New York State Electric and Gas
North Little Rock Utilities
Northcentral Electric Power Association
Norwich Public Utilities
Orange and Rockland Utilities
Orlando Utilities Commission

Pearl River Valley Electric Power
  Association
PECO Energy Company
Potomac Electric Power Company
Puerto Rico Dept. of Revenue
Puerto Rico Electric Power Authority
Reliant Energy Retail Services, LLC
Salt River Project Agricultural Improvement
  and Power District
Santee Cooper
SECO Energy
Sevier County Electric System
South Carolina Electric and Gas Company
Southern California Edison Company
Starkville Electric
State of Kansas
State of Nevada
Tampa Electric Company, Credit
  Department
The Connecticut Light and Power Company
Tri State Electric Membership Corporation
Tupelo Water & Light Co.
U.S. Customs and Border Protection
United States Virgin Islands
Virgin Island Water & Power Authority
Walton Electric
West Memphis Utility Commission
Withlacoochee River Electric Cooperative,
  Inc.

**Insurance**
ACE American Insurance Company
AGCS Marine Insurance Company (Allianz)
AIG Australia Limited
Allianz Global Corporate & Specialty,
  Americas
Allianz Global Risks US Insurance
  Company
Allied WorlSd Assurance Co. (AWAC)
American Guarantee and Liability Insurance
  Company (Zurich)
Arch Specialty Insurance Co.
Argo Pro
Aseguradora ACSA
Aseguradora General, S.A.

Aseguradora Mundial
Aseguradora Paraguaya
Aspen DIC
Aspen Specialty Insurance Company
ASSA
ASSA Compania de Seguros
Axis Insurance Company
BCIC (British Caribbean Insurance
  Company)
Beazley
Beazley Group
Beazley USA Services, Inc
Caribbean Alliance insurance Co. Ltd.
Chartis (National Union Fire)

China Pacific Property Insurance Co., Ltd.
Chubb
Chubb Group of Insurance Companies
Chubb, Financial Lines
CNA
Endurance
Federal Insurance Company
Fichosa
Freedom Specialty Insurance
General Accident Insurance
Generali
Great American Insurance Company
Guardian General
Instituto Nacional de Seguros (INS)
International SOS
JLT Specialty
La Centro Americana
La Colonial
Liberty Mutual
Lloyd's / Alpha
Lockton
Marsh
Massey United
Mitsui
Monopolistic WC Alberta
Monopolistic WC British Columbia
Monopolistic WC Manitoba
Monopolistic WC New Brunswick
Monopolistic WC Newfoundland
Monopolistic WC North Dakota
Monopolistic WC Nova Scotia
Monopolistic WC Ohio DC
Monopolistic WC Ohio Stores
Monopolistic WC Ontario
Monopolistic WC Prince Edwards
Monopolistic WC Puerto Rico
Monopolistic WC Quebec
Monopolistic WC Saskatchewan
Monopolistic WC Virgin Islands
Monopolistic WC Washington

Monopolistic WC Wyoming
MSIG
National Union Fire Insurance Co. (AIG)
National Union Fire Insurance Company of
  Pittsburgh PA
Nationwide
Navigators Insurance Company
Pacific Indemnity Insurance Company
  (PICC)
RIMAC Seguros y Reaseguros SA
RLI Insurance Company
RSA
RSA Seguros Colombia
Seguros America
Seguros Atlantida
Seguros El Roble SA
Seguros Equinoccial
Seguros Equinoccial SA
Seguros G&T
Seguros Sura
Seguros Universal
Shelter Reinsurance Company
Suraamericana S.A.
The Ohio Casualty Insurance Company
  (Liberty)
Tokio Marine
Travelers Casualty & Surety Company of
  America
TrinRe
Vero Insurance
Westchester Fire Insurance Co (ACE)
US Specialty
XL Catlin
XL Insurance
XL Insurance America, Inc
XL Professional
XL Specialty Insurance Co.
Zurich
Zurich American Ins. Co.
Zurich Canada

**50 Largest Unsecured Creditors**
Acxiom Corporation
Alliance Shippers, Inc.
CA Technologies
C & C Accord Ltd

Champion Athleticwear
Cognizant Technology Solutions US Corp.
Continents Sourcing Enterprises, Ltd.
E.S. Originals, Inc.

8

Engie Insight
ESO International Limited
Ever-Rite International Co Ltd
Everything Legwear LLC
Fantasia Accessories Ltd.
Fantasia Hong Kong Limited
First Service Networks Inc.
Fujian Putian Fortune Creation Import
Fujian Putian Power Rich Import & Export
Fusion Accessories Group Limited
Gennaro Inc.
Glory China Footwear Co. Limited
Google Inc.
Highcom International Limited
Hong Kong Olisa Co. Limited
Huge Development Ltd.
Interloop Limited
Inter-Pacific Corp.
Jiangxi Lifeng Shoes Co. Ltd.
Marc USA Chicago
Media News Group

Moda
Mystic Apparel LLC
Panhong Footwear Co Ltd
Peds Legwear USA Inc.
Providence Products LLC
RJTB Group LLC
Salesforce.Com Inc.
Santak Corporation
Santana Shoes
Skechers USA Inc.
Slong Industrial Co. Limited
State of California
Taizhou Global Trading Co Ltd
The Asean Corp. Ltd.
Top Luck Asia Limited
Topline Imports Inc.
Topsmart International Co., Ltd.
Tri-Coastal Design Group Inc.
US Customs
Xiamen C and D Light Industry Co. Ltd.

**Significant Creditors**

7506473 Canada Inc.
Accord
Acxiom Corporation
Alliance Shippers, Inc.
Annie International Trading Company
Assurance Facility Management Inc.
Baker & McKenzie
Barkley Evergreen & Partners Inc.
BCIMC Realty Corporation
Belflex Staffing Network
Bison Transport
Blue Apple Project SA De CV
Business Direct Limited
C & C Accord Ltd.
California Multimodal LLC
Celadon Logistics Services Inc.
Champion Athleticwear
Cognizant Technology Solutions US Corp.
Dibang Shoes Co. Ltd.
Dongguan Longhua Shoes Co. Ltd.
Dongyi Shoes Co. Ltd.
E.S. Originals, Inc.
Emkay Canada Leasing Corp.

Engie Insight
ESO International Limited
Ever Rite International Co. Ltd.
Ever Spotlight Ltd.
Evergreen Shipping Agency America Corp.
Ever-Rite International Co. Ltd.
Everything Legwear LLC
Fantasia Accessories Ltd
Fantasia Hong Kong Ltd.
First Service Networks Inc.
Flower City Printing
Fly Earth Co. Ltd.
Fortune Creation Co. Ltd.
Fujian Putian Fortune Creation Import
Fujian Putian Power Rich Import & Export
Fusion Accessories Group Limited
Gamma Prosper International Ltd.
Gennaro Inc.
Gerald Labelle Architect
Gerrard Square Inc.
Getronics
Glory China Footwear Co Limited
Golden Pacific LXJ

9

Highcom International Limited
Hong Kong Olisa Co. Limited
Hoopp Realty Inc.
Hopewell AB
Huge Development Ltd.
Interloop Limited
Inter-Pacific Ltd.
IPC Hong Kong Branch Ltd.
Ivanhoe Cambridge II Inc.  06911
Jiangxi Lifeng Shoes Co. Ltd.
Kuehne & Nagel Ltd.
Les Immeubles Du Carrefour Richelieu
Li & Fung (Trading) Limited
Logistics Service (Panama) S.A.
Lux Accessories Ltd.
Marc USA Chicago
Martha Stewart Living Omnimedia Inc.
MC Sign Company
Moda
Moda Shoe Limited
Mood Media
Mystic Apparel LLC
Nova Genesis Intl Co. Ltd.
Oxford ITF ECC East 205878
P H Company
Peds Legwear USA Inc.
Performance Team  Freight Systems Inc.
PH Company
Providence Products LLC
Putian City Hui Sheng Trading Co. Ltd.
Putian Sunyoung Enterprise Co. Ltd.

Qingdao Xinghong Industry & Trade Co.
  Ltd.
Qingdao Xingzhihai Imp & Exp Co. Ltd
Quad Graphics Inc.
Quality Solutions Inc.
Republic Services Inc.
RFS Canada
RJTB Group LLC
Santak Corporation
Santana Shoes
Sarasti Sa de Cv
Schneider National Inc.
Slong Industrial Co. Limited
South China Shoes Products Company Ltd.
Taizhou Global Trading Co., Ltd
Tangoe Inc.
Teksystems Canada Inc.
The Asean Corp Ltd.
The Doug Cameron Experience
Top Falcon International Limited
Top Luck Asia Limited
Topline Imports Inc.
Topsmart International Co., Ltd.
Transource
Transx Ltd.
Tungya Logistics Co. Ltd.
US Bank
Vector Security
Vixxo Canada
Xiamen C and D Light Industry Co. Ltd.

**Accounts Receivable**

3BM Casselberry Inc.
A&W Restaurants Inc
AAI, Inc. (McDonald's)
Adams Food, Inc - McDonalds's Spendsmart
Aift, Inc. - McDonald's Spendsmart
Al Rowad for Shoes and Accessories (Al
  Zwetina)
Aldridge, Inc.
Alshaya Trading
Altrusa Club of Gastonia
Amalie Oil Company
Angels Over Sandpoint
Aps Education Foundation

Arbor Park Village
Assistance League of Albuquerque
Assistance League of Anaheim
Assistance League of Atlanta
Assistance League of Austin
Assistance League of Bakersfield
Assistance League of Bellingham
Assistance League of Boise
Assistance League of Capistrano Valley
Assistance League of Charlotte
Assistance League of Coppell
Assistance League of Diablo Valley
Assistance League of East Valley

Assistance League of El Paso
Assistance League of Everett
Assistance League of Flagstaff
Assistance League of Flintridge
Assistance League of Garden Grove
Assistance League of Glendale
Assistance League of Greater Collin
Assistance League of Greater Placer
Assistance League of Greater San Diego
Assistance League of Hawaii
Assistance League of Inland North County
Assistance League of Kansas City
Assistance League of Laguna Beach
Assistance League of Los Gatos-Saratoga
Assistance League of Metro Columbus
Assistance League of Montgomery County
Assistance League of Norman
Assistance League of Northern Virginia
Assistance League of Orange Ca, Inc.
Assistance League of Portland (Beaverton)
Assistance League of Redlands
Assistance League of Riverside
Assistance League of Sacramento
Assistance League of Sacramento
Assistance League of Salt Lake City
Assistance League of Salt Lake City
Assistance League of Salt Lake City
Assistance League of San Antonio
Assistance League of San Mateo County
Assistance League of Santa Clarita
Assistance League of Seattle
Assistance League of SLC
Assistance League of Stockton
Assistance League of SW Washington
Assistance League of Temecula Valley
Assistance League of the Bay Area
Assistance League of Tucson
Assistance League of Ventura County
Assistance League of Wichita
Atka Enterprises Inc.
Auburn Washburn USD 437
Avgen Incentives Group
Azadea Ghana Limited
Bamco Inc - McDonald's Spendsmart
Banducci, John Michelle-MCD Spendsmart
Bass Pro, LLC

Batista Companies
Beaches Emergency Assistance Ministry, I
Bearco Management Co - MCD Spendsmart
Bedford City Schools
Belleville Kiwanis Club
Big Red Shoes LLC
Birdville Council PTA Clothes Connection
Bishop Sullivan Center
Bkk Management Co. Inc.
Blessed Sacrament Cathedral SVDP
Blue Harbor (Courtyards at River Park)
Blue Harbor Senior (Kirkwood Corners)
Blue Harbor Senior Living (Canyon Creek)
Blue Harbor Senior Living (Glen Riddle)
Blue Harbor Senior Living (Lionwood)
Blue Harbor Senior Living (Orchard Park)
Blue Harbor Senior Living (Schenley Gard
Blue Harbor Senior Living (Willow Park)
Blue Harbor Senior Living (Desert Flower)
Bob Evans Farms LLC
Borgata Hotel Casino and Spa
Breakfast Exchange Club of Ogden
Brinker International Payroll Company
Bronson, John F., Michael B.
Building Hope in the City
Burrell Michael - MCD Spendsmart
Byrb, Inc. (McDonalds)
Cafe Services, Inc.
Cafe Services, Inc.-Fresh Picks
Cannon United Methodist Church, Inc.
Capital Township General Assist. Office
Capitol City Produce Company
Carmichael Hart
Carriage Town Ministries
Casino Arizona-Food and Beverage
Catholic Charities (San Bernardino)
Catholic Charities of Desoto County
Centeva LLC
Central Outreach & Advocacy Center
Chandler Service Club (Operation BTS)
Chandler Service Club, Inc.
Chesapeake PTA Council
Children's Resource Foundation
Christ Child Society of Cape May
Christ Child Society of Fort Wayne
Church of the Redeemer

11

CKI, Inc. (McDonald's)
Clark Familia LLC (McDonald's)
Clay County Clothes Closet
Cleburne Independent School District
Colorado Springs School District #11
Columbia Associates (McDonald's)
Columbus Public Schools
Common Ground Network
Communities in Schools of Comal County,
Conservation Corps North Bay
Contract Services Group, Inc.
Corner Bakery Café
Council of Churches of the Ozarks
Courtesy Corporation
Creative Management Inc. (McDonald's)
Cross Point Free Will Baptist Church
Cuyahoga Falls PTA Council
Damac II, Inc.
Davanni's Inc.
Davis School District
Deane Group - McDonald's Spendsmart
Delphos Community Christmas Project
Doco Shoes
Downtown Fort Worth Sertoma Club
Dress for Success Pittsburgh
East Idaho Credit Union
Eblen Charities
Educational Enrichment Foundation
Emergency Care Help Organization
Fast Track Center Grove
Father Fred Foundation
First Baptist Church of Hope
First Baptist Church of Sarasota
First Presbyterian Church (Cedar Falls)
First Presbyterian Church (Valparaiso)
First Presbyterian Church of Sarasota
First UMC-Caritas (Sarasota)
First United Methodist Church
First United Methodist Church (Odessa)
Flowing Wells School District #8
Focus Brands Inc.
Foothill Unity Center
Footwear Specialty
Fowler Foods, Inc.
Franchise Foods Systems Inc
Francisco Ramirez #07040

Franklin Center of Beaver County
Fresquez Concessions, Inc.
Friends of Fieldworkers, Inc.
Gilbert Promotional Corporation
Girls on the Run (Baton Rouge)
Girls on the Run (Delaware)
Girls on the Run (San Diego)
Girls on the Run Northeast Ohio
Girls on the Run NYC
Girls on the Run of Greater Milwaukee
Girls on the Run of NW Indiana
Glen Ellyn Walk in Ministry
Glendale Senior Dining
Good Shepherd Episcopal Church
Goodwill Industries of SE WI, Inc.
Grace United Methodist Church, Inc.
Gremaud Group - McDonald's Spendsmart
H & R Block #02075
Harvard 50
Heart, Love & Soul Inc.
Henry Ford Village
Henry Schein Practice Solutions
Hillandale Farms Conn LLC
Himalaya Management Inc., Co.
HMCC Inc. (Mcdonald's)
Holdings Aquisition Co.
Hoover-Armstead Group: MCD Spendsmart
Huddle House, Inc.
In His Steps Shoe Bank of Edinburg
Iowa City Community School District
Iron Hill Brewery Restaurants
Jacob's Ladder Job Center Inc.
Jahnke Group
James Wong
Jeffco Schools Foundation
JHP Inc.
Jim's Management Co (McDonald's)
John H. Boner Community Center
John Hessian III - McDonald's Spendsmart
John Q Hammons Hotels Management, LLC
John Santonastasso
Johnstone Foods, Inc. (McDonald's)
Joint Organization for Inner City Needs
Joven Enterprises
Joyner Enterprises, LLC
JPN Management (McDonald's)

12

Juan Marcos Presbyterian Church
Kada, Inc.
Kanawha County School Funds
KCK Council PTA
Kelley, Jonathan C - MCD Spendsmart
Killeen Masonic Lodge 1125
Kosanovich Group - McDonald's
  Spendsmart
Lafayette Urban Ministry
Lansing Old Newsboys Association
Las Vegas Strip Kiwanis
Leebo's Stores Inc.
Legacy Restaurant Group, LLC
Leonard Group - McDonald's Spendsmart
Lifebuilders of the Treasure Coast, Inc.
Lima-Rapps Group
Loaves and Fishes
Lodi Adopt-A-Child Foundation
Love Network of Baytown
Luvel Foods Inc. (McDonald's)
Magic City Kiwanis
Main Waters Enterprises (McDonald's)
Manna House of Mariposa County
Marble Falls Church of Christ
Marion East Cedar Rapids Rotary Club
Mary's Place
Masonic Charity Foundation of New Jersey
MBI, Inc. (McDonald's)
McDonald's of Texoma
Medstar LLC
Melissa Montes - McDonald's Spendsmart
Memorial Assistance Ministries, Inc.
Memphis Way (McDonald's)
Mendocino Co. Dept of Social Services
Mendoza Co Inc - McDonald's Spendsmart
Mesa Foundation for Educational
Mesa Unified School District #4
Metrocrest Social Services
Metropolitan Inter-Faith Association
Midtown Assistance Center
Midwest Health Management
Missouri Jack LLC
Montes Group - McDonald's Spendsmart
Montgomery Co. Retired Teachers Assoc.
Moreno Group - McDonald's Spendsmart
Mullins Group - McDonald's Spendsmart

Muskogee Public Schools
My New Red Shoes
Nami Summit County
Nana Management Service (Red Dog)
Nana Management Services
Nana Management Services (Hilcorp)
Natemork
Neediest Kids Inc.
New Covenant United Methodist Church
Newark Area Welfare Committee
Newell-Berg Alliance TN LLC
News Herald Clothe-A-Child Program
NJB Operations (Taco Bell)
North Dallas Shared Ministries
Northland Management Services
Northwest Assistance Ministries
Norton Women's Club
Norwich Human Services
Norwich Schools Lunch Program
Ohio Newsboys Association, Inc.
Old Newsboys of Flint, Inc.
Om Restaurant Group
One Voice
Orrville United Way
Oshkosh-Winneconne Comm Back 2 School
Our Lady of Mount Carmel Church
Pacific Coast Producers (Oroville)
Palm Springs Sunup Rotary Foundation
Parc Soleil by Hilton Grand Vacation
Park Hill School District
Partnerships for Children
People First Foods
People in Need, Inc.
Pine Tree United Methodist Ministries
Pizza Properties, Inc.
PJ's Forgotten Children
Pmpcc Foods, LLC (McDonald's)
Police Aide Feed the Homeless Program
Polk County School Board Hearth Project
Portage Lakes Community Council
Porter, Dale - MCD Spendsmart
Portland Council PTA Student Aid
Project Shoes
Provo Deseret Industries
Putra Agung
R and A Restaurants - MCD's Spendsmart

Racap
Raise Marketplace, Inc.
Reliance Clothing India Private Limited
Reliance Retail Limited
Rembrandt Enterprises
Retzer Resources - McDonald's Spendsmart
Retzer Resources Inc.
RHF Enterprises
Roberts Group
Robinson Department Store Public Co., Ltd.
Robinson Pharma, Inc.
Rockdale Co Board of Education
S.S.M. Inc. (McDonald's)
Safer Foundation
Salt Lake City School District
San Francisco Conservation Corps
Sandia National Laboratories
Saren Restaurants, Inc.
SC4K Special Teams
School Board of Volusia County
Schulz, Erika
Schulz, Markus, Dieter
Schulz, Markuserika-MCD Spendsmart
Schwan's Food Service, Inc.
Scott County Rotary Club
Scottish Rite Shoes for Kids
Sertoma Club of Watauga
Shoes and Clothes for Kids
Shoes for the Needy, Inc.
Shopko Stores Operating Co LLC
Slipgard Shoes LLC
Society of St. Stephen
Society of St. Vincent De Paul
Sonic Drive In
Sonic Drive In #1276
Sonoma Springs Covenant Church
South Madison Community School Corp
Spb Restaurants, Inc. (McDonald's)
Spherion Staffing Llc (Chico)
Springfield Eagles Charities Inc.
St. Austin Catholic Church
St. Elizabeth Ann Seton - Love Truck
St. Joseph the Worker
St. Louis De Monfort Parish
St. Martha Parish in Sarasota
St. Paul United Methodist Church Largo

St. Vincent De Paul Society, Inc.
Stagg Restaurants Partnership
State of Vermont-DCF-Economic Services
Stew Leonard's
Steward Incorporated - McDonald's
Stingley Mgmt. - McDonald's Spendsmart
Struthers PTA Council
STS Quarterly Allocation
Summerwood Corporation
Summit Christian Church
Suncoast Voices for Children Foundation,
Sunshine Restaurant Partners, LLC
SVDP St. Mary's Conference
SVDP St. Peter Conference
Talking Stick Resort-Food and Beverage
TDS Restaurants, Inc. - MCD Spendsmart
Tehama County Dept. of Social Services
Ten D Enterprises
The Barnabas Connection
The Children's Fresh Air Farm
The Chrysalis Center
The Chrysalis Center - CS Pacoima
The Chrysalis Center - CS Santa Monica
The Chrysalis Center - Roads
The Chrysalis Center - Works
The Pantry at St. Francis
The Paradies Shops LLC
The Salvation Army (Anacortes)
The Salvation Army (Elyria)
The Salvation Army (Hartford)
The Salvation Army (Mansfield)
The Salvation Army (Plymouth)
The Salvation Army (Shelby)
The Salvation Army (Soledad)
The Salvation Army (Tustin)
The Salvation Army (Wichita)
The Salvation Army (Williamsport)
The Wardrobe
THI VI Diplomat Hotel Lessee
Toby Food Group, Inc
Toufayan Bakery of Florida Inc.
Trigg Elisa Mcdonalds Spendsmart
Trinity Lutheran Church
Tri-Valley Interfaith Council
Tuscany Vacation Village
Twin City Community Outreach Clothes

14

Two Rivers Head Start Agency
Union Station Homeless Services
Union-Tribune Shoe Fund, Inc.
United Methodist Human Services
Usd 501 Topeka Public Schools
Veteran's Assistance Commission of Cook
Villanova University Dining Services
Vina Moses Center
Washington Street Elementary
Washtenaw Intermediate School Dist.
Waves Hair Salon #07042
Welltok (Incent One)
Wendy's (Hobart)

Wendy's (Valparaiso)
Whittington Group – McDonald's
  Spendsmart
William Temple House
Wireless Express, LLC #7080
Wojtowicz Group - McDonald's Spendsmart
Wolf Organization - MCD Spendsmart
Woodlawn United Methodist Church
WVPH
Yolanda's Inc.
York Benevolent Association
Youth Opportunities Unlimited

**Professionals**

Akin Gump Strauss Hauer & Feld LLP
Alix Partners
Ankura Consulting Group
Armstrong Teasdale LLP
Bennett Jones LLP
Cassels Brock & Blackwell LLP

FTI Consulting Canada Inc.
Kramer Levin
PJ Solomon
Prime Clerk
Reevemark
Stroock & Stroock & Lavan

**Ordinary Course Professionals**

Action Corporate Services Limited
Adams & Adams
Adsuar Muniz Goyco Seda & Perez-Ochoa
PSC
Aleman, Cordero, Galindo & Lee
AltLegal
Ambrose Law Group
Baker McKenzie
Basch & Rameh
BDO LLC
Berkemeyer Attorneys & Counselors
Blair Sterling Johnson & Martinez
Blake, Cassels & Graydon LLP
Bognion S.p.A.
Bordeau Immigration Law LLC
Bryan Cave, LLP
Call and Jensen APC
Caribbean IP
Cervieri Monsuarez & Asoc.
China Patent Agent (H.K.) Ltd.
Consortium Legal
Constancy Brooks Smith & Prophete LLP
Corral & Rosales Cia. Ltda.

Cortina Tagle Isoard Y Cia, SC
CT Corporation
D.P Ahuja & CO Patent & TM Attorneys
De La Paz, Costemalle DFK, S.C.
Denton Delany Law
DLA Piper Hong Kong
Domnern Somgiat & Boonma Law Office
Ltd. (DS&B)
Duarte Nates Torres
Ernst & Young LLP
Estudio Echecopar
Foley & Lardner LLP
Fox Rothschild LLP
Garcia & Bodan
Grant Thornton ORBIT Solutions Limited
Harneys
Hinshaw & Culbertson LLP
IP Attorney Group, LLC
Jayhawk Towers LLC
Johnson, Camacho & Singh
Jones Day
Kim & Chang
Kors, Noviks & Asociados

15

Law Offices of Rexford C. Kosack
Lewis Brisbois Bisgaard & Smith LLP
Li & Li
Littler Mendelson
Maples & Calder
Marvin Poer
Mayora & Mayora, S.C.
McGuire Woods LLP
Myers, Fletcher & Gordon
Parrish Management Corporation
Pedro Castillo Pinedo & Asociados
Pietrantoni Mendez & Alvarez

Pittuluga & Associates
PKF Corporate Services Ltd.
Posados, Posados & Vecino
Rubio Villegas & Asociados
Saba & Co. IP
Squire Patton Boggs Peña Prieto Gamundi
Taylor English Duma LLP
TMF Group
TMF Netherlands, B.V.
VanEps Kunneman VanDoorne
Zürcher, Odio & Raven

**Accounts Payable**

0313 BLOOMINGDALE COURT LLC
0511 SIMON PROPERTY GROUP (TX)
0519 WEST TOWN CORNERS LLC
0540 SIMON PROPERTY GROUP LP
0732 SIMON PROPERTY GROUP LP
1029 - 1205 NORTH COURT ST
  HOLDINGS LLC
107-19 LEASEHOLD LLC
1085 NELSON LLC
110 WEST 34TH STREET REALTY
  ASSOC.
1111 COUNTRY CLUB DR LLC
11TH HOUR STAFFING INC (DAMIAN)
1221 BUILDING TRUST ACCOUNT
1240 ABBOTT ROAD ASSOCIATES LLC
1273 DEER PARK LLC
1351 CORP INC
13700 FOOTHILL BOULEVARD LP
13TH AVENUE RETAIL HOLDINGS LLC
140EWR LLC
141 EAST FLAGLER LLC
1420 N PARHAM ROAD LC
1451945 ONTARIO LIMITED
1540-SIMON PROPERTY GROUP LP(TX)
1600 CHAMPA, LLC
1604 CHESTNUT ASSOCIATES LP
1616 AVE. U REALTY LLC
162-11 JAMAICA AVE REALTY ASSN.
1663321 ONTARIO INC
1694412 ONTARIO INC
18000 VERNIER ROAD HOLDINGS, LLC
19 PROPS LLC

1900 HEMPSTEAD TURNPIKE LLC
195117 ONTARIO LIMITED
20 VIC MANAGEMENT INC
2015 SHOPPING MALL BUSINESS LLC
2046459 ONTARIO INC
2065 WESIX LLC
2100 MAPLE CANYON PLAZA LLC
2105 SIMON PROPERTY GROUP LP
21-25 GRAHAM AVE LLC
214 HOLDING CORP
214 W. 125TH ST. PSS, LLC
2157 86TH STREET LLC
2157 FLAGLER LLC
2200 NORTH MAPLE AVE LLC
22300 LAKE SHORE BOULEVARD LLC
23 REALTY LLC
2307-SIMON PROPERTY GROUP LP
2318 SPG PRIEN LLC
2324 LAKELINE DEVELOPERS
2546 SIMON PROP. GRP. LP(TX)
2636655 ONTARIO INC
2810 NEWPORT CENTRE LLC
290 - 300 KING GEORGE RD LP
2902 THIRD AVENUE LLC
300 WEST SPE, LLC
301 P LLC
3107 PENN ROSS JOINT VENTURE
3173 STEINWAY LLC
32 EAST CENTER DELAWARE LLC
3510 BERGENLINE AVENUE LLC
3625-SEMINOLE TOWNE CENTER LP
3632 MALL AT SMITH HAVEN LLC

3821099 CANADA INC
3829660 MANITOBA LIMITED
3829678 MANITOBA LIMITED
3917 WESTRIDGE MALL LLC
3920 TOWNE WEST SQUARE LLC
3934390 CANADA INC
41/49 HIGHWAY JUNCTION LIMITED
416 OWNERS ASSOC.
429-441 86TH STREET LLC
4666 SHOPPING CENTER ASSOC.
4670 ORLAND LP
4674 SOUTH HILLS VILLAGE ASSOC
  L.P.
4694 SHOPS AT ST. JOHN'S LLC
4770 LINDALE MALL LLC
4779 SM MESA MALL LLC
4780 SM RUSHMORE MALL LLC
4781 EMPIRE MALL LLC
479 MAIN RMR LLC
47TH & KEDZIE PLAZA LLC FKA 666
  VENTURE
480 WEST STREET LLC
4823 MALL AT NORTHSHORE LLC
4828 LIVINGSTON MALL VENTURE
4832 SIMON PROPERTY GROUP, INC.
4835 ROCKAWAY CENTER
  ASSOCIATES
4837 - EMI SANTA ROSA LP
4838 BRAINTREE PROPERTY ASSOC.
  LP
4862 MALL OF GEORGIA LLC
4915 MAYFLOWER APPLE BLOSSOM
  LP
4919 MAYFLOWER CAPE COD LLC
4920 MAYFLOWER EMERALD SQUARE
  LLC
4924-MALL AT SOLOMAN POND LLC
4927-MNH MALL LLC
5 S ENTERPRISES LLP
5060 MONTCLAIR PLAZA LANE
  OWNER LLC
51 JOURNAL SQUARE I LLC
52 EAST 170TH STREET REALTY CORP
554 - 558 W 181ST STREET LLC
585562 BC LTD
630 MAIN AVENUE OWNER LLC

6401 SUNRISE BOULEVARD LLC
65TH INFANTERIA SHOPPING CENTER
  LLC
6711 GLEN BURNIE RETAIL LLC
7 STAR PLAZA INC
700 EAST HUNTING PARK, LLC
713949 ONTARIO LIMITED
7342 GREENBACK LANE LLC
7604 PHEASANT LANE REALTY TRUST
767228 ALBERTA LTD
79 BISCAYNE PLAZA LLC
7976 ORLANDO OUTLET OWNER LLC
8099 SIMON CAPITAL LP
8178 BRUNSWICK SQUARE MALL LLC
8262 COLUMBIA MALL PARTNERSHIP
82ND ST JACKSON HEIGHTS LLC
8401 DYER LLC
8544 FLORIDA MALL ASSOCIATES LTD
8762317 CANADA INC
87TH STREETCENTER LLC
89-22 JAMAICA AVE. REALTY CORP
90567 CANADA, INC.
9148655 CANADA INC (DBA GLOBAL
  LEGWEAR)
933 SOUTH WILLOW STREET LLC
94-00 LIBERTY INC
9511 NORTH LAMAR LTD
9690 SIMON CAPITAL
985 WEST VOLUSIA LLC
9903 PORT CHARLOTTE MALL LLC
A I LONGVIEW LLC
A.J. LOUIS CORP
A.M. KLEMM & SON LLC
A-1 ACTION SAFE & LOCK
A-1 LOCK & KEY SUPPLY
A25
AAA LAPEER HOLDINGS LLC
AAM - 2001 AIRLINE DRIVE, LLC
ABBY STAFFORD
ABC WIRE SALES CO
ABEL'S EXPRESS (PP65)
ABERDEEN KAMLOOPS MALL
  LIMITED
ABG ACCESSORIES INC
ABIGAIL BROWNE
ABP PEARL HIGHLANDS LLC

17

ABSTRACT HOLDINGS INC
ACADIANA MALL CMBS, LLC
ACCENTURE LLP
ACCRALAW
ACCURATE BACKGROUND LLC
ACH ALEXANDRIA LLC
ACI INT'L
ACS NEW IBERIA PLAZA LA LLC
ACS PICAYUNE PLAZA MS LLC
ACXIOM CORPORATION
ADAM BLEVINS
ADAM KING
ADAM KRAWCHICK
ADB & DJB HOLDING LLC
ADESSO-MADDEN, INC.
ADH LEASING CO, LLC
ADJFAM MANAGEMENT CO
ADLOR B. REALTY ASSOC. LLC
ADP CANADA CO
ADP LLC
ADRIAN ANGELES
ADSUAR MUNIZ GOYCO SEDA &
ADVANCED REAL ESTATE SERVICES
  INC
AFCC LIMITED 3719
AFN
AGC SD RETAIL 6, LLC
AGC TOWN CENTER NORTH LLC
AGILYSYS NV, LLC
AIA CORPORATION
AIRATORS SKECHERS
AIRBORNE REALTY LLC
AIRWALK BEACH PRODUCT
AJ SUE CONSULTING LLC
AJA BROWN
AJENE BROWNE JOHN-CHARLES
AKAMAI TECHNOLOGIES INC
AKFCF INC
AKIN GUMP STRAUSS HAUER & FELD,
  LLP
AKSARBEN LIMITED PARTNERSHIP
AL ZEISZ AND IAN SMITH
ALAN SEBANC
ALARM AND ELECTRONICS SYSTEMS
  LLC
ALARM PERMIT CLERK

ALARMPRO INC
ALAYAH AUSTIN
ALBANY MALL LLC
ALBANY ROAD-SPRINGFIELD PLAZA
  LLC
ALBERTO SILVA SR
ALBION FIRE DISTRICT
ALBMIN REALTY CO
ALCO REALTY LLC
ALDERWOOD MALL LLC
ALDIN WILSON
ALEFF LLC
ALEJANDRA ARTEAGA
ALEJANDRA GUTIERREZ
ALEJANDRA HURTADO
ALEJANDRO PADILLA
ALERT ELECTRONICS, INC.
ALEX ALVAREZ
ALEX ANDRA FABRE
ALEXANDER MAGDALENO
ALEXANDRIA MAIN MALL LLC
ALEXIS MACIAS
ALFREDO LOPEZ
ALHAMBRA VALLEY PROPERTIES LLC
ALI LIVING TRUST
ALICIA CHAVEZ
ALIGHT SOLUTIONS LLC
ALISON FOWLER
ALJACKS LLC
ALL ACCESS PROPERTIES LLC
ALLEN & NEWMAN PLLC
ALLEN HILL
ALLEN W FAIR
ALLERTON ASSOCIATES LLC
ALLIANCE MAINTENANCE
ALLIANCE SHIPPERS, INC.
ALLISON CHELLEW
ALLISON PIETCH
ALMA ZEPEDA
ALPHA LAKE LTD.
ALTAIR GLOBAL RELOCATION
ALTAMONTE MALL LLC
ALTON MALL LLC
ALVAREZ & MARSAL NORTH
  AMERICA LLC
ALVERNAZ PROPERTIES

18

AMALGAMATED FINANCIAL GROUP
  VI, LLC
AMANDA CAPEHART
AMANDA ELIAS
AMARGOSA PALMDALE
  INVESTMENTS LLC
AMAZON MEDIA GROUP LLC
AMBER AMAYA
AMBER GRAY
AMBER HOPKINS
AMBER HUMPHREYS
AMBROSE LAW GROUP LLC
AMCAP COPACO II LLC
AMELIA GEMENY WEST
AMERICAN ARBITRATION
  ASSOCIATION
AMERICAN BALLET THEATRE PPD
AMERICAN BUILDING ASSOCIATES LP
AMERICAN COURIER CORP
AMERICAN EAGLE ROYALTY
AMERICAN FAST FREIGHT INC.
AMERICAN FORK CITY
  CORPORATION
AMERICAN PLAZA GROUP LLC
AMERICAN RED CROSS HEALTH AND
  SAFETY
AMERIPARK
AMERIPRIDE
AMIRAN CAPITAL PARTNERS, LP
AMPAC INVESTMENT GROUP
AMSOURCE PLEASANT GROVE LLC
AMY BELL
AMY MILLER
AMY R MCCOY-HANNA
ANA AGUAS
ANA CARABALLO
ANA FLORES
ANA GARCIA
ANA MEZA
ANAMAR PROPERTIES LLC
ANAYELI MACIAS
ANDERSON COUNTY TREASURER
ANDERSON SECURITY INC
ANDREA HERMOSILLO
ANDREA NEGRETE
ANDREW CARMEL

ANDY POCKETT
ANGELA MIGUEL
ANIMAS VALLEY LLC
ANISE DETERS
ANISSA ENGEL
ANN ARBOR DISTRIBUTION INC
ANNA KARPINSKI
ANNA SAVIGNANO
ANNAPOLIS MALL OWNER LLC
ANNE ARUNDEL COUNTY FARP
ANNE COSTELLO
ANNICK PICHETTE
ANNIE INTERNATIONAL TRADING
  COMPANY
ANNIE LOPEZ CARRILLO
ANTELOPE VALLEY MALL LLC
ANTO BIRAKDERIAN
ANTONIO ARAUJO
AON HEWITT CORPORATE
  EXCHANGE
APACHE MALL LLC
APOPKA ASSOCIATES 2006 LLC
APRIL FUDGE
APRIL LEONARD
APS TAPES INC
APTOS CANADA INC
ARACELI GONZALEZ
ARACELY HIDALGO
ARBOR PLACE II LLC
ARC BSLBCCA001, LLC
ARCADE INVESTMENT CORP.
ARCADIAN SHORES COMMONS LLC
ARCP MT AUSTELL GA, LLC
ARCP MT HOUSTON TX, LLC
ARD LUFKIN SHOPPING CENTER LLC
ARD WEST WHITELAND LLC
ARGELIA CARDENAS
ARGO WOODBURN LLC
ARI FLEET
ARIANA BOULDT
ARISLEYDA BREA
ARIZONA MILLS MALL LLC
ARLINGTON RIDGE MARKETPLACE
  LLC
ARMSTRONG TEASDALE
ARN K. YOUNGMAN

ARNOLD SCOTT HARRIS PC ATTY AT
  LAW
ARNOLD SHUSTERMAN OR CAROLYN
ARNOT REALTY CORPORATION
ARROW CONTAINER
ARROWHEAD MALL LLC
ARROWHEAD TOWNE CENTER LLC
ARUNDEL MILLS LP
ARVADA RIDGE PUBLIC
  IMPROVEMENT CO
ARVADA RIDGE VERTICAL RETAIL
  LLC
ASCENDANT (HONG KONG) TRADE
  CO LIMITED
ASHEVILLE MALL CMBS, LLC
ASHIA LEWIS
ASHLEE LAMBSON
ASHLEE PERROTTA
ASHLEIGH FOULS
ASHLEY BUSH
ASHLEY FERRER
ASHLEY HAUSCHEL
ASHLEY MONROE
ASHLEY MOORE
ASHLEY ROYSTER
ASHLIE BECKMAN
ASSESSOR
ASSOCIATION OF CORPORATE
  COUNSEL
ASSURANCE FACILITY
  MANAGEMENT INC
AT INVESTMENTS FOUR
ATACOSA MARKET LTD
ATC GLIMCHER LLC
ATCO VALLEY PLAZA LLC
ATLANTIC CITY ASSOC #2 (S-1) LLC
ATLANTIC SQUARE LLC
ATLAS FIRE AND ALARM
ATTENTIVE MOBILE INC
AUBURN ASSOCIATES LLC
AUBURN MALL LLC
AUBURN PLAZA INC
AUDITOR OF STATE, UNCLAIMED
  PROPERTY
AUDUBON VENTURES LLC
AUGUSTA MALL LLC

AURORA INVESTMENTS LLC
AUSTINTOWN PLAZA PROPERTIES
  LLC
AUTOMATIC PROTECTION SYSTEMS
AUTUMN BYRDSONG
AUTUMN KIRCHNER
AUTUMN PROSSER
AVANTE ELLSWORTH VENTURE 1 LLC
AVASANT
AVENUES MALL LLC
AVERY DENNISON
AVIANA COMPANY II LLC
AVIATION MALL NEWCO LLC
AVIDO LLC
AWA SOW
AWE-AR IVERSON MALL LLC
AZEETA - R LLC
AZUCENA MAGANA
B & B CASH GROCERY STORE, INC.
BACELINE VALUE FUND I UNIV
  PLAZA LLC
BACHMAN LAKE VILLAGE, INC.
BACK:US AGENCY INC
BAESMAN GROUP INC
BAG STUDIO LLC
BAKER & MCKENZIE
BAKERSFIELD FARP
BALCORP, INC
BALDWIN PARK FARP
BALDWIN SHOE PROP
BALJEET HEER
BALTIMORE CENTER ASSOCIATES LP
BAM COMMERCIAL PROPERTIES LLC
BANGOR MALL LLC
BANJO PROPERTIES LLC
BARBARA BLOCH REVOCABLE
  TRUST
BARKLEY EVERGREEN & PARTNERS
  INC
BARNABA & MARCONI
BARR DOOR INC
BARRAGAN & BARRAGAN
BARRY GORENSTEIN
BARTON CENTRE LP
BARTON INVESTMENT LLC
BARTOW ASSOCIATES LLC

BASS EQUITIES LLC
BASSETT PLACE REAL ESTATE CO
  LLC
BASTROP COUNTY TAX
  ASSESSOR/COLLECTOR
BATES & MYERS COMPANY
BATTLEFIELD MALL LLC
BAWABEH BROTHERS NO 2 LLC
BAY HARBOR PLAZA LLC
BAY PLAZA COMMUNITY CENTER
BAYSHORE MALL
BAYSHORE SHOPPING CENTER
  PROPERTY
BC & B
BCIMC REALTY CORPORATION
BCS PROPERTIES OF ANN ARBOR LLC
BCS REALTY, LLC
BDC LODI PLAZA LP
BDG GOTHAM PLAZA LLC
BDI
BDO LLC
BEATRIZ ALVAREZ
BEAVER VALLEY MALL LLC
BEAVEX INC
BECKIE A ROUSE
BECKY TENBRINK
BEDFORD LAND CO.
BEIJING CHANG TSI & PARTNERS
BEITLER LOGISTICS
BELDEN MALL LLC
BELFLEX STAFFING NETWORK
BELLE TERRE PLAZA LLC
BELLECAS CONSULTING LLC
BELLIS FAIR MALL LLC
BELLMORE HOLDCO LLC
BELLWETHER PROPERTIES
BEN J. & BETTY J. VALENTINE
BENATAR INVESTMENT GROUP LP
BENNINGTON SQUARE PARTNERS
  LLC
BENTALL KENNEDY (CANADA) LP ITF
BENTALL KENNEDY LP ITF NORTH
  HILL SHOP
BENTALL RETAIL ITF OPTRUST
BENTON COUNTY TAX COLLECTOR
BERGENFIELD MUNICIPAL COURT

BERKEMEYER ATTORNEYS &
  COUNSELORS
BERKSHIRE MALL LP
BERKSHIRE SHOPPING CENTER LLC
BERLAV ASSOCIATES
BERNALILLO COUNTY
BERNARDO MEZA
BEST ONE TIRE & SERVICE OF MID
  AMERICA
BEST SECURITY INDUSTRIES
BETTY ESPINOZA
BETTY JANE WILLIMON
BEVERLY V. ARTHUR
BH PREMIUM QUALITY WATERBURY
  LLC
BHAAJ TX1 LLC
BHNV REALTY CORP
BIBB COUNTY
BILL MCDONALD
BIRCHWOOD MALL LLC
BIRD 107 PLAZA
BISON TRANSPORT
BISSELL COMMERCIAL
BIZER & DEREUS LAW FIRM TRUST
  ACCOUNT
BLACKSTONE GROUP-DIRKSEN
BLAKE PROPERTIES OF MERIDIAN
  LLC
BLAKE, CASSELS & GRAYDON LLP
BLANCA ROBLES
BLANCA SPRAGUE
BLDG-ICS OLNEY LLC
BLESSING MOGBEYITEREN
BLOCH HTC LLC
BLOOMFIELD PLAZA ASSOC. L.P.
BLOOMINGDALE SQUARE SHOPPING
  CRT
BLUE ACORN INC
BLUE APPLE PROJECT SA DE CV
BLUE DIAMOND CROSSING II LLC
BLUECORE INC
BLVDCON LLC
BM CROSSROADS LLC
BMHC LLC
BOARD OF POLICE COMMISSIONERS
BOARDWALK 15 A LLC

21

BOBPAYLESS MI LLC
BOCA PARK MARKETPLACE
BODESTER, LLC
BOISE MALL LLC
BOLGER 39/MAIN BOLGER/GLO-RAE
  BOLGER
BONIUK INTERESTS LTD
BONNIE DOON SHOPPING CENTRE
  (HOLDINGS) L
BONNIE FUNG
BOONE COUNTY COLLECTOR
BOONE COUNTY FISCAL COURT
BOONE COUNTY SHERIFF
BOROUGH OF EATONTOWN
BOROUGH OF PARAMUS
BOSCACCI GROUP LLC
BOWERS FAMILY PARTNERS LLC
BOWIE MALL COMPANY LLC
BOYD COUNTY SHERIFF
BOYKIN ENTERPRISES
BOYNTON BEACH MALL LLC
BPC HENDERSON LLC
BPP-1 LLC
BRADLEY A. BRUNTON
BRADLEY PARK CROSSING LLC
BRANCH GAINESVILLE ASSOCIATES
  LP
BRANDI PENA
BRANDI ROSS
BRANDIANNE BREKKE
BRANDON EAKES
BRANDON SC PARTNERS LTD
BRANDON TERRELL
BRANDY PIERCE
BRAZOS TC PARTNERSHIP A LP
BRE DDR BR WHITE OAK VA LLC
BRE DDR CARILLON PLACE LLC
BRE DDR CROCODILE FALCON RIDGE
  TOWN
BRE PEARLRIDGE LLC
BRE RC FIRST COLONY MD LLC
BRE RC LOUETTA CENTRAL TX LP
BRE RC LOYAL PLAZA PA LP
BRE RC YORK MP PA LP
BRE RETAIL RESIDUAL OWNER I LLC

BRE RETAIL RESIDUAL SHOPPES AT
  VALLEY
BRE THRONE APPLEGATE RANCH LLC
BREANNA MARQUEZ
BREANNA VALERO
BREEAAD INTERNATIONAL INC
BRENDA BENITEZ
BRENDA REYNOSO
BRENDA SALYASONE
BRIAN F CONROY TRUSTEE
BRIAN GRNYA
BRIAN JACKSON
BRIAN STARLING
BRICK TOWNSHIP OF FIRE SAFETY
BRICKTOWN UE LLC
BRIDGEWATER COMMONS MALL II
  LLC
BRIDGEWATER FALLS STATION LLC
BRIE LACAILLE
BRIGHAM CITY CORPORATION
BRIGHT PAR 3 ASSOCIATES, L.P.
BRIGHT-MEYERS KENNESAW ASSOC.
  LP
BRITISH COLUMBIA MINISTER OF
  FINANCE
BRITTANY BAIRD
BRIXMOR CAPITOL SC LLC
BRIXMOR CROSS KEYS COMMON LLC
BRIXMOR GA APOLLO I SUB LLC
BRIXMOR GA APOLLO I TX HOLDINGS
  LLC
BRIXMOR GA APOLLO III SUB
  HOLDINGS LLC
BRIXMOR GA CHICOPEE
  MARKETPLACE LLC
BRIXMOR GA COASTAL WAY LLC
BRIXMOR GA COBBLEESTONE
  VILLAGE
BRIXMOR GA PANAMA CITY LLC
BRIXMOR GA SAN DIMAS LP
BRIXMOR GA WILKES-BARRE LP
BRIXMOR HANOVER SQUARE SC LLC
BRIXMOR HOLDINGS 11 SPE, LLC
BRIXMOR HOLDINGS 12 SPE LLC
BRIXMOR HOLDINGS 6 SPE LLC
BRIXMOR HOLDINGS 8 SPE LLC

BRIXMOR MORRIS HILLS LLC
BRIXMOR OLD BRIDGE LLC
BRIXMOR PROPERTY OWNER II LLC
BRIXMOR ROOSEVELT MALL OWNER
  LLC
BRIXMOR SILVER POINTE LLC
BRIXMOR SOUTHPORT CENTRE LLC
BRIXMOR SPE 2 LLC
BRIXMOR SPE 3 LLC
BRIXMOR SPE 5 LLC
BRIXMOR SPE 6 LLC
BRIXMOR SPRADLIN FARM LLC
BRIXMOR TRI CITY PLAZA LLC
BRIXTON ALTO SHOPPING CENTER,
  LLC
BRIXTON EVERETT LLC
BRIXTON PROVO MALL LLC
BRIXTON ROGUE LLC
BRIXTON SHERWOOD LLC
BROADMOOR PLAZA RETAIL LLC
BROCKWAY INVESTMENTS LLC
BROKEN ARROW SHOPPING CENTER
  LLC
BROOKE HENRY
BROOKFIELD SQUARE JOINT
  VENTURE
BROOKHAVEN CENTER ASSOCIATES
  LP
BROOKLYN KINGS PLAZA LLC
BROOKVILLE AREA CHAMBER OF
  COMMERCE
BROWARD MALL LLC
BROWN FLORIDA HOLDINGS LLC
BRUCE BERQUAM
BRUNSWICK FLOORS INC
BRYAN CHANDA
BRYAN SEAMANS
BRYAN TOWER II, LP
BSC RETAIL OWNER LLC
BSCL & KSBI
BTC OWNER LLC
B-THAP, LC
BUCHANAN COUNTY COLLECTOR
BUCKEYE WESTERN STAR
BUCKINGHAM PLAZA LP
BUEN TERRA LLC

BUILD A SIGN LLC
BUILDERS INC COMMERCIALS
BULLITT COUNTY SHERIFF
BULLOCH CO. TAX COMMISSIONER
BUNCOMBE COUNTY TAX
  COLLECTOR
BUREAU OF FIRE PREVENTION
BURKE & CARLTON PARTNERSHIP
BURLESON STC I LLC, FILE #1478
BURLINGTON COAT FACTORY OF
  TEXAS INC
BURNSVILLE CENTER SPE LLC
BUSINESS DIRECT LIMITED
BUSINESS PROPERTIES PARTNERSHIP
  NO. 31
BUTLER COUNTY COLLECTOR
BUTT-PATE-MASON TRUST
BVA POPLIN PLACE LLC
BY AND KC STARKVILLE
  PARTNERSHIP
B-Y EDINBURG CENTER LTD.
B-Y WESTERN VALLEY LTD.
BYZANTINE, INC.
C & C ACCORD LTD
C CONNER
C EAGLE SPIRIT LLC
C STORE OF USA INC
C.I.A., L.L.C.
C.W. & ASSOCIATES
CA INC
CA NEW PLAN FIXED RATE
  PARTNERSHIP LP
CABARRUS COUNTY TAX
  COLLECTOR
CACHE VALLEY PROPERTY VENTURE
CAL OAKS PLAZA LLC
CAL TEX STAR PROPERTIES LLC
CALCASIEU PARISH SCHOOL BOARD
CALIFORNIA MULTIMODAL LLC
CALLEIGH ENNIS
CALLISTA GIANNISIS
CALLOWAY REAL ESTATE
  INVESTMENT
CALLOWAY REAL ESTATE
  INVESTMENT TRUST

23

CALLOWAY REIT - BURLINGTON
  NORTH
CALLOWAY REIT - ETOBICOKE
CALLOWAY REIT - LANGLEY
CALLOWAY REIT - ST CATHARINES
CALLOWAY REIT - WINDSOR
CALLOWAY REIT - WOODSTOCK
CALLOWAY REIT (BRAMPTON) INC
CALLOWAY REIT (HARMONY)
CALLOWAY REIT (HOPEDALE) INC
CALLOWAY REIT (LAVAL E) INC
CALLOWAY REIT (NIAGRA FALLS) INC
CALLOWAY REIT (WESTGATE) INC
CALLOWAY REIT BOLTON
CALLOWAY REIT CALGARY INC
CALLOWAY REIT EDMONTON
CALLOWAY REIT HAMILTON
  MOUNTAIN INC
CALLOWAY REIT INC
CALLOWAY REIT INC LANCASTER
CALLOWAY REIT INC LONDON
CALLOWAY REIT KAMLOOPS
CALLOWAY REIT LETHBRIDGE
CALLOWAY REIT MONTREAL N
CALLOWAY REIT REGINA E INC
CALLOWAY REIT SW ONTARIO INC
CALLOWAY REIT WHITBY INC
CALLOWAY REIT WINNIPEG SW
CALLOWAY REIT - MASCOUCHE
CALLOWAY REIT - UNICITY
CALLOWAYREIT - BROCKVILLE INC
CALLOWAYREIT - REXDALE INC
CALZADO MI LORD SA DE CV
CAMBRIDGE SHOPPING CENTRES
  LIMITED
CAMBRIDGESIDE PARTNERS LLC
CAMDEN VILLAGE LLC
CAMERON KNOX
CAMILLE RAMPERSAD
CAMPBELL COUNTY FISCAL COURT
CANADA POST NH
CANADA REVENUE AGENCY
CANDY TORRENCE
CANYON COUNTRY PLAZA LP
CAPARRA CENTER ASSOCIATES LLC
CAPE GIRARDEAU COUNTY

CAPITAL CITY SHOPPING
CAPITAL CITY SHOPPING CENTRE
  LIMITED
CAPITAL MALL LP
CAPITAL PLAZA INC
CAPITAL REALTY ASSOC.
CAPITAL TRANSPORTATION &
  TECHNOLOGY
CAPITOL SPRINKLER SERVICE CORP.
CAPLACO MANAGEMENT CO
CAPLACO MANAGEMENT CO BOGEY
  HILLS PLAZA
CAPLO PARTNERS
CAPMARK SERVICES LP
CAPREF BURBANK LLC
CAPREF EDEN PRAIRIE LLC
CAPREF LLOYD II LLC
CAPREF SMYRNA LLC
CAPRI URBAN BALDWIN LLC
CAPSTONE CONSULTING INC
CAREERBUILDER LLC
CARLA ROMERO
CARLOS ASCENCIO
CARLYLE SWANSEA PARTNERS LLC
CARMEL MOUNTAIN PLAZA LP
CARMEN GARCIA
CARMEN ROMERO-NICHOLS
CAROL BENNETT
CAROL PERDIC
CAROL S HAROOTUNIAN
CAROLINA GARCIA
CAROLINA GUERRERO
CAROLINA PLACE LLC
CAROLYN ADELE JOSEPHO
CAROUSEL CENTER CO LP
CARR-GOTTSTEIN PROPERTIES
CARRIE GLENN
CARRIE PASQUARELLI
CARSON VALLEY CENTER LLC
CARY VENTURE LP
CASA GRANDE FALSE ALARM
  REDUCTION PROGRA
CASCO DIVERSIFIED CORPORATION
CASSIE ALVAREZ
CASSIE GREGG
CASTLE BRAND GROUP LLC

CASTLETON SQUARE LLC
CATHERINE MEIER
CATHERINE SQUIRES
CATHERINE YOUNG
CATHRYN MCFALL
CATHY TANG
CBL - MONROEVILLE LP
CBL / EASTGATE MALL, CMBS, LLC
CBL SM BROWNSVILLE LLC
CBL WESTMORELAND LP
CBRE GLOBAL INVESTORS, LLC AAF
CBSA - CENTRAL PAYMENT
  PROCESSING CENTER
CC INVESTMENTS GROUP LLC
CCF PCG NORTHRIDGE, LLC
CCVA INC
CDG - 92ND LLC
CEDAR CARMANS LL
CEDAR CITY CORPORATION
CEDAR QUARTERMASTER LLC
CEDAR-FIELDSTONE MARKETPLACE
  LLC
CELADON LOGISTICS SERVICES INC
CELEBRATION REGIONAL
  ASSOCIATION
CENTER 6 WESTPARK
CENTER AREA SCHOOL DIST.
CENTER ASSOCIATES REALTY CORP.
CENTER POINT PLACE SHOPPING
  CENTER
CENTER TOWNSHIP WATER
  AUTHORITY
CENTERCORE DESTIN LLC -ISLAND
CENTEREACH MALL ASSOCIATES 605
  LLC
CENTERPOINT MALL LLC
CENTERRA RETAIL SALES CORP
CENTERRA PUBLIC IMPROVEMENT
  CORP
CENTERRA RETAIL SHOPS LLC
CENTERVILLE CITY
CENTERVILLE CROSSING LLC
CENTRAL LOAN ASSETS V LP
CENTRAL MALL REALTY HOLDING,
  LLC
CENTRAL SHOPPING PLAZA

CENTRAL VALLEY ASSOCIATES
CENTRAL VALLEY PROPERTY
  HOLDINGS II LLC
CENTRE REGIONAL CHATEAUGUAY
  INC
CENTRECORP MANAGEMENT
  SERVICES LIMITED
CENTREPOINTE - JMYL LP
CENTRIC SOCKS LLC
CENTRO DEL SUR MALL LLC
CENTRO RECAUDACION INGRESOS
  MUNICIPALES
CENTURY CENTER LLC
CENTURY PLAZA CORP.
CERIDIAN STORED VALUE
  SOLUTIONS INC
CERTONA CORPORATION
CERUTTI CO LLC
CEVA FREIGHT
CEVA FREIGHT, LLC
CF III SH VALLEY FAIR LLC
CGS EMERALD PARTNERS LLC
CH REALTY III LONG GATE LLC
CH REALTY VII / R NOVA PLAZA I & II
  LLC
CH REALTY VII/R SAN DIEGO
  EASTLAKE
CH RETAIL FUND 1/0RLANDO METRO
  LLC
CHALMETTE MALL LP
CHAMBERSBURG MALL REALTY LLC
CHAMPAGNAT CATHOLIC SCHOOL
  INC
CHAMPION ATHLETICWEAR
CHAMPION ELEVATOR CORP
CHAMPION EUROPE SPA
CHAMPLAIN CENTRE NORTH LLC
CHANDLER POLICE DEPTARTMENT
CHANDRA L MYERS
CHANG K KIM & JEONG KIM
CHANTAL VAN NESS
CHAPEL HILLS REALTY LLC
CHARLA HILL
CHARLES BROSENS
CHARLES E SMITH

CHARLES MALL CO LTD
 PARTNERSHIPA
CHARLOTTESVILLE FASHION
 SQUARE, LLC
CHARTER TOWNSHIP OF FLINT
CHAUTAQUA MALL LLC
CHEEMA LLC
CHEEMENG HER
CHELSEA PACIFIC INVESTMENTS LP
CHEMSEARCH
CHEN CHONG
CHERI BERNARD
CHEROKEE COUNTY TAX
 COMMISSIONER
CHERRY HILL CENTER LLC
CHERRY HILL FIRE DEPARTMENT
CHERRY HILL PROPRETIES LLC
CHERRYVALE MALL
CHERYL BURTON
CHERYL PAULSEN
CHESAPEAKE SYSTEM SOLUTIONS
CHESTER MALL LLC
CHESTER RAYBURN LAKE JR
CHESTERFIELD COUNTY POLICE
 DEPARTMENT
CHESTERFIELD RETAIL LC
CHICO FAZEKAS I LLC
CHICO MALL INVESTORS LLC
CHICOPEE MARKETPLACE OWNERS,
 LLC
CHIKA ESIOBU
CHILLUM CENTER LLC
CHIN CIARDELLA PROPERTIES LLC
CHINA PATENT AGENT (H.K.) LIMITED
CHODY REAL ESTATE CORP
CHRISOPOULOS FAMILY TRUST
CHRISTIAN MCWILLIAMS
CHRISTIAN SIRIANO HOLDINGS LLC
CHRISTINA FLECK
CHRISTINE HOLMES
CHRISTOPHER ANDERSON
CHRISTOPHER FARLEY
CHRISTOPHER OTT
CHRISTOWN 1755 LLC
CHRISTY L KAHLE
CHULA VISTA CENTER LP

CHURCHILL COUNTY CLERK/TREAS.
CIGNA BEHAVIORAL HEALTH
CIGNA GLOBAL HEALTH BENEFITS
CIGNA GROUP INSURANCE-LIFE &
 DISABILITY
CIII GECMC05-C1 LAKESIDE MALL
CINCINNATI POLICE DEPT - FARU
CINDY MARIE BERMUDEZ
CINDY STOUT
CINTAS CORPORATION
CINTAS FIRE
CIRCLE CENTRE MALL LLC
CIRCLE PLAZA LLC
CITADEL MALL REALTY LLC
CITRUS CENTER CLINTON HILL LLC
CITRUS HEIGHTS POLICE DEPT
CITRUS PARK MALL OWNER LLC
CITY & COUNTY OF BROOMFIELD
CITY AND COUNTY OF HONOLULU
CITY LINE SHOPPING CENTER ASSOC
CITY METRO ALARM OFFICE
CITY OF ABERDEEN
CITY OF ABILENE ALARM PROGRAM
CITY OF ALAMOSA
CITY OF ALBUQUERQUE POLICE
 DEPARTMENT
CITY OF ALEXANDRIA
CITY OF ALHAMBRA
CITY OF ALPHARETTA
CITY OF ALTON, TREASURER
CITY OF ANAHEIM
CITY OF APPLETON
CITY OF ARLINGTON
CITY OF ASHLAND
CITY OF AUBURN
CITY OF AURORA
CITY OF AVONDALE
CITY OF BALTIMORE
CITY OF BARBOURSVILLE
CITY OF BATON ROUGE
CITY OF BEAUMONT POLICE DEPT
CITY OF BELLEVUE
CITY OF BEMIDJI
CITY OF BENTON
CITY OF BOSSIER CITY
CITY OF BOSTON

26

CITY OF BOZEMAN
CITY OF BRIDGEPORT
CITY OF BRIGHTON
CITY OF BUFORD
CITY OF BURIEN, WASHINGTON
CITY OF BURLINGTON
CITY OF BURNABY
CITY OF CALGARY
CITY OF CALHOUN
CITY OF CAPE GIRARDEAU
CITY OF CAPITOLA
CITY OF CHANDLER
CITY OF CHARLESTON
CITY OF CHICAGO
CITY OF CHICAGO ADMINISTRATIVE
  HEARINGS
CITY OF CHICAGO, DEPT OF FINANCE
CITY OF CHUBBUCK
CITY OF CHULA VISTA
CITY OF CLINTON
CITY OF COLORADO SPRINGS
CITY OF COLUMBUS
CITY OF COMMERCE
CITY OF CONYERS
CITY OF COTTONWOOD
CITY OF COTTONWOOD HEIGHTS
CITY OF COVINA
CITY OF CRYSTAL LAKE
CITY OF DALY CITY
CITY OF DAYTONA BEACH
CITY OF DEL RIO
CITY OF DOTHAN
CITY OF DOUGLAS
CITY OF DOUGLASVILLE
CITY OF DUMAS
CITY OF DURANGO
CITY OF EAST POINT
CITY OF EDMONTON
CITY OF EL CAJON
CITY OF ELIZABETH
CITY OF ELIZABETH CITY
CITY OF ELIZABETHTOWN
CITY OF EVERETT
CITY OF FAIRVIEW HEIGHTS
CITY OF FALLON
CITY OF FARMINGTON

CITY OF FEDERAL WAY
CITY OF FENTON
CITY OF FERNDALE TAXES
CITY OF FLORENCE
CITY OF FORT PIERCE
CITY OF FORT SASKATCHEWAN
CITY OF FORT WRIGHT
CITY OF FRESNO
CITY OF FRISCO
CITY OF FT. COLLINS
CITY OF GAINESVILLE
CITY OF GARDEN GROVE
CITY OF GLENDALE
CITY OF GOODYEAR
CITY OF GRAND JUNCTION
CITY OF GRAND PRAIRIE
CITY OF GRANITE CITY
CITY OF GRASS VALLEY
CITY OF GREAT FALLS
CITY OF GREELEY
CITY OF HAMMOND
CITY OF HANFORD
CITY OF HARPER WOODS
CITY OF HARRISONBURG ALARM
  PROGRAM
CITY OF HEATH
CITY OF HELENA
CITY OF HEMET
CITY OF HENDERSON
CITY OF HICKORY
CITY OF HILLSBORO
CITY OF HINESVILLE
CITY OF HOBBS
CITY OF HOLLISTER
CITY OF HOLLYWOOD
CITY OF HOUSTON
CITY OF HUNTINGTON
CITY OF INDIO ALARM PROGRAM
CITY OF INGLEWOOD
CITY OF IRVING
CITY OF KAMLOOPS
CITY OF KANSAS CITY, MISSOURI
CITY OF KELOWNA
CITY OF KENNEWICK
CITY OF KENT
CITY OF KERMAN

CITY OF KINGMAN
CITY OF KINGSPORT
CITY OF KLAMATH FALLS
CITY OF LA - FALSE ALARMS
CITY OF LA MESA
CITY OF LACEY
CITY OF LAFAYETTE
CITY OF LAKE ELSINORE
CITY OF LAKE JACKSON
CITY OF LAKEWOOD
CITY OF LAS VEGAS
CITY OF LEDUC
CITY OF LEWISTON
CITY OF LITTLE ROCK
CITY OF LIVONIA
CITY OF LOGAN
CITY OF LONGVIEW
CITY OF LOS ANGELES
CITY OF LOUISVILLE KY
CITY OF LOVELAND
CITY OF LYNNWOOD
CITY OF MALVERN
CITY OF MARGATE
CITY OF MARIETTA TAX DEPT.
CITY OF MARSHALLPOLICE
  INFORMATION SERVICE
CITY OF MERCED
CITY OF MESA
CITY OF MIAMI
CITY OF MILPITAS
CITY OF MILWAUKEE
CITY OF MISSION
CITY OF MOBERLY
CITY OF MODESTO
CITY OF MONROE
CITY OF MONTGOMERY
CITY OF MORENO VALLEY
CITY OF MOSES LAKE
CITY OF MOUNTAIN VIEW
CITY OF MOUNTAIN VIEW FAAP
CITY OF MURRIETA
CITY OF NANAIMO
CITY OF NAPA
CITY OF NEW BRAUNFELS
CITY OF NEW IBERIA
CITY OF NEW YORK CITY

CITY OF NEWARK
CITY OF NOGALES
CITY OF NORFOLK TREASURER
CITY OF NORTH MIAMI
CITY OF OAK PARK
CITY OF OCEANSIDE
CITY OF OLYMPIA
CITY OF OMAHA
CITY OF OPELOUSAS
CITY OF OREGON CITY
CITY OF OREM
CITY OF ORLANDO
CITY OF OVERLAND
CITY OF OWASSO
CITY OF OXNARD
CITY OF PANAMA CITY
CITY OF PANAMA CITY BEACH
CITY OF PASADENA TEXAS
CITY OF PASO ROBLES
CITY OF PASSAIC TAX COLLECTOR
CITY OF PEARLAND
CITY OF PHILADELPHIA
CITY OF PHILADELPHIA LAW
  DEPARTMENT
CITY OF PHOENIX
CITY OF PIGEON FORGE
CITY OF PLANO
CITY OF POMPANO BEACH
CITY OF PORTAGE
CITY OF PRINCE ALBERT
CITY OF PRINCE GEORGE
CITY OF PROVO
CITY OF PUEBLO
CITY OF REDDING
CITY OF RENO NV
CITY OF REXBURG
CITY OF RICHARDSON
CITY OF RICHMOND
CITY OF RICHMOND HEIGHTS
CITY OF RICHMOND KY
CITY OF RIVERDALE
CITY OF ROCKY MOUNT
CITY OF SACRAMENTO
CITY OF SALINAS
CITY OF SAN BERNARDINO
CITY OF SAN DIMAS

CITY OF SANTA CLARA
CITY OF SANTA FE
CITY OF SANTA MARIA
CITY OF SAVANNAH
CITY OF SCRANTON
CITY OF SEGUIN
CITY OF SELMA
CITY OF SHOW LOW
CITY OF SIERRA VISTA
CITY OF SMYRNA
CITY OF SONOMA
CITY OF SOUTHAVEN
CITY OF SPRINGFIELD
CITY OF SPRINGFIELD ALARM
  PROGRAM
CITY OF ST. ALBERT
CITY OF ST. CLAIR SHORES
CITY OF ST. GEORGE
CITY OF ST. LOUIS
CITY OF ST. PETERS
CITY OF STATESBORO
CITY OF STOCKTON
CITY OF STUART
CITY OF SUNNYSIDE
CITY OF SUNNYVALE
CITY OF SURPRISE
CITY OF SURREY
CITY OF TAMPA
CITY OF THOMASVILLE
CITY OF THORNTON
CITY OF TUCSON
CITY OF TUKWILA
CITY OF VANCOUVER
CITY OF VERNON
CITY OF VICTORIA
CITY OF VICTORVILLE
CITY OF VIENNA
CITY OF VIEW CAPITAL
CITY OF VISALIA
CITY OF WASILLA
CITY OF WATAUGA
CITY OF WATERVILLE
CITY OF WAUKEGAN
CITY OF WEST BUECHEL
CITY OF WEST JORDAN
CITY OF WESTMINSTER

CITY OF WHITEFISH
CITY OF WOODINVILLE
CITY OF WOODSTOCK
CITY OF YUKON
CITY OF YUMA
CITY TAX COLLECTOR
CITY TREASURER
CITY/BOROUGH OF JUNEAU
CJ PRODUCTS INC
CLACKAMAS MALL LLC
CLARK COUNTY ASSESSOR
CLARK COUNTY NEVADA
CLARKE CO. TAX COMMISSIONER
CLARKSBURG PREMIUM OUTLETS
CLAUDETTE FRANKLIN
CLAYTON COUNTY TAX
  COMMISIONER
CLEAN LIMOUSINE SERVICE
CLEARVIEW MALL ASSOCIATES
CLEARWATER CALDWELL LLC
CLERK OF CIRCUIT COURT
CLERK OF COURTS
CLINTON CITY
CLINTON PINES LLC
CLOUDCRAZE SOFTWARE LLC
CLOVIS COMMONS LLC
CLUFF AND HARDY HOLDINGS, LLC
CMP TOWN & COUNTRY LP
CNMI DIVISION OF TAXATION
COASTAL GRAND CMBS LLC
COASTAL PLAINS DEVELOPMENT
  GROUP
COASTLAND CENTER LLC
COBB COUNTY
COBB COUNTY TAX COMMISSIONER
COBRA GUARD, INC
COCONUT POINT TOWN CENTER LLC
CODDINGTOWN MALL LLC
CODY TROTTER
COFIM MUNICIPIO DE ISABELA
COFIM MUNICIPIO DE MAYAGUEZ
COGENT COMMUNICATIONS INC
COGNIZANT TECHNOLOGY
  SOLUTIONS US CORP
COLBY PINE TREE PLAZA LC
COL-CRAIG REALTY COMPANY

29

COLDWELL BANKER COMMERCIAL
  ELITE
COLE COUNTY COLLECTOR
COLEMAN E ADLER II
COLISEUM CROSSING ASSOC., LLC
COLLECTIVE BRANDS LOGISTICS
  LIMITED
COLLECTIVE BRANDS SERVICES LTD
COLLECTIVE FRANCHISING LTD
COLLECTIVE LICENSING AIRWALK
  PPD ROYALTY
COLLECTOR - UNION COUNTY
COLLECTOR OF REVENUE
COLLECTOR, PETTIS COUNTY
COLLEGE PARK DELAWARE LLC
COLLEGE PLAZA INVESTORS LLC
COLLEGE SQUARE 111, LLC
COLLIERS INTERNATIONAL
COLLIERS ITF THE MANUFACTURERS
  LIFE
COLLIERS PENN MANAGEMENT AS
  AGENT
COLONIAL PARK MALL REALTY
  HOLDING LLC
COLONY OF LATROBE LP
COLORADO DEPARTMENT OF
  REVENUE
COLORADO MILLS LTD PARTNERSHIP
COLUMBIA COUNTY COLLECTOR
COLUMBIA GRAND FORKS LLC
COLUMBIA MALL LLC
COLUMBIA TECH CENTER LLC
COLUMBIA-BBB WESTCHESTER S/C
COMINAR REAL ESTATE INVESTMENT
  TRUST
COMINAR REIT
COMM 2006-C8 SHAW AVENUE
  CLOVIS LLC
COMMONWEALTH GOVERNMENT OF
  THE NORTHERN MARIANA ISLANDS
COMMONWEALTH OF VIRGINIA
COMPASS COMMERCIAL REAL
  ESTATE SERVICES
COMPLEXE PLACE ST-EUSTACHE INC
CONCORD MALL LP
CONESTOGA REALTY LLC

CONROE MARKETPLACE SC LP
CONTINENTS SOURCING ENT., LTD.
CONVERGE ONE, INC
CONWAY DEVCO DE LLC
COOKEVILLE TN INVESTMENT
  PARTNERS
COOKIE ADVANTAGE
COOLSPRINGS MALL LLC
COOPER COMM. PROP. II LLC
COPYRIGHT CLEARANCE CENTER
  INC
COR ROUTE 3 COMPANY LLC
CORAL - CS/LTD ASSOCIATES
CORAL RIDGE MALL LLC
CORNERS AT HILLCROFT AT
  BELLAIRE, LP
CORNWALL CENTRE INC
CORNWALL SQUARE INC
CORONADO CENTER LLC
CORPORATE CLAIMS MANAGEMENT
CORPORATE EXPRESS
CORPORATE IT STRUCTURE
CORPUS CHRISTI RETAIL VENTURE
  LP
CORRIDOR MARKETPLACE
CORTINA TAGLE ISOARD Y CIA SC
CORTLAND CAP MKTS TL INTEREST
CORTLANDT TOWN CENTER LLC
CORTLANDVILLE CROSSING LLC
CORTNEY LOGAN
CORUNNA PLAZA LLC
COUNCIL BLUFFS ALARM PROGRAM
COUNTRY WHOLESALE INC
COUNTRYSIDE MALL LLC
COUNTY CLERK, CODE
  ENFORCEMENT
COUNTY COLLECTOR
COUNTY OF ALBEMARLE
COUNTY OF VENTURA
COUNTY TREASURER
COVIN LIMITED PARTNERSHIP
COYOTE LOGISTICS
COZZINI BROS NATIONWIDE
  SHARPENING
CP ANTELOPE SHOPS LLC
CP ASSOCIATES LLC

CP PEMBROKE PINES LLC
CP VENTURE TWO LLC
CP/IPERS CORAL LLC
CPC GATEWAY PLAZA II, LLC
CPC STRATEGY LLC
CPHFHA HOLDINGS INC
CRAIG WRIGHT
CRAIGHEAD COUNTY COLLECTOR
CRAVEN COUNTY TAX COLLECTOR
CREATIVE CIRCLE LLC
CREATIVE COURSEWARE INC
CREATIVE INVESTMENTS IV LLC
CRECCAL INVESTMENTS LTD
CREF X LV CROSSROADS, LLC
CREFII SILVER CITY LLC
CREIT MANAGEMENT LP
CREIT MANAGEMENT LTD
CRESTVIEW VILLAGE CENTER LLC
CRETE CARRIER CORP.
CRGRE LLC
CRIS BEFFORT
CRIVELLI MACK INC
CROMBIE DEVELOPMENTS LIMITED
CROMWELL SQUARE PARTNERS L.P.
CROSS COUNTY MALL MERCH.
  ASSOC
CROSS CREEK MALL SPE LP
CROSS CREEK PLAZA INC
CROSSGATES MALL GENERAL CO.
  NEWCO LLC
CROSSIRON MILLS HOLDINGS INC
CROSSROADS CENTER LLC
CROSSROADS IMPROVEMENTS
  OWNER LLC
CROSSROADS JOINT VENTURE
CROSSROADS REALTY LLC
CROSSROADS SHOPPING PLAZA INC
CROWLEY LINER SERVICE
CROWLEY LOGISTICS
CROWN COMMERCIAL REAL ESTATE
CROWN EQUIPMENT CORP
CROWN WORLD MOBILITY
CRP II LOS PRADOS LLC
CRST INTERNATIONAL INC
CRUZ ALTA PLAZA LTD.

CRYSTAL CENTER MN-CRYSTAL
  CENTER-HA LLC
CRYSTAL CORNERS LLC
CRYSTAL CRUZ
CRYSTAL EDMONDS
CRYSTAL MALL LLC
CRYSTAL RUN GALLERIA LLC
CSC CORPORATE DOMAINS INC
CSHV QUARRY LLC
CSHV SPRINGHURST LLC
CSHV WAUGH CHAPEL LLC
CSN LLC
CT CORPORATION
CT CORPORATION SYSTEM
CT07-75 SWH LLC
CTC GILBERT PHASE 1 LLC
CULVER CITY MALL LLC
CUMBERLAND COUNTY TAX COLL.
CUMBERLAND MALL ASSOCAITES
CUMMINS CENTRAL POWER LLC
CURALATE INC
CURLA ROZAR
CURRY COUNTY
CURTIS 1000 INC
CW GROTON SQUARE LLC
CX SUNFLOWER LLC
CYBERSOURCE
CYNTHIA HARPER
CYPRESS COURTYARD II LLC
CYPRESS CREEK CO., L.P.
CYPRESS FLAGSTAFF MALL LP
D3 LUMBERTON LLC
DAB INVESTMENTS-SOUTHPORT
  COMMONS
DACK CARBON ASSOCIATES LP
DAESHA LACY
DAKOTA SQUARE MALL CMBS LLC
DALE PHAN
DALLAS POLICE DEPT
DALTON MALL LLC
DAMCO DISTRIBUTION SERVICES INC
DAN KLORES COMMUNICATION LLC
DANA REGO
DANIEL G KAMIN MILLINGTON LLC
DANIEL G. KAMIN SHOE STORES LLC
DANIEL H MEINKOW

31

DANIEL ZEPEDA
DANIELLE BADORE
DANNY MEDINA
DANVILLE MALL LLC
DARI REALTY LLC
DARINOR PLAZA
DARION SCARBROUGH
DARLA BEDWELL
DARREN HADDOCK
DARTMOUTH CROSSING LIMITED
DATAMAX SERVICES INC
DATAPIPE INC
DAVID ARENA
DAVID BARNES
DAVID BLOOMFIELD
DAVID C. SOWARD
DAVID FISHER
DAVID G. WEBB
DAVID GILMORE
DAVID NESTOR
DAVMORE REALTY CO., LLC
DAY STAR
DAYJAY ASSOCIATES
DAYTON MALL II LLC
DB VISIONWORKS
DBNET INNOVATIVE TECHNOLOGY
  INC
DBRA ATHENS PROPERTY
  INVESTMENT LP
DC USA OPERATING CO LLC
DCG DEVELOPMENT CO
DCL ST LUCIE WEST LLC
DCM LIMITED, LLC
DDR ATLANTICO LLC SE
DDR BROOKSIDE LLC
DDR DB SA VENTURES LP
DDR DEL SOL LLC SE
DDR ESCORIAL LLC SE
DDR FAJARDO LLC SE
DDR ISABELA LLC SE
DDR MIAMI AVENUE LLC
DDR NORTE LLC SE
DDR PALM VALLEY PAVILIONS LLC
DDR RIO HONDO LLC SE
DDR TUCSON SPECTRUM LLC
DDR WINTER GARDEN LLC

DDRA MAPLE GROVE CROSSING LLC
DDRA TANASBOURNE TOWN CENTER
  LLC
DDRM COFER CROSSING LLC
DDRM RIVERSTONE PLAZA LLC
DDRTC EISENHOWER CROSSING LLC
DDRTC FAYETTE PAVILLION III, IV
  LLC
DDRTC TURKEY CREEK LLC
DDRTC VILLAGE CROSSING LLC
DDRTC WOODSTOCK SQUARE LLC
DE ANZA COUNTRY SHOPPING
  CENTER
DE LA PAZ COSTEMALLE DFK SC
DEB HEIDEMAN
DEBBIE SCHWARTZ
DEBORAH A. ORTEGA
DEBRA LABONTE
DEBRA STEINMAN
DEER PARK STATION LMTD
  PARTNERSHIP
DEERBROOK MALL LLC
DEES SUGARHOUSE CENTER LLC
DEIDRE SMITH
DEKALB ASSOCIATES LLC
DEL SOL PLAZA LLC
DELAWARE DIVISION OF REVENUE
DELL MARKETING LP
DELRAY REALTY ASSOC. LLC
DELTA MB LLC
DELTA PROPERTIES NY LLC
DEMAR LOGISTICS INC.
DENA RENEE EDWARDS
DENH AND FUNG INVESTMENT LLC
DENHA HOLDINGS LLC
DENICE ONEAL
DENISON PARKING INC
DENITA L LEE JOHNSON
DENNIS P MOORE
DENTCO INC.
DEPARTMENT OF LABOR &
  INDUSTRIES
DEPARTMENT OF PUBLIC HEALTH
DEPARTMENT OF REVENUE AND
  TAXATION OF GUAM
DEPARTMENT OF TREASURY

32

DEPARTMENT OF TREASURY OF
  PUERTO RICO
DEPTFORD TAX COLLECTOR
DEREK DOYLE
DERFELTS BAXTER CHAPEL
DESERT SKY MALL LLC
DESIREE CADOR
DESIREE STEINER
DESOTO OWNERS LLC
DEVCON SHOPS LLC
DEVILLE DEVELOPMENTS LLC
DEWAYNE CASTILLO DAVIS
DEXTER
DEZINE NEWS INC
DGPOM MASTER TENANT LLC
DIAL REALTY CHEYENNE MOUNTAIN
  11 LLC
DIALPAD INC
DIAMOND INVESTIGATIVE
  CONSULTING
DIANA SURACE
DIANE KAY AND ALLEN J RANDALL
DIANNE LEFFLER WALES
DIBA IMPORTS
DIBANG SHOES CO. LTD.
DIEDRE FERNANDEZ
DIGILUBE SYSTEMS INC
DIGITAL EVOLUTION GROUP
DIGITAL FIRST MEDIA
DIMARCO BAYTOWNE ASSOC LLC
DIMOND CENTER HOLDINGS LLC
DIMUCCI DEVELOPMENT CORP OF
  CICERO II
DIONE BREWSTER
DIRECTOR FRO
DIRECTOR OF FINANCE
DIRECTOR PROVINCIAL SALES TAX
DISCOVERY HARBOUR SHOPPING
  CENTRE LTD.
DISNEY
DISNEY CONSUMER PRODUCTS INC
DISTRIBUIDORA PERUGIA SA DE CV
DISTRICT OF CHILLIWACK
DISTRICT OF COLUMBIA
DL PROPERTIES

DMA - DUCHARME, MCMILLON &
  ASSOC. INC
DMC ENTERPRISES II LTD
DMC LOGISTICS
DMDE PROPERTIES LP
DMI - DEVELOPERS OF MISSISSIPPI
  INC
DOLORES ESLORA
DOLPHIN MALL ASSOCIATES LLC
DOLPHIN PLAZA LLC
DOMINIC BONADIO
DOMINICK SCALI & ANGELA SCALI
DON PAULUS
DONA ANA COUNTY TREASURER
DONAHUE & PARTNERS LLP
DONAHUE SCHRIBER REALTY GROUP
DONALD JOHNSON
DONATELLA VIGNON
DONGGUAN HOUSING PROVIDENT
  FUND
DONGGUAN LONGHUA SHOES CO
  LTD
DONGYI SHOES CO LTD
DONNA HISE
DONOVAN GREEN
DORA SANTANA
DORAL HOLDINGS LIMITED
DORMONT POLICE DEPARTMENT
DOROTHY SHEPARD
DORVAL PROPERTIES CORPORATION
DOSH HOLDINGS INC
DOUG BELDEN HILLSBOROUGH
  COUNTY
DOUG ROONEY
DOUGHERTY COUNTY TAX DEPT
DOUGLAS CNTY TAX COMMISSIONER
DOUGLAS COUNTY FALSE ALARM
  REDUCTION
DOUGLAS COUNTY TAX COLLECTOR
DOUGLAS STAHL IMAGERY
DOVER MALL LLC
DOVER MGMT., INC.
DOWNTOWN WOODINVILLE, LLC
DREW COUNTY SHERIFF
  &COLLECTOR
DRG INTELLIGENT COMP CONCEPTS

DROP HT LLC
DRY #2, LLC
DS SERVICES
DSM MB I LLC
DSRG - LAGUNA CROSSROADS
DSRG LP COUNTRYSIDE
  MARKETPLACE
DSW DEVELOPMENT CORP.
DSW WILMOT PLAZA LP
DT BROOKSIDE LLC
DTS SOFTWARE INC
DUDLEY WASHINGTON LLC
DUFFERIN MALL HOLDINGS INC
DULLES TOWN CENTER MALL, LLC
DUNIA SOLORZANO
DUNKIRK LTD PARTNERSHIP
DURGA PROPERTY MANAGEMENT
DURHAM CITY/CNTY TAX
  COLLECTOR
DURKEE DRAYAGE COMPANY
DUSTIN HUDGINS
DUSTIN PORTER
DYLAN COX
DYNAMEX, INC.
DYNAMIC ASSETS LIMITED
E V KRAUS CO INC
E&N SPENO PROPERTIES
E.C.B. ANTIOCH, LLC
E.S. ORIGINALS, INC.
EAGLE ELEVATOR COMPANY INC
EAGLE EXPRESS INC
EAGLE ROCK HOLDINGS LLC
EARLE W KAZIS ASSOCIATES INC
EAST BROOK F LLC
EAST BURNSIDE 5/19 LLC
EAST CEDARBROOK PLAZA LLC
EAST COURT SHOPPING CENTER LP
EAST END FREEWAY PROPERTIES INC
EAST FOREST PLAZA II LLC
EAST MESA MALL LLC
EAST ORANGE FIRE DEPARTMENT
EASTEX VENTURE
EASTGATE SHOPPING CENTER
EASTGATE SQUARE GP INC
EASTLAND CENTER MALL REALTY
  HOLDING LLC

EASTLAND MALL LLC
EASTPORT PLAZA SHOPPING CENTER
  LP
EASTVIEW MALL LLC
EASTWAY I HOLDINGS, LLC
EATONTOWN MONMOUTH MALL LLC
EBIX INC
ECA BULIGO ENTERPRISE PLAZA
  PARTNERS LP
ECCLESTON & WOLF PC
ECHION USA INC AS AGENTS FOR 503
ECHO GLOBAL LOGISTICS INC
ECOLAB
ECONO MALLS HOLDINGS #25 INC
EDD ALLEN
EDISON MALL LLC
EDMUND R WOOD
EDNA GAYLE
EDUARDO (GEORGE) GRESS
EDWARD & MARGARET L. MUNOZ
EDWARD L. MIRACLE
EDWARD MEDINA
EDWARD SMITH
EDWIN BOYD ALDERSON
  PROPERTIES, LLC
EGC GREENRIDGE LP
EISENHOWER PROPERTIES LLC
EKT GROUP LLC
EL CENTRO MALL LTD
EL PASEO - CALEXICO LLC
ELAINA DYER
ELAINE LARSSON
ELDRIDGE CROSSING LTD
ELECTRONICS SUPPLY CO., INC.
ELGIN MALL INC
ELIANA FELDSTEIN
ELIAS PROPERTIES CHAMPAIGN LLC
ELIAS PROPERTIES GULFPORT LLC
ELIAS PROPERTIES MANAGEMENT
  INC
ELIDA FARSANY
ELITE INVESTIGATIONS, LTD NY
ELIZABETH CALDERON
ELIZABETH DWYER
ELIZABETH JOHNSON
ELIZABETH KRUMMEL

ELIZABETH LEASUM
ELIZABETH SALZANO
ELIZABETH TERPSTRA
ELIZABETH UNDERWOOD
ELKTON ASSOC. LP
ELLEN ANDERSON LOGAN TRUSTEE
ELLIE BRUCE
ELLJAY PROPERTIES II, LLC
ELMRIDGE ASSOCIATES LLC
ELSA PAEZ
ELSIE CHAREST
ELVIRA NYKIEL
EMANDEL REALTY CO.
EMILY CERCE
EMILY CHANG
EMILY FIGUEROA
EMILY MOORE PRODUCTION
EMILY ROSE GONZALEZ
EMILY ROSE HIRSCH HART
EMKAY CANADA LEASING CORP
EMKAY CARIBBEAN LEASING CORP
EMKAY INC
EMMA VELEZ
EMPIRE COLUMBIA LP
EMPRESAS PUERTORIQUENAS DE
  DESARROLLO IN
EMPYR, INC MOGL LOYALTY
  SERVICES
ENGIE INSIGHT SERVICES INC
ENTERPRISE DAMAGE RECOVERY
ENTERPRISE EAGLE PASS
  ASSOCIATES LP
ENTERPRISE HOLDINGS INC
ENTERPRISE SHOPPING CENTER LLC
EP PASEO SOUTH HOLDINGS, LLC
EQUIPMENT DEPOT
ERENDIRA MADRIGAL
ERICA RODRIQUEZ
ERIK DIAZ
ERIKA SUAREZ
ERIN WHITE
ERNST & YOUNG
ERNST & YOUNG LLP
ESMERALDA SPELLMAN
ESO INTERNATIONAL LIMITED
ESPRESSO TECH

ESRT 1359 BROADWAY LLC
ESTEBAN MEDINA
ESTEFFANIA RANGEL
ESTUDIO CALDERA S.A.
ETHAN CONRAD PROPERTIES INC
ETR - 407 EXPRESS TOLL ROUTE
EUCLID SHOPPING CENTER LLC
EUGENIA DECONGE
EUROPRO (TECUMSEH MALL) LP
EVA GREEN SA DE CV
EVA LORENZOTTI
EVELYN MARCIAL
EVELYN RUBALCABA
EVER SPOTLIGHT LTD.
EVERGREEN SHIPPING AGENCY
  AMERICA CORP
EVER-RITE INTERNATIONAL CO LTD
EVERYTHING LEGWEAR LLC
EWH ESCONDIDO ASSOC.,L.P.
EXAM WORKS
EXCEL EAST CHASE LLC
EXCEL REALTY PARTNERS LP
EXPEDITORS INTERNATIONAL
EXPEDITORS INT'L
EXPERIAN MARKETING SOLUTIONS
  INC
EXPRESSWAY PLAZA SHOPS LTD
F I STEELYARD COMMONS LLC
F.T. & MARJORIE BRUNDRETT
FADINA INVESTMENTS, LLC
FAIR LAKES CENTERS ASSOCIATES II,
  LC
FAIRFAX COMPANY OF VA. LLC
FAIRLANE GREEN OWNER LLC
FAIRLANE MEADOWS ROLLUP LLC
FAIRLESS HILLS SHOPPING CENTER
  LP
FAIRVIEW HUDSON 15 LLC AND 11-13
FAIRVIEW POINTE CLAIRE
  LEASEHOLDS
FAITH MISSION & HELP CENTER INC
FALCON GATEWAY PROPERTY LLC
FALLAS BORROWER I LLC
FALLAS BORROWER II LLC
FALLIS A BEALL & THOMAS D
  GOODNER

FANNIN COUNTY TAX
  COMMISSIONER
FANTAS EYES
FANTASIA ACCESSORIES LTD
FANTASIA HONG KONG LTD.
FARMINGVILLE ASSOCIATES
FASHION SQUARE MALL REALTY LLC
FAULKNER COUNTY
FAV REAL ESTATE VENTURE LP
FAY P SCHROTH TESTAMENTARY
  TRUST
FAYETTE COUNTY
FAYETTE MALL SPE LLC
FAYK YASIN
FCHT HOLDINGS (ONTARIO) CORP
FEDERAL EXPRESS CORP.
FEDERAL REALTY INVESTMENT
  TRUST
FEDERAL REALTY PARTNERS LP
FEDEX
FENDER INVESTMENT GROUP
FERN PARK PLAZA LLC
FERNANDO MARTINEZ & JOSE
  MARTINEZ
FERNCROFT NORTH MAIN MARKET
  LLC
FHM PARTNERS, LLC
FIDC 85 LLC
FIDELITY REAL ESTATE AS AGENT
  FOR
FIELDS STATION LLC
FIERA PROPERTIES CORE FUND LP
  FAIRGROUND
FILA
FILA USA INC
FILER HOLDINGS LLC
FINANCE COMMISSONER
FINCH LLC
FINDLAY VILLAGE MALL
FINELINE TECHNOLOGIES
FIRE KING SECURITY PRODUCTS LLC
FIRE PREVENTION BUREAU
FIREEYE INC
FIRST ADVANTAGE CANADA INC
FIRST AMENDMENT & RESTATEMENT
  OF MASSIMO

FIRST AND MAIN NORTH LLC
FIRST CAPITAL (CEDARBRAE) CORP
FIRST CAPITAL (ST CATHARINES)
  CORP
FIRST CAPITAL HOLDINGS (ONTARIO)
  CORP
FIRST COLONY MALL LLC
FIRST EAGLE DEVELOPMENTS, INC
FIRST INSIGHT INC
FIRST MILTON SHOPPING CENTRES
  LTD
FIRST PRINCE GEORGE DEV LTD
FIRST REAL ESTATE INVESTMENT
  TRUST OF NJ
FIRST REAL PROPERTIES LIMITED
FIRST SERVICE NETWORKS INC
FIS
FISE LLC
FIT FAMILY DEVELOPMENT LP
FIVE TOWN STATION LLC
FLAGLER SC LLC
FLATBUSH CHARTER PARTNERS LLC
FLATIRON PROPERTY HOLDING LLC
FLETCHER BRIGHT
FLEX-PAC INC
FLIPP CORPORATION
FLORENCE FLORENCE MALL FMH
  LLC
FLORENCE MALL LLC
FLORIDA DEPARTMENT OF REVENUE
FLORIDA MALL ASSOCIATES LTD
FLORY LANDSCAPING AND
  LAWNCARE
FLOWER CITY PRINTING
FLOYD COUNTY TAX OFFICE
FLY EARTH CO. LTD.
FONTANA SQUARE LLC
FOOTHILL-PACIFIC TOWNE CT.
FORDHAM CHERA ACQUISITION LLC
FOREST HARLEM PROPERTIES LP
FOREST PLAZA LLC
FORSYTH COUNTY
FORSYTH COUNTY-CITY TAX
  COLLECTOR
FORT SMITH MALL LLC
FORTERRA, INC

FORTUNE CREATION CO. LTD.
FORTUNE WAY INTERNATIONAL CO., LTD
FORWARD AIR SOLUTIONS INC
FOX RIVER MALL PARTNERS
FOX RUN LIMITED PARTNERSHIP
FOX RUN MALL LLC
FOX VALLEY MALL LLC
FPI COMINAR
FR SAN ANTONIO CENTER LLC
FR WESTGATE MALL LLC
FRANCES HERNANDEZ
FRANCHISE BUSINESS SERVICES INC
FRANCHISE TAX BOARD
FRANCIS ROPES
FRANCISCO ROMERO
FRANCISCO HERRERA
FRANDOR LLC
FRANHILL REALTY LLC
FRANK ADAMS
FRANK C. ROBSON
FRANK C. ROBSON REVOCABLE TRUST
FRANKLIN COUNTY COLLECTOR
FRANKLIN MILLS ASSOCIATES LP
FRANKLIN PROPERTIES LTD LC
FRANKLIN SQUARE 1136, INC
FREDERICK POLICE DEPARTMENT
FREEMALL ASSOCIATES LLC
FREIGHT SYSTEMS, INC.
FREMAUX TOWN CENTER SPE LLC
FREMONT INDUSTRIES, INC.
FREMONT RETAIL PARTNERS LP
FRIEDRICH GUENSCH
FRISCO STATION LLC
FRONTIER DEV ZEPHYRHILLS LLC
FRONTIER DEVELOPMENT HIALEAH LLC
FRONTIER LYNCHBURG LLC
FUEL CREATIVE STUDIO
FUJIAN PUTIAN FORTUNE CREATION IMPORT
FUJIAN PUTIAN POWER RICH IMPORT & EXPORT
FULLER RBSC LLC

FULTON COUNTY TAX COMMISSIONER
FULTON LAWRENCE LLC
FUSION ACCESSORIES GROUP LIMITED
FW WA-OVERLAKE FASHION PLAZA LLC
G&I IX EMPIRE BIG FLATS LLC
G&I IX CAMP CREEK PROPERTY LLC
G&I IX EMPIRE DELAWARE CONSUMER
G&I IX EMPIRE WALMART PLAZA LLC
G&I IX ESPLANADE PROPERTY LP
G&I IX PALM VALLEY PAVILIONS LLC
G&I VII BELLAIR PLAZA LLC
G&I VIII CBL TTC LLC
G&I VIII HAMMOND LLC
G.A.R. REALTY
G4S SECURITY SYSTEMS (GUAM) INC
GABINO GALVAN
GABRIELA SEGURA
GABRIELA VELASTEGUI
GAINESVILLE REALTY LTD.
GALLAGHER BASSETT SERVICES INC
GALLAGHER SHARP ATTORNEYS
GALLATIN MALL GROUP LLC
GALLATIN VALLEY MALL MERCHANTS ASSN
GALLERIA AT ROSEVILLE
GALLERIA AT WOLFCHASE LLC
GALLERIA DALLAS
GAMMA PROSPER INTERNATIONAL LTD
GARDA CL TECHNICAL SERVICES INC
GARDAWORLD CASH SERVICES CANADA CORP
GARDEN CITY PARK ASSOCIATES LLC
GARDEN CITY PLAZA LLC
GARDEN CITY PLAZA LTD
GARDENA POLICE DEPARTMENT
GARLAND COUNTY
GARRISON FONDREN LLC
GARY SOLOMON & CO.
GASSO HOLDING CO. LLC
GASTON COUNTY TAX COLLECTOR

GATOR COASTAL SHOPPING CENTER
  LLC
GAYLUCK CORPORATION
GB MALL LP
GCCFC 2007-GG9 NIAGRA FALLS
  BLVD LLC
GEJ NEWBURGH LLC
GEMA JIMENEZ
GEMINI PROPERTY MANAGEMENT
  LLC
GEMTONE, INC.
GENERAL WIRELESS OPERATIONS
GENESIS CORP
GENEVA SHOPPING CENTER LLC
GENEVIEVE RICHARDSON
GENNARO INC.
GENTILLY LLC 03935
GEORGE BIRNBAUM
GEORGE CUSHMAN
GEORGE GUBENER
GEORGETOWN MARKET PLACE INC
GEORGETOWN TWP. TREASURER
GEORGETOWNE CENTER BROOKLYN
  LLC
GEORGIA DEPARTMENT OF REVENUE
GEORGIA-PACIFIC CORRUGATED LLC
GERALD B DECLEMENTE
GERALD C BEAUCHESNE
GERALD LABELLE ARCHITECT
GERALDINE LOPES-CHARRON
GERALDINE W STONEHOUSE
GERARDO ALFONSO GONZALEZ
  COMPEAN
GERMAN GASTELUM
GERMANTOWN OIL CO INC
GERRARD SQUARE INC
GETRONICS
GETTO & GETTO
GF VALDOSTA MALL LLC
GG RETAIL PROPERTIES LLC
GGMC PARKING LLC
GGP ALA MOANA LLC
GGP GLENBROOK LLC
GGP LIMITED PARTNERSHIP
GGP LP-CUMBERLAND MALL
GGP MEADOWS MALL LLC

GGP NORTHRIDGE FASHION CENTER
  LP
GGP PROVIDENCE PLACE LLC
GGP STATEN ISLAND MALL LLC
GGP TUCSON MALL LLC
GGP-FOUR SEASONS LP
GGPLP LLC
GGPLP REAL ESTATE INC
GGP-MAINE MALL LLC
GHGH REAL ESTATE LLC
GIBRALTAR MGMT CO, INC., AGENT
GILLIAN BIGGS TRUSTEE
GINA AKKAOUI
GINA YOUNG
GIRARDI PARK PLACE LLC
GIV GREEN TREE MALL INVESTOR
GK HOLIDAY VILLAGE LLC
GK PREFERRED INCOME II
  RIDGEMAR SPE LLC
GKT CENTRAL TOWNE SQUARE LLC
GKT THORNCREEK PLAZA LLC
GLANCE EYEWEAR
GLASER PROPERTIES MEMPHIS TWO
  LLC
GLEASON MALL LP
GLENWOOD PLAZA LLC
GLENWOOD SPRINGS MALL LLLP
GLIMCHER MJC LLC
GLIMCHER SUPERMALL VENTURE
  LLC
GLOBAL WEBB LP
GLOCAP SEARCH LLC
GLORIA LUGO
GLORY CHINA FOOTWEAR CO
  LIMITED
GLYNN CTY BD OF COMMISSIONERS
GMA PROPERTIES LLC
GNP PARTNERS
GOANIMATE
GOBIERNO MUNICIPAL AUTONOMO
  DE CAROLINA
GODFREY CORT
GOLD COUNTRY SC LP
GOLDEN MILE INVESTMENT CO.
GOLDEN PACIFIC LXJ
GOLDENROD SDC LLC

GOLDMAN INVESTMENTS LTD
GOLF PLAZA II SHOPPING CENTER
  LLC
GOODMAN MANAGEMENT LLC
GOODWIND DEV. CORP.
GOOGLE INC
GORDON COUNTY TAX
  COMMISSIONER
GORDON GROUP MISSOURI CITY LP
GORDON-KAREN PROPERTIES
GOSFORD AT PACHECO LLC
GOVERNMENT OF THE U.S. VIRGIN
  ISLANDS
GOVERNORS SQUARE LLC
GOVERNOR'S SQUARE MALL LLC
GP-MILFORD REALTY TRUST
GPR INVESTMENTS LLC
GR-3 ASSOCIATES
GRACE ARAGON-MENZEL
GRACE CAPITAL INVESTMENT
  CORPORATION
GRACIELA GASTELUM
GRAINGER
GRAND BALDWIN ASSOCIATES
GRAND CENTRAL PARKERSBURG LLC
GRAND DUNHILL LLC
GRAND TETON MALL LLC
GRAND TRAVERSE MALL LLC
GRANVILLE STREET PROPERTIES,
  INC.
GRAPEVINE MILLS MALL LIMITED
  PARTNERSHIP
GRAY ENTERPRISES LP
GREAT LAKES CARING HOSPICE
GREAT WORLD PROPERTIES LTD.
GREECE RIDGE LLC
GREELEY MALL CO LLC
GREEN 5 PROPERTY LLC
GREEN MOUNT CROSSING LLC
GREEN OAK OWNER 1 LLC
GREEN PRESERVE LLC
GREENBRIER MALL II, LLC
GREENBURGH POLICE DEPARTMENT
GREENE COMMERCIAL RE GROUP
  INC
GREENE COUNTY COLLECTOR

GREENSPRING ASSOCIATES
GREENTOUCH LAWN & TREE
GREENWAY PLAZA LLC
GREENWOOD MALL
GREENWOOD PARK MALL LLC
GREG BEETS
GREGG SELTZER DBA GTG
  ASSOCIATES
GRENDENE S.A.
GRETCHEN ST CLAIR
GRI-EQY (PRESIDENTIAL MARKETS)
  LLC
GRIFFIN CROSSROADS LLC
GROUP M PUERTO RICO INC
GROVE CITY FACTORY SHOP&
  WACHOVIA
GRUNDY COUNTY COLLECTOR
GS PACIFIC ER LLC
GSC PROPERTIES LLC
GTA OFFICE WEST INC
GTM DEVELOPMENT LTD
GUFFEY ROLLA PROPERTIES LLC
GULF VIEW REALTY LLC
GUMBERG ASSET MANAGEMENT
  CORP
GUNN APPLIANCE REPAIR
GWINNETT COUNTY TAX
  COMMISSIONER
GWINNETT PLACE MALL GA LLC
GWL REALTY ADVISORS INC, ITF
H & M SYSTEMS SOFTWARE, INC.
H E B LP
H/S FLORENCE LLC
HAB-BPT
HAERI HACIENDA PLAZA LLC
HAGERSTOWN PREMIUM OUTLETS
HALES FAMILY LP #1
HALEY MITCHELL
HALIFAX COUNTY TAX DEPT.
HALPERN PROPERTIES LLC
HAMDEN PLAZA ASSOCIATES LLC
HAMILTON II LLC
HAMILTON MALL LLC
HAMILTON TC LLC
HAMMOND & HAMMOND RENTAL
  PROP.

39

HAMTRAMCK CENTER LLC
HANES BRANDS INC
HAP PROPERTY OWNER LP
HARDIN COUNTY SHERIFF
HARFORD MALL BUSINESS TRUST
HARLAN C ERICKSON TRUST UTD 12-
  15-88
HARLAN D. AND MAXINE DGL
HARLAN D. AND MAXINE DOUGLASS
HARMAN REALTY BROOKLYN LLC
HARMON FAMILY LLC
HARNETT COUNTY TAX COLLECTOR
HARNEYS CORPORATE SERVICES
  LIMITED
HARRIS COUNTY
HARRISBURG MALL LP
HARRISVILLE CITY
HARRISVILLE ROGERS LC
HARTMAN RICHARDSON HEIGHTS
  PROP
HARTUNIAN LLC
HARVARD DEVELOPMENTS INC
HARVEY A. TOLSON
HARVEY CAPITAL CORP
HARVEY LINDSAY COMMERCIAL R/E
HAT #1 LLC
HAWK COMMERCIAL PROPERTIES
  LLC
HAWTHORN LP
HAWTHORNE ACQUISITION LLC
HAYDAY, INC.
HAYLEY PATER MCCAFFREY
HAYS MALL LLC
HAZLET TOWNSHIP
HC LAKESHORE LLC
HEAP INC
HEARTLAND COCA COLA BOTTLING
  COMPANY
HEATH FRANKE
HEATH METTLER
HEATHER D GRUNERT
HEATHER SKAPINOK
HEAVEN WOOD
HEBCO DEVELOPMENT INC
HEIDY MIRANDA
HEIGHTS RETAIL LTD

HEKEMIAN & CO., INC.
HELEN SHISHKO
HEMET VALLEY CENTER LP
HEMPSTEAD COUNTY COLLECTOR
HEMPSTEAD LEVITTOWN ASSOC. LLC
HENDERSON-PROSPECT PARTNERS LP
HENDON GOLDEN EAST LLC
HENRY COUNTY FIRE DEPARTMENT
HENRY COUNTY TAX COMMISSIONER
HENRY K WORKMAN JR TRUSTEE
HERITAGE PROPERTIES
HERITAGE REALTY LLC
HERLINDA CIARMOLI
HERZOG SUPPLY CO., INC.
HEWLETT PACKARD FINANCIAL
  SERVICES
HG GALLERIA LLC
HH BROWN INT'L SOURCING
HHW ST LANDRY PROPERTIES LLC
HICKORY FIRE DEPARTMENT
HICKORY RIDGE COMMONS, LLC
HIGH NOB-RANGELINE LLC
HIGH POINTE COMMONS HOLDINGS
  LP
HIGHCOM INTERNATIONAL LIMITED
HIGHLAND KINGDALE ASSOCIATES,
  LLC
HIGHLAND LAKES PROPERTY,  LLC
HILCO REAL ESTATE LLC
HILLCREST MALL MANAGEMENT INC
HILLSBORO PARTNERS LLC
HILLSBOROUGH BOARD OF FIRE
  COMMISSIONERS
HILLSBOROUGH COUNTY TAX
  COLLECTOR
HILLSIDE CENTRE HOLDINGS INC
HILLSIDE PLAZA, LLC
HILLTOP PLAZA LLC
HINDS COUNTY TAX COLLECTOR
HINESVILLE CENTER LLC
HINSHAW & CULBERTSON LLP
HIRAM PAVILION OWNER LLC
HIXSON MALL LLC
HJN FAMILY LLC
HK NEW PLAN ERP PROPERTY
  HOLDINGS LLC

HMC DYSART, LLC
HMVP HILLTOP INC
HNC CAPITAL LLC
HOGAN TRANSPORTS INC
HOLIDAY INN EXPRESS HOTEL &
  SUITES
HOLLYWOOD RETAIL VENTURES LLC
HOLMDEL TOWNE CENTER LLC
HOLYOKE MALL CO LP
HOLZMAN GROUP LTD
HOMCO REALTY FUND (186) LP
HONEY CREEK MALL LLC
HONG KONG NORTHWEST
  INVESTMENT LLC
HONG KONG OLISA CO LIMITED
HOOD COMMONS BSD LLC
HOOPP REALTY (MARLBOROUGH)
  INC
HOOPP REALTY INC
HOOVER ELEVEN HOLDINGS LLC
HOOVER MALL LIMITED LLC
HOPEWELL AB
HOPPER PROPERTIES, LP
HOUSTON COUNTY TAX
HOUSTON GULFGATE PARTNERS LP
HOWARD BARNES
HSG-KRE OAK LAWN PROPERTY
  OWNER LLC
HT WEST END LLC
HUB GROUP ASSOCIATES INC.
HUGE DEVELOPMENT LTD.
HUH DI/OCP CROSSLANDS, LLC
HULEN MALL LLC
HUNTER RETAIL CNTR LLC
HUNTINGTON ALARMS
HUNTINGTON MALL
HVTC INC
HWA ENTERPRISES
HYLAN PLAZA 1339 LLC
HYMAN FAMILY TRUST
HZD PROPERTY OWNER LLC
I & R LLC
I9 ADVANTAGE
IA DENVER QUEBEC SQUARE LLC
IA GARNER WHITE OAK LLC
IA GREELEY CENTERPLACE LLC

IA HOUSTON NORTHWEST LIMITED
  PARTNERSHIP
IA MONROE POPLIN LLC
IA OKLAHOMA CITY ROCKWELL LLC
IA SAN ANTONIO WESTOVER, LLC
IA SAN ANTONIO WOODLAKE L/P
IAN D. FORBES
IAN HUNTER
IAN M KING
IBERIA PARISH SCHOOL BOARD
IBISWORLD, INC
IBM
ICIMS, INC
IDX CORPORATION
ILDA GUZMAN
ILLINOIS STAR CENTRE LLC
IMAGINE PROPERTIES ENT LLC
IMANI EDUCATION CIRCLE CHARTER
  SCHOOL
IMG MODELS INC
IMG PRODUCTION LLC
IMPERIAL COUNTY WEIGHTS AND
  MEASURES
IMPERIAL VALLEY MALL II, LP
IMPORT SOLUTIONS DE MEXICO, S DE
  RL DE CV
INDEPENDENCE COUNTY
  COLLECTOR
INDIAN MOUND MALL
INDIAN VALLEY PLAZA INC
INDIGO PARK CANADA INC
INDUSTRIAL AIR CENTERS INC
INFINITY CLASSICS INTERNATIONAL
  INC
INGLES MARKETS INC.
INGLES MARKETS, INCORPORATED
INNOVATIVE DESIGNS, LLC
INSIDEOUT DEVELOPMENT
INSTITUTO LEGAL LAVORAL Y DE
  MEDIACION
INTEGRATED LOGISTICS LLC
INTEGRIS VENTURES-SC LLC
INTEGRIS VENTURES-WR LLC
INTELLIGRATED SYSTEMS LLC
INTERLOOP LIMITED
INTERNATIONAL CENTER INC

INTERNATIONAL IMPUTED INTEREST
INTER-PACIFIC CORP.
INTERTEK INTERNATIONAL INC
INTERTEK TESTING SERVICES
INVERSIONES JOSELYMARI SE
IP ATTORNEYS GROUP LLC
IRA M. KOHN CO.
IRAMCO REALTY & MGMT., INC.
IRC RETAIL CENTERS
IRC RETAIL CENTERS MANAGEMENT
   INC
IRIS CASTILLO
IRON MOUNTAIN
IRON MOUNTAIN CANADA
   OPERATIONS ULC
IRONDEQUOIT TK OWNER LLC
IRONWOOD SQUARE WEST LLC
ISABEL LEPE
ISLA DEL SOL ASSOCIATES LTD
ISRAEL LOPEZ
IVAN DIAZ
IVANEL BIANCHI
IVANHOE CAMBRIDGE II INC
IVANHOE CAMBRIDGE II, INC
IVANHOE CAMBRIDGE INC
J & S TELLERMAN LLC 2464
J.B. HUNT TRANSPORT, INC.
J.T. DUNN JR 200118
J.W. RICH INVESTMENT CO
JACK C. HUTCHINSON
JACK COUNTY APPRAISAL DISTRICT
JACK COUNTY ASSESSOR
   COLLECTOR
JACK KATZ & MANUEL MUNOZ
JACK MARTIN
JACKIE JENKINS
JACKSON CORP
JACKSON CROSSING REALTY LLC
JACKSON CROSSING SPE LLC
JACKSON RECRUITING GROUP
JACKSON SQUARE INVESTORS LLC
JACKSONVILLE MEDICAL PLAZA
   OWNER LLC
JACKSONVILLE MZL LLC
JACKSONVILLE REGIONAL CENTER
   LLC

JACKSONVILLE SHERIFF'S OFFICE
JACQUELINE MATHIS
JACQUELINE MIRANNE
JACQUELYN WIGGIN
JADA THOMAS
JADE WOODLAND LLC
JAJIMMY LLC
JALINNE ESPINOZA
JAMES ESSARY
JAMES MORTLAND
JAMES PETERSON
JAMESSA SMITH
JAMESTOWN S SHORE CENTER LP
JAMI KLINE
JAMIE FERNANDES
JAMIE FISHER
JAMIKA BERRYMAN
JANET SERVIN
JANET VALENCIA
JARDEL CO., INC.
JASAN LLC
JASMINE FULLER
JASMINE VALADEZ
JASON ASSOCIATES LLC
JASON FOX
JASON HANNAH
JASON S. STEPHENS
JASPER COUNTY COLLECTOR
JAY AND SNOW (JS) INT'L LTD
JAY H. & NANCY A. GRANT
JAY HARRIS
JAY HENDRICK
JAY JOHNSON
JAYHAWK TOWER CORP.
JAYNIE HAKEEM
JAZZY GADDY
JDC PROPERTIES
JDN REAL ESTATE HAMILTON LP
JEAN A. JOSEPHO
JEFF VANDEVEN
JEFFERSON ASSOCIATES LP
JEFFERSON COUNTY
JEFFERSON COUNTY SHERIFF'S OFC
JEFFERSON COUNTY TAX
   COLLECTOR
JEFFERSON COUNTY, DEPT. OF REV

JEFFERSON MALL CMBS LLC
JEFFERSON POINTE SPE LLC
JEFFERSON-MARUMSCO 1, LLC
JEFFREY AMMON
JENEL MGMT. CORP.
JENNIFER BUESSING
JENNIFER CASTANEDA
JENNIFER CASTRO
JENNIFER DENTINGER
JENNIFER FALLON
JENNIFER GOODELL
JENNIFER GUTIERREZ
JENNIFER KRUPA
JENNIFER MAURITZ
JENNIFER MOSLEY
JENNIFER QUILES
JENNIFER ROBERTS
JENNIFER ROBNETT
JENNIFER TROUT
JENNIFER WILD
JERI ANDERSON
JERRY R. DAVIS
JERSEY CITY MUA
JESA INVESTMENT LLC
JESELL HURTADO
JESSE KNIGHT
JESSICA BROWN
JESSICA CONRAD
JESSICA GALE
JESSICA RIGGS
JESSICA SERNA
JESSICA STARR
JESSICA TURNEY
JESSICA WEINER
JG ELIZABETH II LLC
JG WINSTON-SALEM LLC
JHON E. CADAVID
JHR HOLDINGS LLC
JIANGXI LIFENG SHOES CO LTD
JILL HARDY
JIM BONDS ENTERPRISES INC
JKS-MARSHALL, LP
JLJ ASSOCIATES
JM111998 LLC
JMCR SHERMAN LLC
JOAN M. DAHLE TRUST

JOANN ZEITVOGEL
JOANNE BLANCHARD
JOAO CARNIERO LACERDA
JOCEE REALTY CORP
JOCELYN OMEN
JODI FENDER
JOEL D. ARTHUR TRUSTEE OF THE
   VOWEL
JOFRESH LLC
JOHANNA ALMESTICA
JOHN A. PORTER JR
JOHN BUTLER
JOHN C. WINDLE TRUSTEE OF THE
JOHN G. VENINI INVESTMENTS LTD.
JOHN HOSKINS
JOHN J CAVALDORO
JOHN OZEREKO
JOHN P. HOOTEN, TRUSTEE
JOHN W. QUINN III TEST TR
JOHNNEISHA MOTT
JOHNSBOROUGH CORNER LLC
JOHNSON CONTROLS FIRE
   PROTECTION LP
JOHNSON CONTROLS SECURITY
   SOLUTIONS
JOHNSON COUNTY COLLECTOR OF
   REVENUE
JOHNSON COUNTY TREASURER
JOHNSTOWN COMRIE ASSOCIATES
   LLC
JOHNSTOWN S/C LLC
JOLIET HILLCREST LLC
JONATHAN FRAZIER
JONATHAN MARTIN
JONATHAN MOUTON
JONATHAN NEIL & ASSOCIATES INC
JORDAN CARNEY
JORDAN CREEK TOWN CENTER LLC
JORIAN PARK LLC
JOSE CAMARENA
JOSE J CANTU
JOSE Y ENCARNACION
JOSEPH AKEROYD
JOSEPH HAMMERSCHMIDT CO
JOSEPH R. JESTER IV LLC
JOSEPH SIEGELE

JOSEPH T. CAMISA & MADELINE L.
JOSEY/TRINITY MILLS LTD
JOSHUA CUNNINGHAM
JOY JONES
JOYCELIAN SIMS
JPMCC 2006-LDP7 CENTRO ENFIELD
  LLC
JPMCC 2006-LDP9 NORTH RAINBOW
  BLVD LLC
JPMG MANASSAS MALL OWNER LLC
  201563
JPMO5-CIBC12 FORT STEUBEN MALL
JRL LIBERTY 1133 LLC
JUAN SOLANO JR
JUAN VALDEZ
JUBILEE-CLINTON II LLC
JUDITH NUNEZ
JUDITH STERN CANNON & GARY B
  CANNON
JULIA CAYWOOD
JULIA DEVORE
JULIANNE SAUNDERS
JULIANNE YINGLING
JULIE MERVYN
JULIEN PERRIN
JULIO D. DELGADO
JULIO PENA
JUNGE ASSOCIATES LLC
JW FRANKLIN CO
KACI PROPERTY MANAGEMENT INC
KAITLIN RICHETTI
KALENA RAMSEY
KALEY HANN
KAMEELAH ROBINSON
KAMEHAMEHA CENTER CO
KAMERON LE FRERE
KANSAS BAR ASSOCIATION
KANSAS CITY SERIES OF LOCKTON
  CO LLC
KANSAS TECHNICAL SERVICES INC
KARAMOH JALLOH
KARELYNA LLC
KAREN DIAZ
KAREN WHITSON KAPLAN
  REVOCABLE
KARIN BERGH HALL TRUSTEE

KARINA SANCHEZ
KARL HODOH
KARLA ARZATE WENCE
KARLA CARCACHE
KARLA VILLANUEVA
KARVIS JERNIGAN
KATARZYNA GACEK
KATE REID
KATHERINE ALLEN
KATHERINE DIERKING
KATHRYN BALL
KATHRYN FRAZER
KATHRYN WILEY
KATIE HERRERA
KATIE MAYNE
KATY MILLS MALL LP
KAW VALLEY STATE BANK & TRUST
KAWTAR TURCIOS
KAYLA BEJAR
KAYLA PIEU SINBANDIT
KAYLEN SIVERTSON
KAYLI ANDERSON
KB PARKSIDE LLC
KC STORE FIXTURES
KCTTC
KDI ATHENS MALL LLC
KDI ATLANTA MALL LLC
KDI RIVERGATE MALL LLC
KEKST
KELLER FIRE & SAFETY, INC.
KELLI M BOWIN
KELLY COLF
KELLY WATTS
KENAI PENINSULA BOROUGH
KENNEDY MALL
KENTON COUNTY SHERIFF
KENTUCKY STATE TREASURER
KERI LYNN HENDERSON
KERISHA PETERSON
KERMAN SHOPPING PLAZA LLC
KERMANIDIS REALTY TRUST
KERN GROUP INC
KESHIA WILSON
KEVIN COGGIN
KEVIN EVANS
KEVIN HUNDLEY

KEVIN RELITZ
KEVKOR LLC
KEYSER AVENUE PROPERTIES LLC
KEYSHA DYE
KHALID MIRZA
KHURRAM UDDIN
KIE INVESTMENTS LLC & BJI
  INVESTMENTS LLC
KIMBERLY ASTOQUILLCA
KIMBERLY BAIRES
KIMBERLY KRIEGER
KIMBERLY LAYFIELD
KIMBERLY LESH
KIMBERLY SPANULO
KIMCO BROWNSVILLE LP
KIMCO CARROLLWOOD 664, INC.
KIMCO DELAWARE INC
KIMCO L-S LIMITED PARTNERSHIP
KIMCO REALTY CORPORATION
KIM-SAM PR RETAIL LLC
KIMSCHOTT FACTORIA MALL LLC
KIN PROPERTIES INC
KING CITY IMPROVEMENTS LLC
KING CITY MERCHANTS ASSN
KING COUNTY FINANCE DIVISION
KING OF PRUSSIA ASSOCIATES
KING PROPERTIES
KINGMAN PLAZA LLC
KINGOTT, LLC
KINGSGATE MALL LP
KINGSPORT MALL LLC
KINGSTON MALL LLC
KINGSTOWNE TOWNE CENTER
KINGSWAY GARDEN HOLDINGS INC
KIOP BRANFORD LLC
KIR BRANDON 011 LLC
KIR CITYPLACE MARKET LP
KIRKWOOD MALL ACQUISITION LLC
KIRSTEN ENRIGUEZ
KITSAP MALL LLC
KLAIRMONT ENTERPRISES INC
KLEMENT-WES PARTNERSHIP LTD.
KM FRESNO INVESTORS LLC
KMART CORP
KMC LIMITED PARTNERSHIP
KNIGHTDALE CENTER LLC

KNOXVILLE PARTNERS LLC
KOFFMAN-MCENTEE LLC
KR STRATFORD LLC
KRAGEN PROPERTIES LLC
KRE BROADWAY MALL OWNER LLC
KRE COLONIE OWNER LLC
KRG CEDAR HILL PLAZA, LP
KRG DRAPER PEAKS LLC
KRG HENDERSON EASTGATE, LLC
KRG INDIAN RIVER LLC
KRG KOKOMO PROJECT COMPANY
  LLC
KRG LAS VEGAS CENTENNIAL
  CENTER LLC
KRG LAS VEGAS EASTERN BELTWAY,
  LLC
KRG PALM COAST LANDING LLC
KRISTA GINGRICH
KRISTEN MARTIN
KRISTEN RODGER
KRISTIN DANIELS
KRISTIN SMITH
KRISTINE PRACTICO
KRISTY OCONNER
KRYSTLE HAWK
KS EGLINTON SQUARE INC
KS HERITAGE PLACE INC
KS LAMBTON MALL INC
KS TECUMSEH MALL INC
KSE MANUFACTURING INC
KUEHNE & NAGEL LTD
KURTIS WALTER
KURTUS POWELL
KUWAIT MINISTRY OF FINANCE
KVC INVESTORS, LLC
KWEST RESOURCES INC
KYLE AFFRONTI
L&J MANCHESTER III, LLC
LA ALAMEDA LLC
LA CIENEGA SAWYER LTD
LA COLUMBUS LLC
LA CROSSE CITY TREASURER
LA HABRA WESTRIDGE PARTNERS LP
LA PORTE COUNTY TREASURER
LA ROSAS INC
LABOR STAFFING INC TENNESSEE

LAFOLLETTE DEED OF REALTY
  CREATING
LAFRAMBOISE REALTY LLC
LAINIE ZIMMERMAN
LAIRD PLASTICS
LAKE AIR HOLDINGS LLC
LAKE ELSINORE CENTER LLC
LAKE HAVASU CITY
LAKE MANAWA CENTRE II, LLC
LAKE STEVENS GRF2, LLC
LAKELAND SQUARE MALL LLC
LAKELAND VENTURE, INC.
LAKES MALL REALTY LLC
LAKEVIEW SQUARE LLC
LAKEWOOD RETAIL LLC
LAKHA PROPERTIES-LAKEWOOD TC
  LLC
LAMAR E GWALTNEY
LAMIA GILLIAM
LAMONICA LTD
LANA ROTAN
LANCASTER PARTNERS
LANDING VENTURE ASSOCIATES LLC
LANDINGS REALTY LLC
LANDSTAR RANGER INC
LANES MILL ASSOCIATES, LLC
LANGLEY PARK PLAZA INC
LANSDOWNE MALL INC
LANSING MALL LLC
LARAMIE COUNTY TREASURER
LARGO LLC
LARRY E. NIKKEL
LARRY RHODES
LAS AMERICA'S PREMIUM OUTLETS,
  LLC
LATEEF NASIRU
LATIN WORLD ENTERTAINMENT
  HOLDINGS
LATISHA PERKINS
LAUDERHILL MALL INVESTMENT
  LLC
LAURA GILBERT
LAURA KEISLING COLLECTOR
LAURA MOLINA
LAURA PERALTA
LAURA QUERO

LAUREL MALL LP
LAUREN JEFFORDS
LAUREN KELLER
LAURIE DESALVO
LAVALE ASSOCIATES II LLC
LAVI INDUSTRIES
LAWRENCE FALSE ALARM
  REDUCTION PROGRAM
LAWRENCE QUEEN PLLC
LAWRENCEVILLE MARKET 1707 LLC
LAWSON ROBERTS
LAYTON HILLS MALL CMBS LLC
LAZ PARKING COLORADO
LB UBS 2007-C7 SHORE RD
LB-UBS 2007-C6 INDIAN HILLS
  STATION LLC
LCI-SVAP NDM JV, LP
LE CARREFOUR LAVAL (2013) INC
LEA COUNTY TREASURER
LEAVENWORTH COUNTY TREASURER
LEBANON PAD LP
LEBANON VALLEY MALL CO.
LEE CHRISTENSEN
LEE COUNTY TAX COLLECTOR
LEE LINDEN
LEESBURG PIKE CENTER LLC
LEHIGH VALLEY MALL LLC
LEON HARARY, INC.
LERNERS LAWYERS
LEROI B GARDNER JR MD
LES IMMEUBLES DU CARRE
LES IMMEUBLES DU CARREFOUR
  RICHELIEU
LESIA BEZENAR
LESLIE PIERCE
LESLYE ROMERO
LESTER SCHWAB KATZ & DWYER
LETICIA HUIZAR
LEVCOM WALL PLAZA ASSOC.
LEVCOM-PLAZA RT. 46 ASSOC.
LEVIN MGMT. CORP.
LEVYCO LLC
LEWIS COMMERCIAL PROPERTIES
  LLC
LEXINGTON-FAYETTE URBAN CO
  GOV

LEXINGTON-FAYETTE URBAN
  COUNTY GOVT
LF2 ROCK CREEK LP
LFUCG
LG WALNUT SQUARE LLC
LGM EQUITIES LLC
LI & FUNG (TRADING) LIMITED
LIBERTY DISTRIBUTION COMPANY
  LLC
LICENSE AND FINE ACCOUNT
LIDIA RAMIREZ
LIGHTHOUSE PLAZA LLC
LIGHTHOUSE VILLAGE PARTNERS
  LLC
LILES GAVIN PA
LILLIANA MELGAR
LIMITED ENERGY CONCEPTS
LIN DEE LIU & YU SHENG VICTOR LIU
LINCOLN PLAZA CENTER LP
LINCOLN SHOPPING CENTER LLC
LINCOLNWOOD TOWN CENTER, LLC
LINDA B. LYON REVOCABLE TRUST
LINDA BEACH ZOLLER
LINDA HARRAR-OLSTYN
LINDA JOHNSON
LINDA M. PARSONS REVOCABLT
  TRUST
LINDELL MARKET PLACE LP
LINDEN PLAZA LLC RESTRICTED
  DACA ACCT
LINDSEY BATENHORST
LINDY LOMA
LINE 14 VENDOR
LINEAGE
LINKEDIN CORPORATION
LISA LOCKMAN
LISA MERRITT
LISA MILLER
LISA SLATER ORGANIZATIONAL
  DESIGN LLC
LISA YI KIM
LISSAN GRIZZLE
LITTLER MENDELSON
LIVERN WELLINGTON
LIZ MONTANEZ
LIZBETH LEYVA

LJ NORTHLAKE LLC
LOFFREDO FRESH PRODUCE CO, INC
LOGAN VALLEY REALTY LLC
LOGISTICS SERVICE (PANAMA) S.A
LOMBARDO COMPANIES LP
LONDONDERRY SHOPPING CENTRE
  INC
LONG BEACH CENTER LLC
LONG DRIVE VENTURES, LLC
LONG YEAR INTERNATIONAL SHOES
  COMPANY LT
LOOMIS FARGO & CO
LOR CORPORATION
LORELEI LANE
LOS ANGELES COUNTY
LOUFRANCO PROPERTIES INC
LOUISIANA DEPT OF AGRICULTURE &
  FORESTRY
LOUISVILLE FARP
LOURDES BURCIAGA
LOURDES COBIAN CHAVEZ
LOVELESS/TOLLEFSON PROPERTIES
LOWNDES COUNTY TAX COMM.
LOYAL HOLDINGS DE LLC FBO
LP SOFTWARE, INC
LR LACEY MARKET SQUARE LLC
LRC MAGIC INVESTORS LTD
LSREF3 SPARTAN GENESSEE LLC
LTL ITALIAN DESIGN LLC
LUAN INVESTMENT, S.E.
LUCIA CHEA
LUCIA HERRERA
LUIS ARMENDARIZ
LUIS DERAS
LUISA BUITRON
LUISA RIOS
LUX ACCESSORIES LTD
LYCOMING MALL REALTY HOLDING
  LLC
LYLA ASSOCIATES LLC
LYNDSEY FLORES
LYNN VALLEY SHOPPING CENTRE
LYNNETTE BROOKS
LYNNHAVEN MALL LLC
LYSA DEESE
M & M INVESTMENTS LLC

MABELVALE PLAZA LLC
MACARTHUR PARK LP
MACDADE MALL ASSOCIATES LP
MACERICH BUENAVENTURA LP
MACERICH CERRITOS LLC
MACERICH DEPTFORD LLC
MACERICH FRESNO LP
MACERICH LAKEWOOD LP
MACERICH NIAGARA LLC
MACERICH NORTH PARK MALL LLC
MACERICH SOUTH PARK MALL LLC
MACERICH VICTOR VALLEY LP
MACERICH VINTAGE FAIRE LP
MACERICH WESTSIDE PAVILION PROP
  LLC
MACOMB CENTER HOLDINGS LLC
MACOMB CENTER PARTNERS LLC
MACYS RETAIL HOLDINGS INC
MADDY MIREMBE
MADELINE HECK
MADERA CAPITAL LP
MADIA FRANKLIN
MADISON CO. SALES TAX DEPT.
MADISON COUNTY TAX COLLECTOR
MADISON EAST TOWNE LLC
MADISON SELLENRIEK
MADISON WEST TOWNE LLC
MAELIA SIERRA
MAFRI HOLDINGS, INC.
MAGIC VALLEY MALL LLC
MAGNOLIA S/C ASSOCIATES LLC
MAGNUM GROUP LLC
MAGRINO
MAI ASSOCIATES LLC
MAIJO LLC
MAILFINANCE
MAINPLACE SHOPPINGTOWN LLC
MAKENZIE ALLISON
MALCOLM R LANDRUM
MALL AT AUBURN LLC
MALL AT CONCORD MILLS LIMITED
  PAR
MALL AT COTTONWOOD, LLC
MALL AT GREAT LAKES LLC
MALL AT GURNEE MILLS LLC
MALL AT INGRAM PARK LLC

MALL AT IRVING LLC
MALL AT JEFFERSON VALLEY LLC
MALL AT LONGVIEW LLC
MALL AT MIAMI INTERNATIONAL LLC
MALL AT MONTGOMERY LP
MALL AT POTOMAC MILLS LLC
MALL AT ROCKINGHAM LLC
MALL AT SUMMIT LLC
MALL AT TUTTLE CROSSING LLC
MALL AT WHITE OAKS LLC
MALL DEL NORTE LLC
MALVERN TOWN CENTRE INC
MANAGER OF FINANCE
MANAPORT PLAZA LLC
MANATEE COUNTY FALSE ALARM
  UNIT
MANHATTAN ASSOCIATES INC
MANITOBA FINANCE TAXATION
  DIVISION
MANN ENTERPRISES INC
MANOA SHOPPING CENTER
  ASSOCIATES LP
MANSION MALL MARKETPLACE LLC
MANTHAN SOFTWARE SERVICES
  PRIVATE LMTD
MANUEL LAFRENIERE
MANUFACTURERA DE CALZADO
  ENSUENO SA DE C
MAPLE PROPERTIES LLC
MAPLES AND CALDER
MAPLEWOOD MALL LLC
MARC MCFRAZIER
MARC USA CHICAGO
MARCELO LOPEZ
MARCH HARE LLC
MAR-CHELE INC
MARCI EDER
MARCO HERNANDEZ
MARCOTT HOSIERY LLC
MARIA BOLANOS
MARIA C SERRANO
MARIA CABANILLAS
MARIA CASTILLO
MARIA GARCIA
MARIA GONZALEZ
MARIA LOPEZ

MARIA LOZANO
MARIA MORALES
MARIA MORMANDO
MARIA RODRIGUEZ
MARIAH BENTACOURT
MARICELY RIOS
MARICOPA COUNTY TREASURER
MARIE ZEPEDA
MARIETTA CENTER LLC
MARILYN SARIOL
MARILYN VELAZQUEZ
MARIO ORELLANA
MARIO ZARAZUA
MARION PLAZA ASSOCIATES LP
MARIPOSA SHOPPING CENTER
  INVESTMENTS LLC
MARISOL GONZALEZ
MARISSA GALVAN
MARK DE LA ROSA
MARK HM ASSOC. LP
MARK M. STEVENSON
MARK REAVES
MARK TESHIMA
MARKET MALL LEASEHOLDS INC
MARKET ON CHERRY
MARKET PLACE AT RIVER PARK CAM
MARKET PLACE PHASE II
  DEVELOPMENT LLC
MARKET PLACE S/C - GGPLP
MARKET PLACE VALPARAISO LLC
MARKETPLACE ASSOCIATES LLC
MARKETPLACE INVESTORS
MARKS SQUARE INCORPORATED
MARLENE AQUINO
MARLENE DIAZ
MARLETTO FAMILY LTD.
  PARTNERSHIP
MARLON BETANCES
MARLON D MINNIFEE
MARSHA WALTERS
MARTHA CABALLERO
MARTHA STEWART
MARTHA STEWART LIVING
  OMNIMEDIA INC
MARTIN GASPARE
MARTIN K O'DONNELL

MARTIN OLIVAREZ
MARTIN SHOPS LLC
MARTIN TORRES
MARURI GREY
MARVA WEEKS
MARVEL
MARVEL ENTERTAINMENT LLC
MARVIN J. HENDRIX
MARVIN L LINDNER ASSOCIATES LLC
MARVIN RHYNE PROPERTIES
MARY CHRISTINE GAY
MARY CONSTANCE WOOD
MARY J ROGERS
MARY LAGRECA
MARY LAKE REALTY LTD
MARYAM SAMAD
MARYAM ZANGENEH
MARYJO HAMILTON
MARYLAND CROSSING REALTY LLC
MASON AVENUE HOLDING CO.
MASSAPEQUA CENTER 1138 INC
MASTER DATA CENTER
MASUE LLC
MATANKY REALTY GROUP, INC.
MATANUSKA-SUSITNA BOROUGH
MATONE GROUP SPRINGNEX LLC
MATRIX (CAMROSE) LP
MATRIX CLAIMS MANAGEMENT
MATT LEMKE
MATT MALLETTE
MATT MAYFIELD
MATT MEISELS
MATTESON REALTY LLC
MATTHEW BLANCHARD
MAURICE BELVIN
MAVERICK MGMT. CORP.
MAYDEL GARCIA
MAYFAIR CENTER OWNER LLC
MAYFAIR MALL LLC
MAYFLOWER MALL
MAYFLOWER REALTY LLC
MAYFLOWER SQUARE ONE LLC
MAYOBANEX BURGOS
MAYRA BEASLEY
MAYRA DEHARO RAYGOZA
MAYRA TELLO

MB COLUMBUS HILLIARD LLC
MB HOUSTON ANTOINE LIMITED
  PARTNERSHIP
MB LINCOLN MALL LLC
MC SIGN COMPANY
MCBH PARKWAY CROSSING LLC
MCCAIN MALL COMPANY LP
MCCARRAN MARKETPLACE SPE, LLC
MCELROY ELECTRIC
MCGRATH RHD PARTNERS LP
MCKINLEY COUNTY TREASURER
MCKINLEY MALL LLC
MCM PROPERTIES LTD.
MCP VOA & III LLC
MCS HEMET VALLEY CENTER LLC
MEADE COUNTY SHERIFF
MEADOWBROOK MALL COMPANY
MEADOWOOD MALL SPE LLC
MEAGAN YEUNG
MECHANICAL SYSTEMS OF DAYTON
  INC
MECKLENBURG COUNTY
MEDIANEWS GROUP INC.
MEDITERRANEAN SHIPPING CO USA
  INC
MEG FLANNERY
MEIR AGAKI
MEJ INVESTMENTS LTD
MELANIE DEWITT
MELBA MAXINE SANDOVAL
MELBOURNE SQUARE LLC
MELCOR REIT LIMITED PARTNERSHIP
MELIA CROMWELL-JOHNSON
MELISSA CRAVILLION
MELISSA ESPINOZA
MELISSA GRUNAU
MELISSA KLOUSE-WELLS
MELISSA MELESIO
MELISSA ROMO
MELISSA ROOT
MELISSA TAYLOR
MELVINA JOHNSON
MEMORIAL CITY MALL, LP
MEPT WESTWOOD VILLAGE LLC
MERCED MALL LLC

MERCER HUMAN RESOURCING
  CONSULTING
MERIDEN REALTY ASSOCIATES
MERIDEN SQUARE PARTNERSHIP
MERLIN R. TIMOTHY OR UTAHNA
MERRILL CONSULTANTS
MERRITT SQUARE REALTY LLC
MESHANTICUT PROPERTIES, INC.
MESILLA VALLEY SPE
MFC BEAVERCREEK LLC
MGP IX PROPERTIES, LLC
MGP X VERNOLA LLC
MGP XI CAPITOLA, LLC
MGP XI COMMONS FW, LLC
MGP XII HUNTER COURT LLC
MIAMI DADE COUNTY TAX
  COLLECTOR
MIAMI INDUSTRIAL TRUCKS INC
MIAMI-DADE FIRE RESCUE
  DEPARTMENT
MIAMI-DADE POLICE DEPARTMENT
MIC MAC MALL LP
MICHAEL ARTUSA
MICHAEL CRESS
MICHAEL D. HECK
MICHAEL DRUMM
MICHAEL POLOHRONAKI
MICHAEL PROANO
MICHAELA NEWNUM
MICHELE MORSTORF
MICHELLE BERTUCCI
MICHELLE KOZAK
MICHELLE MOCCIA FRAZIER
MICHELLE ROBERTSON
MICHELLE VALDIVIA
MICI DESOTO I LTD.
MICROSTRATEGY SERVICES CORP
MID RIVERS MALL CMBS, LLC
MIDDLEBELT PLYMOUTH VENTURE
  LLC
MIDDLETOWN I RESOURCES LP
MIDDLETOWN TOWNSHIP FSI
MIDEB NOMINEES INC
MIDLAND CARE
MIDLAND CARE HOSPICE

MIDLAND MALL REALTY HOLDING
  LLC
MIDLAND PAPER COMPANY
MIDTOWN PLAZA INC
MIDWAY SC LLC
MIDWEST ASSET GROUP LLC
MIDWOOD MANAGEMENT CORP
MIDYAN GATE REALTY LLC
MIKE F LOVOY
MIKE LIPPERT
MIKE LOLLAR
MIKE MCBREEN
MIKEONE CHICAGO HOLDINGS LLC
MIL ITF HOOPP REALTY INC
MIL ITF HOOPP REALTY INC
  (INTERCITY)
MIL ITF HOOPP REALTY INC
  (SUDBURY)
MILDRED MENDEZ
MILITARY LAKE WORTH ROAD LLC
MILITARY PLAZA
MILL CREEK CROSSING LLC
MILL WOODS CENTRE INC
MILLENNIAL BRANDS LLC
MILPITAS MILLS LIMITED
  PARTNERSHIP
MIMCO INC
MINISTER DU REVENU - REVENUE
  QUEBEC
MINISTER OF FINANCE
MINISTER OF REVENUE OF QUEBEC
MINISTRY OF FINANCE
MINNEHAHA COUNTY TREASURER
MIR HANSON ASSOCIATES LLC
MIRA AVDICH
MIRA MESA SHOPPING CENTER-WEST
MIRANDA GALLE
MISHORIM GOLD NEWPORT NEWS LP
MISSION VALLEY SHOPPINGTOWN
  LLC
MISSISSAUGA CO TENANCY
MISSISSIPPI COUNTY
MISSISSIPPI STATE TAX
MISSISSIPPI STATE TAX COMM.
MISSOURI DEPT. OF REVENUE
MISTERCLIPPING.COM USA LLC

MISTY BRUNS
MIX GULLY LTD.
MJM DEVELOPMENT HOLDINGS LLC
MJS CAGUAS LP
MLE MERCHANDISING & SIGN
  SOLUTIONS INC
MLM CHINO PROPERTY LLC
M-M COMPANY
MOAC MALL HOLDINGS LLC
MOBIFY RESEARCH & DEVELPMENT
  INC
MOBILE MINI
MOBO REALTY, INC.
MOCARRICO LLC
MODA SHOE LIMITED
MODE TRANSPORTATION LLC
MODEL T. PLAZA LLC
MOHINDER PAL
MOHR AFFINITY LLC
MOIYA MITCHEL
MONA GELLER
MONDAWMIN BUSINESS TRUST
MONIQUE PENA
MONTEBELLO TOWN CENTER
  INVESTORS LLC
MONTEZ (SOREL) INC
MONTEZ CORNER BROOK INC
MONTGOMERY (E&A) LLC
MONTGOMERY COUNTY ALARM
  DETAIL
MONTGOMERY COUNTY CIRCUIT
  COURT
MONTGOMERY COUNTY
  DEPARTMENT OF FINANCE
MONTGOMERY COUNTY, POLICE
  DEPT
MONTGOMERY MALL OWNER LLC
MOOD MEDIA
MOORE WALLACE
MOORESTOWN MALL LLC
MORENO VALLEY MALL HOLDING
  LLC
MORGAN REYNOLDS
MORGUARD BOYNTON TOWN
  CENTER INC

MORGUARD INVESTMENTS LIMITED,
  INC
MORGUARD REAL ESTATE
  INVESTMENT
MORGUARD REAL ESTATE
  INVESTMENT TRUST
MORGUARD REIT
MORRIS/SATNICK FT PIERCE ASSOC
  LLC
MOSELEY RITCHIE ROHER
MOTIONPOINT CORPORATION
MOUNT POCONO LLC
MPW1, LLC
MR. MC MORSE
MR. AND MRS. BRUCE BALDWIN
MRW LP
MS CARLA WORTHY SKINNER
  TRUSTEE
MSCI 2005 IQ9 CENTRAL MALL
  TEXARKANA
MSL BAGS AND ACCESSORIES
  COMPANY LIMITED
MSM PROPERTY LLC
MSRB PROPERTIES LLC
MUFFREY TRUST
MUGGENBURG GORCHES PENALOSA
  Y SEPULUEDA
MULESOFT INC
MUNCIE MALL LLC
MUNICIPALITY OF BAYAMON
MUNICIPALITY OF AGUADILLA
MUNICIPALITY OF AIBONITO
MUNICIPALITY OF ARECIBO
MUNICIPALITY OF BARRANQUITAS
MUNICIPALITY OF CABO ROYO
MUNICIPALITY OF CAGUAS
MUNICIPALITY OF CANOVANAS
MUNICIPALITY OF CAROLINA
MUNICIPALITY OF CAYEY
MUNICIPALITY OF COAMO
MUNICIPALITY OF COROZAL
MUNICIPALITY OF DORADO
MUNICIPALITY OF FAJARDO
MUNICIPALITY OF GUAYAMA
MUNICIPALITY OF GUAYNABO
MUNICIPALITY OF HATILLO

MUNICIPALITY OF HUMACAO
MUNICIPALITY OF ISABELA
MUNICIPALITY OF JAYUYA
MUNICIPALITY OF JUNCOS
MUNICIPALITY OF MANATI
MUNICIPALITY OF MAYAGUEZ
MUNICIPALITY OF NARANJITO
MUNICIPALITY OF PONCE
MUNICIPALITY OF SAN GERMAN
MUNICIPALITY OF SAN JUAN
MUNICIPALITY OF SAN LORENZO
MUNICIPALITY OF SAN SEBASTIAN
MUNICIPALITY OF TRUJILLO ALTO
MUNICIPALITY OF VEGA ALTA
MUNICIPALITY OF YABUCOA
MUNICIPALITY OF YAUCO
MUNICIPIO DE CANOVANAS
MUNICIPIO DE SAN JUAN
MURFREESBORO POLICE DEPT
  ANNEX
MURPHY MAHON KEFFLER FARRIER
  LLP
MURRAY TRACY & BERNARD SILBER
  PTR
MUSKOGEE COUNTY TREASURER
MUZAK
MVRDA - ALARMS DEPARTMENT
MYJO DEVELOPMENT CORPORATION
MYSTIC APPAREL LLC
NAABILAH ALGARAFFI
NADINE URBANSKI
NADIRA JOHNSON
NAFTALI GONZALEZ
NAMEOKI SHOPPING CENTER
  INVESTMENTS LLC
NAMIFY
NANCY BUTT & JENNIFER FERRELL
  TR WC BUTT
NANCY FLORES
NANCY NIEMAN WEEKS
NASDAQ CORPORATE SOLUTIONS
NASH COUNTY TAX COLLECTOR
NASSAU COUNTY POLICE
  DEPARTMENT
NATALIE SIEBENMARK
NATAUSHA DONAHUE

NATHALIA FIMBRES
NATHAN DENNIS
NATICK MALL LLC
NATIONAL MERIT SCHOLARSHIP
   CORPORATION
NATIONAL PRIME COMMERCIAL LLC
NATIONAL REALTY & DEV CORP
NATIONAL RETAIL FLOORING
   SERVICES INC
NATIONAL SECURITY CONSULTANTS
   INC
NATIONAL UNION FIRE INSURANCE
   COMPANY
NATOMAS GROWERS LP
NAVAJO COUNTY TREASURER
NAVEX GLOBAL
NAZARETH RETAIL HOLDINGS LLC
NBY PROPERTIES LLC
NEIDA BORGES
NEIL CARDENAS
NEIL G. HANSEN
NEILSON RETAIL LLC
NELSON GROUP INC
NEPTUNE REALTY ASSOC.
NESHAMINY MALL JOINT VENTURE
   LP
NETSER COMPUTER INTERNATIONAL
   INC
NEVADA DEPARTMENT OF TAXATION
NEW FAIR OAKS OWNER LLC
NEW GROUP-GARDENA, LLC
NEW HANOVER COUNTY TAX OFFICE
NEW LEAF PLAZA
NEW MEXICO TAXATION AND
   REVENUE DEPT
NEW PARK MALL LP
NEW PINE GROVE ROAD CENTRE INC
NEW TOWNE MALL
NEW WESTGATE MALL LLC
NEW YORK CITY DEPT OF
   COMSUMER AFFAIRS
NEW YORK STATE DEPT OF TAX &
   FINANCE
NEWAGE PHM, LLC
NEWBURGH MALL REALTY LLC
NEWGATE MALL EQUITIES LLC

NEWKOA LLC
NEWMARKET I, LLC
NGM OWNERSHIP GROUP LC
NICHOLAS DELFINO
NICHOLAS PARK MALL LLC
NICKELODEON ROYALTiES
NICKSTER COMMERCIAL LLC
NICOLE HEDGLIN
NICOLE LARIVIERE
NICOLE OWENS
NICOLE RAFELD
NIGLE SYDNEY
NIKKI RODZINSKI
NIKKI SATTERWHITE
NINE ISLANDS I LLC DBA
   COUNTRYSIDE PLAZA
NITTANY CENTRE REALTY LLC
NIULQUIE SAJOUS MCKINNEY
NIVIA TALAVERA
NLSR LP 202719
NMBSC CHARITABLE REMAINDER
   UNITRUST
NMC MELROSE PARK LLC
NMC SOUTHGATE, LLC
NMRD LIMITED
NOEL HERNANDEZ
NOEL HOWREN
NOEMI VARELA
NOLTEMEYER CAPITAL LTD
NORA PATRICIA ARAUJO
NORMAN WHITE
NORMAN WILEY
NORTH CAROLINA DEPT OF STATE
   TREASURER
NORTH DAKOTA
NORTH DAKOTA WORKFORCE
   SAFETY & INS
NORTH GREENBUSH ASSOCIATES LLC
NORTH HANOVER CENTRE REALTY
   LLC
NORTH HAVEN HOLDINGS LP
NORTH MALL PROPERTY LLC
NORTH PARK SHOPPING CENTRES
   LTD
NORTH POINT MALL LLC

NORTH RIVERSIDE PARK ASSOCIATES LLC
NORTH RIVERSIDE PLAZA LIMITED PARTNERSHI
NORTH STAR MALL LLC
NORTH TOWN MALL LLC
NORTHEAST EQUITY LLC
NORTHERN LIGHTS IMPROVEMENTS LLC
NORTHFIELD SQUARE MALL REALTY LLC
NORTHGATE ASSOCIATES LLC
NORTHGATE MALL DURHAM LLC
NORTHGATE MALL PARTNERSHIP
NORTHGATE SHOPPING CENTER LP
NORTHLINE COMMONS LLC
NORTHPARK MALL - JOPLIN LLC
NORTHRIDGE CENTER 1703 LLC
NORTHRIDGE OWNER LP
NORTHSIDE CENTRE LLC
NORTHSTAR DESIGN FEE
NORTHSTAR SOURCING LLC
NORTHTOWN CENTER, INC.
NORTHWEST ISD
NORTHWESTERN SIMON INC
NORTHWOODS CENTER FLORIDA, LP
NORTHWOODS MALL CMBS, LLC
NORTHWOODS SHOPPING CENTER LLC
NORTON ROSE FULBRIGHT US LLP
NORWALK TOWN SQUARE MGMT INC
NORWICH REALTY ASSOC. LLC
NOSTRAND REALTY LLC
NOVA GENESIS INTL CO LTD
NOVA SCOTIA MAINT ENFORCEMENT PROGRAM
NOVOGRODER COMPANIES INC
NPD GROUP, INC.
NR DEVELOPMENT LLP
NRF VII OAK LAWN LLC
NSF PROPERTY HOLDINGS LLC
NSP LLC
NUGGET MALL MERCHANTS ASSN.
NUTECH RESOURCE SERVICES LLS
NW ARKANSAS MALL REALTY LLC
NWC US 79/CR 122 LTD

NXLOG LTD
NY STYLE
NYC DEPARTMENT OF FINANCE
NYC FIRE DEPARTMENT
OAK PARK MALL LLC
OAKDALE MALL II LLC
OAKMONT PROPERTIES LLC
OAKRIDGE MALL LLC
OAKS MALL LLC
OAKWOOD HILLS MALL LLC
OAKWOOD PLAZA LP
OASG HAZLET, LLC
OBERFELD SNOWCAP INC
OCCUPATIONAL HEALTH CENTERS OF OHIO PA
OCEAN FREIGHT
OCHRE CAR PARK LLC
OEC FREIGHT (NY) INC
OEC SHIPPING LOS ANGELES INC
OEKOS DUNDALK, LLC
OFELIA MOYA
OFFICE DEPOT INC
OFFICE OF TAX COMMSISSIONER
OFFICE OF THE FIRE MARSHAL
OFFICE OF THE STATE FIRE MARSHALL
OFFICE OF THE TAX COLLECTOR
OFFICIAL FAST FREIGHT LLC
OGDEN CITY CORPORATION
OHIO BALER COMPANY INC
OHIO BUREAU OF WORKERS COMPENSATION
OHIO DEPT OF COMMERCE, UNCLAIMED FUNDS
OHIO TREASURER OF STATE
OHIO VALLEY MALL CO
OKI DATA AMERICAS, INC.
OKLAHOMA COUNTY TREASURER
OKLAHOMA STATE TREASURER
OKLAHOMA TAX COMMISSION
OLDEN PLAZA SHOPPING CENTER LLC
OLGA RODRIGUEZ
OLIVER CREEK HOLDINGS, LLP
OLYMPIA LAND COMPANY LLC
OLYMPIC AKRON SERVICES

OLYMPIC TOWER LLC 203717
OMACHE SHOPPING CENTER LLC
OMAR CASTILLO
OMEGA INDUSTRIES INC
OMEGA SAFE & LOCK
ONE IMPERIAL PLAZA LP
ONE STOP PROPERTIES, INC.
ONE STORM LAKE PLAZA, LLC
ONE YONKERS ASSOCIATES LLC
ONSLOW COUNTY TAX COLLECTOR
ONTARIO MILLS LP
ONTREA INC
ONTREA INC MASONVILLE PLACE
ONTREA INC.
ONYX LAWTON SB, LLC
OPB EMTC INC
OPB REALTY INC - HALIFAX CENTRE
OPB REALTY (CARLINGWOOD) INC
OPB REALTY (ST VITAL) INC
OPB REALTY INC (PEN CENTRE)
OPGI MANAGEMENT LP O/A OXOFRD
   IFT
OPGI MANAGMENT LP
OPRY MILLS MALL LP
OPTION RENTALS, INC
OPTIV INC
ORACLE AMERICA INC
ORANGE PARK MALL LLC
OREGON CITY POLICE DEPARTMENT
OREM BLUELIGHT LLC
ORIENTAL CORPORATION
ORIGAMI RISK LLC
ORKIN
ORLANDO ADAMES-DIAZ
ORLANDO CORPORATION
OROVILLE PLAZA EL LLC
OSBORNE CAPITAL LLC
OSBORNE PROPERTIES LP
OSHAWA CENTRE HOLDINGS INC
OSIX 1918 BUCKNER LLC
OTIS ELEVATOR COMPANY
OTSEGA PLAZA LLC
OVERLAND PLAZA LLC
OVIEDO MALL HOLDING LLC
OXFORD ITF ECC EAST
OXFORD ITF SQUARE ONE

OXFORD PROPERTIES RETAIL
   HOLDINGS
OXFORD SOUTH PARK MALL LLC
P H COMPANY
P.S.K.S. CORP
P1 GROUP INC
PA FIRE RECOVERY SERVICES LLC
PACIFIC OAK PROPERTIES, INC.
PACKAGE DESIGN &
   MANUFACTURING INC
PADDOCK MALL LLC
PAL ASSOCIATES HARBORCREEK LLC
PALISADES BIRMINGHAM LLC
PALISADESII, LLC / EKLECCO NEWCO
   LLC
PALM BEACH COUNTY SHERIFF'S
   OFFICE
PALM PLAZA ASSOC. LTD.
PALMDALE CENTER DELAWARE INC
PALMER PARK LP
PALMETTO PARK ROAD ASSOC. LTD.
PALO WOODS LLC
PALOUSE MALL LLC
PAM MERTEN
PAMELA SKELTON
PANAMA TRANSFER
PAPF MEDFORD LLC
PARADISE RETAIL I LLC
PARADISE VALLEY MALL SPE
PARAMOUNT ENTERPRISES, INC.
PARAMOUNT PEST CONTROL INC
PARAMOUNT PLAZA AT NEW BRITE
   LLC
PARAMUS PARK SHOPPING CENTER
   LP
PARISH OF ST LANDRY
PARISH OF ST. BERNARD
PARISH SALES TAX FUND
PARK CENTRE I, LLC
PARK CITY CENTER BUSINESS TRUST
PARK PLACE MALL
PARKWAY CENTRE EAST RETAIL LLC
PARKWAY VILLAGE & CENTER LLC
PARRISH MGMT. CORP.
PARTNERS MALL ABILENE LLC

PARTNERS REIT -CHARTER
  ACQUISTION
PASEO-HPC RICHMOND, LLC
PASSAIC PLAZA ASSOC. LLC
PASSCO HANFORD MALL LLC
PATCHOGUE REALTY ASSOCIATES
  LLC
PATERSON MALL S/C CORP.
PATRICIA A CLARKE
PATRICIA DOYLE
PATRICIA JOHNSTON
PATRICIA PINHELRO
PATSY HARIN
PATTI KAZOWSKI
PATTY MULLINS
PAUL J. PRATHER
PAULDING COUNTY
PAVILION COLLECTING AGENT LLC
PAXAR CANADA INC
PAYLESS FINANCE INC
PAYLESS INDIA
PAYLESS SHOESOURCE
PAYLESS SHOESOURCE
  DISTRIBUTION, INC.
PAYLESS SHOESOURCE IN LTDA
PAYLESS SHOESOURCE INC
PAYLESS SHOESOURCE
  MERCHANDISING INC
PAYLESS SHOESOURCE PURCHASING
PAYLESS SHOESOURCE WORLDWIDE
PAYSON CITY CORPORATION
PBA II LLC
PCDF PORTFOLIO LLC
PCI SECURITY STANDARDS COUNCIL
  LLC
PCW PROPERTIES LLC
PEACHTREE MALL LLC
PEAR TREE RETAIL I LLC
PEARLAND DUNHILL 1 LLC
PEARLAND TOWN CENTER LIMITED
  PARTNERSHIP
PEARLRIDGE CNTR MERCHANTS
  ASSOC
PECANLAND MALL LLC
PEDS LEGWEAR USA INC
PEGGY A COLE

PEGGY M COLE
PELICAN INVESTMENTS 888 LLC
PEMBROKE LAKES MALL LLC
PEMBROKE SQUARE ASSOCIATES LLC
PENGOULD LLC
PENN DCII LLC
PENN HILLS SHOPPING CENTER LLC
PENNMARK COVENTRY HOLDING
  LLC
PENNSVILLE HOLDINGS LLC
PENSIONFUND REALTY LIMITED
PENSIONFUND REALTY LTD.
PEPPER HAMILTON LLP
PERFECT OUTPUT COMPANY
PERFORMANCE TEAM FREIGHT
  SYSTEMS INC
PERIMETER MALL LLC
PERMELYNN OF BRIDGEHAMPTON
  360 LLC
PERU GKD PARTNERS LLC
PETER P BOLLINGER INVESTMENT CO
PFP 3 ADAMS DAIRY LLC
PGS BURLINGTONLLC &TOWER
  BURLINGTON
PHELPS COUNTY COLLECTOR
PHENIX LABEL CO INC
PHILADELPHIA PREMIUM OUTLETS
PHOENIX POLICE DEPARTMENT
PICKERING CO TENANCY
PICKERING TOWN CENTRE
PIEDMONT ASSOCIATES
PIER PARK LLC
PIERCE COUNTY, STATE OF WA
PIERPASS
PIERRE BOSSIER MALL LLC
PIETRANTONI MENDEZ & ALVAREZ
PILGRIM PARKING INC
PIMA COUNTY TREASURERS OFFICE
PINAL COUNTY TREASURER
PINE CREEK OWNER LLC
PINE RIDGE MALL JC LLC
PINIX PROPERTY MANAGEMENT
PINTEREST INC
PINTZUK ORGANIZATION INC
PIONEER PACKAGING COMPANY

PITNEY BOWES GLOBAL FINANCIAL
  SVSC LLC
PK I CANYON RIDGE PLAZA LLC
PK I CHINO TOWN SQUARE LP
PK I FASHION FAIRE PLACE LP
PK I GRESHAM TOWN FAIR LLC
PK I LA VERNE TOWN CENTER LP
PK I PAVILIONS PLACE LP
PK I SUNSET ESPLANADE LLC
PK II LARWIN SQUARE SC LP
PK III TACOMA CENTRAL LLC
PL CHERRYDALE POINT LLC
PL MESA PAVILLIONS LLC
PLACE LAURIER HOLDINGS INC
PLACE VERSAILLES INC.
PLACE VERTU NOMINEE INC
PLATINUM PARKING
PLATTE COUNTY TREASURER
PLATTE RIVER MALL
PLAZA 83 VENTURE
PLAZA AT HIGHLANDS RANCH LLC
PLAZA AT JORDAN LANDING LLC
PLAZA AT NORTHWOOD LLC
PLAZA BONITA LLC
PLAZA CAROLINA MALL LP
PLAZA DEL CARIBE S.E.
PLAZA LAS AMERICAS INC
PLAZA MASTER GP LTD BEDFORD
  COMMONS
PLAZA MASTER GP LTD-GRANITE
  DRIVE PLAZA
PLAZA MAYOR LLC
PLAZA PASEO LLC
PLAZA WEST COVINA LP
PLAZACORP PROPERTY HOLDINGS
  INC
PLEASANT GROVE
PLP COTTONWOOD LLC
PLYMOUTH CENTRE PROPERTY LLC
PMAT DPP LLC
PMJ MANAGEMENT INC
POINT RECOGNITION
POLK COUNTY TAX COLLECTOR
POM-COLLEGE STATION LLC
PONTIAC MALL LIMITED
  PARTNERSHIP

POONAM BHARDWAJ
POP MORROW CGP LLC
POPE COUNTY TAX COLLECTOR
POPLAR-AVALON RETAIL CENTER
  LLC
PORT ANGELES PLAZA ASSOC.
PORT HURON REALTY PARTNERS LLC
PORT OF SALE
PORT ORANGE TOWN CENTER LLC
PORTAGE PLACE SHOPPING CENTER
PORTERWOOD S/C INVESTEMENTS
  LLC
PORTSMOUTH ASSOCIATES, LLC
POS REMARKETING GROUP
POSNER PARK RETAIL LLP
POU XIN JIA CO., LTD
POUGHKEEPSIE GALLERIA LLC
POWERREVIEWS
PPB 2821 BOCA CHICA LLC
PPD AIRWALK COZY
PPD AIRWALK DREAM
PPD CHRISTIAN SIRIANO ROYALTY
PR CAPITAL CITY LIMITED
  PARTNERSHIP
PR EXTON SQUARE PROPERTY LP
PR FINANCING LP
PR HARBOUR VIEW EAST LLC
PR MAGNOLIA LLC
PR NORTH DARTMOUTH LLC
PR PATRICK HENRY LLC
PR PLYMOUTH MEETING LP
PR PRINCE GEORGES PLAZA LLC
PR SPRINGFIELD TOWN CENTER LLC
PR VALLEY LIMITED PARTNERSHIP
PR VALLEY VIEW LP
PR VIEWMONT LP
PR WOODLAND LP
PR WYOMING VALLEY LP
PRAIRIE FIRE (OKOTOKS) LP
PRATT GOLDSMITH INC, AGENT FOR
PRATT INDUSTRIES INC
PRECISE PARKLINK
PREMIER EMPLOYMENT SOLUTIONS
PREP HANOVER REAL ESTATE LLC
PREP POSNER REAL ESTATE LLC

PRESCOTT GATEWAY MALL REALTY HOLDING LLC
PRICEWATERHOUSECOOPERS LLP
PRII ROLLING OAKS COMMONS FLA, LLC
PRIMARIS MANAGEMENT INC
PRIMARIS MGMT INC ITF
PRIMARIS MGMT INC ITF DUFFERIN MALL
PRIMARIS MGMT INC ITF NORTHLAND
PRIMARIS MGMT INC ITF ORCHARD PARK
PRIMARIS MGMT INC ITF PLACE
PRIMARIS MGMT INC ITF STONE ROAD
PRIMARIS MGMT INC RE SUNRIDGE MALL
PRIME CLERK LLC
PRIMESTOR 119 LLC
PRIMESTOR CFIC/CG LLC
PRINCE KUHIO PLAZA LLC
PRINCIPAL REAL ESTATE HOLDING CO LLC
PRINT TECH INC
PRIORITY EXPRESS COURIER, INC
PRODUCTIONWORKS INC.
PROGRESS TRUST INC
PROMENADE CG RETAIL LLC
PROMENADE LIMITED PARTNERSHIP
PROMILA VASISHTA
PROVIDENCE PRODUCTS LLC
PRUDENTIAL REALTY CO
PSS NNN LLC
PUBLIX SUPER MARKETS INC
PUERTO RICO
PUGET PAVING & CONSTRUCTION
PULASKI COUNTY COLLECTOR
PURCELL & WARDROPE CHTD.
PUTIAN CITY HUI SHENG TRADING CO LTD
PUTIAN SUNYOUNG ENTERPRISE CO LTD
PV TWIN LC
PWI EMC LP
PYRAMID WALDEN COMPANY LP

QASYMPHONY INC
QINGDAO STAR OCEAN IMP. & EXP. CO., LTD
QINGDAO XINGHONG INDUSTRY & TRADE CO LTD
QINGDAO XINGZHIHAI IMP & EXP CO. LTD
QKC MAUI OWNER LLC
QUAD GRAPHICS INC
QUAKER BRIDGE MALL LLC
QUAKER MZL LLC
QUAKER TWOSOME LLC
QUALITY SOLUTIONS INC
QUENCH USA, INC
QUINCY - CULLINAN LLC
QUOC C. TRINH QUACH A/K/A QUACH C. HAI &
QUYNTYN JOHNSON
R & E TRUST
R E WEST TRANSPORTATION
R JOSEPH FUCHS
R K NEWPORT I LLC
R K ASSOCIATES OF WAUKESHA
R&M IDAHO LLC
R/M VACAVILLE
RACARIE SOFTWARE
RACHEL BREWER
RACHEL FERREIRA
RACHEL KALCHTHALER
RACHEL MYERS
RACON FOOTWEAR LIMITED
RADIAL INC
RAE-ME NORTH CAROLINA II LLC
RAINBOW INVESTMENT COMPANY
RAINIER MOORE PLAZA ACQUISITIONS
RAISIN INDUSTRIES LLC
RAKUTEN MARKETING LLC
RALPH HOYOS
RALPH SCHLESINGER COMPANY LLC
RAMCO GERSHENSON PROPERTIES LP
RAMCO JACKSONVILLE LLC
RAMCO-GERSHENSON PROPERTIES LP
RAMON PINEDO

RAMON RODAS
RAMONA PALMER-EASON
RANDOLPH COUNTY COLLECTOR
RANGER AMERICAN OF PR INC
RAP EAST LLC
RASCAL ENTERPRISES SWFL INC
RAVEN WISCHEMANN
RAYETTA SURRATT
RB INTERIORS INC
RB RIVER IV LLC
RCC CENTRE AT LILBURN LLC
RCC WALNUT CREEK PLAZA LLC
RCS LOGISTICS INC
RD - TULSA HILLS LP
RD ABINGTON ASSOCIATES LP
RD ELMWOOD ASSOC LP
RDEV MESA RANCH LLC
READY REFRESH BY NESTLE
REAL SUB, LLC
REBBECCHA FELICE
REBECCA MCKAY
REBECCA STONE
REBEKAH BELL
REBUILT REALTY CORP.
RECEIVER GENERAL
RECEIVER GENERAL FOR CANADA
RECEIVER OF TAXES
REDDI SERVICES INC
REDLANDS TOWN CENTER RETAIL III
  LLC
REDUS ONE LLC
REEF PLAZA LLC
REEVE CONSULTING LLC
REGAL PLASTIC SUPPLY CO
REGENCY SEYMOUR LLC
REGISTER OF DEEDS KENT COUNTY
REGO II BORROWER LLC
REIN WARSAW ASSOCIATES LP
RENAISSANCE PARKING LLC
RENAISSANCE PARTNERS I LLC
RENATA YIM
RENDELL HOLDINGS LTD.
RENEE I. WEINBERG & KIM ISAACS
  SELTZER
REPUBLIC PTY LIMITED
REPUBLIC SERVICES INC

REQUERDO CO.
RESTORE OAKLAND LLC
RETAIL CENTER PARTNERS LTD
RETAIL PRO INTERNATIONAL LLC
RETAIL STRATEGIES LLC  02638
REVENUE COMMISSIONER
REVENUE OF QUEBEC
REVENUE PROP TOWN & COUNTRY
  INC
REVENUE PROPERTIES COMPANY LTD
REVENUE PROPERTIES SOUTHLAND
  LTD
REVENUE QUEBEC
REVENUE SERVICES OF BRITISH
  COLUMBIA
REYNA ANDRADE
REYNA DIAZ
REYNATO YEPEZ
REZAN LP
RFS CANADA
RHONDA ALSTON
RHONDA PARR
RHONDA PATTON
RICARDO ROMERO GUZMAN
RICHARD H. FOSTER
RICHARD J. MADISON OF COLLIERS
  AS RECEIVE
RICHARD L. PRITZ
RICHARD MANNARINO
RICHARD MENKIN
RICHARD N. SHERWIN
RICHARD WUCKOWITSCH
RICHFIELD SHOPPES LLC
RICHMOND COUNTY TAX COMM.
RICHMOND MALL PARTNERS LLC
RICHMOND TOWN SQUARE REALTY
  HOLDING LLC
RICH-TAUBMAN ASSOCIATES
RICK BROWER
RICOH CANADA INC
RICOH USA INC
RIDGEDALE CENTER LLC
RIGHT MANAGEMENT
RIMINI STREET INC
RIMROCK OWNER LP
RIO CUATRO LLC

RIO GRANDE VALLEY PREMIUM
  OUTLETS
RIOCAN (REIT)
RIOCAN HOLDINGS (WESTRIDGE) INC
RIOCAN HOLDINGS INC
RIOCAN PROPERTY SERVICES TRUST
RIOCAN REIT (ONTARIO II)
RIOCAN/REIT
RIOKIM HOLDINGS (ALBERTA) INC
RIOKIM HOLDINGS (ONTARIO) INC
RIOKIM HOLDINGS (TILLICUM CNTR)
  INC
RITCHIE TRUCKING SERVICE
RIVER OAKS EL PASO LLC
RIVER OAKS REALTY LLC
RIVER PARK PROPERTIES II
RIVER RIDGE MALL JV LLC
RIVERSIDE PUBLIC UTILITIES
RIVERTOWN CROSSINGS MALL
RIVERTOWNE CENTER ACQUISITION
  LLC
RJFP LLC
RJTB GROUP LLC
RK SOUTHINGTON LLC 3744
RLE MAINTENANCE SERVICES INC
RM SULLIVAN TRANSPORTATION INC
RMI ITF BURLINGTON MALL
RMI ITF STRAWBERRY HILL
  SHOPPING CENTER
RNA, IP ATTORNEYS
RNOT LLC
ROB EVES
ROB LOUQUET
ROBERT 4260 E ALAMEDA, LLC
ROBERT DONOHOO
ROBERT E WILSON TRUST LLC
ROBERT GRAY
ROBERT L. COLEMAN, TRUSTEE
ROBERT LOMELI
ROBERT OUTSEN
ROBERT W FAIR
ROBERTO SORTO
ROBERTO NERI
ROBERTO POLICARPIO
ROBINSON COLE LLP
ROBINSON MALL DEVELOPERS

ROCKAWAY REALTY ASSOCIATES LP
ROCKSIDE TURNEY LLC
RODNEY GERNER
ROEBLING URBAN RENEWAL ASSOC.
ROGER NABER, PHILIP & ROBERT
ROGERS POLICE DEPARTMENT
ROGERS RETAIL
ROLANDA HUDSON
ROLLING OAKS MALL LLC
ROME CITY TREASURER
ROMERO PINEDA & ASOCIADOS
RONALD J DAGRADI
RONALD L EBELEIN JR
RONGRANT ASSOCIATES LLC
RONNIE MICHEL
ROOSEVELT II ASSOCIATES LP
ROSA A TORRES
ROSA AMBRIZ GOMEZ
ROSA SANDOVAL
ROSALIA COVARRUBIAS
ROSARIO GARCIA
ROSE MED TRIANGLE
ROSEDALE CENTER
ROSE-FORUM ASSOCIATES LP
ROSEMYR CORPORATION
ROSENBACH NEMP, LLC
ROSENFIELD BROTHERS
ROSETTI HANDBAGS AND
  ACCESSORIES LTD
ROSHINA LOVING
ROSIE CREAMER INC
ROSIE GARCIA
ROSIE M BLAWAT
ROSLINDALE CUMMINGS HWY
  REALTY LLC
ROSS & ROSS, AGENT FOR MORTON
ROSS DRESS FOR LESS INC
ROSS PARK MALL
ROSSINI PEREZ
ROUND LAKE BEACH LAND LLC
ROUND THE WORLD LOGISTICS USA
  CORP
ROUTE 140 SCHOOL STREET LLC
ROUTE 23 ASSOCIATES LLC
ROXANNE RANGEL
ROYALS OK LUNCH INC

RPAI SOUTHWEST MANAGEMENT LLC
RPAI US MANAGEMENT LLC
RPI BEL AIR MALL LLC
RPI CHESTERFIELD LLC
RPI SALISBURY MALL LLC
RPI SHASTA MALL LP
RPI TURTLE CREEK MALL LLC
RPS ITF RIOCAN MARKETPLACE
RPS-ITF GATINEAU & HAMILTON WALMART
RR DONNELLEY
RREF LA QUINTA 3 REO, LLC
RUBY 05 BSHFRDINLINE LLC
RUBY CLEVELAND
RUBY FLORES
RURAL KING REALTY LLC
RUSSELL ROAD ASSOC. LP
RVM LLC
RVT ERIE MARKETPLACE LLC
RYAN GARFIELD LIMITED PARTNERSHIP
RYAN RINEHART
RYKAL ASSOCIATES
S & N II LTD 203160
S CAROLINA TAX COMMISSION
S F R REALTY ASSOC LLC
S L NUSBAUM REALTY CO
S.P.JOHNSON, III
S.W.A. MERCHANTS ASSOCIATION
S199 SPE LLC
SABA & CO
SABRINA MOCOMBE
SACRAMENTO SHERIFF'S DEPT
SADA SYSTEMS INC
SAFE & SOUND ARMED COURIER INC
SAFECO INSURANCE COMPANY OF AMERICA
SAIMA SAMANA
SALARY.COM LLC
SALES TAX TRUST ACCOUNT
SALESFORCE.COM INC
SALINAS FALSE ALARM REDUCTION PROGRAM
SALINE COUNTY

SALMON RUN SHOPPING CENTER LLC
SALT LAKE COUNTY TREASURER
SALT RIVER PIMA-MARICOPA
SALVATORE LLC
SAMANTHA CUGNET
SAMANTHA GALLAGHER
SAMANTHA RAY
SAMANTHA TEVES
SAMANTHA WENTWORTH
SAME DAY SIGN CO
SAN DIEGO COUNTY TREASURER
SAN DIEGO POLICE DEPARTMENT
SAN FRANCISCO CITY OPTION
SAN JACINTO RETAIL ASSOCIATES LLC
SAN MAR DUNHILL RATEL OWNER LLC
SANDRA WILLIAMS
SANDUSKY MALL COMPANY
SANDY CITY
SANGERTOWN SQUARE LLC
SANSONE FENTON PLAZA LLC
SANTA ANITA SHOPPINGTOWN LP
SANTA FE COUNTY TREASURER
SANTA FE MALL PROPERTY OWNER LLC
SANTA ROSA MALL LLC
SANTA ROSA POLICE DEPARTMENT
SANTAK CORPORATION
SANTANA SHOES
SANTEE TROLLEY SQUARE 991 LP
SANZARI '89 ASSOC., L.P.
SAPPHIRE WHARTON
SARA COUCH
SARAH BEER
SARAH HIER
SARAH OVERBAUGH
SARAH PURCELL
SARAH SOLIS
SARASTI SA DE CV
SAS INSTITUTE, INC.
SASKATCHEWAN FINANCE
SASKATCHEWANT GOVERNMENT
SASKATOON FIRE AND FLOOD
SAUL HOLDINGS L.P.

61

SAUL SUBSIDIARY I L.P.
SAWMILL SQ SHOPPING CENTER
SBLP TILLSONBURG TOWN CENTRE
  INC
SC MOTA ASSOCIATES LP
SCGIF II-IRON HORSE OWNER LLC
SCHECKS TELEPHONE SERVICE
SCHMITT & ORLOV INTELLECTUAL
  PROPERTY
SCHMITZ DEVELOPMENT CO.
SCHNEIDER NATIONAL INC
SCHNEIDER TRANSPORTATION
  MANAGEMENT
SCHURTZ PROPERTIES INC
SCI ITC SOUTH FUND LLC
SCORE PROPERTIES OF
  TALLAHASSEE LLC
SCOTT INVESTMENT LTD
SCOTT KEY WOOD
SCOTT NEWELL
SCOTT SELVEY
SCOTTS VALLEY PHASE II
SCREO I DIXIE OUTLET MALL INC
SDC4 LLC
SDG DADELAND ASSOCIATES INC
SDME CAPITAL GROUP LLC
SEA LTD
SEARSTOWN LIMITED PARTNERSHIP
  201395
SEATTLE CITY TREASURER
SEATTLE TACOMA OLYMPIA
  PLUMBING, INC
SEC CLARK & HOWARD LLC
SEC SQUARE HOLDING LLC
SECRETARY OF STATE
SECURITY MAYFLOWER
SECURITY RESOURCES INC
SEDGWICK COUNTY TREASURER
SEJ PP NORTH LLC
SELDEN PLAZA LLC
SEMBLER FAMILY PTNRSHP #41 LTD
SENNCO SOLUTIONS
SEREA RIVERS
SERENA DIACO
SERIES E-CLARENDON REAL ESTATE
  LLC

SERITAGE KMT FINANCE LLC
SERRAMONTE CENTER
SERVPRO COMMERCIAL LLC
SERVPRO OF MIDTOWN MEMPHIS
SESAME
SESAME WORKSHOP
SETH STERLING
SEVEN CORNERS CENTER LLC
SEWELL MOTOR EXPRESS COMPANY
SFI FORD CITY CHICAGO LLC
SFP POOL FOUR SHOPPING CENTERS
  LP
SFP POOL SIX LLC
SFP POOL TWO SHOPPING CENTERS
  LP
SFR PROPERTIES LLC
SGG MANAGEMENT (CURACAO) NV
SHADRALL 2855 DUNN LP
SHANE HUNT
SHANGHAI KUAI IMP & EXP CO LTD
SHANNON JOHNSON
SHANNON T. SHOWALTER
SHANTEL LEWIS
SHAPE PROPERTY MGMT CORP
SHAPELL SOCAL RENTAL PROPERTIES
  LLC
SHARK EYES INC
SHARLENE TAYLOR
SHARON LIVINGSTON, CHANCERY
  CLERK
SHAVEMORE LP
SHAWNA LITZ-MAISNER
SHAWNEE COUNTY TREASURER
SHAWNEE LOWRY
SHEENAN PRICE
SHEILA CLARKE-HANSON
SHEILA ROBBINS, TRUSTEE
SHELBY COUNTY TRUSTEE
SHELBY CREEK LLC
SHENANGO VALLEY REALTY LLC
SHERI TAVARES
SHERIDAN PLAZA
SHERIDAN RETAIL INC
SHERIFF & EX-OFFICIO
SHERIFF & EX-OFFICIO TAX COLL.
SHERIFF & TAX COLLECTOR

62

SHERIFF OF MADISON COUNTY
SHERRY MARTINO
SHI INTERNATIONAL CORP
SHILLDEV US INC
SHINE STEPHEN
SHIRIN JUSTINE
SHOMA RETAIL LLC
SHOPPERTRAK RCT CORP
SHOPPES AT BUCKLAND HILLS LLC
SHOPPES OF FT. WRIGHT KY LLC
SHOPS AT GRAND CANYON 14
  SYNDICATIONS
SHOPS AT HANCOCK LLC
SHOPS AT MISSION VIEJO LLC
SHOPS AT TANFORAN ASSOCIATES
  LLC
SHORT CIRCUIT ELECTRONICS INC
SHRED-IT USA
SHREEJI HOSPITALITY OF
  CHARLOTTE LLC
SIERRA CENTER INVESTMENTS LLC
SIERRA REAL ESTATE LLC
SIERRA VISTA 16 A, LLC
SIERRA VISTA MALL LLC
SIFFRON
SIGFELD REALTY MARKET PLACE
  LLC
SIGNS OF THE TIMES CORPORATION
SILCO FIRE PROTECTION CO
SILVER LAKE MALL LLC
SILVER SPRINGS EQUITIES LLC
SIM ZIM ASSOCIATES LP
SIMEIO SOLUTIONS LLC
SIMON PROPERTY GROUP (TEXAS) LP
SIMON PROPERTY GROUP LP
SIRIUS COMPUTER SOLUTIONS INC
SITECOMPLI LLC
SIX RIVERS DEVELOPMENT LLC
SK DRIVE PROPERTIES LLC
SKECHERS
SKECHERS PAYLESS
SKECHERS USA INC
SLO PROMENADE DE, LLC
SLONG INDUSTRIAL CO LIMITED
SM EASTLAND MALL LLC
SMART MERCHANTS GROUP, INC.

SMART REAL ESTATE INC
SMART REIT - SCARBMILNER
SMARTREIT (AURORA NORTH ii) INC.
SMARTREIT (MAPLE RIDGE) INC
SMARTREIT (OAKVILLE) INC
SMTC ACQUISITION LLC
SN PROPERTIES FUNDING IV - LEIGH
  LLC
SNAGAJOB
SNELLING-MIDWAY
  REDEVELOPMENT LLC
SNICKER HEAD LLC
SOCORRO RODRIGUEZ
SOFIA VERGARA
SOFTEK INC
SOLARWINDS
SOLUTIONS WINDOW CLEANING
SOMERS POINT LLC
SOMERSWORTH POLICE
  DEPARTMENT
SONA MANAGEMENT GROUP
SONIA ALDAY
SONIA CEVALLOS
SONIA DUSHEY
SONITROL SECURITY SYSTEMS
SONOMA CO. WGHTS. & MEASURES
  DIV.
SOPHIA ALLMAN
SOPHIA HEPBURN
SOUTH BAY CENTER SPE LLC
SOUTH BAY SPE LLC
SOUTH CHINA SHOES PRODUCTS
  COMPANY LTD
SOUTH COUNTY SHOPPINGTOWN LLC
SOUTH DAKOTA DEPT. OF REVENUE
SOUTH HILL MALL CO
SOUTH HILL PLAZA
SOUTH LAKEVIEW PLAZA I LLC
SOUTH PLAZA CO.
SOUTH PLAZA COMPANY LLC
SOUTH TOWN PLAZA ASSOC LLC
SOUTH TOWN PLAZA MERCHANTS
  ASSOC
SOUTH WHIT SHOPPING ASSOC.
SOUTHAVEN TOWNE CENTER II LLC

SOUTHERN BUYERS GROUP LLC
  BOWDOIN
SOUTHERN HILLS MALL LLC
SOUTHERN IMPERIAL INC
SOUTHERN PARK MALL LLC
SOUTHERN SHOPPING CENTER LLC
SOUTHGATE ASSOCIATES LLC
SOUTHGATE CENTER ASSOCIATES
  LLC
SOUTHGATE MARKETPLACE LLC
SOUTHLAKE INDIANA LLC
SOUTHLAND CENTER LLC
SOUTHLAND MALL LP
SOUTHLAND MALL PROPERTIES LLC
SOUTHPARK MALL CMBS LLC
SOUTHPARK MALL LLC
SOUTHPOINT MALL LLC 203939
SOUTHPOINTE COMMON
  CORPORATION
SOUTHPORT 2013 LLC
SOUTHRIDGE LP
SOUTHRIDGE MALL
SOUTHSIDE RETAIL LLC
SOUTHTOWN PLAZA REALTY LLC
SOUTHWEST REGIONAL TAX BUREAU
SOUTHWEST SHOPPING CENTERS
SP SOUTHPORT PLAZA LLC
SPACE 530 LLC
SPACE DATA CORPORATION
SPARKS GRF2 LLC
SPECIAL DISPATCH
SPECTRUM BAGS INC
SPF MARKET AT SOUTHSIDE LLC
SPOKANE MALL LLC (MALL &
  PLAZA)
SPOOR & FISHER
SPOTSYLVANIA MALL CO
SPRING HILL MALL LLC
SPRING RIDGE LP
SPRING TOWN CENTER
SPRINGBANK MECHANICAL
  SYSTEMS LTD
SPRINGFIELD TOWNSHIP FIRE DEPT
SPRINGFIELD UE LLC
SPRINGHILL-US19, LLC
SPRUCE CENTRE LANDS LTD

S-R GENESIS LTD
SRF2 TRURO MALL INC
SRF4 MARKET MALL INC
SRF4 PEMBROKE MALL INC
SS - BSCMI05-TOP 20 LAKE FOREST
SSI NORTHSIDE LLC
ST ALBERT CENTRE HOLDINGS INC
ST BERNARD PARISH
ST CHARLES COUNTY
ST CLAIR SQUARE SPE, LLC
ST CLOUD MALL LLC
ST JOHNSBURY ROUTE 5 ASSOC
ST LOUIS COUNTY COLLECTOR OF
  REVENUE
ST LOUIS COUNTY TREASURER
ST LOUIS PREMIUM OUTLETS LLC
ST MALL OWNER LLC
ST PAULS LUTHERAN CHURCH
ST. CLOUD EQUITIES, LLC
ST. FRANCOIS COUNTY
ST. JOHN AMBULANCE
ST. LANDRY PARISH SCHOOL BOARD
ST. LUCIE COUNTY TAX COLLECTOR
STACEY BANISTER
STACEY GREGG
STACY FERRELL
STAFFMARK
STAFFORD BLUFFTON LLC
STANDAR LP
STANLEY CONVERGENT SECURITY
  SOLUTIONS
STAR DEVELOPMENT INC
STAR WEST CHICAGO RIDGE LLC
STAR WEST FRANKLIN PARK MALL
  LLC
STAR WEST GATEWAY LLC
STAR WEST GREAT NORTHERN MALL
  LLC
STAR WEST JV LLC FBO WESTLAND
  MALL LLC
STAR WEST LOUIS JOLIET LLC
STAR WEST SOLANO LLC
STARLING GREWE
STARR COUNTY TAX OFFICE
STAR-WEST PARKWAY MALL LP
STATE OF ALABAMA

STATE OF ALASKA
STATE OF ARIZONA
STATE OF ARKANSAS
STATE OF CALIFORNIA
STATE OF COLORADO
STATE OF CONNECTICUT
STATE OF FLORIDA
STATE OF GEORGIA
STATE OF HAWAII
STATE OF IDAHO
STATE OF ILLINOIS
STATE OF INDIANA
STATE OF IOWA
STATE OF KANSAS
STATE OF KENTUCKY
STATE OF LOUISIANA
STATE OF MAINE
STATE OF MARYLAND
STATE OF MASSACHUSETTS
STATE OF MICHIGAN
STATE OF MINNESOTA
STATE OF MISSOURI
STATE OF NEBRASKA
STATE OF NEVADA
STATE OF NEW HAMPSHIRE
STATE OF NEW JERSEY
STATE OF NEW MEXICO
STATE OF NORTH CAROLINA
STATE OF OHIO
STATE OF OKLAHOMA
STATE OF OREGON
STATE OF PENNSYLVANIA
STATE OF RHODE ISLAND
STATE OF SOUTH DAKOTA
STATE OF TENNESSEE
STATE OF TEXAS
STATE OF UTAH
STATE OF VIRGINIA
STATE OF WASHINGTON
STATE OF WEST VIRGINIA
STATE OF WISCONSIN
STATE OF WYOMING
STATESBORO FG CGP LLC
STATEWIDE TRANSPORT INC
STATISTA INC
STC HOLDINGS INC

STEAMTOWN 300 LLC
STEINER GRANTS PASS INVESTORS
STEPHANIE ESTRADA
STEPHANIE MCDANIEL
STEPHANIE MORAN
STEPHANIE SALAZAR
STEPHANIE SURMEIER HULT
STEPHANIE ULRICH
STEPHANIE VILLALOBOS
STEPHANIE WOLFE
STEPHEN B. DAY & BARBARA
  WEBSTER DAY 705
STEPHEN GRAND
STEPHEN MISTLER
STEPHEN PATTON
STEVAN M JOSEPHO
STEVE AND JOYCE BREMER
STEVE MADDEN LTD
STEVEN ROBICHAUX
STOCKBRIDGE COURTLAND CENTER
  LLC
STOCKBRIDGE EL MERCADO LLC
STOCKBRIDGE MADISON LLC
STOCKTON POLICE DEPARTMENT
STOCKYARDS (PRINCE ALBERT) LP
STONE MOUNTAIN ACCESSORIES INC
STONE MOUNTAIN ACQUISITION I
  LLC
STONE MOUNTAIN SQUARE
  SHOPPING CTR LLC
STONEBRIAR MALL LLC GGP
  HOMART II LLC
STONECREST MALL SPE LLC
STONEFIELD (FORT SASKATCHEWAN)
  LP
STONERIDGE PROPERTIES LLC
STRATEGIC PRINT SOLUTIONS
STROUD MALL LLC
STS, INC
SUDDATH TRANSPORTATION
  SERVICES INC
SUFFOLK COUNTY ALARM MGMT
  PROGRAM
SUGAR ESTATE ASSOCIATES
SUGARCREEK PLAZA II LLC
SULPHER PARTNERS, LTD

65

SUMMITTWOODS SPE LLC
SUMO LOGIC INC
SUN LIFE ASSURANCE COMPANY
SUN LIFE ASSURANCE COMPANY OF
  CANADA
SUN PLAZA LLC
SUNLAND PARK MALL
SUNLIFE ASSURANCE CO OF CANADA
SUNNY ISLE DEVELOPERS LLC
SUNNY SUNDAYS LLC
SUNNYSIDE SHOPPES LLC
SUNRISE MALL LLC
SUNRISE MILLS LTD. PARTNERSHIP
SUNSET PROMENADE, LLC
SUNVALLEY SHOPPING CENTER LLC
SUP I WAMPANOAG LLC
SURREY CC PROPERTIES INC
SUSAN C SOZZI
SUSAN DUBAS
SUSAN MELETTI
SUSAN REGALADO
SUSO 3 AUGUSTA LP
SUSO 3 RIVERDALE LP
SUSQUEHANNA VALLEY MALL
  ASSOCIATES LP
SUZANA GOMEZ
SUZANNE FISHPOOL
SUZANNE RUDE
SVAP GOLF MILL RETAIL, LP
SVAP II PARK NORTH LLC
SVN RETTER & COMPANY - CDSK 28
  LLC
SWATARA TOWNSHIP AUTHORITY
SWEET LIVING TOWERS LLC
SWEETWATER COUNTY TREASURER
SWISHER COUNTY APPRAISAL
  DISTRICT
SWISHER COUNTY TAX ASSESSOR -
  COLLECTOR
SY HOWE ARDEN LLC
SYCAMORE PROPERTIES
SYDNEY PARTNERS LLC
SYDNEY STOVALL
SYLVIE LAFLAMME
SYNCB/AMAZON
SYSCO KANSAS CITY, INC

SYSTEMS PLUS PVT LTD
SYSTEMS PLUS TECHNOLOGIES
T.J. DEVELOPMENT CO.
TACOMA MALL PARTNERSHIP
TAILWIND ENDEAVORS
TAIZHOU GLOBAL TRADING CO., LTD
TAKECARE INSURANCE COMPANY
  INC
TALAVI BELL, LLC
TALWAR TRUST
TAMARA L HAMPTON
TAMI KNOX
TAMIKA KING
TAMMY CHAMBERLAIN
TANGIPAHOA PARISH
TANGIPAHOA PARISH SCHOOL
  BOARD
TANGOE INC
TANURB (FESTIVAL MARKETPLACE)
  INC.
TANYA MARTIN
TARA AYERST
TARA GARMAN
TARGET CORPORATION
TARGET STORES
TARIFF SOLUTIONS LLC
TATUM VENTURE INC
TAUBMAN AUBURN HILLS ASSOC LP
TAX AIRFREIGHT INC
TAX AND LICENSING DIVISION
TAX ASSESSOR - COLLECTOR
TAX ASSESSOR COLLECTOR ORANGE
  COUNTY
TAX COLLECTOR
TAX COLLECTOR MULTNOMAH
  COUNTY
TAX COLLECTOR, MANATEE COUNTY
TAX COLLECTOR-DALLAS COUNTY
TAX COMMISSIONER - HALL COUNTY
TAX COMMISSIONER, GLYNN CNTY
TAXATION & REVENUE DEPT.
TAYLOR ARDWIN
TAYLOR MORTIMER
TAYLOR SQUARE OWNER LLC
TBG STATE STREET, LLC
TBP CRANSTON LLC

TEALIUM INC
TECHNICAL SAFETY BC
TECHNICAL STANDARDS & SAFETY
  AUTHORITY
TECHNOLOGY RECOVERY GROUP
TEDDY EVANS
TEI EQUITIES LLC
TEJAS CENTER CORP
TEKSYSTEMS CANADA CORP
TELECHECK SERVICES, INC.
TELEGRAPH MARKETPLACE
  PARTNERS II, LLC
TEMECULA TOWNE CENTER
  ASSOCIATES LLC
TEMPUS TECHNOLOGIES
TENNANT INC
TERESA BRIONES
TERESA CAZAREZ
TERESA MUNIZ LOPEZ
TERRI L. MCCUNE
TERRI MCCANN
TERRY A. SELIGMAN
TESSA BOUCHER
TESTRITE VISUAL
TETON INVESTMENTS LLC
TEXAS DEPARTMENT OF STATE
  HEALTH SVCS
TF LLC
TGNG REAL ESTATE LLC
THE ASEAN CORP LTD
THE BOULEVARD SHOPPING CENTRE
  (MONTREAL)
THE CADILLAC FAIRVIEW CORP LTD
THE CAFARO CO
THE CARRINGTON CO.
THE CARRINGTON COMPANY
THE CONNECTICUT POST LIMITED
  PARTNERSHIP
THE CORPORATION OF MAPLE RIDGE
THE CROSSROADS MALL
THE DISTRICT LLC
THE DOMAIN MALL II LLC
THE DOUG CAMERON EXPERIENCE
THE GILBERT COMPANY
THE GLUZ FAMILY TRUST DTD
  04/12/99

THE INCC CORP
THE IRVINE COMPANY RETAIL PROP.
THE IRVINE COMPANY LLC
THE KRAUSZ COMPANIES INC
THE LDT ADMINISTRATIVE TRUST
THE MALL AT BRIARWOOD LLC
THE MALL IN COLUMBIA BUSINESS
  TR.
THE MARION PLAZA INC
THE MARKETPLACE
THE MID-AMERICA MGMT CORP
THE NORTH FACE
THE NORTH LOS ALTOS S/C
THE ONTARIO MARKETPLACE LLC
THE PARKS MALL AT ARLINGTON LLC
THE QUEENS BENCH SHERIFF TRUST
  ACCT
THE SORANI FAMILY REVOCABLE
  TRUST
THE STOP & SHOP SUPERMARKET
  COMPANY LLC
THE TEMPLE MALL LLC
THE VILLAGE AT ORANGE LLC
THE VILLAGE SHOPPING CENTRE
  (2006) INC
THE VINEYARD SHOPPING CENTER II,
  LP
THE WIDEWATERS GROUP INC
THE WOODLANDS MALL ASSOCIATES
  LLC
THEODORE L. JONES
THERESA BEREZUK
THF FRUITPORT PARCEL R DEV. LP
THF GLEN CARBON DEVELOPMENT
  LLC
THF HARRISONBURG CROSSINGS LLC
THF LAURA HILL DEVELOPMENT LLC
THF WENTZVILLE DEVELOPMENT
  LLC
THF-D CHARLESTON DEV LLC
THOMAS CARLSON
THOMAS COONEY JR
THOMAS J. LITTMAN AND DEMETRA
  COPOULOS
THOMAS L. KELLY
THOMAS PEDLEY

67

THOMAS ZACHARIAS
THOMSON RUETERS CANADA
THOR GALLERY AT SOUTH DEKALB
  LLC
THORNDALE CENTER LP
THORNTON TOWNE CENTER 05 A LLC
THOUSAND OAKS MARKETPLACE LP
THREE SIXTY SEVEN  LLC
THRIVE COMMERCE LLC
THYSSENKRUPP ELEVATOR CORP
TIAN YOU CORPORATION
TIANA HRDLICKA
TIC OWNERS OF OLYMPIC GATEWAY
  SC
TIERPOINT LLC
TIERRA GROUP INC
TIFFANY BOWE
TIFFANY HURLEY
TIFFANY JACKSON
TIFFANY JOLLY
TIFFANY SHELLY
TIFFANY SMILEY
TIFFANY WASHINGTON
TIGARD POLICE DEPARTMENT
TIM KAINE
TIM RITCHIE
TIMOTHY R. NIST
TINA RICHARDSON
TINLEY PARK POLICE DEPT
TITAN LAND DEVELOPMENT INC
TKG SE MARKET CTR DEVELOPMENT
  LP
TKG SMITH FARM LLC
T-L RIVER WEST LLC
TM FAIRLANE CENTER LP
TM MACARTHUR CENTER LP
TM NORTHLAKE MALL LP
TM WELLINGTON GREEN MALL LP
TNC BUILDING OWNER LLC
TODD W BECKETT
TOLEDO GREAT SOUTHERN LIMITED
TONGXIANG HENGSHENG SHOES CO
  LTD
TONYA MCCLOUD
TOOELE CITY CORP.
TOOELE COUNTY ASSESSOR

TOP FALCON INTERNATIONAL
  LIMITED
TOP LUCK ASIA LIMITED
TOP PROPERTY GROUP LLC
TOPLINE
TOPLINE FOOTWEAR LIMITED
TOPLINE IMPORTS INC
TOPSMART INTERNATIONAL CO., LTD.
TORNETTA REALTY CORP
TOTALFUNDS BY HASLER
TOULON DEVELOPMENT
  CORPORATION
TOWN & COUNTRY PLAZA ASSN
TOWN CENTER AT AURORA, LLC
TOWN CENTER AT COBB LLC
TOWN EAST MALL LLC
TOWN OF BABYLON
TOWN OF BIG FLATS CODE
  ENFORCEMENT
TOWN OF CHRISTIANSBURG
TOWN OF CICERO
TOWN OF CLARKSTOWN
TOWN OF N. PROVIDENCE
TOWN OF NEWBURGH
TOWN OF NIAGARA
TOWN OF ULSTER
TOWNE CENTER VENTURE, LLP
TOWNE MALL LLC
TOWNE PARK PLAZA LLC
TOWNSHIP OF BELLEVILLE
TOWNSHIP OF NORTH BERGEN
TOWNSHIP OF SOUTH STRABANE
TOWNSHIP OF VOORHEES
TOWNSHIP OF WAYNE
TOWSON TC LLC
TOYS R US-DELAWARE INC
TPP SIEGEN LLC
TRACEY GILLCASH
TRACIE TRACIE
TRACY MALL PARTNERS, LP
TRAFFIX USA, INC
TRANS PERFECT TRANSLATIONS
TRANSACTION TAX RESOURCES INC
TRANSOURCE
TRANSPORTATION SUPPLY DEPOT INC
TRANSX LTD

TREA WESTON LLC
TREASURE COAST-JCP ASSOC. LTD.
  3096
TREASURER CITY OF MEMPHIS
TREASURER OF BOWLING GREEN
TREASURER OF GUAM
TREASURER OF LAKE COUNTY
TREASURER OF MONTGOMERY
  COUNTY
TREASURER OF VIRGINIA
TREASURER, CHESTERFIELD
  COUNTY
TREASURER, STATE OF NEW JERSEY
TREASURER-TAX COLLECTOR
TREECO / PALISADES COURT LP
TREMONT REAL ESTATE LLC
TRIANGLE EQUITIES JUNCTION LLC
TRI-COASTAL DESIGN GROUP INC
TRIGON IMAGING SOLUTIONS
TRI-MODAL DIST SVC INC.
TRIP TUCK INC
TRIPLE B FORWARDERS
TRIPLE S, INC.
TRIUMPH OF NORTH CAROLINA
TROPICAIRE HIALEAH INC
TRP MCB EASTPOINT LLC
TRUE MEDIA
TRUMBALL CORPORATION
TRUMBULL SHOPPING CENTER #2
  LLC
TRUSTEES OF THE ESTATE OF
  BERNICE
TRUSTWAVE HOLDINGS INC
TUCSON PLACE INVESTORS, LLC
TULARE COUNTY TAX COLLECTOR
TULLER SQUARE NORTHPOINTE, LLC
TULSACK
TUNGYA LOGISTICS CO LTD
TUP 130 LLC
TURK-PUGH PROPERTIES
TUSCALOOSA COUNTY SPECIAL
TUTU PARK MALL
TVL PROPERTIES LLC
TVO MALL OWNER LLC
TWC CHANDLER LLC
TWICE MARKETS LLC

TYLER LATHAM
TYLER MALL LIMITED PARTNERSHIP
TYLER PINE TREE SHOPPING CENTER
  LLC
U SAVE FOODS INC
U STREET PARKING
U.S. POSTMASTER
U.S. TRUSTEE
UE 839 NEW YORK AVENUE LLC
UE HUDSON MALL LLC
UE MONTEHIEDRA ACQUISTION LP
UE TONNELLE COMMONS LLC
UE YONKERS II LLC
U-LACE LLC
ULINE INC
UMATILLA COUNTY
UNIFIED GOVERNMENT
UNION COUNTY NORTH CAROLINA
UNION SQUARE NEWCASTLE JOINT
  VENTURE
UNION UE LLC
UNIONTOWN MALL REALTY LLC
UNITCO REALTY & CONSTRUCTION
  CO INC
UNITED CALIFORNIA FREIGHT SOL
UNITED FOOD & COMMERCIAL
UNITED HEALTHCARE
UNITED PARCEL SERVICE, INC.
UNITED PROPERTIES CORP
UNITED STATES DEVELOPMENT LTD
UNIVERSAL INTERMODAL SERVICES
  INC
UNIVERSAL PACKAGING
UNIVERSITY MALL
UNIVERSITY MALL REALTY LLC
UNIVERSITY MALL REALTY LTD.
UNIVERSITY MALL SHOPPING
  CENTER LC
UNIVERSITY PARK MALL LLC
UNIVERSITY PLAZA JOINT VENTURE
UNIVERSITY REALTY ASSOCIATES
  LLC
UPS
UPS FREIGHT
UPS SUPPLY CHAIN SOLUTIONS INC
URBAN EDGE CAGUAS LP

URBANCAL MANHATTAN TOWN
  CENTER LLC
URBANCAL OAKLAND MALL LLC
URGENT CARE SPECIALISTS
US BANK
US BANK AIR BTA
US BANK EDC
US BANK IT/SOFTWARE
US BANK PR
US BANK REC
US BANK STS
US BANK TAX
US CENTENNIAL VANCOUVER MALL
  LLC
US CUSTOMS
US DATA CORPORATION
US EXPEDITING & LOGISTICS LLC
US FOODS, INC
USPG PORTFOLIO SIX LLC
UTAH COUNTY ASSESSOR
UVIAUS, LLC
V.I. BUREAU OF INTERNAL REV.
VAIBHAV CHAUDHRY
VAL VISTA RETAIL I, LLC
VALENCIA MARKETPLACE I LLC
VALERIA DOMINGUEZ
VALERIE COTA
VALERIE LEBLANC
VALERIE WILLIAMS
VALIANT RENTAL PROPERTIES LTD.
VALLEY HILLS MALL
VALLEY JANITORIAL SUPPLY CO
VALLEY MB LLC
VALLEY PLAZA MALL LP
VALLEY PROPERTIES INC
VALLEY STREAM GREEN ACRES LLC
VALLEY VIEW MALL SPE LLC
VALLEY WEST MALL LLC
VANCE COUNTY TAX COLLECTOR
VANCOUVER PLAZA
VANDALIA ASSOCIATES
VANPROP INVESTMENTS LTD
VAQUERO GARTH ROAD PARTNERS,
  LP
VAQUERO PAYLESS PARTNERS, LP
VCG SOUTHLAKE MALL LLC

VCG WHITNEY FIELD LLC
VCG-SOUTHBAY PAVILION LLC
VECTOR SECURITY
VELLANI & VELLANI
VENSTAR INC
VENTURE NO 3841 LLC
VENTURES III LLC
VERA ODUM
VEREIT MT LADY LAKE FL, LLC
VERIFONE INC
VERMONT DEPT. OF TAXES
VERMONT SLAUSON SHOPPING
VERONICA CASTRO
VERONICA LAM
VERONICA MORGAN
VERTEX INC.
VERTIV SERVICES INC
VESTAL TOWN SQUARE LLC
VESTAR ORCHARD TOWN CENTER
  LLC
VESTAR-CPT TEMPE MARKETPLACE,
  LLC
VIABELLA HOLDINGS LLC
VIACOM INTERNATIONAL MEDIA
  NETWORKS
VIAPORT NEW YORK LLC
VICKSBURG INCOME PROPERTIES
  LLC
VICKY GRACE SANCHEZ AYAQUIL
VICTORIA ALVAREZ
VICTORIA MALL LP
VICTORIA R SCHANTZ-BROWN
VICTORIA TORRES
VIKING PARTNERS CHESTERFIELD
  LLC
VIKING PARTNERS WOLF CREEK LLC
VIKING PLAZA REALTY GROUP LLC
VILLA LIGHTING SUPPLY
VILLAGE COMPANY LLC
VILLAGE LAKE PROMENADE LLC
VILLAGE OF ASHWAUBENON
VILLAGE OF CARPENTERSVILLE
VILLAGE OF CRESTWOOD
VILLAGE OF ELK GROVE VILLAGE
VILLAGE OF GURNEE
VILLAGE OF HODGKINS

VILLAGE OF MELROSE PARK
VILLAGE OF MT. PROSPECT
VILLAGE OF NORTH RIVERSIDE
VILLAGE OF ORLAND PARK
VILLAGE OF SHOREWOOD
VILLAGE OF SKOKIE
VILLAGE OF STREAMWOOD
VILLAGE OF TINLEY PARK
VILLAGE PARK PLAZA LLC
VILLAVERDE PROPERTIES LLC
VINCENNES CENTER LLC
VINCENT CLAYTON
VINECO JOINT VENTURE
VINYARD CONCORD, LP
VIOLET REALTY INC
VIRGINIA CAMACHO
VIRGINIA FAIR
VISALIA MALL LP
VISUAL LEASE LLC
VIXXO CANADA
VK-AJ-KR BALDWIN ASSOCIATES
VML LLC
VMWARE INC
VOIANCE LANGUAGE SERVICES LLC
VOISIN DEVELOPMENTS LIMITED
VOLUSIA MALL LLC
VOORHEES CENTER REALTY LLC
VORTEX INDUSTRIES INC
W - LD LEGENDS OWNER VII LLC
W & W PARTNERSHIP
W & Y PROPERTIES LLC
W/J COMMERCIAL VENTURE
W/S EPPING LLC
W/S WESTBROOK ASSOCIATES, LLC
WAIPAHU LLC
WAJ HARDY OAK LLC
WAKE COUNTY REVENUE DEPT.
WAKEFIELD MALL ASSOCIATES
WALDEN CONSUMER SQUARE LLC
WALDORF SHOPPERS WORLD
WALGREEN CO
WALL TWP FIRE PREVENTION
  BUREAU
WALLACE C. WORKING
WALLACE PROPERTIES KENNWICK
  PLAZA LLC

WALNOR, LLC 0255 RL
WALNUT HILL HOLDINGS LLC
WALTON FOOTHILLS HOLDINGS VI
  LLC
WANAMAKER 17, LLC
WARE COUNTY TAX COMMISSIONER
WARLAND INVESTMENTS COMPANY
WARREN BUSINESS SERVICE
WARWICK MALL OWNER LLC
WASHINGTON CIRCLE PLAZA
WASHINGTON CITY
WASHINGTON CORNER LP
WASHINGTON COUNTY COLLECTOR
WASHINGTON COUNTY SHERIFF
WASHINGTON COUNTY TREASURER
WASHINGTON MALL- JCP
  ASSOCIATES LTD
WASHINGTON SQUARE MGMT LLC
WASHREIT CENTRE AT HAGERSTOWN
  LLC
WATAUGA TOWNE CROSSINGS LLC
WATERFORD LAKES TOWN CENTER
  LLC
WATERVILLE RETAIL ASSOCIATES
  LLC
WATSON INSURANCE AGENCY
WATT TOWN CENTER RETAIL
  PARTNERS LLC
WAYMAN DEVELOPMENT COMPANY
WAYNE COUNTY
WAYNE TOWNE ENTERPRISES LTD
WBC PROPERTIES
WBLP DELAWARE LTD PARTNERSHIP
WC INDEPENDENCE CENTER LLC
WC MRP DES MOINES CENTER LLC
  FBO
WC NORTH OAKS HOUSTON LP
WEA PALM DESERT LLC
WEA SOUTHCENTER LLC
WEBSTER SQUARE S/C LLC
WEINGARTEN NOSTAT INC
WEINGARTEN REALTY INVESTORS
WEINGARTEN/ AURORA/ GDC TIC
WEIRFOULDS LLP
WEISBURG OAKLAND TRUST
WELLMAKARA LLC

WELLS FARGO RETAIL FINANCE LLC
WELLS FARGO SBLC
WELLS FARGO VENDOR
WENATCHEE REALTY LLC
WENDY BOGGS
WENDY L EVANS
WENDY WOLTHER
WENDY WU
WENDYS OLD FASHIONED
  HAMBURGERS OF ATLAN
WERNER ENTERPRISES INC
WEST 5TH STREET PROPERTIES LP
WEST ACRES DEVELOPMENT
WEST BLUFF CENTER LLC
WEST COUNTY MALL CMBS LLC
WEST DAKOTA CONSOLIDATED, INC.
WEST EDMONTON MALL
  PROMOTIONS
WEST EDMONTON MALL PROPERTY
  INC
WEST FLAGLER PLAZA CORP
WEST MELBOURNE TOWN CENTER
  LLC
WEST PALM REALTY LLC
WEST RIVER SHOPPING CENTER LLC
WEST ROAD INVESTORS, LP
WEST TOWN LLC
WEST VOLUSIA INVESTORS LLC
WESTAFF WORKFORCE SOLUTIONS
  LLC
WESTBORN MALL
WESTBROOK MALL
WESTCOR SANTAN HOLDINGS LLC
WESTDALE CONSTRUCTION CO
  LTIMITED
WESTDALE PROPERTIES
WESTERLY ASSOCIATES LLC
WESTERLY FIRE DEPTARTMENT
WESTERN HOSPITALITY KIM, LLC
WESTFALL TOWN CENTER JV
WESTFIELD TOPANGA OWNER LLC
WESTGATE INVESTORS LLC
WESTGATE MALL CMBS LLC
WESTGATE MALL OWNER, LLC
WESTGATE MALL REALTY GROUP
  LLC

WESTGATE SHOPPING CENTER LTD
WESTLAND GARDEN STATE PLAZA LP
WESTLAND MALL REALTY LLC
WESTLAND SOUTH SHORE MALL LP
WESTMINSTER MALL LLC
WESTMINSTER MALL, LLC
WESTON COUNTY TREASURER
WESTOWN INVESTORS LLC
WESTPARK SHOPPING CENTER LLC
WESTRIDGE SHOPPING CENTRES LTD
WESTROADS MALL LLC-GGPLP
WESTSIDE STAMP & AWARDS INC.
WESTVIEW CENTER ASSOCIATES LC
WESTVIEW PLAZA CORP
WESTWARD REALTY LLC
WESTWOOD HOLDINGS LLC
WETHERSFIELD S/C ASSOCIATES LLC
WF LAKE HOUSTON LLC
WHATCOUNTS
WHEATON PLAZA REGIONAL S/C LLC
WHITE COUNTY
WHITE MARSH MALL LLC
WHITE OAKS MALL HOLDINGS LTD
WHITE PINE COUNTY TREASURER
WHITEHALL INCOME TAX DIVISION
WHITEMAK ASSOCIATES
WHITE-SPUNNER REALTY INC
WHITESTONE REIT
WHITNEY DRANE
WHITTAKER NORTHWEST PARTNERS
WHITTWOOD 1768 INC
WHLR - CONYERS CROSSING, LLC
WHLR, JANAF, LLC
WICHITA ALARM PROGRAM
WILEY REIN LLP
WILGREST NOMINEES LTD.
WILL RAY FAMILY PARTNERS
WILLARD S WILSON INC
WILLIAM C. BUTT ARTICLE 5 CREDIT
  SHELTER
WILLIAM CURTIS
WILLIAM P. SMITH
WILLIAM PLOGHER
WILLIAM SANNA
WILLIAM THOMPSON
WILLOWBROOK MALL LP

WILLOWBROOK MALL TX LLC
WILSON AMCAP II, LLC
WILSON INVESTMENT PROPERTIES
  INC
WILSONTOWN II LLC
WILTON MALL LLC
WINBROOK MANAGEMENT LLC
WINDWARD PARTNERS X LP
WINPLAY INTERNATIONAL CO LTD
WINSTON DEIGH
WINSTON SALEM (OAK SUMMIT)
  WMC LLC
WIREGRASS REALTY LLC
WJ BOYD LLC
WM INLAND INVESTORS IV LP
WMSC LLC
WOBURN (EDENS) LLC
WOLFES LANDSCAPING INC
WOODBINE MALL HOLDINGS, INC
WOODBRIDGE CENTER PROPERTY
  LLC
WOODBRIDGE POLICE DEPARTMENT
WOODBRIDGE UE LLC
WOODFIELD MALL LLC
WOODFINE PROPERTIES INC
WOODHAVEN SHOES LLC
WOODLAND HILLS MALL LLC
WOODLAND PLAZA II
WOODRUFF INVESTMENT PARTNERS
  LLC
WOODSCREEK COMMONS
WORKER'S COMPENSATION BOARD
WORKERS' COMPENSATION BOARD -
  ALBERTA
WORKERS COMPENSATION BOARD
  OF MANITOBA
WORKPLACE SAFETY & INS. BOARD
WP GALLERIA REALTY LP
WPG WESTSHORE LLC
WRI CHARLESTON COMMONS LLC
WRI GALLERIA LLC
WRI GOLDEN STATE LLC
WRI WEST JORDAN LLC
WRIGHT/HURD PROPERTIES LLC
WS KERNAN VILLAGE LLC
WSFP DENVER

WSPGB MALL LLC
WVA 340 LLC
WWM SC DUNCANVILLE INC
WWW CROSSINGS LLC
WYOMING MALL LTD
XFIVE LLC
XIAMEN C AND D LIGHT INDUSTRY
  CO LTD
XIAMEN DOUBLE-STAR IMPORT &
  EXPORT
XPO LAST MILE
Y & D PROPERTIES LLC
Y.C. AND BROTHERS ENTERPRISE CO.,
  LTD.
YALE VIRGINIA BEACH ASSOCIATES
  LLC
YANARA FERNANDEZ
YANG MING AMERICA CORP
YANGMING MARINE TRANSPORT
  CORP
YARELI FUENTES
YAZMIN ALVAREZ
YECENIA AVELLANEDA
YENDI RENTERIA
YOLANDA LOPEZ
YOO JIN LODGING LLC
YORK GALLERIA LP
YORK RIVER CROSSINGSHOPPING
  CENTER
YSM INVESTMENT NO.1 LLC
YTC MALL OWNER LLC
YUBA CITY MARKET PLACE
YUBA CITY POLICE DEPARTMENT
YULEE DEVELOPMENTS INC
YUMA PALMS DST
YVETTE GENAO
YVETTE SKAFF
ZAAC INVESTMENT LLC
ZAMINDAR OM LLC
ZARCAL ZANESVILLE LLC
ZEPHYRHILLS POLICE DEPARTMENT
ZETA IMPACT INC
ZHEJIANG ZHUOLING SHOES CO LTD
ZINEB BENCHERKI
ZORO TOOLS INC

73

**U.S. Trustee and Key Court Personnel for the Eastern District of Missouri**

McWay, Dana C.                              Schermer, Barry S.
Randolph, Paul                             Surratt-States, Kathy A.
Rendlen, Charles, E., III

**Utilities**

18000 Vernier Road Holding LLC             ARVIG Communications System
6711 Glen Bernie Retail LLC                Ashwaubenon Water & Sewer Utility
90567 Canada Inc.                          AT&T
ABCWUA                                     AT&T Mobility
AEL&P (Alaska Electric Light & Power)      AT&T Mobility Puerto Rico
AEP - Appalachian Power                    Atlantic City Associates LLC Number 2
Alameda County Water District             Atmos Energy/790311
Alameda Municipal Power                    Auburn Water & Sewer Dist, ME
Alaska Communications Systems              Auburn Water Works Board
Albany Utilities - GA                      Augusta Utilities Department
Albmin Realty Company                      Aurora Utilities, IN
Alectra Utilities Corporation              Aurora Water
Alexandria Mall LLC, Radiant Partners      City of Aurora, CO
Allen County Treasurer, OH                 Austell Natural Gas System
Alliant Energy/IPL                         Autoridad de Acueductos y Alcantarillado
Alliant Energy/WP&L                        Avista Utilities
Allstream Business, Inc.                   Azusa Light & Water Department
ALP Utilities                              Bangor Water District
AltaGas Utilities                          Bangor-Monitor Metropolitan District
Altoona Water Authority                    Bay City Gas Company
Ameren Illinois                            Bay County Dept of Water & Sewer MI
Ameren Missouri                            Bayshore Shopping Center Prop Owner
American Telecommunications                  LLC
American Water & Energy Savers             BC Hydro
AmeriGas - 5586                            BCWSA (Bucks County Water & Sewer)
AmeriGas - 9450                            BCWSD
Ames Municipal Utilities                   Bear Creek Township Sewer Acct
AMS Billing Services                       Beaufort-Jasper Water & Sewer Authority
Anderson City Utilities, IN                Bedford Rural Electric Cooperative, Inc.
Appalachian Power                          Bell Aliant
APS                                        Bell Canada
AQUA IL                                    Bell Mobility
Aqua Indiana, Inc.                         Benton PUD
Aqua New Jersey/1229                       Berkshire Mall LLC - W510159
Aqua OH                                    BGE
Aqua Pennsylvania/70279                    Big Bend Telephone Co Inc
Aquarion Water Company of CT               Big Flats Water Dept
Arlington Utilities                        Birch Communications
Artesian Water Company, Inc.               Black Hills Energy

74

Blue Ridge
Blue Ridge Water & Sewer GA
Bluebonnet Electric Cooperative
Bluewater Power Distribution Corporation
Board of Water Commissioners/Detroit
Board of Water Works of Pueblo, CO
Boca Park Marketplace, LLC
Borough of Audubon
Borough of Belle Vernon, PA
Borough of Carteret, NJ
Borough of Glenolden, PA
Borough of Hanover, PA
Borough of Indiana, PA
Borough of Oakland, NJ
Borough of Phoenixville WST, MD
Borough of Versailles, PA
Bossier City Utilities Dept. LA
Brainerd Public Utilities
Braintree Electric Light Department
Brampton Hydro
Brantford Power
BRE DDR BR Naugatuck CT LLC
BRE DDR Carillon Place, LLC
BRE Retail Residual Owner 1, LLC/645346
BRE Retail Residual Owner 2, LLC
BRE/Pearlridge, LLC
Brick Township Municipal Utilities
BRIGHT HOUSE NETWORKS
BrightRidge
Brodhead Creek Regional Authority,PA
Brookfield Sq Joint Venture
Brownsville Public Utilities Board
Brunswick-Glynn County Joint
Bryan Texas Utilities (BTU)
Buckeye Retail JV LLC/3784
Buffalo Water
Burlington Hydro-Electric Commission
Cable One
Cablevision
Calhoun Utilities, GA
California Water Service-Bakersfield
California Water Service-Chico
California Water Service-Commerce
California Water Service-Salinas
California Water Service-San Mateo
California Water Service-Torrance

California Water Service-Visalia
California-American Water Company
Caln Township/CTMA Sewer/Trash Bill
Calvert County Government, MD
Campora Propane/Oakhurst
Canton City Utilities
Cape Fear Public Utility Authority
Cascade Natural Gas
Caseyville Township Sewer System (IL)
Cass County Electric Cooperative
CC Communications
CELD: Chicopee Electric Light Department
Center Township Water & Sewer Authority
CenterPoint Energy Minnegasco/4671
CenterPoint Energy/1325/4981/2628
CenterPoint Energy/4583
Centerville City Corp, UT
Central Hudson Gas & Electric Co
Central Maine Power (CMP)
Centurylink
CH Realty VLL/R Nova Plaza I & II, LLC
Charles County Government
Charles Town Utility Board
Charleston Sanitary
Charleston Water System
Charlotte County Utilities
Charter Communications
Charter Township of Chesterfield, MI
Charter Township of Meridian, MI
Chattanooga Gas Company/5408
Chenowith Water PUD
Chester Water Authority, PA
Chillicothe Utilities Dept, OH
Chugach Electric Association
Chunghwa Telecom Global Inc
CIII LBUBS06-C6 Midland Mall
Cincinnati Bell
Cinnaminson Sewerage Authority
Citizens Energy Group
Citrus County Utilities, FL
Citrus Heights Water District
City & County of Butte-Silver Bow
City Light & Water, MO
City of Aberdeen, WA
City of Abilene, TX
City of Alhambra, CA

City of Alice, TX
City of Alliance Water Utility, OH
City of Altamonte Springs, FL
City of Amarillo, TX
City of Ann Arbor Treasurer, MI
City of Apopka, FL
City of Ardmore, OK
City of Asheville, NC
City of Auburn Water Dept, NY
City of Auburndale, FL
City of Aurora, IL
City of Austin, TX
City of Bangor Wastewater
City of Barberton, OH
City of Bartlett, TN
City of Bartow, FL
City of Bastrop, TX
City of Battle Creek, MI
City of Baxter, MN
City of Bay City, TX
City of Baytown, TX
City of Beaumont, TX
City of Bethlehem, PA
City of Bloomington, IL - 801214
City of Blue Springs Utility Billing
City of Boynton Beach, FL
City of Brantford, ON
City of Brockton, MA
City of Brockville/ON
City of Brookfield, WI
City of Brookville, OH
City of Buena Park, CA
City of Burley, ID
City of Calexico, CA
City of Calumet City, IL
City of Camrose, AB
City of Canton, GA
City of Cape Coral, FL
City of Carbondale, IL
City of Carlsbad, NM
City of Carrollton, TX
City of Charlotte, MI
City of Charlotte, NC
City of Chattanooga, TN
City of Chelsea, MA
City of Chino, CA

City of Claremore, OK
City of Clearwater, FL
City of Cleburne, TX
City of Clermont, FL
City of Cleveland Division of Water
City of Coachella, CA
City of Columbia, MO
City of Concord, NH
City of Conway, SC
City of Cookeville, TN
City of Corpus Christi, TX
City of Corunna, MI
City of Crest Hill, IL
City of Crestview, FL
City of Cuyahoga Falls, OH
City of Dallas, TX
City of Danville, VA
City of Dearborn, MI
City of Del Rio Water & Gas Dept.
City of Deland, FL
City of Delano, CA
City of Detroit Lakes, MN
City of Dover, DE
City of Dubuque, IA
City of Duluth Comfortsystems
City of Dunkirk, NY
City of Dunn, NC
City of Durham, NC (Sewer/Water)
City of Edinburg, TX
City of El Centro, CA
City of Enid, OK
City of Escondido, CA
City of Everett Utilities, WA
City of Fargo, ND
City of Ferndale, MI
City of Fitchburg, MA
City of Flint, MI
City of Fort Lauderdale, FL
City of Fort Myers, FL
City of Fountain Utilities, CO
City of Gallup, NM
City of Garden City, KS
City of Garland Utility Services
City of Gastonia, NC
City of Gaylord, MI
City of Glenwood Springs, CO

76

City of Goldsboro, NC
City of Grand Island, NE
City of Grand Rapids, MI
City of Greenville, Water Department
City of Griffin, GA
City of Gulfport, MS
City of Harrisonburg, VA
City of Hays, KS
City of Hermiston, OR
City of Hialeah, FL-Dept of Water & Sewer
City of Homestead, FL
City of Houston, TX - Water/Wastewater
City of Huntsville, TX
City of Hurst, TX
City of Idaho Falls, ID
City of Irving - Municipal Services Bill
City of Jacksonville, NC
City of Jamestown, NY
City of Joplin, MO
City of Kearney, NE
City of Killeen, TX
City of Kitchener, ON
City of Lake City, FL
City of Lake Worth, FL
City of Lancaster, PA
City of Lapeer, MI
City of LaPorte Utilities, IN
City of Laredo Utilities
City of Las Cruces, NM
City of Lauderhill, FL
City of Lawrenceville, GA
City of Lawton, OK
City of Lebanon, OR
City of Lebanon, PA
City of Leesburg, FL
City of Leominster, MA
City of Leon Valley, TX
City of Lethbridge, AB
City of Lima - Utilities, OH
City of Lincoln Park, MI
City of Livonia Water & Sewer Division
City of Lloydminster
City of Lodi, CA
City of Lompoc, CA
City of Long Beach, CA
City of Lorain, OH - Water

City of Lubbock Utilities, TX
City of Lumberton, NC
City of Lynchburg, VA
City of Madison Heights, MI
City of Marble Falls, TX
City of Marion, OH
City of Marshall, TX
City of Mattoon, IL
City of McKinney, TX
City of Medford, OR
City of Melbourne, FL
City of Mesquite, TX
City of Midland, TX
City of Millington, TN
City of Moscow, ID
City of Mt Pleasant, MI
City of Mt. Pleasant, TX
City of Mt. Vernon, IL
City of Nacogdoches, TX
City of Naperville, IL
City of Natchitoches, LA
City of Newark, NJ/Water Department
City of Niles, OH
City of Norfolk, NE
City of North Canton, OH
City of North Las Vegas, NV- Finance Dep
City of North Miami Beach, FL
City of O Fallon, MO
City of Ocala, FL
City of Odessa, TX
City of O'Fallon, IL
City of Oklahoma City, OK
City of Okmulgee, OK
City of Olathe, KS
City of Olive Branch, MS
City of Onalaska, WI
City of Ontario, OR
City of Oshkosh, WI
City of Palm Coast, FL
City of Paris, TX
City of Pasadena, CA
City of Peru, IL
City of Pharr, TX
City of Philadelphia - Water Revenue, PA
City of Picayune, MS
City of Pinellas Park, FL

City of Pittsburg, CA
City of Plant City, FL
City of Port Angeles, WA
City of Port Orange, FL
City of Presidio, TX
City of Puyallup - Utilities
City of Raleigh, NC
City of Regina, SK
City of Revere, MA
City of Roma, TX
City of Rome, GA
City of Roseville, CA
City of Roseville, MI
City of Round Rock, TX
City of Rutland, VT
City of Saint Charles
City of Salem, OR
City of San Luis Obispo, CA
City of San Marcos, TX
City of Saskatoon, SK
City of Sault Ste. Marie, MI
City of Scottsbluff, NE
City of Seattle/35177/35178
City of Selkirk, MB
City of Shawnee, OK
City of Slidell, LA
City of Southfield, MI
City of Spruce Grove
City of St. Catharines, ON
City of St. Cloud Public Utilities, FL
City of St. Joseph, MO
City of Sterling Heights Water
City of Steubenville, OH
City of Sulphur Springs, TX
City of Summerside/PE
City of Sumter, SC
City of Sunrise, FL
City of Tacoma Public Utilities
City of Tampa Utilities
City of Terre Haute/Sewer
City of Tomball, TX
City of Topeka, KS
City of Torrance Utilities
City of Trotwood, OH
City of Troy, MI
City of Tulsa Utilities

City of Tuscaloosa, AL
City of Tustin, CA
City of Tyler, TX
City of Ukiah, CA
City of Visalia, CA - Utility Billing
City of Waltham, MA
City of Warner Robins, GA
City of Warren, MI
City of Warren, OH
City of Warrensburg/Sewer
City of Washington, MO
City of Waterloo, IL
City of Waxahachie, TX
City of Weslaco, TX
City of West Burlington, IA
City of West Melbourne, FL
City of West Monroe, LA
City of Westfield, MA
City of Westland Water
City of Wilkes-Barre- Sewer Maint Fee
City of Winchester, VA
City of Winston-Salem, NC
City of Winter Garden, FL
City of Winter Haven, FL
City of Worcester, MA
City of Wyoming, MI
City of Zachary, LA
City of Zanesville, OH
City of Zephyrhills, FL
City Treasurer Madison - WI
City Treasurer-Public Utilities Dept
City Utilities (Fort Wayne, IN)
City Utilities of Springfield, MO
City Water & Light (CWL)
City Water Light & Power, Springfield IL
Clark Public Utilities
Clarksville Gas & Water Department
Clarksville Wastewater Treatment Dept, I
Clayton County Water Authority
Cleco Power LLC
Clermont County Water Resources, OH
Cloverland Electric Co-Op/Dafter
CMC/Real Estate Program 1988-1, L.P.-111
Coachella Valley Water District
Cobb County Water System
Cobb EMC

Coliseum Crossing Associates
College Township Water Authority, PA
Colorado Springs Utilities
Colton Public Utilities, CA
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Gas of Massachusetts
Columbia Gas of Ohio
Columbia Gas of Pennsylvania
Columbia Gas of Virginia
Columbus - City Treasurer
Columbus City Utilities
Columbus Light and Water Dept.
Columbus Water Works
Com Ed
Comcast
Commissioners of Public Works-Summervill
Commonwealth Utilities Corporation - MP
Comporium Communications
Con Edison
Connecticut Natural Gas Corp (CNG)
Conserve
Consolidated Communications
Consumers Energy
Conway Corporation
Coral Springs Improv. Dist.
Corinth Gas & Water Dept
Cornwall Electric
CoServ
Council Bluffs Water Works
Coweta-Fayette EMC
Cowlitz County PUD
Cox Communications
CPS Energy
Cromwell Fire District-Water Division
Crossroads Center 2
CRWWD
D.O.S.S.S.
Dakota Electric Association
Danville Sanitary District
Dayton Power & Light
Dead River Company/11000
Dekalb County Water/Sewer System
Delmarva Power DE/MD/VA/17000/13609
Delta Charter Township, MI
Denver Water

Department of Public Utilities, OH
DependaBill Solutions, LLC
Dept #3167 RealPage Utility Management
Dept of Utilities City of Quincy IL
Deptford Township MUA, NJ
Des Moines Water Works, IA
DeSoto County Water Utility
Desoto Water Utilities
Destin Water Users, Inc.
DFT Communications
Dimond Center, LLC
Direct Energy Regulated Services
Directv
Dominion Energy Ohio/26785
Dominion Energy/45841
Dothan Utilities
DTE Energy/630795/740786
Duckett Creek Sanitary District
Duke Energy/1004
Duke Energy/1326
Duke Energy/70515/70516
Duncan Public Utilities Authority
Duquesne Light Company
Dynegy Energy Services/27679
East Bay Municipal Utility Dist (EBMUD)
East Brunswick Water/Sewer Utilities
East Niles Comm Serv Dist CA
Easton Suburban Water Authority
El Dorado Water Utilities
El Paso Electric/650801
El Paso Water Utilities
El Toro Water District
Electric City Utilities/City of Anderson
Electrical District No. 2
Elizabethtown Gas/5412
Elizabethtown Utilities, KY
Elkhart Public Utilities
Elmhurst Mutual Power & Light
Elsinore Valley Municipal Water District
Emerald Coast Utilities Authority
EMS/Energy Management Systems
Enbridge Consumers Gas/644
Enbridge Gas New Brunswick
Energir
Energy Management Systems/Dept 0468
Energy West - Montana

79

Energy+ Inc
EnergyWorks Lancaster, LLC
Engie Insight
Engie Resources
Enmax/2900
Enstar
Entegrus Powerlines Inc
Entegrus Services Inc. (Chatham-Kent)
Entergy Gulf States LA, LLC/8103
Entergy Louisiana, Inc./8108
Entergy Texas, Inc./8104
Enwin Utilities Ltd.
EPB Fiber Optics
Epcor Water/80037
Epcor/500
Erie County Dept. of Environmental Serv.
Erie Water Works
Essex Powerlines Corporation
Eugene Water & Electric Board (EWEB)
Evansville Water and Sewer Utility
Eversource Energy
Fairfax Company of Virginia LLC
Fairfax Water - VA
Fairpoint Communications
Fallbrook Public Utility District
Fallbrook UD
FC Hanson Assoc LLC
Festival Hydro
First Digital
First Real Est Invstmnt Trust
Flathead Electric Cooperative, Inc.
Flint EMC,GA
Florence Utilities, AL
Florida Keys Aqueduct Authority
Forest Hills Municipal Authority
Fort Collins Utilities
Fort Pierce Utilities Authority
FortisBC-Electric
FortisBC-Natural Gas
Fox Metro
Franklin County PUD
Freeport Electric
Fremont Dept. of Utilities
Frontier Communications
Fruitland Mutual Water Company
Fruitport Charter Township, MI

Gainesville Regional Utilities
Garden City Park Water District, NY
Garden City Water Department, MI
Gas South/530552
GCSED
Georgetown Township, MI
Gibraltar Management Co., Inc.
GKPI Ridgmar
Gloucester County Utilities Dept, VA
Golden State Water Co.
Golden West Companies
Grand Central Mall
Grand Traverse County Dept of Pub Works
Grande Communications
Granger-Hunter Improvement District
Granite Telecommunications
Grant County Public Utility District
Granville Township Sewer Dept.
Grays Harbor PUD
Great Lakes Energy
Greater Augusta Utility District, ME
Greater Peoria Sanitary District
Green Mountain Power Corporation
Green Oak Charter Township, MI
Greene Township Muni Auth/PA
Greenlawn Water District
Greenville Utilities Commission, NC
Greenville Water, SC
Gregory F.X. Daly, Collector of Revenue
GSU - Greater Sudbury Utilities
GTA
GTT Communications Inc
Guelph Hydro
Guilford Water Authority
Halifax Regional Water Commission
Halpern Enterprises, Inc.
Halton Hills Hydro
Hammond Water Works Department
HARGRAY TELEPHONE
Harlingen Waterworks System
Harrisonburg Electric Commission
Hawaii Electric Light Co., Inc. (HELCO)
Hawaiian Electric Company (HECO)
Hawaiian Telcom
Hazleton City Authority - Water Dept.
Heritage Gas\Canada

80

Hermiston Energy Services, OR
Hermitage Sewer
Hernando County Utilities, FL
Highland Park Water Department
Highland Sewer & Water Authority
Hillview Water Co., Inc.
Hixson Utility District, TN
Hobart Wastewater Works IN
Holland Board of Public Works
Holland Charter Township, MI
Holmdel Township Sewer Dept
Homer Electric Assoc., Inc.
Horizon Chillicothe Telephone
Horizon Utilities Corporation
HRSD/HRUBS
HTC Harrisonville Telephone Co
HTC Telephone
Huntington Sanitary Board
Huntsville Utilities, AL
Hydro One Networks, Inc.
Hydro Quebec
Hydro Westmount, QC
IA Hiram Smith LLC/Dept 44667
Idaho Power
IGS Energy/936626
Illinois American Water
Illinois Power Marketing
Imperial Irrigation District, CA
Incorporated Village of Freeport, NY
Independence Utilities
Indian River County Utilities, FL
Indiana American Water
Indiana Michigan Power
Indianapolis Power & Light (IPL)
Intercall
Intermountain Gas Company
Intermountain Rural Electric Association
Investar Real Estate Services, Inc.
Irving Energy/5000
IT&E
Jackson Electric Membership Corp, GA
Jackson Energy Authority - 2288
Janesville Water & Wastewater Utility
JEA
Jefferson City Utilities, MO
Jefferson County Public Service Dist, WV

Jefferson Parish, LA
Jersey Central Power & Light
JJ Gumberg Co.-Brinton
Johnson City Municipal Services
Johnson City Utility System
Johnson County Wastewater
Johnstown Water Department
Kansas City Board of Public Utilities
Kansas City Power & Light Co.
Kansas Gas Service
Karnes Electric Cooperative, Inc.
KC Water Services
Keene Gas - 7635/Dallas
Kennebec Water District
Kenosha Water Utility
Kentucky Power Company
Kerrville PUB
Kissimmee Utility Authority
Kit Carson Electric Cooperative Inc.
Kitchener-Wilmot Hydro Commission
Kochville Township, MI
KUB-Knoxville Utilities Board
KU-Kentucky Utilities Company
La Plata Electric Association, Inc.
Lackawanna River Basin-LRBSA
Lafayette Utilities Systems (LUS)
Lake County Dept. of Utilities (OH)
Lakehaven Water & Sewer District
Lakeland Electric
City of Lakeland, FL
Landis Sewerage Authority
Lansing Board of Water & Light
Latrobe Municipal Authority, PA
LCEC- Lee County Electric Cooperative
LCWSA-Lycoming County Water & Sewer
  Auth
Lenoir City Utilities Board (LCUB)
Level 3 Communications, LLC
Lewis County PUD
LFM-Energy
LG&E - Louisville Gas & Electric
Liberty Utilities - Empire District
Liberty Utilities - NH
Liberty Utilities Georgia
Liberty Utilities/219501
Liberty Utilities/219599

Liberty Utilities/6004
Lincoln Electric System
Lincoln Water System
Linden Roselle Sewerage Authority
London Hydro
Los Angeles Dept of Water & Power/30808
Louisiana Water Company (3) New Iberia
Louisville Water Company
LOUP Power District
Lynn Water Sewer Commission
MABL-Borough of Lewistown, PA-Water
Macon Water Authority, GA
Madison Gas and Electric, WI
Magic Valley Electric Co-op.
Magnolia Water System
Manitoba Hydro
Mansfield Municipal Electric Department
Marietta Power
Marion Municipal Utilities, IN
Maritime Electric
Mark HM Associates LP
Market at Lake Houston
Martin County Utilities
Maryland-American Water Company
Matanuska Electric Association, Inc.
Matanuska Telephone Association
MAWC
McMinnville Water & Light
MCUD-Manatee County Utilities
  Department
Medford Water Commission, OR
Mediacom
Merced Irrigation District
Met-Ed/3687
Metro Water Services TN
Metropolitan St. Louis Sewer Dist/437
Metropolitan Utilities Distric/2166/3600
MHOG Utilities
Miami-Dade Water and Sewer Dept
Michigan Gas Utilities
MidAmerican Energy Company
Middle Tennessee Electric Membership
Middlesex Water Company
Midland Power Utility Corporation
Midwest Energy, Inc
Milton Hydro Distribution Inc

Minnesota Energy Resources
Mishawaka Utilities, IN
Mississippi Power
Missouri American Water
Mobile Area Water & Sewer System-
  MAWSS
Modern Electric Water Company
Modesto Irrigation District
MonPower/Monongahela Power
Montana-Dakota Utilities Co.
Monterey One Water
Montgomery County Environmental Svs,
  OH
Montgomery Water Works
Morse Plaza Condominium Assoc
Mountaineer Gas/5656
MTMSA
MTS INC
Muncie Sanitary District
Municipal Authority of Hazle Township
Municipal Light & Power/Anchorage
Municipal Light and Water, NE
Municipal Utilities/Poplar Bluff, MO
Murfreesboro Water Resources Department
Nashville Electric Service
Natchez Water Works, MS
National Exemption Service
National Fuel
National Grid
National Realty & Development Corp.
Navopache Electric Cooperative
Nebraska Public Power District
New Braunfels Utilities, TX
New Castle Sanitation Authority
New Chicago Water Works
New Jersey American Water Company
New Mexico Gas Company
New York American Water
Newmarket-Tay Power Distribution
Newnan Utilities, GA
Newport News Waterworks
Newwave Communications
Niagara Peninsula Energy
Nicor Gas
Niles Township, MI
NIPSCO - Northern Indiana Public Serv Co

82

NJNG
Norris Electric Cooperative
North Bay Hydro
North Bergen Municipal Util Auth-NBMUA
North Coventry Municipal Authority
North Coventry Water Authority
North Hudson Sewerage Authority
North Little Rock Electric
North Shore Gas
North Shore Water Reclamation District
North Springs Improv. Dist
North Wales Water Authority
Northcentral EPA
Northeast Ohio Regional Sewer District
Northeast Oklahoma Public Fac Auth/947
Northern Kentucky Water Dist
Northern Virginia Electric Cooperative
Northern Wasco County PUD
Northerntel LP
NorthWestern Energy, MT
Nova Scotia Power Inc
nTherm LLC
NU
NV Energy/30073 North Nevada
NV Energy/30150 South Nevada
NW Natural
NWC US79 CR122, Ltd. CO Cencor Realty
NYC Water Board
NYSEG-New York State Electric & Gas
O.B.M.U.A.
Oakville Hydro
OG&E -Oklahoma Gas & Electric Service
Ohio Edison
Okaloosa Gas District, FL
Oklahoma Natural Gas Co: Kansas City
Omaha Public Power District
Ontera
Onyx Mgmt. Grp.LLC As Receiver
Orange City Utilities
Orange County WCID #2
Orangeville Hydro
Orillia Power Distribution Corporation
Oshawa PUC Networks Inc
Otsego Township
Ottawa River Power Corporation
Ozarks Electric Cooperative Corporation

Pacific Power-Rocky Mountain Power
Padre Dam Municipal Water District
Palatka Gas Authority
Palm Beach County Water Utilities Dept
Palmetto Electric Coop
Paraco Gas
Paragould Light Water & Cable
Parker Water & Sanitation District
Pascagoula Utilities, MS
Pasco County Utilities
Passaic Valley Water Commission
Pea Ridge Public Serv Dist
Peabody Municipal Light Plant
Pedernales Electric Cooperative, Inc.
Penelec/3687
Penn Power
Pennmark Coventry Holdings LLC
Pennsylvania-American Water Company
Peoples Gas
PEPCO (Potomac Electric Power Company)
Peterborough Utilities Services
Philadelphia Gas Works
Pickman Realty Corporation
Piedmont Natural Gas
Pike County Light & Power Company
Plainfield Charter Township
PNM
Portland General Electric (PGE)
Potomac Edison
PowerStream Energy Services
PPL Electric Utilities/Allentown
Profile Energy Inc
Profile Energy Services LLC
Provo City Utilities
PSE&G-Public Service Elec & Gas Co
PSEGLI
PSNC Energy (Public Service Co. of NC)
Public Service Company of Oklahoma
Public Works & Utilities, KS
Public Works Comm. City of Fayetteville
PUC Services Inc
PUD #1 of Okanogan County
PUD No.1 of Douglas County
Puerto Rico Telephone
Puget Sound Energy
PWCSA - Prince William County Services

PWSD No.2 of St. Charles County
Radiant Communications
Ramco Hoover Eleven LLC
Rappahannock Electric Coop
Redford Township Water Department
Reliant Communications
Reliant Energy Solutions/120954
Republic Services
RG&E - Rochester Gas & Electric
Ritter Communications
RLV West Broward LP - IL
Roanoke Rapids Sanitary Dist NC
Rockdale Water Resources
Rockland Electric Company (O&R)
Rogers Water Utilities
Rolla Municipal Utilities
Rostraver Township Sewage Authority
Saddleback Comm
Saginaw Charter Township, MI
Saint John Energy
San Antonio Water System, TX
San Diego Gas & Electric
San Luis Municipal Utilities, AZ
Santa Clarita Water Division
Saraland Water Service
Sarasota County Public Utilities
Sask Power
SaskEnergy
Sasktel
SCE&G-South Carolina Electric & Gas
SD1
Sea Breeze & Vicinity Water District
Seacoast Utility Authority
Searcy Water & Sewer System
Sebastian
Security Water & Sanitation Districts
Selma Water & Sewer Board AL
Selma-Kingsburg-Fowler County Sanitation
Semco Energy Gas Company
Seminole County, FL
Senawave Comm
Series E- Claredon Real Estate LLC
Sevier County Utility District (SCUD)
Sewerage and Water Board of New Orleans
SF - Water
Shaw Cable

Shelby Township Dept of Public Works
Shenandoah Valley Electric Co-Op
Sierra 16 A, LLC
Sierra Telephone
Silver Star Communications
Simione Oil Co, Inc.
Singing River Electric Cooperative
Sioux Falls Utilities
SMECO (Southern Maryland Electric Corp)
SMUD
Smyrna Utilities TN
Snake Spring Township, PA
Snohomish County PUD
SOLARUS
South Davis Sewer District
South Farmingdale Water District
South Jersey Gas Company
South Slope Coop Telephone
South Suburban Sanitary Dist.
South Valley Sewer District, UT
Southern California Gas (The Gas Co.)
Southern Connecticut Gas (SCG)
Southgate Water Department, MI
Southington Board of Water Commissioners
Southwest Gas Corporation
Southwest Suburban Sewer District, WA
Southwestern Electric Power
Speedway Waterworks
Spire/St Louis
Spokane County Environmental Services
Springettsbury Township
Sprint
SRT Communications
St Johns County Utility Department
St. John the Baptist Parish Utilities
Starkville Utilities
Steelyard Commons, LLC
Stroud Township Sewer Authority
Suburban Propane/NJ-2311
Suburban Propane/NJ-2720
Suburban Water Systems-West Covina
Suddenlink
Suez Water Delaware
Suez Water New Jersey
Suez Water Pennsylvania
Suez Water Rhode Island

Suez Water Toms River
Suez Water Westchester District 1
Suffolk County Sewer Dist-Ny
Suffolk County Water Authority - NY
Sulphur Springs Valley Elec Coop
Summit Township Water Authority
Summit Township, PA-Sewer Authority
Superior Propane
Swansea Water District
Sweetwater Authority
Synergy North
Tahlequah Public Works Authority
Talon Property Services LLC
Tangoe
Tax Collector, City of Danbury, CT
Tbaytel
TDS Telecom
Teco Tampa Electric Company
Teco: Peoples Gas
Telus
Tennessee-American Water Company
Texas Gas Service
The Connecticut Water Company - CWC
The Energy Cooperative
The Illuminating Company
The Torrington Water Company
The York Water Company
Think Utility Services Inc
Thomasville Utilities, GA
Time Warner Cable
Toho Water Authority
Toledo Edison
Toms River Municipal Utilities Authority
Tooele City Corporation
Toronto Hydro Electric System
Toronto Water & Solid Waste Mgmt Svcs
Town of Allegany, NY
Town of Burlington, MA
Town of Chenango, NY
Town of Danvers, MA-Electric Division
Town of Hanover Water, MA
Town of Hempstead, NY-Dept of
  Water/EMWD
Town of Lexington, SC
Town of North Andover, MA
Town of Parker, CO

Town of Schererville, IN
Town of Southington Sewer Department, CT
Town of St Johnsbury, VT
Town of Tewksbury, MA
Town of Tillsonburg, ON
Town of Warrenton, VA
Township of Falls Authority
Township of Freehold, NJ
Township of Moorestown, NJ
Township of Palmer, PA
Township of Pennsville, NJ
Tract 349 Mutual Water Co
Treasurer - Spotsylvania County
Tri-State EMC
Truckee Meadows Water Authority, AZ
Trumbull County Water & Sewer Dept.
Tucson Electric Power Company
Turlock Irrigation District
Twelve Oaks Mall LLC
UGI Utilities Inc
Uniongas Limited
United Illuminating Company
United Power Inc
Unitil ME Gas Operations
Unitil NH Electric Operations
Unitil NH Gas Operations
Unity Township Municipal Authority PA
UNS Electric Inc
UNS Gas Inc
Upper Merion Sewer Revenue
Urbana & Champaign Sanitary District
US Bank NA as Trustee/Francis Scott Key
Utilities Inc. of Louisiana
Utility Billing Services, TN
Utility Payment Processing/BR Water
Valley County Water District
Van Buren Township, MI
Vectren Energy Delivery
Verendrye Electric Cooperative, Inc.
Veridian Connections
Verizon
Verizon Business
Verizon Wireless
Vermont Gas Systems, Inc.
Victory Electric Cooperative Assoc Inc
Village Center Service Area

Village of Bloomingdale, IL
Village of Bradley, IL
Village of Chicago Ridge, IL
Village of Germantown, WI
Village of Greendale, WI
Village of Lombard, IL
Village of Matteson, IL
Village of New Minas, NS
Village of Norridge, IL
Village of Nyack Water Dept., NY
Village of Palm Springs, FL
Village of Schaumburg, IL
Vincennes Water Department, IN
Vineland Municipal Utilities
Virgin Islands Water & Power Authority
Virginia Natural Gas
Viya
Wallingford Electric Division CT
Walton EMC
Washington Gas
Washington Real Estate Investment Trust
Washington Suburban Sanitary Commission
Water Authority of Western Nassau County
Water District - LVVWD
Water District No. 20
Waterford Water & Sewer Dept
Waterloo North Hydro Inc
Waterloo Water Works
WaterOne
WaterWatch Corp
Waterworks Department (Leavenworth, KS)
WE Energies/Wisconsin Electric/Gas
Welland Hydro-Electric Commission
West Penn Power
West Sound Utility District
West Virginia-American Water Company
Westar Energy/KPL
Westfield Gas & Electric MA
Whitby Hydro Electric Corporation
White Township Hydrant Service
White Township Sewer Service
WHLR-Janaf LLC
Williamsport Municipal Water Authority
Willmar Municipal Utilities
Windstream
Wisconsin Public Service

Woodhaven Water Dept.-MI
Wooster City Services
Wow! Business
WVC Utility Billing
WWS
Wyoming Valley Sanitary Authority
XCEL Energy:Northern States Power Co.
XCEL Energy: Public Service Company of
  CO
XCEL Energy: Southwestern Public Service
Yes Energy Management/6255
York County Natural Gas
Youngstown Water Dept., OH
Ypsilanti Community Utilities Authority
Zia Natural Gas Company/Hobbs

86

## Schedule 2

**Schedule of Searched Parties and/or Certain Related Parties that Akin Gump
Currently Represents, or Has in the Past Represented, in Matters
Unrelated to these Chapter 11 Cases**

### Debtors

*Akin Gump has in the past represented and currently represents Payless Holdings LLC and/or
certain related parties of such company on matters wholly unrelated to the Debtors' chapter 11
cases.*

### Debtors's Affiliates

*Akin Gump has not represented any of these parties.*

### Current and Recent Former Directors and Officers

*Akin Gump has in the past represented and currently represents the following individuals and/or
certain related parties of such individuals on matters wholly unrelated to the Debtors' chapter 11
cases:*

Jennifer Wild

### Banks

*Akin Gump has in the past represented and currently represents the following companies and/or
certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11
cases:*

| | |
|---|---|
| Bank of America | JPMorgan Chase Bank |
| Bank of Montreal | Key Bank |
| Bank of the Internet | Manufacturers & Traders Trust Co. |
| Bank of the West | PNC Bank |
| Canadian Imperial Bank (of Commerce) | Royal Bank of Canada |
| Capital One | TD Bank |
| Central National Bank | The Hongkong and Shanghai Banking Corporation Limited (HSBC) |
| Citibank, N.A. | |
| Citizens First National Bank | Toronto Dominion Bank |
| Harris Bank (BMO) | UMB Bank |

| | |
|---|---|
| Union Bank | Wells Fargo Bank, N.A. |
| US Bank NA | |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Alamosa National Bank | First American Bank |
| Alliance Bank | First Citizens Bank |
| American Savings Bank | First Interstate Bank |
| ANZ Bank (Taiwan) Limited | First State Bank |
| Banco Popular | Frost Bank |
| Banco Santander | Guaranty Bank and Trust |
| Bank of Hawaii | Guaranty Bond Bank |
| Bank of Nova Scotia | Huntington National Bank |
| Bank of Oklahoma | Inter National Bank |
| Branch Banking & Trust Company | International Bank of Commerce |
| Citizens Bank | Pioneer National Bank |
| Citizens National Bank | Regions Bank |
| Community Bank NA | Santander Bank |
| Compass Bank | United National Bank |
| Fifth Third Bank | |

## **Equity Holders**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Alden Global Capital | Morgan Stanley Swap Claim |
| Apex Credit Partners | Octagon Creditor Investors |
| Bank of America, N.A. | York Capital Management Global Advisors |

2

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| American Money Management | Invesco Senior Secured Management |
| Credit Suisse Asset Management | JMP Credit Advisors |
| Five Arrows Managers North America | Logan Asset Management |
| H.I.G. Whitehorse Capital | Siena Capital Holdings LLC |

## **Lenders**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Alden Global Opportunities Master Fund, L.P. | Octagon Investment Partners 18-R, Ltd. |
| American General Life Insurance Company | Octagon Investment Partners 24, Ltd. |
| American Home Assurance Company | Octagon Investment Partners 25, Ltd. |
| Apex Credit Partners | Octagon Investment Partners 26, Ltd. |
| Bank of America, N.A. | Octagon Investment Partners 27, Ltd. |
| Citi Loan Funding GCPH TRS LLC | Octagon Investment Partners 28, Ltd. |
| Citibank, N.A. | Octagon Investment Partners 29, Ltd. |
| Citigroup Financial Products Inc. | Octagon Investment Partners 30, Ltd. |
| Invesco BL Fund, Ltd. | Octagon Investment Partners 32, Ltd. (fka Octagon Investment Partners Funding 32 LLC) |
| JFIN CLO 2013 Ltd. | Octagon Investment Partners 33, Ltd. |
| JFIN CLO 2013 Ltd. | Octagon Investment Partners XIV, Ltd. |
| Lexington Insurance Company | Octagon Investment Partners XIX, Ltd. |
| National Union Fire Insurance Company of Pittsburgh, PA | Octagon Investment Partners XV Ltd. |
| Octagon Credit Investors, LLC | Octagon Investment Partners XVI, Ltd |
| Octagon High Income Master Fund Ltd | Octagon Investment Partners XVII Ltd. |

3

Octagon Investment Partners XVIII, Ltd.

Octagon Investment Partners XX, Ltd.

Octagon Investment Partners XXI, Ltd.

Octagon Investment Partners XXII, Ltd.

Octagon Investment Partners XXIII, Ltd.

Octagon Loan Funding, Ltd.

Octagon Multi-Strategy Corporate Credit Master Fund LP

Octagon Senior Secured Credit Master Fund Ltd

QPB Holdings Ltd.

Quantum Partners LP

Smith Management

Soros Fund Management LLC

Strategic Investment Opportunities, LLC

The Variable Annuity Life Insurance Company

XAI Octagon Floating Rate & Alternative Income Term Trust

York Capital Management Global Advisors, LLC

York Global Finance BDH, LLC

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

A Voce CLO, Ltd.

AIM Counselor Series Trust (Invesco Counselor Series Trust)-Invesco Floating Rate Fund

American Money Management

Anthem, Inc.

BSP Special Situations Master A L.P.

Credit Suisse Asset Management, LLC

Credit Suisse Loan Funding LLC

Five Arrows Managers North America LLC

Great American Insurance Company

Great American Life Insurance Company

H.I.G. Whitehorse Capital, LLC

Invesco BL Fund, Ltd.

Invesco Dynamic Credit Opportunities Fund

Invesco Senior Income Trust

Invesco Senior Loan Fund

Invesco Senior Secured Management, Inc.

Invesco SSL Fund LLC

Invesco Zodiac Funds-Invesco Us Senior Loan Fund

JMP Credit Advisors CLO III Ltd.

JMP Credit Advisors CLO IV Ltd.

JMP Credit Advisors LLC

Kaiser Foundation Hospitals

Kaiser Permanente Group Trust

Linde Pension Plan Trust

Logen Asset

Logen Asset Management Master Fund Ltd.

4

| | |
|---|---|
| Providence Equity Partners LLC | Whitehorse VII, Ltd |
| Talamod Asset Management, LLC | Whitehorse VIII, Ltd. |
| Talamod Master Fund, LP | Whitehorse X, Ltd. |
| Whitehorse IX, Ltd. | |
| Whitehorse VI, Ltd. | |

## Letters of Credit

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| National Union Fire Insurance | U.S. Bank National Association |
| Safeco Insurance Company | Westchester Fire Insurance Company |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| FedEx | United States Fidelity & Guaranty |
| Pacific Employers Insurance Co. | Zurich American Insurance Co. |
| Pacific Gas & Electric | |

## Lienholders

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Cortland Products Corp. | Morgan Stanley Senior Funding |
| Hewlett-Packard Financial Services Company | UMB Bank |
| IBM Credit LLC | Wells Fargo Bank, National Association |

## Surety Bonds

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Atlantic City Electric (ACE) | Florida Power & Light Company |

5

| | |
|---|---|
| Keys Energy Services | Reliant Energy Retail Services, LLC |
| New York State Electric and Gas | SECO Energy |
| PECO Energy Company | South Carolina Electric and Gas Company |
| Potomac Electric Power Company | Southern California Edison Company |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| American Electric Power Company | Entergy Louisiana LLC |
| City of Brenham | Entergy Mississippi, Inc. |
| Constellation NewEnergy, Inc. | Entergy New Orleans LLC |
| Duke Energy Carolinas, LLC | Georgia Power Company |
| Duke Energy Indiana, LLC | Groton Utilities |
| Duke Energy Kentucky, Inc. | Orlando Utilities Commission |
| Duke Energy Ohio, Inc. | Puerto Rico Electric Power Authority |
| Duke Energy Progress, LLC | Salt River Project Agricultural Improvement and Power District |
| Entergy Arkansas, Inc. | |

## **Insurance**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| ACE American Insurance Company | Chubb Group of Insurance Companies |
| AGCS Marine Insurance Company (Allianz) | Chubb, Financial Lines |
| AIG Australia Limited | Federal Insurance Company |
| Allianz Global Corporate & Specialty, Americas | Liberty Mutual |
| | Mitsui |
| Allianz Global Risks US Insurance Company | National Union Fire Insurance Co. (AIG) |
| Chartis (National Union Fire) | National Union Fire Insurance Company of Pittsburgh PA |
| Chubb | |

6

| | |
|---|---|
| The Ohio Casualty Insurance Company (Liberty) | Westchester Fire Insurance Co. (ACE) |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| American Guarantee and Liability Insurance Company (Zurich) | Marsh |
| | Nationwide |
| Arch Specialty Insurance Co. | |
| | Tokio Marine |
| Argo Pro | |
| | Travelers Casualty & Surety Company of America |
| Aspen Specialty Insurance Company | |
| Beazley | XL Catlin |
| Beazley Group | XL Insurance |
| Beazley USA Services, Inc | XL Insurance America, Inc |
| CNA | XL Professional |
| Freedom Specialty Insurance | XL Specialty Insurance Co. |
| General Accident Insurance | Zurich |
| Great American Insurance Company | Zurich American Ins. Co. |
| Lloyd's / Alpha | Zurich Canada |

## 50 Largest Unsecured Creditors

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Cognizant Technology Solutions US Corp. | Media News Group |
| Google Inc. | |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Accord | Salesforce.com Inc. |
| Acxiom Corporation | Santak Corporation |
| Champion Athleticwear | |

7

## Significant Creditors

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Cognizant Technology Solutions US Corp. | US Bank |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Accord | Champion Athleticwear |
| Acxiom Corporation | Martha Stewart Living Omnimedia Inc. |
| Annie International Trading Company | Mood Media |
| Baker & McKenzie | Republic Services Inc. |
| Celadon Logistics Services Inc. | Santak Corporation |

## Accounts Receivable

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| AAI, Inc. (McDonald's) | Clark Familia LLC (McDonald's) |
| Adams Food, Inc. - McDonald's Spendsmart | Columbia Associates (McDonald's) |
| AIFT, Inc - McDonald's Spendsmart | Creative Management Inc. (McDonald's) |
| Bamco Inc - McDonald's Spendsmart | Deane Group - McDonald's Spendsmart |
| Banducci, John Michelle-MCD Spendsmart | Gremaud Group - McDonald's Spendsmart |
| Bearco Management Co - MCD Spendsmart | HMCC Inc. (McDonald's) |
| Burrell Michael - MCD Spendsmart | Hoover-Armstead Group: MCD Spendsmart |
| BYRB, Inc. (McDonald's) | Jim's Management Co. (McDonald's) |
| Catholic Charities (San Bernardino) | John Hessian III - McDonald's Spendsmart |
| Catholic Charities of Desoto County | Johnstone Foods, Inc. (McDonald's) |
| CKI, Inc. (McDonald's) | JPN Management (McDonald's) |

8

Kelley, Jonathan C. - MCD Spendsmart

Kosanovich Group - McDonald's Spendsmart

Leonard Group - McDonald's Spendsmart

Luvel Foods Inc. (McDonald's)

Main, Waters Enterprises (McDonald's)

MBI, Inc. (McDonald's)

McDonald's of Texoma

Melissa Montes – McDonald's Spendsmart

Memphis Way (McDonald's)

Mendoza Co Inc. - McDonald's Spendsmart

Montes Group - McDonald's Spendsmart

Moreno Group - McDonald's Spendsmart

Mullins Group - McDonald's Spendsmart

PMPCC Foods, LLC (McDonald's)

Porter, Dale - MCD Spendsmart

R and A Restaurants - MCD's Spendsmart

Retzer Resources - McDonald's Spendsmart

S.S.M. Inc. (McDonald's)

Schulz, Markuserika-MCD Spendsmart

SPB Restaurants, Inc. (McDonald's)

Steward Incorporated - McDonald's

Stingley Mgmt. - McDonald's Spendsmart

TDS Restaurants, Inc. - MCD Spendsmart

Trigg Elisa McDonald's Spendsmart

Whittington Group – McDonald's Spendsmart

Wojtowicz Group - McDonald's Spendsmart

Wolf Organization - MCD Spendsmart

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

Assistance League of Austin

Brinker International Payroll Company

Corner Bakery Café

Goodwill Industries of Se Wi, Inc.

H & R Block

Kada, Inc.

NJB Operations (Taco Bell)

Rembrandt Enterprises

Sandia National Laboratories

State of Vermont-DCF-Economic Services

Summerwood Corporation

The Salvation Army (Anacortes)

The Salvation Army (Elyria)

The Salvation Army (Hartford)

The Salvation Army (Mansfield)

The Salvation Army (Plymouth)

The Salvation Army (Shelby)

The Salvation Army (Soledad)

9

| | |
|---|---|
| The Salvation Army (Tustin) | Wendy's (Hobart) |
| The Salvation Army (Wichita) | Wendy's (Valparaiso) |
| The Salvation Army (Williamsport) | |

## **Professionals**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Alix Partners | FTI Consulting Canada Inc. |
| Cassels Brock & Blackwell LLP | |

*Akin Gump has in the past represented Stroock & Stroock & Lavan and/or certain related parties of such company on matters wholly unrelated to the Debtors' chapter 11 cases.*

## **Ordinary Course Professionals**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Ernst & Young LLP | TMF Group |
| Maples & Calder | TMF Netherlands, B.V. |
| Squire Patton Boggs Pena Prieto Gamundi | |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Adams & Adams | Fox Rothschild LLP |
| Baker McKenzie | Grant Thornton ORBIT Solutions Limited |
| BDO LLC | Jones Day |
| Blake, Cassels & Grayson LLP | Kim & Chang |
| Bryan Cave, LLP | McGuire Woods LLP |
| CT Corporation | Pietrantoni Mendez & Alvarez |

10

**Accounts Payable**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Accenture LLP | Brixmor Holdings 8 SPE LLC |
| ADP Canada Co. | Brixmor Morris Hills LLC |
| ADP LLC | Brixmor Old Bridge LLC |
| Amazon Media Group LLC | Brixmor Property Owner II LLC |
| American Arbitration Association | Brixmor Roosevelt Mall Owner LLC |
| Blackstone Group-Dirksen | Brixmor Silver Pointe LLC |
| British Columbia Minister of Finance | Brixmor Southport Centre LLC |
| Brixmor Capitol SC LLC | Brixmor SPE 2 LLC |
| Brixmor Cross Keys Common LLC | Brixmor SPE 3 LLC |
| Brixmor GA Apollo I Sub LLC | Brixmor SPE 5 LLC |
| Brixmor GA Apollo I TX Holdings LLC | Brixmor SPE 6 LLC |
| Brixmor GA Apollo III Sub Holdings LLC | Brixmor Spradlin Farm LLC |
| Brixmor GA Chicopee Marketplace LLC | Brixmor Tri City Plaza LLC |
| Brixmor GA Coastal Way LLC | Careerbuilder LLC |
| Brixmor GA Cobbleestone Village | Cigna Behavioral Health |
| Brixmor GA Panama City LLC | Cigna Global Health Benefits |
| Brixmor GA San Dimas LP | Cigna Group Insurance-Life & Disability |
| Brixmor GA Wilkes-Barre LP | City of Houston |
| Brixmor Hanover Square SC LLC | Cognizant Technology Solutions Us Corp |
| Brixmor Holdings 11 SPE, LLC | Cortland Cap Mkts. TL Interest |
| Brixmor Holdings 12 SPE LLC | Digital First Media |
| Brixmor Holdings 6 SPE LLC | Disney |

11

| | |
|---|---|
| Disney Consumer Products Inc. | SYNCB/Amazon |
| Ernst & Young | Thomson Reuters Canada |
| Ernst & Young LLP | United Parcel Service, Inc. |
| Franklin Properties Ltd. LC | UPS |
| Google Inc. | UPS Freight |
| H E B LP | UPS Supply Chain Solutions Inc. |
| Hewlett Packard Financial Services | US Bank |
| IBM | US Bank Air BTA |
| IMG Models Inc. | US Bank EDC |
| IMG Production LLC | US Bank IT/Software |
| Maples and Calder | US Bank PR |
| MediaNews Group Inc. | US Bank REC |
| Mediterranean Shipping Co USA Inc. | US Bank STS |
| Nasdaq Corporate Solutions | US Bank Tax |
| National Union Fire Insurance Company | VMware Inc. |
| Otis Elevator Company | Wells Fargo Retail Finance LLC |
| Safeco Insurance Company of America | Wells Fargo SBLC |
| State of New Jersey | Wells Fargo Vendor |

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| 0511 Simon Property Group (TX) | 2546 Simon Prop. Grp. (TX) LP |
| 0540 Simon Property Group LP | 300 West SPE, LLC |
| 0732 Simon Property Group LP | 4832 Simon Property Group, Inc. |
| 1540-Simon Property Group (TX) LP | 8099 Simon Capital LP |
| 2105 Simon Property Group LP | 9690 Simon Capital |
| 2307-Simon Property Group LP | Acxiom Corporation |

12

| | |
|---|---|
| Akamai Technologies Inc. | City of Miami |
| American Eagle Royalty | City of Mission |
| American Red Cross Health And Safety | City of New York City |
| Avery Dennison | City of North Miami |
| Baker & Mckenzie | City of Philadelphia |
| Barton Investment LLC | City of Philadelphia Law Department |
| Brazos Tc Partnership A LP | City of San Bernardino |
| Burlington Coat Factory of Texas Inc. | City of Seguin |
| Capmark Services LP | City of Thornton |
| CBRE Global Investors, LLC AAF | City of Vernon |
| Champion Europe | Coldwell Banker Commercial Elite |
| City of Arlington | Commonwealth of Virginia |
| City of Bossier City | Crown Equipment Corp. |
| City of Chicago | CT Corporation |
| City of Chicago Administrative Hearings | CT Corporation System |
| City of Chicago, Dept of Finance | Dallas Police Dept. |
| City of Colorado Springs | Dell Marketing LP |
| City of Del Rio | Dexter |
| City of Hemet | District of Columbia |
| City of Hillsboro | DL Properties |
| City of Irving | Donahue & Partners LLP |
| City of Kansas City, Missouri | Eagle Rock Holdings LLC |
| City of Lake Jackson | El Centro Mall LTD |
| City of Los Angeles | Fair Lakes Centers Associates II, LC |
| City of Loveland | Fairfax Company of Va. LLC |

13

| | |
|---|---|
| Federal Realty Investment Trust | Harris County |
| Fedex | HEBCO Development Inc. |
| Forterra, Inc. | Holiday Inn Express Hotel & Suites |
| Freight Systems, Inc. | HSG-KRE Oak Lawn Property Owner LLC |
| Gallagher Bassett Services Inc. | Intertek International Inc. |
| Georgia-Pacific Corrugated LLC | Intertek Testing Services |
| GGP ALA Moana LLC | Kimco Brownsville LP |
| GGP Glenbrook LLC | Kimco Carrollwood 664, Inc. |
| GGP Limited Partnership | Kimco Delaware Inc. |
| GGP LP-Cumberland Mall | Kimco L-S Limited Partnership |
| GGP Meadows Mall LLC | Kimco Realty Corporation |
| GGP Northridge Fashion Center LP | Kmart Corp |
| GGP Providence Place LLC | Marion Plaza Associates LP |
| GGP Staten Island Mall LLC | Martha Stewart |
| GGP Tucson Mall LLC | Martha Stewart Living Omnimedia Inc. |
| GGP-Four Seasons LP | Mercer Human Resourcing Consulting |
| GGPLP LLC | Microstrategy Services Corp. |
| GGPLP Real Estate Inc. | Montgomery County Circuit Court |
| GGP-Maine Mall LLC | Mood Media |
| Global Webb LP | National Realty & Dev. Corp. |
| Grainger | Nickelodeon Royalties |
| GWL Realty Advisors Inc., ITF | North Star Mall LLC |
| Hamilton Mall LLC | Norton Rose Fulbright US LLP |
| Hanes Brands Inc. | Office Depot Inc. |
| Harmon Family LLC | Oki Data Americas, Inc. |

14

| | |
|---|---|
| Oracle America Inc. | Sun Life Assurance Company |
| Park Place Mall | Sun Life Assurance Company of Canada |
| Partners Reit -Charter Acquistion | Sysco Kansas City, Inc. |
| Pepper Hamilton LLP | Target Corporation |
| Peter P. Bollinger Investment Co. | Target Stores |
| Pietrantoni Mendez & Alvarez | The Marion Plaza Inc. |
| Pitney Bowes Global Financial Svsc. LLC | Thyssenkrupp Elevator Corp |
| PMAT DPP LLC | Township of Wayne |
| Pratt Industries Inc. | Toys R Us-Delaware Inc. |
| PricewaterhouseCoopers LLP | Transource |
| Prince Kuhio Plaza LLC | TVO Mall Owner LLC |
| Priority Express Courier, Inc. | United Healthcare |
| Publix Super Markets Inc. | United Properties Corp. |
| Ready Refresh by Nestle | US Data Corporation |
| Republic Services Inc. | US Foods, Inc. |
| Ricoh Canada Inc. | Vertex Inc. |
| Ricoh USA Inc. | Viacom International Media Networks |
| Rio Grande Valley Premium Outlets | Walgreen Co. |
| RR Donnelley | Weingarten Realty Investors |
| Salesforce.Com Inc. | Wendys Old Fashioned Hamburgers Of Atlanta |
| Simon Property Group (Texas) LP | Westroads Mall LLC-GGPLP |
| Simon Property Group LP | Westward Realty LLC |
| Spoor & Fisher | Worker's Compensation Board |
| State of Texas | WRI Charleston Commons LLC |

**U.S. Trustee and Key Court Personnel for the Eastern District of Missouri**

*Akin Gump not represented any of these individuals.*

**Utilities**

*Akin Gump has in the past represented and currently represents the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Alliant Energy/IPL | IGS Energy |
| Alliant Energy/WP&L | Illinois Power Marketing |
| AT&T Mobility | Level 3 Communications, LLC |
| AT&T Mobility Puerto Rico | LG&E - Louisville Gas & Electric |
| AT&T | National Grid |
| Cablevision | OG&E -Oklahoma Gas & Electric Service |
| CenterPoint Energy Minnegasco | Ohio Edison |
| CenterPoint Energy | Penelec |
| CenterPoint Energy | Penn Power |
| Centurylink | PEPCO (Potomac Electric Power Company) |
| Charter Communications | Portland General Electric (PGE) |
| City of Houston, TX - Water/Wastewater | Potomac Edison |
| City of San Marcos, TX | Radiant Communications |
| Comcast | Saddleback Comm. |
| Directv | SCE&G-South Carolina Electric & Gas |
| Dynegy Energy Services | Spire/St Louis |
| Hawaii Electric Light Co., Inc. (HELCO) | Time Warner Cable |
| Hawaiian Electric Company (HECO) | US Bank NA as Trustee/Francis Scott Key |
| Idaho Power | Washington Gas |

16

*Akin Gump has in the past represented the following companies and/or certain related parties of such companies on matters wholly unrelated to the Debtors' chapter 11 cases:*

| | |
|---|---|
| Bright House Networks | City of Topeka, KS |
| Bryan Texas Utilities (BTU) | City of Ukiah, CA |
| California Water Service-Bakersfield | City of Warren, MI |
| California Water Service-Chico | City of Warren, OH |
| California Water Service-Commerce | City of Weslaco, TX |
| California Water Service-Salinas | Colorado Springs Utilities |
| California Water Service-San Mateo | Columbia Gas of Kentucky |
| California Water Service-Torrance | Columbia Gas of Maryland |
| California Water Service-Visalia | Columbia Gas of Massachusetts |
| CH Reatly Vll/R Nova Plaza I & II, LLC | Columbia Gas of Ohio |
| City of Carrollton, TX | Columbia Gas of Pennsylvania |
| City of Corpus Christi, TX | Columbia Gas of Virginia |
| City of Dubuque, IA | Com Ed |
| City of Irving - Municipal Services Bill | Cox Communications |
| City of LaPorte Utilities, IN | CPS Energy |
| City of Laredo Utilities | Denver Water |
| City of Leon Valley, TX | DTE Energy |
| City of Lompoc, CA | Duke Energy |
| City of Lubbock Utilities, TX | ENGIE Resources |
| City of Newark, NJ/Water Department | Entergy Gulf States LA, LLC |
| City of North Miami Beach, FL | Entergy Louisiana, Inc. |
| City of Philadelphia - Water Revenue, PA | Entergy Texas, Inc. |
| City of Seattle | Green Mountain Power Corporation |
| City of Sulphur Springs, TX | GTT Communications Inc. |

17

Kansas City Power & Light Co.

Kansas Gas Service

MonPower/Monongahela Power

Municipal Light & Power/Anchorage

New Mexico Gas Company

NIPSCO - Northern Indiana Public Serv Co

NV Energy

Oklahoma Natural Gas Co: Kansas City

Orange County WCID

Pennsylvania-American Water Company

Philadelphia Gas Works

PNM

PSE&G-Public Service Elec & Gas Co

Puerto Rico Telephone

Republic Services

RG&E - Rochester Gas & Electric

San Antonio Water System, TX

San Diego Gas & Electric

Semco Energy Gas Company

SMUD

Southern California Gas (The Gas Co.)

Southwest Gas Corporation

Southwestern Electric Power

Sprint

Suburban Propane

TDS Telecom

Teco Tampa Electric Company

Teco: Peoples Gas

Telus

Texas Gas Service

The Illuminating Company

Toledo Edison

Turlock Irrigation District

United Illuminating Company

Verizon

Verizon Business

Verizon Wireless

West Penn Power

Westar Energy/KPL

Windstream

Wisconsin Public Service

XCEL Energy: Northern States Power Co.

XCEL Energy: Public Service Company of
CO

XCEL Energy: Southwestern Public Service

18

## Schedule 3

**Schedule of Searched Parties and/or Certain Related Parties that are Currently, or Have in the Past Been, Adverse to Clients of Akin Gump**

0511 Simon Property Group (TX)
0540 Simon Property Group LP
0732 Simon Property Group LP
1540-Simon Property Group (TX) LP
2105 Simon Property Group LP
2307-Simon Property Group LP
2546 Simon Prop. Grp. (TX) LP
4832 Simon Property Group, Inc.
9690 Simon Capital
A Voce CLO, Ltd.
AAI, Inc. (McDonald's)
ABP Pearl Highlands LLC
Accenture LLP
ACE American Insurance Company
Adams Food, Inc. - McDonalds's Spendsmart
ADP Canada Co.
ADP LLC
AGCS Marine Insurance Company (Allianz)
AIFT, Inc. - McDonald's Spendsmart
AIG Australia Limited
AIM Counselor Series Trust (Invesco
   Counselor Series Trust)-Invesco Floating
   Rate Fund
Airators Skechers
Akamai Technologies Inc.
Alaska Communications Systems
Alden Global Capital
Alden Global Opportunities Master Fund, L.P.
Alix Partners
Allianz Global Corporate & Specialty,
   Americas
Allianz Global Risks US Insurance Company
Allied World Assurance Co. (AWAC)
Alshaya Trading
Alvarez & Marsal North America LLC
Amazon Media Group LLC
American Electric Power Company
American General Life Insurance Company
American Guarantee and Liability Insurance
   Company (Zurich)
American Home Assurance Company
Anthem, Inc.

ANZ Bank (Taiwan) Limited
Apache Mall LLC
Apex Credit Partners
Argo Pro
Arizona Public Service Company
Aspen Specialty Insurance Company
AT&T
AT&T Mobility
AT&T Mobility Puerto Rico
Atlantic City Electric (ACE)
Atmos Energy
Audubon Ventures LLC
Augusta Mall LLC
Avery Dennison
Baltimore Center Associates LP
Bamco Inc. - McDonald's Spendsmart
Banco Popular
Banco Santander
Banducci, John Michelle-MCD Spendsmart
Bank of America, N.A.
Bank of Hawaii
Bank of Montreal
Bank of Nova Scotia
Bank of Oklahoma
Bank of the West
Bass Pro, LLC
Bayshore Mall
BDO LLC
Bearco Management Co. - MCD Spendsmart
Bellis Fair Mall LLC
Birchwood Mall LLC
Blackstone Group-Dirksen
Blackwell Partners LLC - Series E
Bob Evans Farms LLC
BOC Pension Services Limited as Trustee of
   BOC Pension Investment Fund
Boise Mall LLC
Branch Banking & Trust Company
Brookfield Sq. Joint Venture
BSP Special Situations Master A L.P.
Burlington Coat Factory of Texas Inc.
Burrell Michael - MCD Spendsmart

BYRB, Inc. (McDonald's)
Cablevision
Canadian Imperial Bank (of Commerce)
Capital One
CBRE Global Investors, LLC AAF
Celadon Logistics Services Inc.
CenterPoint Energy
CenterPoint Energy Minnegasco
Central Maine Power (CMP)
Centurylink
CH Reatly Vll/R Nova Plaza I & II, LLC
Champion Athleticwear
Champion Europe
Charter Communications
Chartis (National Union Fire)
Chubb
Chubb Group of Insurance Companies
Chubb, Financial Lines
Chugach Electric Association
Cigna Behavioral Health
Cigna Global Health Benefits
Cigna Group Insurance-Life & Disability
CIII LBUBS06-C6 Midland Mall
Citi Loan Funding GCPH TRS LLC
Citibank, N.A.
Citigroup Financial Products Inc.
Citizens Bank
City of Alexandria
City of Amarillo, TX
City of Asheville, NC
City of Austin, TX
City of Carrollton, TX
City of Chicago
City of Chicago Administrative Hearings
City of Chicago, Dept of Finance
City of Colorado Springs
City of Covina
City of Escondido, CA
City of Gainesville
City of Hillsboro
City of Houston
City of Houston, TX - Water/Wastewater
City of Irving
City of Irving - Municipal Services Bill
City of Kansas City, Missouri
City of Lancaster, PA

City of Las Cruces, NM
City of Las Vegas
City of Los Angeles
City of Lubbock Utilities, TX
City of McKinney, TX
City of Miami
City of Modesto
City of New York City
City of Newark
City of North Miami
City of Philadelphia
City of Philadelphia - Water Revenue, PA
City of Philadelphia Law Department
City of Phoenix
City of Richmond
City of Roseville, CA
City of Sault Ste. Marie, MI
City of St. Clair Shores
City of St. Louis
City of Tallahassee, Florida
CKI, Inc. (McDonald's)
Clark Familia LLC (McDonald's)
CNA
Cogent Communications Inc.
Cognizant Technology Solutions US Corp.
Coldwell Banker Commercial Elite
College Square 111, LLC
Colorado Department of Revenue
Colorado Springs Utilities
Columbia Associates (McDonald's)
Columbia County Collector
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Gas of Massachusetts
Columbia Gas of Ohio
Columbia Gas of Pennsylvania
Columbia Gas of Virginia
Columbia Mall LLC
Com Ed
Comcast
Commerce Bank
Commonwealth of Virginia
Compass Bank
Con Edison
Consolidated Edison Company of New York,
    Inc.

2

Constellation NewEnergy, Inc.
Consumers Energy
Conway Corporation
Coronado Center LLC
Cowlitz County PUD
CPS Energy
Creative Circle LLC
Creative Management Inc. (McDonald's)
Credit Suisse Asset Management, LLC
Credit Suisse Loan Funding LLC
CT Corporation
Dallas Police Dept.
Deane Group - McDonald's Spendsmart
Dell Marketing LP
Delmarva Power DE/MD/VA
Department of Labor & Industries
Department of Public Utilities, OH
Department of Treasury
Digital First Media
Directv
Disney
Disney Consumer Products Inc.
District of Columbia
Dominion Energy
Dominion Energy Ohio
Dominion Virginia Power
DS Services
DTE Energy
Duke Energy
Duke Energy Carolinas, LLC
Duke Energy Indiana, LLC
Duke Energy Kentucky, Inc.
Duke Energy Ohio, Inc.
Duke Energy Progress, LLC
Duquesne Light Company
Dynegy Energy Services
Eagle Rock Holdings LLC
Ecolab
El Paso Electric
El Paso Water Utilities
Endurance
ENGIE Resources
Entergy Arkansas, Inc.
Entergy Gulf States LA, LLC
Entergy Louisiana LLC
Entergy Louisiana, Inc.

Entergy Mississippi, Inc.
Entergy New Orleans LLC
Entergy Texas, Inc.
Ernst & Young LLP
Eversource Massachusetts
Eversource New Hampshire
Expeditors International of Washington, Inc.
Fairpoint Communications
Federal Insurance Company
FedEx
Fifth Third Bank
Fila
Fila USA Inc.
First Citizens Bank
First Convenience Bank
First Midwest Bank
First State Bank
First Tennessee Bank
FIS
Five Arrows Managers North America LLC
Florida Power & Light Company
Freedom Specialty Insurance
Frontier Communications
Frost Bank
FTI Consulting Canada Inc.
Fusion Accessories Group Limited
Galleria Dallas
Gas South
Georgia Power Company
Georgia-Pacific Corrugated LLC
GGP - Four Seasons LP
GGP - Maine Mall LLC
GGP ALA Moana LLC
GGP Glenbrook LLC
GGP Limited Partnership
GGP LP - Cumberland Mall
GGP Meadows Mall Llc
GGP Northridge Fashion Center Lp
GGP Providence Place LLC
GGP Staten Island Mall LLC
GGP Tucson Mall LLC
GGPLP LLC
GGPLP Real Estate Inc.
Glory China Footwear Co. Limited
Golub Capital
Google Inc.

Grainger
Grande Communications
Grant Thornton ORBIT Solutions Limited
Great American Insurance Company
Great American Life Insurance Company
Greenbrier Mall II, LLC
Greenwood Mall
Gremaud Group - McDonald's Spendsmart
GTT Communications Inc.
Gwinnett Place Mall GA LLC
H & R Block
H E B LP
H.I.G. Whitehorse Capital, LLC
Harris Bank (BMO)
Harris County
Hawaii Electric Light Co., Inc. (HELCO)
Hawaiian Electric Company (HECO)
Hawaiian Telcom
Hendon Golden East LLC
Henry Schein Practice Solutions
Hewlett-Packard Financial Services Company
Hickory Ridge Commons, LLC
Hillsborough County Tax Collector
HMCC Inc. (McDonald's)
Holiday Inn Express Hotel & Suites
Hoover-Armstead Group: MCD Spendsmart
Hulen Mall LLC
Huntington National Bank
Hydro Quebec
IBM
IBM Credit LLC
IGS Energy
IMG Models Inc.
IMG Production LLC
Imperial Irrigation District, CA
Intertek International Inc.
Intertek Testing Services
Invesco BL Fund, Ltd.
Invesco Dynamic Credit Opportunities Fund
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Secured Management, Inc.
Invesco SSL Fund LLC
Invesco Zodiac Funds-Invesco Us Senior
  Loan Fund
Iron Mountain

Iron Mountain Canada Operations ULC
Ivanhoe Cambridge II Inc.
Ivanhoe Cambridge Inc.
JFIN CLO 2012 Ltd.
JFIN CLO 2013 Ltd.
Jim's Management Co (McDonald's)
John Hessian III - McDonald's Spendsmart
Johnstone Foods, Inc. (McDonald's)
Jordan Creek Town Center LLC
JPMorgan Chase Bank
JPN Management (McDonald's)
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Kansas City Power & Light Co.
Kansas Gas Service
Kelley, Jonathan C. - MCD Spendsmart
Key Bank
Kmart Corp.
Kosanovich Group - McDonald's Spendsmart
Kuehne & Nagel Ltd.
Lakeview Square LLC
Lancaster Partners
Lansing Mall LLC
Leonard Group - McDonald's Spendsmart
Level 3 Communications, LLC
Lexington Insurance Company
Li & Fung (Trading) Limited
Liberty Mutual
Linkedin Corporation
Lloyd's / Alpha
Lockton
Los Angeles County
Los Angeles Dept. of Water & Power
Luvel Foods Inc. (McDonald's)
Lynnhaven Mall LLC
Macerich Buenaventura LP
Macerich Cerritos LLC
Macerich Deptford LLC
Macerich Fresno LP
Macerich Lakewood LP
Macerich Niagara LLC
Macerich North Park Mall LLC
Macerich South Park Mall LLC
Macerich Victor Valley LP
Macerich Vintage Faire LP
Macerich Westside Pavilion Prop. LLC

Main, Waters Enterprises (McDonald's)
Mall At Cottonwood, LLC
Manhattan Associates Inc.
Manufacturers & Traders Trust Co.
Market Place S/C - GGPLP
Marsh
Mayfair Mall LLC
MBI, Inc. (McDonald's)
McDonald's of Texoma
McGuire Woods LLP
Media News Group
Medianews Group Inc.
Melissa Montes - McDonald's Spendsmart
Memphis Light, Gas and Water Division
Memphis Way (McDonald's)
Mendoza Co. Inc. - McDonald's Spendsmart
Mercer Human Resourcing Consulting
Microstrategy Services Corp.
MidAmerican Energy Company
Mitsui
MJX Asset Management, LLC
MOAC Mall Holdings LLC
MonPower/Monongahela Power
Montes Group - McDonald's Spendsmart
Mood Media
Moreno Group - McDonald's Spendsmart
Morgan Stanley Senior Funding
Morgan Stanley Swap Claim
MSM Property LLC
MTS Inc.
Mullins Group - McDonald's Spendsmart
Nasdaq Corporate Solutions
National Grid
National Union Fire Insurance Co. (AIG)
National Union Fire Insurance Company
National Union Fire Insurance Company of
   Pittsburgh, PA
Nationwide
Navigators Insurance Company
Newgate Mall Equities LLC
Nicor Gas
NIPSCO - Northern Indiana Public Serv. Co
NJB Operations (Taco Bell)
North Carolina Dept Of State Treasurer
North Dakota
North Star Mall LLC

Northern Virginia Electric Cooperative
Northgate Mall Durham LLC
NV Energy
NYC Fire Department
Oakwood Hills Mall LLC
Octagon Credit Investors, LLC
Octagon High Income Master Fund Ltd
Octagon Investment Partners 18-R, Ltd.
Octagon Investment Partners 24, Ltd.
Octagon Investment Partners 25, Ltd.
Octagon Investment Partners 26, Ltd.
Octagon Investment Partners 27, Ltd.
Octagon Investment Partners 28, Ltd.
Octagon Investment Partners 29, Ltd.
Octagon Investment Partners 30, Ltd.
Octagon Investment Partners 32, Ltd. (fka
   Octagon Investment Partners Funding 32
   LLC)
Octagon Investment Partners 33, Ltd.
Octagon Investment Partners XIV, Ltd.
Octagon Investment Partners XIX, Ltd.
Octagon Investment Partners XV Ltd.
Octagon Investment Partners XVI, Ltd.
Octagon Investment Partners XVII Ltd.
Octagon Investment Partners XVIII, Ltd.
Octagon Investment Partners XX, Ltd.
Octagon Investment Partners XXI, Ltd.
Octagon Investment Partners XXII, Ltd.
Octagon Investment Partners XXIII, Ltd.
Octagon Loan Funding, Ltd.
Octagon Multi-Strategy Corporate Credit
   Master Fund LP
Octagon Senior Secured Credit Master Fund
   Ltd
Ohio Bureau of Workers Compensation
Ohio Edison
Oracle America Inc.
Pacific Gas & Electric
Payless Finance, Inc.
Payless Inc.
Payless Shoesource, Inc.
Peachtree Mall LLC
PECO Energy Company
Penelec
Penn Power
Pennsylvania-American Water Company

5

PEPCO (Potomac Electric Power Company)
Pierre Bossier Mall LLC
Pine Ridge Mall JC LLC
Pitney Bowes Global Financial Svsc. LLC
PMAT DPP LLC
PMPCC Foods, LLC (Mcdonald's)
PNC Bank
PNM
Porter, Dale - MCD Spendsmart
Potomac Edison
Potomac Electric Power Company
PPL Electric Utilities/Allentown
Prescott Gateway Mall Realty Holding LLC
Pricewaterhousecoopers LLP
Prime Clerk LLC
Prince Kuhio Plaza LLC
Providence Equity Partners LLC
PSE&G-Public Service Elec & Gas Co
Publix Super Markets Inc.
Puerto Rico Dept. of Revenue
Puerto Rico Electric Power Authority
Puerto Rico Telephone
Puget Sound Energy
QPB Holdings Ltd.
Quantum Partners LP
R and A Restaurants - MCD's Spendsmart
Ready Refresh by Nestle
Regions Bank
Rembrandt Enterprises
Republic Services Inc.
Retzer Resources - McDonald's Spendsmart
Ridgedale Center LLC
Rio Grande Valley Premium Outlets
Royal Bank of Canada
RR Donnelley
S.S.M. Inc. (McDonald's)
Safeco Insurance Company
Safeco Insurance Company of America
Salesforce.Com Inc.
San Diego Gas & Electric
Santander Bank
Santee Cooper
SAS Institute, Inc.
Saul Holdings L.P.
SCE&G-South Carolina Electric & Gas
Schneider National Inc.

Schulz, Markuserika-MCD Spendsmart
Seaport Group Baseball Cards LLC
Sesame
Sesame Workshop
SHI International Corp
Sierra Vista 16 A, LLC
Sierra Vista Mall LLC
Silver Lake Mall LLC
Simon Property Group (Texas) LP
Simon Property Group LP
Skechers
Skechers Payless
Skechers USA Inc.
Smith Management
SMUD
SN Properties Funding IV - Leigh LLC
Sofia Vergara
Solarwinds
Soros Fund Management LLC
Southern California Edison Company
Southland Center LLC
SPB Restaurants, Inc. (Mcdonald's)
Spire/St Louis
Spring Hill Mall LLC
Sprint
Squire Patton Boggs Peña Prieto Gamundi
St Cloud Mall LLC
State of Alabama
State of Alaska
State of Arizona
State of California
State of Colorado
State of Florida
State of Hawaii
State of Idaho
State of Illinois
State of Indiana
State of Iowa
State of Kansas
State of Louisiana
State of Maryland
State of Michigan
State of Minnesota
State of Missouri
State of Nevada
State of New Hampshire

6

State of New Jersey
State of New Mexico
State of North Carolina
State of Oklahoma
State of Pennsylvania
State of Rhode Island
State of Tennessee
State of Texas
State of Vermont-DCF-Economic Services
State of West Virginia
State of Wisconsin
Steward Incorporated - McDonald's
Stingley Mgmt. - McDonald's Spendsmart
Strategic Investment Opportunities, LLC
Sulphur Springs Valley Elec Coop
Sun Life Assurance Company
Sun Life Assurance Company of Canada
SYNCB/Amazon
Sysco Kansas City, Inc.
Tampa Electric Company, Credit Department
Target Corporation
Target Stores
TCF Bank
TD Bank
TDS Restaurants, Inc. - MCD Spendsmart
Teco Tampa Electric Company
Teco: Peoples Gas
Texas Department of State Health Svcs.
The Connecticut Light and Power Company
The Hongkong and Shanghai Banking
  Corporation Limited (HSBC)
The Irvine Company LLC
The Irvine Company Retail Prop.
The North Face
The Ohio Casualty Insurance Company
  (Liberty)
The Salvation Army (Anacortes)
The Salvation Army (Elyria)
The Salvation Army (Hartford)
The Salvation Army (Mansfield)
The Salvation Army (Plymouth)
The Salvation Army (Shelby)
The Salvation Army (Soledad)
The Salvation Army (Tustin)
The Salvation Army (Wichita)
The Salvation Army (Williamsport)

The Variable Annuity Life Insurance
  Company
Thomson Reuters Canada
Thyssenkrupp Elevator Corp
Tierra Group Inc.
Time Warner Cable
Topline
Toronto Dominion Bank
Town East Mall LLC
Toys R Us-Delaware Inc.
Tracy Mall Partners, LP
Travelers Casualty & Surety Company of
  America
Trigg Elisa Mcdonald's Spendsmart
Triple S, Inc.
Trumbull Shopping Center #2 LLC
Trustmark
Turlock Irrigation District
Tuscaloosa County Special
TVO Mall Owner LLC
U.S. Bank National Association
U.S. Customs and Border Protection
UMB Bank, N.A.
Union Bank
United Bank
United Food & Commercial
United Healthcare
United Parcel Service, Inc.
UNS Electric Inc
UNS Gas Inc
UPS
UPS Freight
UPS Supply Chain Solutions Inc
US Bank
US Bank Air BTA
US Bank EDC
US Bank IT/Software
US Bank NA
US Bank NA as Trustee/Francis Scott Key
US Bank PR
US Bank REC
US Bank STS
US Bank Tax
US Customs
US Specialty Insurance Co.
Valley Hills Mall

7

Venture 32 CLO, Limited
Venture 35 CLO, Limited
Venture VII CDO Limited
Venture XII CLO Limited
Venture XIII CLO, Limited
Venture XIV CLO, Limited
Venture XV CLO, Limited
Venture XVI CLO, Limited
Venture XVII CLO, Limited
Verizon
Verizon Business
Verizon Wireless
Viacom International Media Networks
Virgin Island Water & Power Authority
Virgin Islands Water & Power Authority
Virginia Natural Gas
VMware Inc.
Walgreen Co
WBG - PSS Holdings LLC
Wells Fargo Bank, N.A.
Wells Fargo Bank, National Association
Wells Fargo Retail Finance LLC
Wells Fargo SBLC
Wells Fargo Vendor
Wendy's (Hobart)
Wendy's (Valparaiso)
Wendys Old Fashioned Hamburgers of
  Atlanta
Westar Energy/KPL
Westchester Fire Insurance Co (ACE)
Westchester Fire Insurance Company
Westroads Mall LLC-GGPLP
White Marsh Mall LLC
Whittington Group - Mcdonald's Spendsmart
WHLR - Conyers Crossing, LLC
Willowbrook Mall LP
Windstream
Wojtowicz Group - Mcdonald's Spendsmart
Wolf Organization – MCD Spendsmart
Woodbridge Center Property LLC
Woodforest National Bank
Worker's Compensation Board
XAI Octagon Floating Rate & Alternative
  Income Term Trust
XCEL Energy: Northern States Power Co.

XCEL Energy: Public Service Company of
  CO
XCEL Energy: Southwestern Public Service
XL Catlin
XL Insurance
XL Insurance America, Inc
XL Professional
XL Specialty Insurance Co.
York Capital Management Global Advisors,
  LLC
York Global Finance BDH, LLC
Zurich
Zurich American Ins. Co.
Zurich American Insurance Co.
Zurich Canada

## Schedule 4

**Schedule of Searched Parties that are Currently Serving, or Have in the Past Served, on Other Informal and/or Official Creditors' Committees Represented by Akin Gump**

0511 Simon Property Group (TX)
0540 Simon Property Group LP
0732 Simon Property Group LP
1540-Simon Property Group (TX) LP
2105 Simon Property Group LP
2307-Simon Property Group LP
2546 Simon Prop. Grp. (TX) LP
4832 Simon Property Group, Inc.
9690 Simon Capital
A Voce CLO, Ltd.
AGCS Marine Insurance Company (Allianz)
AIG Australia Limited
AIM Counselor Series Trust (Invesco
 Counselor Series Trust)-Invesco Floating
 Rate Fund
Alden Global Capital
Alden Global Opportunities Master Fund,
 L.P.
Allianz Global Corporate & Specialty,
 Americas
Allianz Global Risks US Insurance
 Company
American General Life Insurance Company
American Home Assurance Company
Apex Credit Partners LLC
AT&T
AT&T Mobility
AT&T Mobility Puerto Rico
Axar Capital Management LP
Axar Master Fund, Ltd.
Bank of America, N.A.
Blackstone Group-Dirksen
Brixmor Capitol SC LLC
Brixmor Cross Keys Common LLC
Brixmor GA Apollo I Sub LLC
Brixmor GA Apollo I TX Holdings LLC
Brixmor GA Apollo III Sub Holdings LLC
Brixmor GA Chicopee Marketplace LLC
Brixmor GA Coastal Way LLC
Brixmor GA Cobbleestone Village
Brixmor GA Panama City LLC
Brixmor GA San Dimas LP

Brixmor GA Wilkes-Barre LP
Brixmor Hanover Square SC LLC
Brixmor Holdings 11 SPE, LLC
Brixmor Holdings 12 SPE LLC
Brixmor Holdings 6 SPE LLC
Brixmor Holdings 8 SPE LLC
Brixmor Morris Hills LLC
Brixmor Old Bridge LLC
Brixmor Property Owner II LLC
Brixmor Roosevelt Mall Owner LLC
Brixmor Silver Pointe LLC
Brixmor Southport Centre LLC
Brixmor SPE 2 LLC
Brixmor SPE 3 LLC
Brixmor SPE 5 LLC
Brixmor SPE 6 LLC
Brixmor Spradlin Farm LLC
Brixmor Tri City Plaza LLC
BSP Special Situations Master A L.P.
Chartis (National Union Fire)
Cigna Behavioral Health
Cigna Global Health Benefits
Cigna Group Insurance-Life & Disability
Citi Loan Funding GCPH TRS LLC
Citibank, N.A.
Citigroup Financial Products Inc.
Consolidated Edison Company of New
 York, Inc.
Credit Suisse Asset Management, LLC
Credit Suisse Loan Funding LLC
Entergy Arkansas, Inc.
Entergy Gulf States LA, LLC
Entergy Louisiana LLC
Entergy Louisiana, Inc.
Entergy Mississippi, Inc.
Entergy New Orleans LLC
Entergy Texas, Inc./8104
Ernst & Young LLP
GGP - Maine Mall LLC
GGP Ala Moana LLC
GGP -Cumberland Mall
GGP -Four Seasons LP

GGP Glenbrook LLC
GGP Limited Partnership
GGP Meadows Mall GGP
GGP Northridge Fashion Center LP
GGP Providence Place LLC
GGP Staten Island Mall LLC
GGP Tucson Mall LLC
GGPLP LLC
GGPLP Real Estate Inc.
Henry Schein Practice Solutions
Hewlett-Packard Financial Services
  Company
Huntington National Bank
Invesco BL Fund, Ltd.
Invesco Dynamic Credit Opportunities Fund
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Secured Management, Inc.
Invesco SSL Fund LLC
Invesco Zodiac Funds-Invesco Us Senior
  Loan Fund
JFIN CLO 2012 Ltd.
JFIN CLO 2013 Ltd.
JPMorgan Chase Bank
Manufacturers & Traders Trust Co.
Market Place S/C - GGPLP
MJX Asset Management, LLC
Morgan Stanley Senior Funding
Morgan Stanley Swap Claim
National Union Fire Insurance Co. (AIG)
National Union Fire Insurance Company
National Union Fire Insurance Company of
  Pittsburgh PA
Octagon Credit Investors, LLC
Octagon Creditor Investors
Octagon High Income Master Fund Ltd
Octagon Investment Partners 18-R, Ltd.
Octagon Investment Partners 24, Ltd.
Octagon Investment Partners 25, Ltd.
Octagon Investment Partners 26, Ltd.
Octagon Investment Partners 27, Ltd.
Octagon Investment Partners 28, Ltd.
Octagon Investment Partners 29, Ltd.
Octagon Investment Partners 30, Ltd.

Octagon Investment Partners 32, Ltd. (fka
  Octagon Investment Partners Funding 32
  LLC)
Octagon Investment Partners 33, Ltd.
Octagon Investment Partners XIV, Ltd.
Octagon Investment Partners XIX, Ltd.
Octagon Investment Partners XV Ltd.
Octagon Investment Partners XVI, Ltd
Octagon Investment Partners XVII Ltd.
Octagon Investment Partners XVIII, Ltd.
Octagon Investment Partners XX, Ltd.
Octagon Investment Partners XXI, Ltd.
Octagon Investment Partners XXII, Ltd.
Octagon Investment Partners XXIII, Ltd.
Octagon Loan Funding, Ltd.
Octagon Multi-Strategy Corporate Credit
  Master Fund LP
Octagon Senior Secured Credit Master Fund
  Ltd
Providence Equity Partners LLC
QPB Holdings Ltd.
Quantum Partners LP
Rio Grande Valley Premium Outlets
Simon Property Group (Texas) LP
Simon Property Group LP
Smith Management
Soros Fund Management LLC
Strategic Investment Opportunities, LLC
TD Bank
The Hongkong and Shanghai Banking
  Corporation Limited (HSBC)
The Variable Annuity Life Insurance
  Company
Toronto Dominion Bank
U.S. Bank National Association
UMB Bank, N.A.
US Bank
US Bank IT/Software
US Bank NA
US Bank NA as Trustee/Francis Scott Key
US Bank PR
US Bank REC
US Bank STS
US Bank Tax
Venture 32 CLO, Limited
Venture 35 CLO, Limited

Venture VII CDO Limited
Venture XII CLO Limited
Venture XIII CLO, Limited
Venture XIV CLO, Limited
Venture XV CLO, Limited
Venture XVI CLO, Limited
Venture XVII CLO, Limited
Verizon
Verizon Business
Verizon Wireless
Wells Fargo Bank, N.A.
Wells Fargo Bank, National Association
Wells Fargo Retail Finance LLC
Wells Fargo SBLC
Wells Fargo Vendor
Westroads Mall LLC-GGPLP
XAI Octagon Floating Rate & Alternative
  Income Term Trust
York Capital Management Global Advisors,
  LLC
York Global Finance BDH, LLC

## **Exhibit B**

**Marotta Declaration**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 19-40883-659 |
| | ) Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) |
| | ) |
| | ) (Joint Administration Requested) |
| Debtors. | ) |
| | ) |

**DECLARATION OF STEPHEN MAROTTA IN SUPPORT**
**OF THE DEBTORS' APPLICATION FOR THE ENTRY OF AN ORDER**
**AUTHORIZING THE RETENTION AND EMPLOYMENT OF AKIN GUMP STRAUSS**
**HAUER & FELD LLP AS COUNSEL TO THE DEBTORS AND DEBTORS**
**IN POSSESSION EFFECTIVE NUNC PRO TUNC TO THE PETITION DATE**

I, STEPHEN MAROTTA, hereby declare under penalty of perjury:

1.      I am the Chief Restructuring Officer of the above-captioned debtors and debtors in possession (collectively, the "Debtors").

2.      I submit this declaration (the "Declaration") in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* (the "Application").[1]  Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by other members of the Debtors' management and the Debtors' advisors.

**THE DEBTORS' SELECTION OF COUNSEL**

3.      The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

the same client-driven market forces, scrutiny, and accountability as professionals in non-bankruptcy engagements.

4.     Akin Gump is familiar with the Debtors' business and financial affairs and has served as general corporate counsel to the Debtors since August 2017.  Specifically, Akin Gump's representation of the Debtors has included corporate, finance, securities, labor and litigation work.  As a result of such representations, Akin Gump is intimately familiar with the Debtors' business, financial affairs and capital structure and has the necessary background to address effectively and efficiently the various legal issues that may arise in the context of the chapter 11 cases.  For these reasons, I believe that Akin Gump is both well qualified and uniquely situated to represent the Debtors in the chapter 11 cases.

## RATE STRUCTURE

5.     Akin Gump has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Akin Gump typically charges for non-bankruptcy representations.  I can confirm that the rates Akin Gump charged the Debtors in the prepetition period are the same as the rates Akin Gump will charge the Debtors in the postpetition period, subject to annual adjustments.

## COST SUPERVISION

6.     The Debtors recognize their responsibility to closely monitor the billing practices of their counsel to ensure that the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases.  Akin Gump has shared with the Debtors, and the Debtors have approved, projected fees and expenses. In addition, the Debtors will review the monthly fee statements that Akin Gump regularly submits.  Akin Gump's fees and expenses will be subject to periodic review during the course of the Debtors'

2

chapter 11 cases by the Debtors, the Office of the United States Trustee for the Eastern District of Missouri and the Bankruptcy Court.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  February 19, 2019

*/s/ Stephen Marotta*

Stephen Marotta
Chief Restructuring Officer, Payless Holdings LLC

## Exhibit C

**Engagement Letter**



**Akin Gump**

STRAUSS HAUER & FELD LLP

ALLISON P. MILLER
+1 212.872.7483/fax: +1 212.872.1002
amiller@akingump.com

August 15, 2017

Payless Holdings, LLC
Mr. Bob Donahoo
3231 SE Sixth Avenue
Topeka, Kansas 66607

Re:     Terms of Engagement

Dear Mr. Donohoo:

I am pleased to confirm our representation of Payless Holdings, LLC in connection with providing general corporate advice for them. The firm appreciates your confidence in us, and we look forward to working with you.

At the beginning of our representation of a client, the firm's policy is to describe the manner in which we will bill for legal services and disbursements. A clear understanding of those matters helps to maintain a harmonious professional relationship. I encourage you to consider the matters set forth in this letter carefully and to raise with us any question that you may have now or later about its contents.

We refer matters to those lawyers in this firm who in our judgment can perform the highest quality work, in a timely and efficient manner, and at the lowest cost. We also employ non-lawyer assistants in tasks where lawyers are not necessary, to facilitate the rapid and efficient performance of services.

While I certainly do not expect that you will find the legal representation by this firm to be in any way unsatisfactory, I do encourage you to discuss any problems or questions with me at any time.

The firm charges for my services at the hourly rate of USD 895.00. Other lawyers in the firm are charged at rates between USD 335.00 to USD 1,500.00 per hour. Hourly rates for paralegals range from USD 150.00 to USD 460.00. The firm may change these rates in the future, in which case the new rates will apply to work done after your receipt of written notice from the firm of those rate changes. In addition, expenses advanced on your behalf or internal charges for administrative services (which may exceed our direct costs) are added to the statement rendered for the month in which such expenses or charges are recorded in our billing system.



Payless Holdings, ILC
August 15, 2017
Page 2

Our standard practice is to bill on a monthly basis. This allows our clients to monitor both current and cumulative fees and expenses. We require that payment of statements be made within 10 days of receipt, and we may suspend or terminate any work in progress if timely payment is not made. We may also withdraw from the representation in a manner consistent with applicable ethical standards.

New York State has established a Fee Dispute Resolution Program for the resolution of certain fee disputes between attorneys and clients. In some circumstances, Payless Holdings, LLC may be eligible to participate in this program if a fee dispute should arise. Attached as Exhibit "A" is an excerpt of the certain sections of Part 137 of the Rules of the Chief Administrator establishing the Fee Dispute Resolution Program.

Attached to this letter is our Statement of Firm Policies (the **"Statement"**) that will apply to our representation of you. In the event of a conflict between the terms of the Statement and the terms of this letter, the terms of this letter shall control. Please review these policies and let me know if you have any questions concerning them.

If the terms described above and in the attached Statement are satisfactory to you, please so indicate by signing the enclosed copy of this letter and returning the signed copy.

Sincerely yours,

AKIN GUMP STRAUSS HAUER & FELD LLP

Allison P. Miller

Enclosure



**Akin Gump**
STRAUSS HAUER & FELD LLP

Payless Holdings, lLC
August 15, 2017
Page 3

**AGREED**:

Payless Holdings, LLC

By:_____
        Payless Holdings, LLC.

Date:_____



**Akin Gump**
STRAUSS HAUER & FELD LLP

## EXHIBIT A

**§137.0    Scope of Program**

This Part establishes the New York State Fee Dispute Resolution Program, which provides for the informal and expeditious resolution of fee disputes between attorneys and clients through arbitration and mediation. In accordance with the procedures for arbitration, arbitrators shall determine the reasonableness of fees for professional services, including costs, taking into account all relevant facts and circumstances. Mediation of fee disputes, where available, is strongly encouraged.

**§137.1    Application**

(a)    This Part shall apply where representation has commenced on or after January 1, 2002, to all attorneys admitted to the bar of the State of New York who undertake to represent a client in any civil matter.

(b)    This Part shall not apply to any of the following:

(1)    representation in criminal matters;

(2)    amounts in dispute involving a sum of less than $1000 or more than $50,000, except that an arbitral body may hear disputes involving other amounts if the parties have consented;

(3)    claims involving substantial legal questions, including professional malpractice or misconduct;

(4)    claims against an attorney for damages or affirmative relief other than adjustment of the fee;

(5)    disputes where the fee to be paid by the client has been determined pursuant to statute or rule and allowed as of right by a court; or where the fee has been determined pursuant to a court order;

(6)    disputes where no attorney's services have been rendered for more than two years;

(7)    disputes where the attorney is admitted to practice in another jurisdiction and maintains no office in the State of New York, or where no material portion of the services was rendered in New York;

(8)    disputes where the request for arbitration is made by a person who is not the client of the attorney or the legal representative of the client.

**Akin Gump**
STRAUSS HAUER & FELD LLP

### §137.2     General

(a)     In the event of a fee dispute between attorney and client, whether or not the attorney already has received some or all of the fee in dispute, the client may seek to resolve the dispute by arbitration under this Part.  Arbitration under this Part shall be mandatory for an attorney if requested by a client, and the arbitration award shall be final and binding unless de novo review is sought as provided in section 137.8.

(b)     The client may consent in advance to submit fee disputes to arbitration under this Part.  Such consent shall be stated in a retainer agreement or other writing that specifies that the client has read the official written instructions and procedures for Part 137; and that the client agrees to resolve fee disputes under this Part.

(c)     The attorney and client may consent in advance to arbitration pursuant to this Part that is final and binding upon the parties and not subject to de novo review.  Such consent shall be in writing in a form prescribed by the Board of Governors.

(d)     The attorney and client may consent in advance to submit fee disputes for final and binding arbitration to an arbitral forum other than an arbitral body created by this Part.  Such consent shall be in writing in a form prescribed by the Board of Governors.  Arbitration in that arbitral forum shall be governed by the rules and procedures of that forum and shall not be subject to this Part.



## STATEMENT OF FIRM POLICIES

We appreciate your decision to retain Akin Gump Strauss Hauer & Feld LLP ("**Akin Gump**") as your legal counsel and look forward to developing our relationship with you in the course of our representation. Our engagement is limited to the matter identified in the engagement letter to which this Statement of Firm Policies is attached. Except as may be modified by the accompanying engagement letter, the following summarizes our billing practices and certain other terms that will apply to our engagement.

### 1. Determination of Fees

When establishing fees for services that we render, we are guided primarily by the time and labor required, although we also consider other appropriate factors, such as the novelty and difficulty of the legal issues involved; the legal skill required to perform the particular assignment; time-saving use of resources (including research, analysis, data and documentation) that we have previously developed and stored electronically or otherwise in quickly retrievable form; the fee customarily charged by comparable firms for similar legal services; the amount of money involved or at risk and the results obtained; and the time constraints imposed by either the client or the circumstances. The firm generally requires a retainer in an amount which is appropriate with respect to the proposed representation. Unless otherwise agreed, the retainer will be applied to statements rendered in connection with the representation, with any unused portion being returned to the client.

In determining a reasonable fee for the time and labor required for a particular matter, we consider the ability, experience, and reputation of the lawyer or lawyers in our firm who perform the services. To facilitate this determination, we internally assign to each lawyer an hourly rate based on these factors. When selecting lawyers to perform services for a client, we generally seek to assign lawyers having the lowest hourly rates consistent with the skills, time demands, and other factors influencing the professional responsibility required for each matter. Of course, our internal allocation of values for lawyer time changes periodically (at least annually) to account for increases in our cost of delivering legal service, other economic factors, and the augmentation of a particular lawyer's ability, experience and reputation. Any such changes in hourly rates are applied prospectively. We record and bill our time in one-tenth hour (six-minute) increments.

The time for which a client will be charged will include, but will not be limited to, telephone and office conferences between client and counsel, witnesses, consultants, court personnel and others; conferences among our legal personnel; factual investigation; legal research; responding to clients' requests for us to provide information to their auditors in connection with reviews or audits of financial invoices; drafting of agreements, contracts, letters, pleadings, briefs and other documents; travel time; waiting time in court; and time in depositions and other discovery proceedings. In an effort to reduce legal fees, we utilize paralegal personnel. Time devoted by paralegals to client matters is charged at special billing rates, which also are



subject to adjustment from time to time by the firm. Our current range of hourly rates for lawyers and paralegals is referenced in the accompanying engagement letter.

## 2.     Expenses

In addition to legal fees, our statements will include out-of-pocket expenses that we have advanced on behalf of the client and our internal charges (which may exceed direct costs) for certain support activities. Advanced costs generally will include such items as travel expenses and fees for postage, filing, recording, certification, registration, and the like. Our internal charges typically cover such items as long distance telephone calls, facsimile transmissions, messenger services, overnight courier services, terminal time for computer research and complex document production, secretarial and paralegal overtime and photocopying or printing materials sent to the client or third parties or required for our use. We may request an advance cost deposit (in addition to the advance fee deposit) when we expect that we will be required to incur substantial costs on behalf of the client.

During the course of our representation, it may be appropriate or necessary to hire third parties to provide services on your behalf. These services may include such things as consulting or testifying experts, investigators, providers of computerized litigation support, court reporters, providers of filing services and searches of governmental records and filings, and local counsel. Because of the legal "work product" protection afforded to services that an attorney requests from third parties, in certain situations, our firm may assume responsibility for retaining the appropriate service providers. If we do so, you will be responsible for paying all fees and expenses directly to the service providers or reimbursing us for these costs.

## 3.     Billings

We bill monthly throughout the engagement for a particular matter, and our monthly statements are due within ten days after your receipt thereof. In instances in which we represent more than one person with respect to a matter, each person that we represent is jointly and severally liable for our fees with respect to the representation. Our statements contain a concise summary of each matter for which legal services were rendered and a fee was charged.

We invite our clients to discuss freely with us any questions that they have concerning a fee charged for any matter. We want our clients to be satisfied with both the quality of our services and the reasonableness of the fees that we charge for those services. We will attempt to provide as much billing information as the client requires and in such customary form that it desires, and are willing to discuss with our clients any of the various billing formats we have available that best suits their needs.

If any monthly statement is not paid within 60 days after the original statement date, we reserve the right to discontinue services on all pending matters for you until all of your accounts with us have been brought current. Additionally, if any statement is not paid within 60 days from the date of the original statement, we may, by written notice to you on a subsequent statement or

2



otherwise, declare the overdue account to be delinquent. We have no obligation to declare any account delinquent. If we declare an account to be delinquent, the amount owing on that account will accrue interest at a rate equal to one percent (1%) per month (a 12% annual percentage rate) from the date of our delinquency notice to you until the balance is paid in full, but in no event shall such rate exceed the maximum rate permitted by applicable law. Any payments made on past due statements are applied first to interest, if any, and then to the account balance, beginning with the oldest outstanding statement. In addition, we are entitled to attorneys' fees and costs if collection activities are necessary.

### 4.  Scope of Engagement

We will provide services of a strictly legal nature of the kind generally described in the engagement letter that accompanies this attachment. It is understood that you are not relying on us for business, investment, or accounting decisions, or to investigate the character or credit of persons with whom you may be dealing, or to advise you about changes in the law that might affect you unless otherwise specified in the letter. We will keep you advised of developments as necessary to perform our services and will consult with you as necessary to ensure the timely, effective, and efficient completion of our work. Attorneys in the firm typically have several client matters pending and are required to coordinate the scheduling of activities required for each pending client matter.

### 5.  Necessary Information

It is anticipated that you and any other entities affiliated with you will furnish us promptly with all information that we deem to be required to perform the services described in our engagement letter, including financial statements from qualified accountants and auditors, as appropriate, and documents prepared by other legal counsel employed by you in connection with prior or other matters. You will make such business or technical decisions or determinations as are appropriate to carry out our engagement.

Our engagement is premised and conditioned upon your representation that you are not aware of any material facts or current or historical problem (involving such matters as court orders, injunctions, cease and desist orders, judgments, liabilities, litigation, administrative proceedings, crimes, prosecutions, bankruptcies or securities violations) on the part of any person to be connected with you that you have not fully disclosed to us. You understand that the accuracy and completeness of any document (including securities disclosure documents, litigation pleadings and court filings) prepared by us is dependent upon your alertness to assure that it contains all material facts relating to the subject and purpose of such document and that such document must not contain any misrepresentation of a material fact nor omit information necessary to make the statements therein not misleading. To that end, you agree to review all documents prepared by us for their factual accuracy and completeness prior to any use thereof. You also acknowledge that this responsibility continues through our engagement in the event that such document becomes deficient in this regard. You hereby represent and warrant that any material, information, reports and financial statements, whether rendered orally or in writing,



**Akin Gump**
STRAUSS HAUER & FELD LLP

furnished to us by you will be accurate, and that we may rely upon the truth or accuracy of such information.

### 6. Confidentiality and Conflicts

Akin Gump is a large law firm with multiple offices around the world. Because of the firm's size and geographic scope, as well as the breadth and diversity of our practice, other present or future clients of the firm inevitably will have contacts with you. Accordingly, to prevent any future misunderstanding and to preserve the firm's ability to represent you and our other clients, we confirm the following understanding about certain conflicts of interest issues:

Unless we have your specific agreement that we may do so, we will not represent another client in a matter that is substantially related to a matter in which we represent you and in which the other client is adverse to you. We understand the term "matter" to refer to transactions, negotiations, proceedings and other representations involving specific parties.

In the absence of a conflict as described above, you acknowledge that we will be free to represent any other client either generally or in any matter in which you may have an interest, including, but not limited to: (i) agreements; licenses; mergers and acquisitions; joint ventures; loans and financings; securities offerings; bankruptcy or insolvency; patents, copyrights, trademarks, trade secrets or other intellectual property; real estate; government contracts; the protection of rights; and representation before regulatory authorities; and (ii) representation and advocacy with respect to legislative issues, policy issues, administrative proceedings, or rulemakings.

We do not view this advance consent to permit unauthorized disclosure or use of any client confidences. Under applicable Rules of Professional Conduct, we are obligated to and shall preserve the confidentiality of any confidential information you provide to us. In this connection, we may obtain nonpublic personal information about you in the course of our representation. We restrict access to your nonpublic personal information to firm personnel who need to know that information in connection with our representation and, as appropriate, third parties assisting in that representation. We maintain appropriate physical, electronic, and procedural safeguards to protect your nonpublic personal information. We do not disclose nonpublic personal information about our clients or former clients to anyone, except as permitted by law and applicable Rules of Professional Conduct.

We will not disclose to you or use on your behalf any documents or information with respect to which we owe a duty of confidentiality to another client or person.

The fact that we may have your documents and/or information that may be relevant to another matter in which we are representing another client will not prevent us from representing that other client in that matter without any further consent from you. In such a case, we will put in place screening and other arrangements to ensure that the confidentiality of your documents and/or information is maintained.

4



Our professional obligations to you and to our other clients will require us to run a new conflicts check if there is any change in the parties to the matter or any material change in its nature. We must also run a new conflicts check before undertaking any new matters with you.

### 7.    Termination of Engagement

Upon completion of the matter to which this representation applies, or upon earlier termination of our relationship, the attorney-client relationship will end unless you and we have expressly agreed to a continuation with respect to other matters. We hope, of course, that such a continuation will be the case. You have the right at any time to terminate our services and representation upon written notice to the firm. We reserve the right to withdraw from our representation if circumstances arise that under the applicable rules of professional conduct, allow or require us to.

### 8.    Disagreements Regarding Fees

In the event that you believe any statement for our services is erroneous for any reason, you shall notify us of the same within ten business days after receipt of such statement stating the basis for your belief. If agreement cannot be reached with respect to the amount owed, you agree to promptly pay the non-disputed portion of our statement and submit the disputed portion for resolution by the appropriate committee of the organized bar of the city where our office rendering such services is located. If no organized bar exists in that city, then you can submit to the Committee on Arbitration Relating to Fee Disputes (or similar committee) of the regulatory body governing the practice of law in the state or jurisdiction where our office rendering such services is located.

### 9.    Governing Law

OUR ENGAGEMENT SHALL BE GOVERNED BY THE LAWS OF THE JURISDICTION WHERE OUR OFFICE RENDERING OUR SERVICES IS LOCATED AND, EXCEPT FOR DISAGREEMENTS REGARDING FEES SUBMITTED TO ARBITRATION PURSUANT TO PARAGRAPH 8 ABOVE, VENUE FOR ANY OTHER ACTION HEREUNDER SHALL BE IN THE COUNTY WHERE OUR OFFICE RENDERING SUCH SERVICES IS LOCATED.

### 10.    Record Retention

Unless previously terminated, our representation of Payless Holdings, LLC as to providing general corporate advice for them will terminate upon the completion of the matter and our sending you our final statement for services rendered in connection with this matter. Following such termination, any otherwise nonpublic information you have supplied to us that is retained by us will be kept confidential in accordance with applicable rules of professional conduct. Following termination, we will return to you all documents and things that you provided to us in connection with our representation. If you do not wish to have your file



**Akin Gump**
STRAUSS HAUER & FELD LLP

returned to you, we will transfer it, or the remaining portions, to closed storage and retain it. Pursuant to the Firm's Record Retention Policy, if the Firm retains any portion of your file, at the end of seven years, the Firm will make reasonable efforts to locate and notify you that your file is available for return to you. If you instruct us to do so, files will be returned to you. Clients may be charged shipping costs for the return of client files. The responsible attorney should determine if it is appropriate depending upon the size of the matter and the extent of the likely cost to the firm. If you do not respond to the request, or if you so instruct us, the file will be destroyed. By agreeing to and accepting our representation as described in this letter, you agree to keep us informed of your most current address during the stated retention period.

### 11.  Miscellaneous

The engagement letter to which this Statement of Firm Policies is attached constitutes our entire understanding and agreement with respect to the terms of our engagement and supersedes any prior understandings and agreements, written or oral. If any provision of our engagement letter is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the provisions shall remain in full force and effect. Our engagement letter may only be amended in writing by the parties hereto.

Your agreement to this engagement constitutes your acceptance of the foregoing terms and conditions. If any of them is unacceptable to you, please advise us now so that we can resolve any differences and proceed with a clear, complete, and consistent understanding of our relationship.

6