# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 19-40883-659 |
| ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.,* ) | |
| ) | (Joint Administration Requested) |
| Debtors.[1] ) | |
| ) | |

## SUPPLEMENT TO APPLICATION FOR PRO HAC VICE ADMISSION

Jason W. Harbour applied to the Court for leave to appear in these cases pro hac vice (Doc. #76), but at the time of making his application had not yet secured a certificate of good standing from his home jurisdiction. He now has secured a certificate of good standing from his home jurisdiction, and a true and correct copy of same is attached hereto.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Payless Holdings LLC [5704]; Payless Intermediate Holdings LLC [5190]; WBG- PSS Holdings LLC [0673]; Payless Inc. [3160]; Payless Finance, Inc. [2101]; Collective Brands Services, Inc. [7266]; PSS Delaware Company 4, Inc. [1466]; Shoe Sourcing, Inc. [4075]; Payless ShoeSource, Inc. [4097]; Eastborough, Inc. [2803]; Payless Purchasing Services, Inc. [3043]; Payless ShoeSource Merchandising, Inc. [0946]; Payless Gold Value CO, Inc. [3581]; Payless ShoeSource Distribution, Inc. [0944]; Payless ShoeSource Worldwide, Inc. [6884]; Payless NYC, Inc. [4126]; Payless ShoeSource of Puerto Rico, Inc. [9017]; Payless Collective GP, LLC [2940]; Collective Licensing, LP [1256]; Collective Licensing International LLC [5451]; Clinch, LLC [9836]; Collective Brands Franchising Services, LLC [3636]; Payless International Franchising, LLC [6448]; PSS Canada, Inc. [4969]; Payless ShooeSource Canada Inc. [4180]; Payless ShoeSource Canada GP, Inc. [4182]; and Payless ShoeSource Canada LP [4179]. With respect to certain taxing authorities, the Debtors' address is 2001 Bryan Street, Suite 800, Dallas, Texas 75201. However, the location of Debtor Payless Holdings LLC's corporate headquarters and the Debtors' service address is: c/o Payless ShoeSource Inc., 3231 S.E.6th Avenue, Topeka, Kansas 66607.

<table>
<tr><td>

Dated: February 20, 2019
St. Louis, Missouri

</td><td>

Respectfully submitted,

**SPENCER FANE LLP**

/s/ Ryan C. Hardy
Eric C. Peterson MO #62429
Ryan C. Hardy MO #62926
1 North Brentwood Boulevard
Suite 1000
St. Louis, MO 63105
(314) 863-7733
(314) 862-4656 – Fax
epeterson@spencerfane.com
rhardy@spencerfane.com

- and -

**HUNTON ANDREWS KURTH LLP**

Dain A. De Souza
1111 Brickell Ave., Suite 2500
Miami, FL 33131
(305) 810-2500
DdeSouza@huntonak.com

-and-

Kevin M. Eckhardt
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
(213) 532-2000
keckhardt@huntonak.com

-and-

/s/ Jason W. Harbour
Jason W. Harbour
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
jharbour@huntonak.com

*Counsel and Proposed Counsel to the Appearing Parties*

</td></tr>
</table>