# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 19-40883-659 |
| PAYLESS HOLDINGS, LLC, et al., | ) | |
| | ) | Joint Administration |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby appoints the following creditors of the above-named jointly administered debtors to the Official Committee of Unsecured Creditors:

Moda Shoe, Ltd.
3601 AIA Tower Landmark East
100 How Ming Street, Kun Tong
Kowloon, Hong Kong
Attn.: Anthony Cox
(852) 2736-8093 (Phone)

Xiamen C&D Light Industry Co, Ltd.
Attn: Brian Metteldorf
14226 Ventura Blvd.
Sherman Oaks, CA  91423
(818) 990-4800 (Phone)

Simon Property Group, Inc.
Attn: Ronald Tucker
225 W. Washington Street
Indianapolis, IN  46204
317-263-2346 (Phone)

Huge Development, Ltd.
Attn: Jeffrey Tu
2nd Floor, Eton Tower
8 Husan Avenue
Causeway Bay, Hong Kong
886-4-2305-1789 (Phone)

Brookfield Property REIT, Inc.
Attn: Julie Minnick Bowden
350 N. Orleans, St., Ste. 3090
Chicago, IL  60654-1607
312-960-2707 (Phone)

C and C Accord, LTD.
Attn: Jayne Neal
Diba Far East LLC
3630 Corporate Trail Dr.
Earth City, MO  63045
314-209-0150 x 130 (Phone)

Yaquelin Garcia
1115 Monterey Street
Bakersfield, CA 93305

        DANIEL J. CASAMATTA
        Acting United States Trustee

        PAUL A. RANDOLPH
        Assistant United States Trustee

By:   /s/ Paul A. Randolph
       E.D.Mo #506384, AZ # 011952
       111 S. 10th Street, Suite 6.353
       St. Louis, MO 63102
       PH: (314) 539-2984
       FAX: (314) 539-2990
       Email: paul.a.randolph@usdoj.gov

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on this 1st day of March, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

        /s/ Kathy Lickenbrock
        Kathy Lickenbrock, Paralegal Specialist