**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | CHAPTER 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Hearing Date**: March 28, 2019 |
| | ) | **Hearing Time:** 10:00 a.m. (CT) |
| | ) | **Response Deadline**: March 21 |
| | ) | 2019 at 4:00 p.m. (CT) |
| | ) | **Hearing Location**: Courtroom 7 North |

## NOTICE OF ADJOURNMENT AND CONTINUANCE OF FINAL HEARING

PLEASE TAKE NOTICE that the final hearing on the *Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 364, 507, and 552 and Bankruptcy Rules 2002, 4001, and 9014 (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing* [Docket No. 61] and *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 216] (the "Motions"), originally scheduled for March 14, 2019 at 10:00 a.m. (Central Time), is adjourned and continued to **March 28, 2019 at 10:00 a.m. (Central Time)** in Courtroom 7 North of the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102. The deadline to respond to the Motions is extended to **March 21, 2019 at 4:00 p.m. (Central Time).**

**WARNING: THESE MOTIONS SEEK ORDERS THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN A MOTION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS.**

**YOU MUST FILE AND SERVE YOUR RESPONSE BY <u>MARCH 21, 2019 AT 4:00 P.M. CENTRAL TIME.</u>**

**YOUR RESPONSE MUST STATE WHY A MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE A MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

| | |
|---|---|
| St. Louis, Missouri<br>Dated:  March 6, 2019 | */s/ Richard W. Engel, Jr.*<br>Richard W. Engel, Jr. (MO 34641)<br>Erin M. Edelman (MO 67374)<br>John G. Willard (MO 67049)<br>**ARMSTRONG TEASDALE LLP**<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis, Missouri 63105<br>Telephone:    (314) 621-5070<br>Facsimile:     (314) 621-2239<br>Email:            rengel@armstrongteasdale.com<br>                       eedelman@armstrongteasdale.com<br>                       jwillard@armstrongteasdale.com |

- and -

Ira Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
mlahaie@akingump.com
kzuzolo@akingump.com

- and -

Julie Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
julie.thompson@akingump.com

*Proposed Counsel to the Debtors and Debtors in Possession*