# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 19-40883-659 |
| | ) Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) |
| | ) Jointly Administered |
| Debtors. | ) **Hearing Date**: March 28, 2019 |
| | ) **Hearing Time:** 10:00 a.m. (CT) |
| | ) **Objection Deadline**: March 21 |
| | ) 2019 at 4:00 p.m. (CT) |
| | ) **Hearing Location**: Courtroom 7 North |

## NOTICE OF ADJOURNMENT AND CONTINUANCE OF FINAL HEARING

PLEASE TAKE NOTICE that the final hearing on the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using the Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms and Books and Records; (II) Authorizing Continued Intercompany Transactions; (III) Granting Administrative Expense Status to Post-Petition Intercompany Payments; and (IV) Granting Related Relief* [Docket No. 11] (the "Motion"), originally scheduled for March 14, 2019 at 10:00 a.m. (Central Time), is adjourned and continued to **March 28, 2019 at 10:00 a.m. (Central Time)** in Courtroom 7 North of the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102. The deadline to object to the Motion is extended to **March 21, 2019 at 4:00 p.m. (Central Time).**

**WARNING:  THE MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN THE MOTION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING.  IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION.**

**YOU MUST FILE AND SERVE YOUR OBJECTION BY <u>MARCH 21, 2019 AT 4:00 P.M. CENTRAL TIME.</u>**

**YOUR OBJECTION MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT PRIOR TO THE HEARING, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

| | |
|---|---|
| St. Louis, Missouri<br>Dated: March 12, 2019 | */s/ Richard W. Engel, Jr.*<br>Richard W. Engel, Jr. (MO 34641)<br>Erin M. Edelman (MO 67374)<br>John G. Willard (MO 67049)<br>**ARMSTRONG TEASDALE LLP**<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis, Missouri 63105<br>Telephone: (314) 621-5070<br>Facsimile: (314) 621-2239<br>Email: rengel@armstrongteasdale.com<br>Email: eedelman@armstrongteasdale.com<br>Email: jwillard@armstrongteasdale.com<br><br>- and -<br><br>Ira Dizengoff (admitted *pro hac vice*)<br>Meredith A. Lahaie (admitted *pro hac vice*)<br>Kevin Zuzolo (admitted *pro hac vice*)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: idizengoff@akingump.com<br>Email: mlahaie@akingump.com<br>Email: kzuzolo@akingump.com<br><br>- and -<br><br>Julie Thompson (admitted *pro hac vice*)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>Email: julie.thompson@akingump.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |