**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date**: March 14, 2019 |
| | ) | **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) | **Response Deadline**: March 14, 2019 at |
| | ) | 10:00 a.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

<u>**NOTICE OF HEARING**</u>

**PLEASE TAKE NOTICE**: The below listed motions (the "<u>Motions</u>") are scheduled for hearing on **March 14, 2019 at 10:00 a.m**. (**Central Time)** at the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Thomas F. Eagleton US Courthouse, 111 S. 10th Street, 7th Floor – North Courtroom, St. Louis, Missouri 63102:

- *DEBTORS' MOTION TO QUASH DOCUMENT REQUEST OF THE AD HOC GROUP OF PREPETITION TERM LOAN LENDERS, MOTION TO SHORTEN TIME FOR RESPONSE, AND INCORPORATED MEMORANDUM IN SUPPORT* [Docket No. 535]

- *DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) SCHEDULING AN EXPEDITED HEARING, (II) APPROVING THE FORM AND MANNER OF NOTICE THEREOF, AND (III) GRANTING RELATED RELIEF* [Docket No. 536]

**WARNING: THE MOTIONS SEEK ORDERS THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN A MOTION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS.**

**YOU MUST FILE AND SERVE YOUR RESPONSE BY <u>MARCH 14, 2019 AT 10:00 A.M. CENTRAL TIME.</u>**

**YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Dated:  March 13, 2019
   St. Louis, Missouri

/s/ *Richard W. Engel, Jr.*
Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
rengel@armstrongteasdale.com
eedelman@armstrongteasdale.com
jwillard@armstrongteasdale.com

-and-

Ira Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
aqureshi@akingump.com
mlahaie@akingump.com

- and -

Julie Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
julie.thompson@akingump.com

*Proposed Counsel to the Debtors and Debtors in Possession*