IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>PAYLESS HOLDINGS<br>LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-40883<br><br>JOINTLY ADMINISTERED<br><br>HEARING DATE AND TIME:<br><br>OBJECTION DEADLINE:<br><br>HEARING LOCATION<br>Courtroom 7 North |

## MOTION OF LIBERTY MUTUAL INSURANCE COMPANY AND SAFECO INSURANCE COMPANY OF AMERICA TO LIFT THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(A)

Liberty Mutual Insurance Company ("Liberty") and Safeco Insurance Company ("Safeco"), collectively referred to as the Sureties, through their undersigned counsel, move pursuant to 11 U.S.C. § 362, for an order granting Sureties relief from the automatic stay to allow the Sureties to terminate and cancel certain surety bonds issued on behalf of Payless ShoeSource Wholesale, Inc. and certain of its affiliates (collectively, the "Debtors"), and for adequate protection; Liberty and Safeco accordingly object to Debtors' *Motion Seeking Entry Of Interim And Final Orders (1) Authorizing The Debtors To Continue And Renew The Surety Bond Program, Etc And (II) Granting Related Relief* (Dkt # 21) (the "Surety Credit Motion") and in support hereof, the Sureties state as follows:

1

## Summary of Relief Sought

The Debtor companies are now proceeding with liquidation. In Payless I, the Sureties accepted the terms of the surety credit order that allowed them the use of collateral and the extension of surety credit in the ordinary course of business. With the liquidation of the assets of the companies, the Debtors have no need for post-petition surety credit. The Debtors in the Surety Credit Motion, while purporting to offer protection under § 364 of the Code for the sureties' post-petition extension of credit in the surety credit motion, fail to provide for any lien or collateral that would offer that protection for the extension of surety credit post-petition. The surety bonds are financial accommodations that cannot be assumed. Accordingly, the Sureties request the Court lift the automatic stay to enable the Sureties to terminate or cancel the bonds as promptly as possible by their terms or the regulation, statute or ordinance governing the cancellation of the surety bonds.

## Liberty and Safeco Adopt the Legal Argument and Points and Authority Set forth in the Federal and Westchester Motion in Support of the Relief Sought in this Motion

In presenting this Motion, the Sureties adopt the legal argument and authority cited by Westchester Fire Insurance Company and Federal Insurance Company in their *Joint Motion if Westchester Fire Insurance Company and Federal Insurance Company for Relief from the Automatic Stay to Cancel Surety Bonds and for Adequate Protection Pursuant to 11 U.S.C. § 362.* (Dkt. # 290). As set forth in their Motion, and based upon the authorities cited therein, surety bonds are financial accommodations, are not property of the estate, cannot be assumed, and accordingly, cause exists to lift the automatic stay to permit the cancellation of the bonds. *See In re Wegner Farms Co.*, 49 B.R. 440 (Bankr. Iowa 1985) (requiring relief from stay to cancel surety bond); *Matter of Edwards Mobile Home Sales, Inc.*, 119 B.R. 857 (Bankr. M.D. Fla. 1990).

**The Safeco and Liberty Surety Bonds**

Liberty and Safeco collectively issued on behalf of the Debtors a total of approximately 80 bonds, intended to secure Debtors' obligations to pay various obligations relating to (a) customs and excise tax obligations; (b) utilities; (c) sales and use tax obligations; and (d) workers compensation claims. The burden of paying accrued post-petition Customs duties and penalties should not be imposed on the sureties nor should the sureties' payments unjustly enrich parties holding security interests in the imported inventory. Likewise, the risk of non-payment of utility bills should not be imposed upon the Sureties to the benefit of other creditors. A list of the open surety bonds is **Exhibit A** to this Motion.

Surety bonds are three-party contractual obligations, naming the applicable Debtor as the primary obligor, and the Sureties as secondary obligors, and securing the Debtor's performance of the contractual obligation in favor of an obligee, in this case the obligations include the payment of pre and post-petition taxes, duties, utility charges or workers compensation payments. Restatement of the Law Third, Suretyship & Guaranty, § 1 (1996). A bond sets forth the continued and ongoing obligation of the Debtors to meet these underlying obligations, and the Surety's secondary liability. Failure of the Debtors to meet the obligations secured by the bonds will result in losses to the Sureties post-petition. The bonds are on their face financial accommodations, guaranties of the Debtors' obligations, that are executory, as evidenced by the need for these bonds as described in the Surety Motion and the fact that the Debtors' failure to perform post-petition can cause liability to the Sureties. *In re Sun Runner Marine, Inc.*, 945 F.2d 1089 (9th Cir. 1991); *Matter of Edwards Mobile Home Sales, Inc.*, 119 B.R. 857 (Bankr. M.D. Fla. 1990); *In re Wegner Farms Co.*, 49 B.R. 440 (Bankr. Iowa 1985); *In re Adana Mort. Bankers, Inc.*, 12 B.R. 977 (N.D.Ga. 1980). Assumption of the bonds is plainly prohibited by 11 U.S.C. § 365(c)(2).

3

### The Indemnity Agreement

These bonds were issued in reliance upon the execution of an Indemnity Agreement. **Exhibit B.** The sureties have contractual rights under the Indemnity Agreement, including the right to withdraw from future liability and the right to decline to execute any bond. In addition to the obligation to indemnify the surety, the Indemnity Agreement require the Debtors to post sufficient collateral to protect the Sureties.

### Claims and Collateral

The Sureties received claims against some of the bonds during the Payless I proceeding. The Sureties currently hold collateral in the amount of $2.5 million. Because of the liquidation of the Debtor companies and the exposure on the outstanding bonds, the collateral is insufficient to secure Safeco and Liberty from losses.

### Requested Relief

WHEREFORE, the Sureties respectfully request that the Court enter an order: (1) granting the Sureties relief from the automatic stay to cancel the Bonds; (2) providing the Sureties with adequate protection by requiring the Debtors to provide additional cash or a letter of credit to the Sureties as necessary to cover the actual exposure of the Sureties on all Bonds and (3) such other relief as is appropriate.

Dated: March 13, 2019

Respectfully submitted,

The Law Offices of T. Scott Leo, PC

/s/ T. Scott Leo_____

T. Scott Leo (admitted *pro hac vice*)
100 N. LaSalle St.
Suite 514
Chicago, Il 60606
Tel. 312-857-0910
Fax 312-857-1240
Email: sleo@leolawpc.com

*Attorney for Liberty Mutual Insurance Company
and Safeco Insurance Company of America*

# EXHIBIT A

List of Liberty and Safeco Bonds from 2016 Until March 2019

| Bond # | Principal | Obligee | Description | Surety Paper | Contract / Bond Amount |
|---|---|---|---|---|---|
| 39S008702 | PAYLESS SHOESOURCE INCORPORATED STORE 5446 | SUMTER ELECTRIC COOPERATIVE INCORPORATED | UTILITY BONDACCOUNT 8011963800 | Safeco Insurance Company of An | 1,215 |
| 39S001576 | PAYLESS SHOESOURCE INCORPORATED STORE 3658 | STARKVILLE ELECTRICE DEPARTMENT | UTILITY PAYMENT BOND | Safeco Insurance Company of An | 650 |
| 39S001688 | PAYLESS SHOESOURCE INCORPORATED | UTILITY BD OF THE CITY OF KEY WEST | UTILITY PAYMENT BOND | Safeco Insurance Company of An | 959 |
| 39S004759 | PAYLESS SHOESOURCE INCORPORATED | Entergy Arkansas Inc | UTILITY BOND-VARIOUS LOCATIONSACCOUNT NO. 1484815 | Safeco Insurance Company of An | 6,200 |
| 39S002610 | PAYLESS SHOESOURCE INCORPORATED | ENTERGY MISSISSIPPI INCORPORATED | UTILITY BONDPAYLESS AND PARADE OF SHOES STORES LOCATED IN THIS TERRITORY | Safeco Insurance Company of An | 25,000 |
| 674208146 | Payless ShoeSource, Inc. | Entergy Louisiana LLC | Utility Bond - Various Locations | Liberty Mutual Insurance Compar | 20,210 |
| 674208143 | Payless ShoeSource, Inc. | Arizona Public Service Company | Electric service bond for "attached schedule A" | Liberty Mutual Insurance Compar | 25,790 |
| 674208139 | Payless ShoeSource, Inc. | Atlantic City Electric (ACE) | Utility bond per attached schedule | Liberty Mutual Insurance Compar | 7,385 |
| 39S001815 | PAYLESS SHOESOURCE INCORPORATED | NO. LITTLE ROCK UTILITIES | UTILITY PAYMENT BONDSTORE #3843 AT MCCAIN MALL, 392 MCCAIN, SPACE I-5 | Safeco Insurance Company of An | 1,700 |
| 39S003936 | PAYLESS SHOESOURCE INCORPORATED | CITY OF TALLAHASSEE FLORIDA | UTILITY BOND | Safeco Insurance Company of An | 4,500 |
| 39S001575 | PAYLESS SHOESOURCE INC./PARADE OF SHOES | CONSOLIDATED EDISON COMPANY OF NEW YORK | UTILITY PAYMENT BOND-VARIOUS LOCATIONS | Safeco Insurance Company of An | 91,437 |
| 39S003952 | PAYLESS SHOESOURCE INCORPORATED STORE 868 | WEST MEMPHIS UTILITY COMMISSION | UTILITY BOND | Safeco Insurance Company of An | 1,000 |
| 39S001630 | PAYLESS SHOESOURCE INCORPORATED | MURFREESBORO ELECTRIC DEPARTMENT | UTILITY PAYMENT BOND | Safeco Insurance Company of An | 1,000 |
| 674207736 | Payless ShoeSource, Inc. | Constellation NewEnergy, Inc. | Utility Bond - see attached schedule | Liberty Mutual Insurance Compar | 65,000 |
| 39S016037 | PAYLESS SHOESOURCE INCORPORATED | GULF POWER COMPANY | UTILITY BOND- ALL PAYLESS SHOESOURCE ACCOUNTS AT GULF POWER | Safeco Insurance Company of An | 11,230 |
| 39S211421 | PAYLESS SHOESOURCE INCORPORATED | SOUTHERN CALIFORNIA EDISON COMPANY | UTILITY BOND FOR VARIOUS LOCATIONS - SEE LIST | Liberty Mutual Insurance Compar | 172,900 |
| 39S001865 | PAYLESS SHOESOURCE INCORPORATED | WITHLACOOCHE POWER COOPERATIVE | UTILITY BOND - LOCATION: STORE #5472-5335 COMMERCIAL WAY,SPACE 705, SPRING HILL, FL 34606. | Safeco Insurance Company of An | 3,000 |
| 674027097 | PAYLESS SHOESOURCE OF PUERO RICO, INC. | COMMONWEALTH OF PUERTO RICO, INC. | Tax Bond | Liberty Mutual Insurance Compar | 100,000 |
| 39S003911 | PAYLESS SHOESOURCE INCORPORATED | STATE OF NEVADA DEPARTMENT OF TAXATION | SURETY BOND POSTED TO SECURE PERFORMANCE UNDER TITLE 32 | Safeco Insurance Company of An | 80,807 |
| 39S003921 | PAYLESS SHOESOURCE INCORPORATED STORE 3018 | SANTEE COOPER | UTILITY BONDACCOUNT #252308601 | Safeco Insurance Company of An | 2,000 |
| 674207660 | Payless ShoeSource, Inc. | Eversource | Utility bond per the attached sspreadsheet | Liberty Mutual Insurance Compar | 21,565 |
| 39S202798 | PAYLESS SHOESOURCE WORLDWIDE, INC. | UNITED STATES VIRGIN ISLANDS | BOND FOR RELEASE OF MERCHANDISE PRIOR TO PAYMENT OF U.S. VIRGIN ISLANDS EXCISE TAXES - Principal Address: 3231 S.E. Sixth Av | Liberty Mutual Insurance Compar | 100,000 |
| 674207633 | Payless ShoeSource, Inc. | Eversource | Utility deposit bond per attached schedule A | Liberty Mutual Insurance Compar | 4,860 |
| 674209767 | Payless ShoeSource, Inc. | Reliant Energy Retail Services, LLC | Utility bond for locations per the attached schedule | Liberty Mutual Insurance Compar | 175,000 |
| 674207597 | Payless ShoeSource, Inc. | DUKE ENERGY | Utility service for locations per the attached spreadsheet | Liberty Mutual Insurance Compar | 14,168 |
| 674207596 | Payless ShoeSource, Inc. | Duke Energy Carolinas LLC | Utility service for locations per the attached spreadsheet | Liberty Mutual Insurance Compar | 12,335 |
| 674207333 | Payless ShoeSource, Inc. | Duke Energy Ohio | Utility services per the attached spreadsheet | Liberty Mutual Insurance Compar | 8,600 |
| 674207332 | Payless ShoeSource, Inc. | Duke Energy Kentucky, Inc. | Utility services per the attached spreadsheet | Liberty Mutual Insurance Compar | 1,951 |
| 674207331 | Payless ShoeSource, Inc. | Duke Energy Indiana, LLC | Utility bond for services per attached spreadsheet | Liberty Mutual Insurance Compar | 9,145 |
| 39S004771 | PAYLESS SHOESOURCE INCORPORATED STORE 229 | CITY OF BARTOW | UTILITY BOND | Safeco Insurance Company of An | 1,200 |
| 39S002388 | PAYLESS SHOESOURCE INCORPORATED STORE 1004 | CLARKSVILLE DEPARTMENT OF ELECTRICITY | UTILITY BONDACCOUNT 34014000 | Safeco Insurance Company of An | 1,179 |
| 39S212490 | Payless ShoeSource, Inc. | Virginia Electric and Power Company, dba Dominion Virginia Power | Electric Service at various locations - see attachment for location list with account numbers | Liberty Mutual Insurance Compar | 26,554 |
| 674209622 | Payless ShoeSource, Inc. | Benton Utilities | Utility bond per the attached schedule | Liberty Mutual Insurance Compar | 1,500 |
| 39S003897 | PAYLESS SHOESOURCE INCORPORATED | FLORIDA POWER & LIGHT COMPANY | UTILITY BOND-SCHEDULE OF STORES MASTER ACCOUNT NO: 50248-56725 | Safeco Insurance Company of An | 253,740 |
| 39S004758 | PAYLESS SHOESOURCE INCORPORATED STORE 1680 | TRI STATE ELECTRIC MEMBERSHIP CORPORATION | UTILITY BOND | Safeco Insurance Company of An | 1,500 |
| 39S001857 | PAYLESS SHOESOURCE INCORPORATED | CITY OF VERO BEACH | UTILITY BOND - STORE #5459 - 5960 20TH ST., VERO BEACH, FL32966 | Safeco Insurance Company of An | 1,500 |
| 39S001361 | PAYLESS SHOESOURCE INCORPORATED | NEW SMYRNA BEACH UTILITIES COMMISSION | UTILITY SERVICE BONDPRINCIPAL ADDR: 611 OLIVE, ST. LOUIS, MO 63101 | Safeco Insurance Company of An | 2,000 |
| 674207283 | Payless ShoeSource, Inc. | American Electric Power Company | Utility Deposit bond, see exhibit A for locations covered | Liberty Mutual Insurance Compar | 51,280 |
| 674209608 | Payless ShoeSource, Inc. | Orange and Rockland Utilities | Utility Services per the attached schedule | Liberty Mutual Insurance Compar | 3,850 |
| 39S010140 | PAYLESS SHOESOURCE INCORPORATED | ORLANDO UTILITIES COMMISSION COMMERCIAL SERVICES | UTILITY BOND-3 STORE LOCATIONS IN ORLANDO, FL #5261, #3284,#4025 | Safeco Insurance Company of An | 20,280 |
| 39S004740 | PAYLESS SHOESOURCE INCORPORATED STORE 6327RL | GROTON UTILITIES | UTILITY BONDACCOUNT 31446 | Safeco Insurance Company of An | 3,000 |
| 674207259 | Payless ShoeSource, Inc. | Alabama Power Company | Electric Service and/or Steam Heat for Store #201766 | Liberty Mutual Insurance Compar | 2,970 |
| 39S010136 | PAYLESS SHOESOURCE INCORPORATED STORE 112 | CARROLL ELECTRIC COOPERATIVE CORPORATION | UTILITY BOND | Safeco Insurance Company of An | 2,700 |
| 39S004731 | PAYLESS SHOESOURCE INCORPORATED STORE 1241 | COAST ELECTRIC POWER ASSOCIATION | UTILITY BOND | Safeco Insurance Company of An | 1,750 |
| 674207241 | Payless ShoeSource, Inc. | Central Maine Power Company | Utility bond per attached Schedule A | Liberty Mutual Insurance Compar | 8,773 |
| 39S001257 | PAYLESS SHOE SOURCE 2023 | CITY OF BRENHAM | UTILITY BOND | Safeco Insurance Company of An | 500 |
| 674209585 | PAYLESS SHOESOURCE INCORPORATED | Entergy New Orleans LLC | Utility bond - Various Locations | Liberty Mutual Insurance Compar | 2,550 |
| 674207236 | Payless ShoeSource, Inc. | New York State Electric and Gas | Utility Services per attached schedule | Liberty Mutual Insurance Compar | 5,885 |
| 39S003755 | PAYLESS SHOESOURCE INCORPORATED STORE 3828 | Northcentral Electric Power Association | UTILITY BOND-FOR ELECTRIC SERVICE; ACCOUNT NO:0080053-2 | Safeco Insurance Company of An | 1,000 |
| 674207234 | Payless ShoeSource, Inc. | Orlando Utilities Commission | Utility bond for service at location: 2764 E Colonial Drive, Orlando, FL 32803 | Liberty Mutual Insurance Compar | 3,200 |
| 39S001853 | PAYLESS SHOESOURCE INCORPORATED | THE CITY OF ROCK HILL YORK COUNTY SOUTH CAROLINA | UTILITY PAYMENT GUARANTEE BOND | Safeco Insurance Company of An | 500 |
| 39S007095 | PAYLESS SHOESOURCE INCORPORATED STORE 1875 | CITY OF DALTON DALTON UTILITIES | UTILITY BOND | Safeco Insurance Company of An | 1,000 |
| 39S001850 | PAYLESS SHOESOURCE INCORPORATED | NORWICH PUBLIC UTILITIES | UTILITY PAYMENT BOND - LOCATION: STORE #4384 - MARCUS PLAZA,624 W. MAIN ST., NORWICH, CT 06360-6043 | Safeco Insurance Company of An | 2,200 |
| 674028029 | Payless ShoeSource, Inc. | MEMPHIS LIGHT, GAS AND WATER DISTRICT | Utility Service bond for locations listed on Schedule A, attached to bond | Liberty Mutual Insurance Compar | 18,855 |
| 39S001831 | PAYLESS SHOESOURCE INCORPORATED STORE 143 | CITY OF STILLWATER | UTILITY BOND | Safeco Insurance Company of An | 1,700 |
| 39S001827 | PAYLESS SHOESOURCE INCORPORATED STORE 4418 | CITY OF FLORENCE UTILITIES | UTILITY BONDACCT #015-014148 | Safeco Insurance Company of An | 1,000 |
| 674208756 | PAYLESS SHOESOURCE INCORPORATED | PECO | Utility bond - locations per attached list | Liberty Mutual Insurance Compar | 8,820 |
| 674028012 | Payless ShoeSource, Inc. | The Connecticut Light and Power Company | Utility bond - per schedule A attached to the bond | Liberty Mutual Insurance Compar | 17,966 |
| 39S001873 | PAYLESS SHOESOURCE INCORPORATED | KANSAS DEPT. OF HUMAN RESOURCES DIV. OF WORKERS COMP. | SELF-INSURANCE AGGREGATE SURETY BOND | Safeco Insurance Company of An | 762,000 |
| 674028004 | Payless ShoeSource, Inc. | City of Calhoun | UTILITY PAYMENT BOND LOCATION: 102 W.C. BRYANT PKWY, CALHOUN, GA 30701 | Liberty Mutual Insurance Compar | 1,700 |
| 674027834 | Payless ShoeSource, Inc. | JEA Building Community | Utility bond for Electric and/or Water Service - Blanket bond for all Accounts | Liberty Mutual Insurance Compar | 12,320 |
| 674027831 | Payless ShoeSource, Inc. | Potomac Electric Power Company | Utility Bond - Electric for Accounts: 50011209488,50011600538, 50010842610, 50010842651, 50010881246, 50010880875 and 50010881204 | Liberty Mutual Insurance Compar | 17,895 |
| 674027829 | Payless ShoeSource, Inc. | South Carolina Electric and Gas Company | Utility Service per attached schedule A | Liberty Mutual Insurance Compar | 11,305 |
| 674027828 | Payless ShoeSource, Inc. | Pearl River Valley Electric Power Association | Utility Bond - account # 182482-0001, Store #5523 | Liberty Mutual Insurance Compar | 1,000 |
| 674015740 | Payless ShoeSource, Inc. | HYDRO OTTAWA LIMITED | Canadian Utility Bond. | Liberty Mutual Insurance Compar | 6,212 |
| 674027819 | Payless ShoeSource, Inc. | Salt River Project Agricultural Improvement and Power District | Utility Service for various locations, see attachment A. | Liberty Mutual Insurance Compar | 34,000 |
| 39S004669 | PAYLESS SHOESOURCE INCORPORATED STORE 347 & STORE 5446 | CITY OF LEESBURG FL | UTILITY BOND-ACCT. | Safeco Insurance Company of An | 1,700 |
| 674027810 | Payless ShoeSource, Inc. | Alcorn County Electric Power Associaton | Utility Bond for 2013 Highway 72E Space E East, Town Shopping Center Corinth, MS 38834 - Account: 201112-0024214 | Liberty Mutual Insurance Compar | 1,475 |
| 39S001914 | PAYLESS SHOESOURCE INCORPORATED STORE 1291 | CLAY ELECTRIC COOPERATIVE INC | UTILITY | Safeco Insurance Company of An | 1,300 |
| 39S007029 | PAYLESS SHOESOURCE INCORPORATED STORE 0312 0485 & 5244 | THE ELECTRIC POWER BOARD OF CHATTANOOGA TENNESSEE | UTILITY BOND-STORE #2131-2115 E. 3RD ST, STORE #485-216NORTHGATE MALL, STORE #5244-2124 GUNBARREL ROAD | Safeco Insurance Company of An | 6,800 |
| 39S003655 | PAYLESS SHOESOURCE INCORPORATED STORE 2106 | SEVIER COUNTY ELECTRIC SYSTEM | UTILITY BONDACCOUNT# 28795-02 | Safeco Insurance Company of An | 2,000 |
| 39S004654 | PAYLESS SHOESOURCE INCORPORATED | TAMPA ELECTRIC COMPANY CREDIT DEPARTMENT | UTILITY BOND- SEVERAL LOCATIONS | Safeco Insurance Company of An | 39,000 |
| 674027518 | Payless ShoeSource, Inc. | GreyStone Power Corporation | UTILITY BOND- Site 20476, Account # 314439003 and Site 205792, Account #314439004 | Liberty Mutual Insurance Compar | 3,500 |

| Bond # | Principal | Obligee | Description | Surety | Amount |
|---|---|---|---|---|---|
| 39S004644 | PAYLESS SHOESOURCE INCORPORATED STORE 238 | COLUMBUS LIGHT & WATER | UTILITY BOND | Safeco Insurance Company of An | 1,600 |
| 674208212 | Payless ShoeSource, Inc. | Georgia Power Company | Utility deposit bond for the attached locations | Liberty Mutual Insurance Compar | 43,595 |
| 39S006537 | PAYLESS SHOESOURCE INCORPORATED STORE 4275 | VIRGIN ISLAND WATER & POWER AUTHORITY | UTILITY BONDACCOUNT# 4889946706 | Liberty Mutual Insurance Compar | 21,451 |
| 39S004012 | PAYLESS SHOESOURCE INCORPORATED STORE 1204 | TUPELO WATER & LIGHT COMPANY | UTILITY BOND | Safeco Insurance Company of An | 2,000 |
| 39S002609 | PAYLESS SHOESOURCE INCORPORATED | ENTERGY LOUISIANA INCORPORATED | UTILITY BONDPAYLESS AND PARADE OF SHOES STORES LOCATED IN THIS TERRITORY | Safeco Insurance Company of An | 22,500 |
| 39S003957 | PAYLESS SHOESOURCE INCORPORATED STORE 213 | GREENWOOD UTILITIES | UTILITY BOND - ACCOUNT 22-794-01 | Safeco Insurance Company of An | 700 |
| 39S001629 | PAYLESS SHOESOURCE OF P.R. | PUERTO RICO ELECTRIC POWER AUTHORITY | ELECTRIC SERVICE UTILITY PAYMENT BOND | Liberty Mutual Insurance Compar | 183,331 |
| 674027104 | Payless Shoe Source, Payless Shoes | Duke Energy Indiana, LLC | Utility Deposit Bond for various Payless Shoes located in Indiana | Liberty Mutual Insurance Compar | 12,045 |
| 674027103 | Payless Shoe Source, Payless Shoes | Duke Energy Carolinas LLC | Utility Deposit bond for various North Carolina Locations | Liberty Mutual Insurance Compar | 14,975 |
| 674027102 | Payless Shoe Source, Payless Shoes | Duke Energy Kentucky, Inc. | UTILITY DEPOSIT BOND FOR PAYLESS LOCATIONS: 4989 HOUSTON RD., FLORENCE, KY, ACCT# 40800842-21 AND 3453 VALLEY PLAZA PKY | Liberty Mutual Insurance Compar | 1,785 |
| 674015737 | Payless ShoeSource Canada LP | CANADA BORDER SERVICES AGENCY | Canadian Customs bond for release of goods prior to payment of duties. | Liberty Mutual Insurance Compar | 1,260,895 |
| 674027096 | Payless ShoeSource, Inc. | COMMONWEALTH OF PUERTO RICO, INC. | Tax Bond | Liberty Mutual Insurance Compar | 10,000 |
| 39S001304 | PAYLESS SHOESOURCE INCORPORATED | JACKSONVILLE ELECTRIC AUTHORITY | UTILITY PAYMENT BOND.STORE #2415, #795, #938, #1286 & #1298. | Safeco Insurance Company of An | 12,320 |
| 39S001303 | PAYLESS SHOESOURCE | CITY OF CALHOUN GA | UTILITY PAYMENT BOND LOCATION: 102 W.C. BRYANT PKWY, CALHOUN, GA 30701 | Safeco Insurance Company of An | 1,700 |
| 39S001830 | PAYLESS SHOESOURCE INCORPORATED STORE 4469 | DICKSON ELECTRIC SYSTEM | UTILITY BONDACCT #64-4340-1 | Safeco Insurance Company of An | 1,600 |
| 39S001829 | PAYLESS SHOESOURCE INCORPORATED STORE 741 | NORTH GEORGIA ELECTRIC MEMBERSHIP COOPERATIVE | UTILITY SERVICE GUARANTY BOND | Safeco Insurance Company of An | 600 |
| 39S001828 | PAYLESS SHOESOURCE INCORPORATED STORE 341 | SOUTHWEST MISSISSIPPI ELECTRIC POWER ASSOCIATION | BOND FOR PAYMENT OF UTILITY BILLS | Safeco Insurance Company of An | 600 |
| 39S001302 | PAYLESS SHOESOURCE INCORPORATED | PROGRESS ENERGY FLORIDA | UTILITY BOND | Safeco Insurance Company of An | 46,935 |
| 39S005709 | PAYLESS SHOESOURCE INCORPORATED | PROGRESS ENERGY | UTILITY BOND | Safeco Insurance Company of An | 23,714 |
| 39S007037 | PAYLESS SHOESOURCE INCORPORATED STORE 949 | THE UTILITIES BOARD OF THE CITY OF FOLEY ALABAMA DBA | UTILITY SERVICE BOND | Safeco Insurance Company of An | 2,000 |
| 39S005692 | PAYLESS SHOESOURCE INCORPORATED STORE 0328RL | ALCORN COUNTY ELECTRIC | UTILITY BOND - Services at 1909 S. Tate Street | Safeco Insurance Company of An | 1,500 |
| 39S000876 | PAYLESS SHOESOURCE INCORPORATED | Brownsville Public Utilities Board | Utility Bond - Accounts 269329, 200314, 200293, 219310 and 539147 - Stores #2140, #3502, #3753, #5579 and #0089 | Safeco Insurance Company of An | 6,790 |
| 39S002151 | PAYLESS SHOESOURCE INCORPORATED STORE 5614 | NORTHERN INDIANA PUBLIC SERVICE COMPANY | UTILITY BOND | Safeco Insurance Company of An | 1,635 |
| 39S002612 | PAYLESS SHOESOURCE INCORPORATED STORE 4282 | WALTON ELECTRIC | UTILITY BONDACCOUNT 10344404 | Safeco Insurance Company of An | 950 |
| 39S002611 | PAYLESS SHOESOURCE INCORPORATED | ENTERGY NEW ORLEANS, INC. | UTILITY BONDALL PAYLES & PARADE OF SHOES STORES LOCATED IN THIS TERRITOR | Safeco Insurance Company of An | 2,500 |
| 39S002607 | PAYLESS SHOESOURCE INCORPORATED | Entergy Louisiana, LLC | UTILITY BONDPAYLESS AND PARADE OF SHOES STORES LOCATED IN THIS TERRITORY | Safeco Insurance Company of An | 6,500 |
| 39S001767 | PAYLESS SHOESOURCE 5246 | HUNTSVILLE UTILITIES | UTILITIES BOND | Safeco Insurance Company of An | 5,100 |
| 39S016261 | PAYLESS SHOESOURCE INCORPORATED | GEORGIA POWER COMPANY | FURNISH UTILITY SERVICES TO THE PRIN AS OWNER OR OCCUPANTOR THE PREMISE LOCATED AT ALL PAYLESS ACCTS AT GEORGIA P | Safeco Insurance Company of An | 55,620 |
| 39S002096 | PAYLESS SHOESOURCE INCORPORATED DBA | CALIFORNIA DEPT OF MOTOR VEHICLES | INFORMATION SERVICES SURETY BOND | Safeco Insurance Company of An | 50,000 |
| 39S003338 | PAYLESS SHOESOURCE INCORPORATED | GREYSTONE POWER CORPORATION | UTILITY BOND- STORE #4746, ACCOUNT# 31443901,5218 JIMMY LEE SMITH PARKWAY, HIRAM,GA 30141 | Safeco Insurance Company of An | 1,750 |
| 39S006327 | PAYLESS SHOESOURCE INCORPORATED STORE 3473 & 559 | CITY OF LAKELAND FLORIDA LAKELAND ELECTRIC | UTILITY BOND | Safeco Insurance Company of An | 4,800 |
| 39S001256 | PAYLESS SHOESOURCE INCORPORATED | DEPARTMENT OF PUBLIC WORKS | UTILITY BOND | Safeco Insurance Company of An | 1,600 |
| 39S010854 | PAYLESS SHOESOURCE 2319 | SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT & POWER DISTICT | ELECTRIC UTITILITY BONDSACCOUNTS: 204-672-004 & 957-681-000 | Safeco Insurance Company of An | 50,000 |
| 39S211396 | Payless ShoeSource, Inc. | GDF Suez Energy Resources NA, Inc. | Utility Payment Bond for various service locations | Liberty Mutual Insurance Compar | 226,000 |
| 39S003260 | PAYLESS SHOESOURCE INCORPORATED STORE 3758 | FORT PIERCE UTILITIES AUTHORITY | UTILITY BONDACCOUNT 5406807002 | Safeco Insurance Company of An | 2,400 |
| 39S002199 | PAYLESS SHOESOURCE INCORPORATED | CITY OF MONROE | UTILITY PAYMENT BOND | Safeco Insurance Company of An | 305 |
| 39S207625 | JANICE R. KULICK | KANSAS SECRETARY OF STATE | NOTARY BOND - Principal Address: 5621 SW 36TH STREET, TOPEKA, KS. 66614 | Liberty Mutual Insurance Compar | 7,500 |
| 39S207503 | KIMBERLY S. LANTERMAN | KANSAS SECRETARY OF STATE | NOTARY - Principal Address: 2735 SW Santa Fe Drive, Topeka, KS. 66614 | Liberty Mutual Insurance Compar | 7,500 |
| 39S206646 | MICHELLE R. HOLMER | KANSAS SECRETARY OF STATE | NOTARY BOND - Principal Address: 43439 E. 21st, Tecumseh, KS 66542 | Liberty Mutual Insurance Compar | 7,500 |
| 39S206462 | NANCY J. ROHN | KANSAS SECRETARY OF STATE | NOTARY BOND - Principal Address: 2710 S. W. Berkshire Drive, Topeka, Kansas 66614 | Liberty Mutual Insurance Compar | 7,500 |
| 39S206295 | MELISSA ANNE O'CONNER | KANSAS SECRETARY OF STATE | NOTARY - Principal Address: 4336 SW Cambridge Avenued | Liberty Mutual Insurance Compar | 7,500 |
| 39S205549 | PAMELA M. NICHOL | KANSAS SECRETARY OF STATE | NOTARY - Principal Address: 6601 15th St., Perry, KS 66073 | Liberty Mutual Insurance Compar | 7,500 |
| 39S205495 | DEBORAH A. ORTEGA | KANSAS SECRETARY OF STATE | NOTARY BOND - Principal Address: 3231 SE sixth Avenue, Topeka, KS 66607 | Liberty Mutual Insurance Compar | 7,500 |

# EXHIBIT B

General Agreement of Indemnity Dated January 26, 2015



# GENERAL AGREEMENT OF INDEMNITY
## COMMERCIAL SURETY

This General Agreement of Indemnity (hereinafter the "Agreement") is made and entered into by the following undersigned individuals, corporations, and/or other business entities  Payless Inc.; Payless ShoeSource, Inc.  (individually and collectively hereinafter called "Indemnitors"), jointly and severally, in favor of Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, LM Insurance Corporation, The First Liberty Insurance Corporation, Liberty Insurance Corporation, and any other company that is part of or added to the Liberty Mutual Group for which surety business is underwritten by Liberty Mutual Surety (individually and collectively hereinafter called "Surety") with respect to any bonds, undertakings, recognizances, reinsurances, instruments of guarantee or other Surety obligations (individually and collectively hereinafter called "Bonds"), requested from and/or issued by the Surety before, on or after the date of this Agreement, for:

  (i) any of the Indemnitors, and any Indemnitor added hereto by written amendment;
  (ii) any of the Indemnitors' subsidiaries or affiliates, whether present or future, and whether directly or indirectly held; and/or
  (iii) any other entity or person in response to a request from any party described in items (i) or (ii) above (including requests from their agents, brokers or producers);

and as to all of the foregoing, whether they act alone or in joint venture with others whether or not said others are named herein (individually and collectively hereinafter called "Principals").

WHEREAS, the Indemnitors and Principals desire Surety to execute Bonds on their behalf, or to renew, continue, extend, replace or to refrain from canceling Bonds; and WHEREAS, at the request of Indemnitors and Principals and with the understanding that this Agreement be given and in reliance upon this Agreement, the Surety has heretofore or has presently been requested to and/or has executed or has procured to be executed, and, from time to time hereafter, may be requested to and/or may execute or may procure to be executed, Bonds for the Principals;

NOW, THEREFORE, in consideration of these premises, and intending to be legally bound hereby, the Indemnitors and Principals for themselves, their heirs, executors, administrators, successors and assigns, jointly and severally, hereby covenant and agree, in favor of the Surety, its successors and assigns, as follows:

1. BENEFICIAL INTEREST - The Indemnitors represent and warrant that each of them is specifically, materially and beneficially interested in the procurement and/or issuance of each of the Bonds for each of the Principals.

2. PREMIUMS - The Principals or Indemnitors shall pay to the Surety, promptly upon demand, all premiums, costs and charges of the Surety for any Bonds requested from and/or issued by the Surety, in accordance with the Surety's rate filings, its manual of rates, or as otherwise agreed upon, and where such premium, costs and charges are annual, continue to pay the same, until the Principals or Indemnitors shall serve evidence satisfactory to the Surety of its discharge or release from all liability under any Bonds

3. DECLINE EXECUTION - The Surety has no obligation to execute, renew, continue, extend, amend or replace any Bonds, including final bonds (regardless of whether the Surety has issued a bid or proposal bond), and may, at its sole discretion, decline to do so. The Surety may cancel any Bonds unless the Bonds state otherwise, and the Principals and Indemnitors shall make no claim to the contrary. The Principals and Indemnitors shall make no claim relating to the failure or refusal of any person or entity to accept any of the Surety's Bonds or to award any contract to any Principals.

4. CHANGES - Assent by the Surety to changes in any Bonds and/or in the contracts or obligations covered by any Bonds or refusal so to assent shall not release or in any way affect the obligations of the undersigned to the Surety.

5 INDEMNITY - The Indemnitors shall exonerate, indemnify and save harmless the Surety from and against any and all losses, costs, and damages of whatsoever kind or nature, including, but not limited to, counsel and consultant fees and expenses, court costs, and pre- and post-judgment interest (such interest to accrue from the date of a breach of this Agreement or a breach of any other written agreements executed with or in favor of the Surety by any Indemnitors and/or Principals (hereinafter called the "Other Agreements")), which the Surety may at any time sustain or incur by reason of the extension of surety credit to any Principal arising from: (1) the request to execute, procure, or deliver any Bonds; (2) the execution, procurement or delivery of any Bonds, whether already or hereafter executed; or the renewal or continuation thereof; (3) making any investigation or payment; (4) obtaining a release from any Bonds or other obligations related to the extension of surety credit; or (5) the prosecution, defense, or obtaining a release from any action brought in connection therewith, including those subject to bankruptcy court jurisdiction, and, further, those actions relating to the recovery or attempt to recover any salvage, the failure of the Principals or Indemnitors to perform or comply with the terms of this Agreement or any Other Agreements, and in the enforcement of the terms of this Agreement or any Other Agreements. The Principals and Indemnitors agree that in any accounting between any of them and the Surety, vouchers or other evidence of payment(s) incurred by the Surety shall constitute *prima facie* evidence of the fact and extent of the liability of the Principals and Indemnitors to the Surety.

6. SETTLEMENTS – Surety agrees to provide timely notice to Principal of receipt of any claim from any obligee on any Bond. The Surety shall have the right, at its option and sole discretion, to adjust, settle or compromise any claim, demand, suit or judgment upon any Bonds.

7. BOOKS AND RECORDS - Until such time as the Surety has been furnished with evidence (satisfactory to the Surety in its sole discretion) of its discharge, without loss, from any and all Bonds, and the Surety is fully reimbursed all amounts due to it under this Agreement or Other Agreements, the Surety shall have the right to reasonable access to the books, records and accounts of the Principals and Indemnitors for the purposes of inspection, copying or reproduction  The Principals and Indemnitors hereby authorize and request that any person or entity doing business with the Principals and Indemnitors shall furnish to the Surety any information requested by the Surety that is related or relevant to any Bonds, bonded contracts or obligations, or any obligations of the Principals and Indemnitors to the Surety under this Agreement or Other Agreements.

8. Unused.

9. Unused.

10. TRUST FUNDS - The Principals and Indemnitors hereby understand, agree and declare that all of their interest, title and rights in the contract or the obligations that are the subject of a Bond, or that grow in any manner out of said Bond, including but not limited to funds required by statute or regulation to be held in trust for the benefit of any obligee, are trust funds, whether in the possession of the Principals or Indemnitors or otherwise, for the benefit of Surety for any liability or loss it may incur or sustain under said Bond, including but not limited to the payment of obligations incurred in the performance of the bonded contract or obligations; and, further, it is expressly understood, agreed and declared that these trust funds also inure to the benefit of the Surety for any liability or loss it may have or sustain under any other Bonds, under this Agreement, or under any Other Agreements, and this Agreement constitutes notice of the existence of such trust.

11. DISCHARGE/PLACE IN FUNDS - The Indemnitors will, within thirty (30) calendar days or within the Shorter Period (defined below) following the date of Surety's written demand, either: (i) procure the discharge of the Surety from any Bonds and all liability by reason thereof, or, if the Indemnitors are unable to secure such discharge; (ii) place the Surety in immediately available funds in an amount equal to the aggregate amount of the penal sums of all Bonds for which discharge has been demanded; regardless of whether, with respect to any of said Bonds: (a) the Surety has established any reserve; (b) the Surety has made any payments or incurred any liability; or (c) the Surety has received any notice of any claims. If the terms of any outstanding Bonds require the Surety to make payment to the obligee(s) of said Bonds in less than thirty (30) calendar days (which period shall be called the "Shorter Period"), then with respect to such Bonds only, the Surety may require that it be discharged or placed in funds pursuant to this paragraph within said Shorter Period, again regardless of whether the Surety has received any demand or notice of any claims, established any reserve, or made any payments or incurred any liability with respect to such Bonds. The Surety shall send its written demand to the Indemnitors' last known address by overnight courier or by registered or certified mail, and such demand shall be effective upon the date of mailing by the Surety. The terms of this paragraph may be modified by a written amendment to this Agreement, entered into by the Surety and the Indemnitors, providing alternative methods of funding or collateralizing any bonded obligations, but Surety has no obligation to enter into any such alternative arrangements and may do so, or decline to do so, at its sole election and discretion. The Indemnitors hereby represent and acknowledge that if the Indemnitors breach their obligations set forth in this paragraph, the Surety will have no adequate remedy at law, will suffer irreparable harm, and shall be entitled to injunctive relief enforcing the terms of this paragraph, as well as a final decree, order or judgment granting Surety specific performance of the terms of this paragraph.

12. OTHER INDEMNITY - The addition to this Agreement of any Indemnitor, including any entities acquired after the date of this Agreement, may be effected by written amendment executed by such Indemnitor only. The Indemnitors shall continue to remain bound under the terms of this Agreement and any Other Agreements even though the Surety may from time to time heretofore or hereafter, with or without notice to or knowledge of the Indemnitors, accept indemnity obligations or collateral from, or release or reduce indemnity obligations or collateral, or release or apply any specific underwriting requirements to, any current or future Principals or Indemnitors for any reason. The Indemnitors waive notice of the Surety's acceptance, release or reduction of any indemnity obligations or collateral or specific underwriting requirements of any current or future Principals or Indemnitors, and agree that they shall make no defense to the enforcement of this Agreement or any Other Agreements based on such action by the Surety.

13. SURETIES - In the event the Surety procures the execution of any Bonds by other sureties, or executes any Bonds with co-sureties, or reinsures any portion of any Bonds with reinsuring sureties, then all the terms and conditions of this Agreement shall inure to the benefit of any such other sureties, co-sureties and reinsurers, their successors and assigns, as their interests may appear.

14. INVALIDITY - Invalidity of any provision of this Agreement by reason of the laws of any jurisdiction shall not render the other provisions hereof invalid. In case any of the parties set forth in this Agreement fail to execute the same, or in case the execution hereof by any of the parties be defective or invalid for any reason, including lack of authority to bind any party, such failure, defect or invalidity shall not in any manner affect the validity of this Agreement or the liability hereunder of any of the parties executing the same, but each and every party so executing shall be and remain fully bound and liable hereunder to the same extent as if such failure, defect or invalidity had not existed. Each party agrees to execute promptly any documentation necessary to cure any such failure, defect or invalidity.

15. ENFORCEMENT - The availability of any particular right or remedy shall not be prejudiced by either (i) a delay by Surety in exercising it, or (ii) Surety's decision to exercise or not exercise any other right or remedy. The obligations of the Principals and Indemnitors hereunder shall be in addition to, and not in lieu of, their obligations to the Surety under any Other Agreements, and in the event of any conflict or inconsistency between the terms of this Agreement and the terms of any of the Other Agreements, the term or interpretation most favorable to the Surety, as determined by the Surety, shall control. Separate suits may be brought under this Agreement and any Other Agreements as causes of action accrue, and the bringing of suit or the obtaining of judgment or recovery of damages upon any cause of action shall not prejudice or bar the bringing of other suits or the obtaining of judgment or recovery of damages upon other causes of action, whether theretofore or thereafter arising. The Indemnitors' liability under this Agreement is joint and several, and the Surety may enforce any or all of the terms and conditions of this Agreement against any or all of the Indemnitors, or any combination of some but less than all of the Indemnitors, at the Surety's sole discretion and election.

16. GOVERNING LAW - This Agreement shall be governed by and construed in accordance with the laws of the State of New York (without giving effect to the conflict of laws principles thereof), except to the extent superseded by federal law.

Dated as of this __26__ day of __January__, in the year __2015__.

*By signing below, each individual executing this Agreement on behalf of a business entity, and each business entity executing this Agreement on behalf of another business entity, represents and warrants that he, she or it is duly authorized by Indemnitor to bind Indemnitor to all of the terms and conditions of this Agreement:*

ATTEST OR WITNESS:                              BY:

Witness:

By: *[signature]*
Todd Bottorff
Director, Risk Insurance

Payless Inc.
T.I.N.: _____
3231 S.E. Sixth Avenue, Topeka, KS 66607-2207

By: *[signature]* (Seal)
Douglas J. Treff
Executive Vice President

Witness:

By: *[signature]*
Todd Bottorff
Director, Risk Insurance

Payless ShoeSource, Inc.
T.I.N.: _____
3231 S.E. Sixth Avenue, Topeka, KS 66607-2207

By: *[signature]* (Seal)
Douglas J. Treff
Executive Vice President and Chief Administrative Officer

## NOTARY ACKNOWLEDGMENT

State of __Kansas__ )
County of __Shawnee__ )

On __January 26, 2015__ before me, __Deborah A. Ortega__, personally appeared
   (Date)                                    (Notary)
Douglas J. Treff _____, who proved to me on the
                            (Signor)
basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __Kansas__ that the foregoing
                                                                       (State)
paragraph is true and correct.

WITNESS my hand and official seal.

Signature *[signature]* (Seal)
Notary Public residing at: __Topeka, KS__
My commission expires: __12-2-16__

Payless GA 12/14                              - 3/3 -

Certificate of Service
(LR 9004(D) and 2090(B)(1))

I hereby certify that on March 13, 2019, I caused copies of **Motion of Liberty Mutual Insurance Company and Safeco Insurance Company of American to Lift te Automatic Stay Pursuant to 11 U.S.C. § 362 (A),** to be filed pursuant to the Federal Rules of Civil Procedure and Local Rules with the Clerk of the United States Bankruptcy Court, Eastern District of Missouri, using the CM/ECF system which will send notice of filing electronically to the following and regular mail by depositing copies of the same, in the U.S. Mail depository at 100 North LaSalle Street, Chicago, Illinois, with proper postage pre-paid, upon the following:

| | | |
|---|---|---|
| **John R Ashmead**<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004 | **Carole J Ryczek**<br>**Paul A. Randolph**<br>Office of the United States Trustee<br>111 South 10th Street<br>Suite 6.353<br>St. Louis, MO 63102 | **Erin M. Edelman**<br>**Richard W. Engel, Jr.**<br>**Jaimie L Mansfield**<br>**John G. Willard**<br>Armstrong Teasdale LLP<br>7700 Forsyth Blvd<br>Suite 1800<br>St. Louis, MO 63105 |
| **Robert J. Gayda**<br>**Mark D Kotwick**<br>**Catherine V. LoTempio**<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004 | **Payless Holding LLC**<br>3231 SE 6th Avenue<br>Topeka, KS 66607 | **Stephen Castro**<br>**David A Rosenzweig**<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| **Ryan Jacobs**<br>**Jane Dietrich**<br>**Natalie Levine**<br>**Monique Sassi**<br>Cassels Brock & Blackwell LLP<br>40 King St W #2100<br>Toronto ON Canada | **Kevin J. Simard**<br>Douglas Gooding<br>Jonathan Marshall<br>Choate Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110 | **Mark V. Bossi**<br>Thompson Coburn<br>One US Bank Plaza<br>St. Louis, MO 63101 |

1

| | | |
|---|---|---|
| **Jeffrey M. Wolf**<br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110 | **Stephen D. Zide**<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Gregory D. Willard**<br>Doster, Ullom & Boyle, LLC<br>16090 Swingley Ridge Rd<br>Suite 620<br>Chesterfield, MO 63017 |
| **Patrick C. Chen**<br>**Ira S Dizengoff**<br>**Caitlin M. Griffin**<br>**Meredith A. Lahaie**<br>**Abid Qureshi**<br>**Julie A. Thompson**<br>**Scott Welkis**<br>**Kevin Zuzolo**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036 | **Kristopher M. Hansen**<br>**Daniel A. Fliman**<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 | **Sonette T. Magnus**<br>Lewis Rice LLC<br>600 Washington Ave.<br>Suite 2500<br>St. Louis, MO 63101 |
| **Sean Zweig**<br>**Kevin Zych**<br>**Aiden Nelms**<br>Bennett Jones LLP<br>3400 One First Canadian Place<br>PO Box 130<br>Toronto, ON Canada | **Paul Bishop**<br>**Greg Watson**<br>**Jim Robinson**<br>FTI Consulting Canada<br>79 Wellington St<br>West Ste # 2010<br>Toronto ON Canada<br>Via electronic mail | **Securities and Exchange Commission Headquarters**<br>100 F Street NE<br>Washington, DC 20549 |
| **Holders of 50 largest unsecured claims against the Debtors**<br><br>Via electronic mail if provided or US mail | **Robert J Feinstein**<br>**Ira D. Kharasch**<br>**Jeffrey N Pomerantz**<br>**Bradford J. Sandler**<br>**Shirley S. Cho**<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 34th Floor<br>New York, NY 10017 | **Matthew S Layfield**<br>Polsinelli PC<br>100 South Fourth Street<br>Suite 1000<br>St. Louis, MO 63102 |
| **Internal Revenue Services**<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104 | **The Attorney General for all States in which the Debtors conduct business**<br><br>Via electronic mail if provided or US mail | **Attorney General for the U.S. of America**<br>950 Pennsylvania Ave NW<br>Washington DC 20530 |

2

The Sureties is going to mail a copy of this motion to the Obligee's on March 14, 2019.


                                                                       /s/ T. Scott Leo