UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SO ORDERED

Mar 14, 2019

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

| | |
|---|---|
| In re: <br><br> PAYLESS HOLDINGS LLC, *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 19-40883-659 <br> (Jointly Administered) |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, **Ivan M. Gold**, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing MetLife Real Estate, Weingarten Realty Investors and Waipahu LLC (collectively referred to herein as "Landlords") in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a. *Full name of the movant-attorney;*

Ivan M. Gold

b. *Address and telephone number of the movant-attorney;*

Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Tel: 415-837-1515
Email: igold@allenmatkins.com

c. *Name of the law school(s) movant attended and the date(s) of graduation therefrom*

University of California, Hastings College of the Law (1985)

DocID: 4815-2800-2953.1

d. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*

| State Court | U.S. Court |
|---|---|
| **California (December 10, 1985, Bar No. 121486)** | Northern District of California **(December 10, 1985)** |
| | Eastern District of California **(July 23, 1987)** |
| | Central District of California **(August 14, 1987)** |
| | Southern District of California **(February 16, 2010)** |

e. *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;*

Movant is a member in good standing of all bars of which Movant is a member and he is not under suspension or disbarment from any bar.

f. *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District and is not regularly engaged in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the instant matter.

Dated:  March 13, 2019
San Francisco, California

                        /s/ *Ivan M. Gold*
Ivan M. Gold, Esq. (*application for admission pro hac vice pending*)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
(415) 837-1515
igold@allenmatkins.com

-and-

-2-

DocID: 4815-2800-2953.1

Respectfully submitted,

 /s/ *Marshall C. Turner*
Marshall C. Turner #58053
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433
Telephone: 314-480-1500
Facsimile: 314-480-1505
marshall.turner@huschblackwell.com


Mark T. Benedict #44621
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
mark.benedict@huschblackwell.com

-3-

<u>Certificate of Service</u>

The undersigned hereby certifies that a copy of the foregoing Motion was filed on March 13, 2019 and that a true and correct copy of the Motion was served through this Court's CM/ECF system to all parties receiving notice thereby.

*/s/ Marshall C. Turner*
Marshall C. Turner

DocID: 4815-2800-2953.1