

Mar 14, 2019

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In re: | Case No. 19-40883-659 |
| PAYLESS HOLDINGS, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to L.R. 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, **Jennifer L. Pruski** ("Movant"), move to be admitted pro hac vice to the bar of this Court for the purpose of representing various landlords including but not limited to Donahue Schriber Realty Group, L.P. and R/M Vacaville Ltd. L.P. in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a.    Full name of the movant-attorney:
**Jennifer L. Pruski**

b.    Address and telephone number of the movant-attorney:
**Trainor Fairbrook**
**980 Fulton Avenue**
**Sacramento, California  95825**
**(916) 929-7000**

c.    Name of the firm or letterhead under which the movant practices:
**Trainor Fairbrook**

d.    Name of the law school, movant attended and the date of graduation therefrom:
**University of the Pacific, McGeorge School of Law - 1996**

4558704.1748295.1

e.  State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:
    **State of California - 1996, bar no. 186141**
    **State of Nevada - 1997, bar no. 6461 (inactive)**

f.  Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar:
    **I am a member in good standing of the California State Bar and am not under suspension or disbarment from the California State Bar.  I was a member in good standing of the Nevada State Bar but went inactive on January 1, 2019. I was not and have not been under suspension or disbarment from the Nevada State Bar.**

g.  Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.
    **I do not reside in the Eastern District of Missouri, am not employed in the Eastern District of Missouri, and am not regularly engaged in the practice of law in the Eastern District of Missouri.**

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated:  March 13, 2019                    TRAINOR FAIRBROOK

                                          _____
                                          Jennifer L. Pruski, Esquire
                                          Trainor Fairbrook
                                          980 Fulton Avenue
                                          Sacramento, California  95825
                                          Telephone:  916-929-7000
                                          Email:  jpruski@trainorfairbrook.com

4558704.1748295.1

**Certificate of Service**

I hereby certify that a copy of the foregoing motion was filed and served on March 13, 2019 via CM/ECF electronic notification on all Electronic Filing Users on the list to receive email notice/service for this case.

_____
Jennifer L. Pruski

4558704.1748295.1