**SO ORDERED**

Mar 14, 2019

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | (Jointly Administered) |
| PAYLESS HOLDINGS LLC, *et al.*, | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Massimo Giugliano, move to be admitted pro hac vice to the bar of this Court for the purpose of representing MIR Hanson Associates, LLC in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

   a.   *Full name of the movant-attorney;*

   Massimo Giugliano

   b.   *Address and telephone number of the movant-attorney;*

   1740 Broadway
   New York, NY 10019
   212-468-4811

   c.   *Name of the firm or letterhead under which the movant practices;*

   Davis & Gilbert LLP

   d.   *Name of the law school(s) movant attended and the date(s) of graduation therefrom;*

   St. John's University School of Law - 2008

e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;*

| Courts | Dates of Admission |
|---|---|
| New York | 2008 |
| U.S. District Court, Eastern District of New York | 2012 |
| U.S. District Court, Southern District of New York | 2012 |

f. *Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;*

Movant is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar.

g. *Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district, and is not regularly employed in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

/s/ Massimo Giugliano_____
Signature of Applicant

Massimo Giugliano
DAVIS & GILBERT LLP
1740 Broadway
New York, New York 10019
Telephone:  (212) 468-4800
Facsimile:  (212) 468-4888
mgiugliano@dglaw.com

Respectfully submitted,

**SUMMERS COMPTON WELLS LLC**

Date: March 14, 2019            By: /s/ Bonnie L. Clair
                                            Bonnie L. Clair, Esq. #41696MO
                                            8909 Ladue Road
                                            St. Louis, MO 63124
                                            Phone: 314-991-4999
                                            Fax: 314-991-2413
                                            Email: blcattymo@summerscomptonwells.com
                                                      (CM/ECF filings only)
                                                bclair@summerscomptonwells.com
                                                (Correspondence)

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on March 14, 2019 with the United States Bankruptcy Court for the Eastern District of Missouri and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

                                                /s/ Christina Hauck