Jason J. Blakley (admitted *pro hac vice*)
GIVENS PURSLEY LLP
601 W. Bannock St.
Boise, ID 83702
208-388-1200 main
208-388-1300 fax
litigation@givenspursley.com
jasonblakley@givenspursley.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> PAYLESS HOLDINGS LLC, *et al.*, <br><br> Debtors. | Case No. 19-40883-659 <br> Chapter 11 <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Westpark Shopping Center LLC ("Westpark") hereby appears through its counsel, Givens Pursley LLP, and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons by ECF service at the following email addresses:

Jason J. Blakley
GIVENS PURSLEY LLP
601 W. Bannock St.
Boise, ID 83702
208-388-1200 main
208-388-1300 fax
jasonblakley@givenspursley.com

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS - 1**

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, electronic mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of Westpark (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Westpark; or (v) to any other rights, claims, actions, setoffs, or recoupments to which Westpark may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Westpark expressly reserves.

DATED this 14th day of March, 2019.

GIVENS PURSLEY LLP

By  */s/ Jason J. Blakley*
Jason J. Blakley
Attorneys for
Westpark Shopping Center LLC

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS - 2**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2019, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

*/s/ Jason J. Blakley*
Jason J. Blakley