## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>PAYLESS HOLDINGS, LLC, et al.,<br><br>      Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Cause No. 19-40883-659<br>  Chapter 11<br><br>  Jointly Administered |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Devin B. Noble ("Movant"), move to be admitted pro hac vice to the bar of the United States District Court for the Eastern District of Missouri, for the purpose of representing the following:

Kimco Realty Corporation
PL Mesa Pavilions LLC
Christown 1755, LLC
PK I La Verne Town Center LP
Santee Trolley Square 991, LP
Northridge Center 1703, LLC
Oakwood Plaza Limited Partnership
Lauderhill S.C., LLC
Flagler S.C., LLC
Kimco Carrollwood 664, Inc.
Lawrenceville Market 1707, LLC
87th Street Center, LLC
Bellmore Holdco, LLC
Massapequa Center 1138, LLC
Kimco Brownsville, L.P.
Conroe Marketplace, S.C., L.P.
Kimco L-S Limited Partnership
Kimschott Factoria Mall, LLC
PK I Chino Town Square LP
PK I Pavilions Place LP
PK I Fashion Faire Place LP
PK I Gresham Town Fair LLC
PK I Canyon Ridge Plaza LLC
Vermont-Slauson Shopping Center, Ltd., L.P.
PK II Larwin Square SC LP
PK III Tacoma Central LLC

303362784v1 0997462

Fremont Retail Partners, L.P.
CH Realty III/Long Gate, L.L.C.
KIOP Branford LLC
KIR Cityplace Market L.P.
Knightdale Centers, LLC
Kimco Delaware Inc.
Centereach Mall Associates 605, LLC
Holmdel Towne Center, LLC
Kim-Sam PR Retail, LLC

in the instant matter pending in the Bankruptcy Court for the Eastern District of Missouri.  In support of this motion, Movant submits the following information as required by Rule 12.01(F):

a.     Full name of the movant-attorney:

**Devin B. Noble**

b.     Address and telephone number of the movant-attorney:

**Hinshaw & Culbertson LLP**
**100 Park Avenue**
**Rockford, IL  61101**

c.     Name of the firm or letterhead under which the movant practices:

**Hinshaw & Culbertson LLP**

d.     Name of the law school(s) movant attended and the date(s) of graduation therefrom:

**Northern Illinois University, 2011**

e.     State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:

**Illinois ARDC No. 6306644; Admission date:  11/10/2011**
**U.S. District Court for the Northern District of Illinois: 1/6/2012**

f.     Statement that movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar:

**Movant hereby states that he is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar.  See attached Letter of Good Standing dated March 12, 2019 from Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois.**

2

303362784v1 0997462

g.     Statement that movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.

**Movant does not reside in the Eastern District of Missouri, is not regularly employed in the Eastern District of Missouri, and is not regularly engaged in the practice of law in the Eastern District of Missouri. Movant's law office with Hinshaw & Culbertson LLP is located at 100 Park Avenue, Rockford, IL 61101.**

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter in the United States Bankruptcy Court for the Eastern District of Missouri.

Dated: March 14, 2019          /s/ Devin B. Noble
                                  Devin B. Noble

Devin B. Noble
Hinshaw & Culbertson
Missouri Federal Bar No. 6306644IL
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
P: 815-490-4900
F: 815-490-4901
dnoble@hinshawlaw.com

303362784v1 0997462

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019, I caused the foregoing **VERIFIED MOTION**

**FOR ADMISSION PRO HAC VICE** to be electronically filed with the Clerk of the Court

through the CM/ECF system which will provide electronic notice to all counsel and parties who

receive notice via the CM/ECF system.


*/s/ Rhonda Jones*


Devin B. Noble
Hinshaw & Culbertson
Missouri Federal Bar No. 6306644IL
100 Park Avenue
P.O. Box 1389
Rockford, IL 61105-1389
P: 815-490-4900
F: 815-490-4901
dnoble@hinshawlaw.com

303362784v1 0997462

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523   (800) 252-8048
Fax (217) 546-3785

Devin B. Noble
Hinshaw & Culbertson LLP
P.O. Box 1389
Rockford, IL  61105-1389

Via Electronic Mail and United States Postal Service

Chicago
Tuesday, March 12, 2019

In re:  Devin Butler Noble
Admitted: 11/10/2011
Attorney No. 6306644

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Senior Deputy Registrar

DRE