**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 19-40883-659 |
| | ) Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) |
| | ) Jointly Administered |
| Debtors. | ) **Hearing Date**: April 10, 2019 |
| | ) **Hearing Time:** 10:00 a.m. (CT) |
| | ) **Objection Deadline**: April 3, 2019 |
| | ) at 4:00 p.m. (CT) |
| | ) **Hearing Location**: Courtroom 7 North |

## NOTICE OF ADJOURNMENT AND CONTINUANCE OF HEARING

PLEASE TAKE NOTICE that the hearings on the:

- *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Akin Gump Strauss Hauer & Feld LLP as Counsel to the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [Docket No. 33]

- *Debtors' Application for Entry of an Order Pursuant to Section 327(a) of the Bankruptcy Code Authorizing the Retention and Employment of Seward & Kissel LLP as Counsel to the Debtors Effective Nunc Pro Tunc to the Petition Date* [Docket No. 29]

- *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 5], solely as it relates to certain directors' compensation and the *Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs* [Docket No. 653]

(the "Motions"), originally scheduled for March 28, 2019 at 10:00 a.m. (Central Time), are adjourned and continued to **April 10, 2019 at 10:00 a.m. (Central Time)** in Courtroom 7 North of the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102.

**WARNING: THE MOTIONS SEEK ORDERS THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED IN A MOTION, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION.**

**YOU MUST FILE AND SERVE YOUR OBJECTION BY <u>APRIL 3, 2019 AT 4:00 P.M. CENTRAL TIME.</u>**

**YOUR OBJECTION MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT PRIOR TO THE HEARING, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

| | |
|---|---|
| St. Louis, Missouri<br>Dated:  March 26, 2019 | */s/ Richard W. Engel, Jr.*<br>Richard W. Engel, Jr. (MO 34641)<br>Erin M. Edelman (MO 67374)<br>John G. Willard (MO 67049)<br>**ARMSTRONG TEASDALE LLP**<br>7700 Forsyth Boulevard, Suite 1800<br>St. Louis, Missouri 63105<br>Telephone:  (314) 621-5070<br>Facsimile:  (314) 621-2239<br>Email:  rengel@armstrongteasdale.com<br>Email:  eedelman@armstrongteasdale.com<br>Email:  jwillard@armstrongteasdale.com<br><br>- and -<br><br>Ira Dizengoff (admitted *pro hac vice*)<br>Meredith A. Lahaie (admitted *pro hac vice*)<br>Kevin Zuzolo (admitted *pro hac vice*)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email:  idizengoff@akingump.com<br>Email:  mlahaie@akingump.com<br>Email:  kzuzolo@akingump.com<br><br>- and -<br><br>Julie Thompson (admitted *pro hac vice*)<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>Email:  julie.thompson@akingump.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |