**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date**: May 1, 2019 |
| | ) | **Hearing Time**: 11:00 a.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

**AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 1, 2019**

Time of Hearing: 11:00 a.m. (Central Time)

Location of Hearing: United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, 7th floor, North Courtroom, 111 S. 10th Street, St. Louis, Missouri 63102

## I. Matters Going Forward

1. *Wages Motion* - Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 5]

   **Status:** The hearing on the Wages Motion, solely as it relates to certain directors' compensation and the Committee's objection thereto [Docket No. 653], is going forward.

   **Objection Deadline**: March 7, 2019. The Committee's objection deadline is March 12, 2019.

   **Related Documents**: Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 118]

   Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 627]

**Objections Received**: Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs [Docket No. 653]

Debtors' Response to Limited Objection of Unsecured Creditors to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs [Docket No. 882]

2. *Motion to File Under Seal* - Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §107(B) Authorizing Committee to File Under Seal Unredacted Version of Objection [Docket No. 650]

**Status**: The hearing on this matter is going forward.

**Related Documents**: Motion for Entry of an Order Scheduling an Expedited Hearing on the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §107(B) Authorizing Committee to File Under Seal Unredacted Version of Objection [Docket No. 651]

Notice of Hearing [Docket No. 652]

Notice of Continuance of Hearing [Docket No. 677]

**Objections Received**: None to Date

3. *Motion for Relief from Stay* - Emergency Motion for Relief from Automatic Stay [Docket No. 610]

**Status**: The hearing on this matter is going forward.

**Objection Deadline**: April 16, 2019

**Related Documents**: Reply Memorandum in Support of Emergency Motion for Relief from Automatic Stay; Declaration of Tarek Abdel-Aleem in Support [Docket No. 916]

**Objections Received**: Debtors' Opposition to the Emergency Motion for Relief from Automatic Stay [Docket No. 847]

Dated: April 29, 2019
      St. Louis, Missouri

/s/   *Richard W. Engel, Jr.*
Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
Email:  rengel@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com
Email:  jwillard@armstrongteasdale.com

-and-

Ira Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  idizengoff@akingump.com
Email:  mlahaie@akingump.com
Email:  kzuzolo@akingump.com

- and -

Julie Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email:  julie.thompson@akingump.com

*Proposed Counsel to the Debtors and Debtors in Possession*