**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date**: May 8, 2019 |
| | ) | **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

**AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON MAY 8, 2019**

Time of Hearing:   10:00 a.m. (Central Time)

Location of Hearing:   United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, 7th floor, North Courtroom, 111 S. 10th Street, St. Louis, Missouri 63102

**I.   Matters Going Forward**

1.   *Motion for Relief from Stay* **-** Emergency Motion for Relief from Automatic Stay [Docket No. 610]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: April 16, 2019

   **Related Documents**: Reply Memorandum in Support of Emergency Motion for Relief from Automatic Stay; Declaration of Tarek Abdel-Aleem in Support [Docket No. 916]

   **Objections Received**: Debtors' Opposition to the Emergency Motion for Relief from Automatic Stay [Docket No. 847]

2. ***Debtors' Motion to Reject Certain Executory Contracts and Unexpired Leases*** - Debtors' First Omnibus Motion to Reject Executory Contracts and Unexpired Leases and Abandon Certain De Minimis Assets in Connection Therewith [Docket No. 302]

   ***Status***:  The hearing on the Objection of ESRT 159 [Docket Nos. 632 and 636] is going forward.

   ***Objection Deadline***:  March 21, 2019

   ***Related Documents***:  Notice of Hearing [Docket No. 626]

   ***Objections Received***: Objection of ESRT 159 Broadway LLC to Debtors' First Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases and Abandon Certain De Minimis Assets in Connection Therewith [Docket No. 636]

3. ***Ernst & Young LLP Retention Application*** - Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider to the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 848]

   ***Status***:  The hearing on this matter is going forward.

   ***Objection Deadline***:  May 1, 2019

   ***Related Documents***:  Notice of Hearing [Docket No. 853]

   ***Objections Received:***  None to Date

Dated:  May 6, 2019
       St. Louis, Missouri

/s/   *Richard W. Engel, Jr.*
Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
Email:  rengel@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com
Email:  jwillard@armstrongteasdale.com

-and-

Ira Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  idizengoff@akingump.com
Email:  mlahaie@akingump.com
Email:  kzuzolo@akingump.com

- and -

Julie Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email:  julie.thompson@akingump.com

*Proposed Counsel to the Debtors and Debtors in Possession*