**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 19-40883-659 |
| | ) Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Objection Deadline**:  June 13, 2019 at |
| | ) 4:00 P.M. (prevailing Central Time) |
| | ) **Hearing Date**:  June 20, 2019 |
| | ) **Hearing Time**:  11:00 a.m. (Central Time) |
| | ) **Hearing Location**: Courtroom 7 North |

**APPLICATION OF THE DEBTORS, ACTING AT THE DIRECTION OF THE
INDEPENDENT MANAGERS, FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C.
§§ 105(A) AND 327, FED. R. BANKR. P. 2014, AND LOCAL RULE 2014 AUTHORIZING
THE EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE
DEBTORS' INDEPENDENT MANAGERS NUNC PRO TUNC TO MAY 7, 2019**

The debtors and debtors-in-possession (the "**Debtors**") in the above-captioned chapter 11

cases (the "**Chapter 11 Cases**"), acting at the direction of the Independent Managers (defined

below), hereby file this Application (the "**Application**"), pursuant to sections 105(a) and 327 of

title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the Federal Rules of

Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014 of the Local Rules of

Bankruptcy Procedure for the Eastern District of Missouri (the "**Local Rules**") for entry of an

order (the "**Order**")[1]  authorizing the retention and employment of FTI Consulting, Inc. ("**FTI**")

as financial advisor to the Debtors, acting at the sole direction of the independent managers,

Scott Vogel and Patrick Bartels (the "**Independent Managers**"), *nunc pro tunc* to May 7, 2019

pursuant to the terms set forth in that certain engagement letter between counsel for the Debtors,

Seward & Kissel LLP ("**Seward**"), and FTI dated May 22, 2019 (the "**Engagement Letter**"), a

---

[1] A copy of the proposed Order will be provided to the Notice Parties (as defined below) and made available on the
Debtors' case information website at https://cases.primeclerk.com/pss.

copy of which is attached hereto as **Exhibit A**.  In support of this Application, the Debtors submit the *Declaration of Matthew Diaz in Support of the Application of the Debtors, Acting at the Direction of the Independent Managers, for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 327, Fed. R. Bankr. P. 2014, and Local Rule 2014 Authorizing the Employment of FTI Consulting, Inc. as Financial Advisor to the Debtors' Independent Managers Nunc Pro Tunc to May 7, 2019* (the "**Diaz Declaration**"), attached hereto as **Exhibit B**, and respectfully state as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

A.      GENERAL BACKGROUND

3.      On February 18, 2019 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing these Chapter 11 Cases.  The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      Before filing these Chapter 11 Cases, on January 29, 2019, the board of managers of Payless Holdings LLC (the "**Board of Managers**") appointed Patrick Bartels and Scott Vogel to serve as the Independent Managers.  The Debtors retained Seward to advise the Independent Managers and to act at their sole direction in connection with (i) their review and investigation of any transactions between Payless Holdings LLC or its subsidiaries and affiliates and any related

parties or insiders; and (ii) any other matters delegated to the Independent Managers by the Board of Managers.

5.     On February 19, 2019, the Debtors filed their *Application for Entry of an Order Pursuant to Section 327(a) of the Bankruptcy Code Authorizing the Retention and Employment of Seward & Kissel LLP as Counsel to the Debtors Effective Nunc Pro Tunc to the Petition Date* [Docket No. 29].

6.     On May 8, 2019, the Court entered the *Order with Respect to the Retention and Appointment of (i) Akin, Gump, Strauss, Hauer & Feld; and (ii) Seward & Kissel as Counsel to the Debtors* [Docket No. 983] (the "**Special Committee Order**").  Pursuant to the Special Committee Order, a special committee (the "**Special Committee**") of the Board of Managers, comprised of the Independent Managers, was established.[2]

7.     The Special Committee Order grants the Special Committee exclusive authority, on behalf of the Board of Managers, to "review, consider, negotiate, adopt or approve any document, action or transaction (including a plan, be it a plan of reorganization or a liquidating plan) in which Alden Global Capital and/or its affiliates . . . or any manager of the Board of Managers is or may be interested or implicated" (collectively, the "**Interested Party Transactions**").

8.     In addition, the Special Committee Order grants the Special Committee exclusive authority on behalf of the Debtors to investigate, prosecute, release or settle any claims or causes of action" in which Alden or any manager of the Board is or may be implicated (the "**Insider Investigation**").

---

[2] For purposes of this Application, the terms "Independent Managers" and "Special Committee" are used interchangeably.

9. The Special Committee is authorized to retain and employ professionals to provide all assistance it may deem necessary or proper in reviewing the Interested Party Transactions or conducting the Insider Investigation, and the Special Committee has selected FTI to assist with these matters.

### B. FTI's Qualifications

10. FTI provides services in areas ranging from corporate finance and interim management to economic consulting, forensic and litigation consulting, strategic communications, and technology. FTI's clients include many of the world's largest public companies, as well as a majority of the twenty-five largest banks and top one hundred law firms in the world. FTI's expertise includes liquidity and capital structure assessment, debt and equity restructuring advice and identification of reorganization alternatives. FTI has significant experience assisting distressed companies with day-to-day management activities, including development of pro forma financials and business plans, cash flow management, and implementation of liquidity-enhancing and cost-saving strategies.

11. FTI has advised management, senior lenders, and unsecured creditors in several significant restructurings and turnarounds in recent years, including *In re Northwest Airlines Corp., In re American Home Mortgage Holdings, Inc., In re Bombay Company, Inc., In re Calpine Corp., In re Global Power Equipment Group Inc., In re Tower Automotive, Inc.; In re Winn Dixie Stores, Inc., In re Refco Inc., In re Dana Corporation, In re Bally Total Fitness of Greater New York, Inc., In re Circuit City Stores, Inc., In re Delphi Corp., In re Flying J, Inc. (Big West Oil), In re Gottschalks Inc., In re Hawaiian Telecom Communications, Inc., In re Intermet Corp., In re Lehman Brothers Holdings Inc., In re Lyondell Chemical Company, In re Townsends, Inc., In re Tribune Company, In re Nortel Networks Inc., In re Washington Mutual, Inc.,* and *In re WCI Communities, Inc.*, among others. FTI has a wealth of experience in

restructuring and financial advisory services and enjoys an excellent reputation for services rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

### C.   SCOPE OF SERVICES

12.   As set forth in the Engagement Letter, FTI is providing the services described below in order to assist the Special Committee with conducting the Insider Investigation and with reviewing the Interested Party Transactions for the benefit of the Debtors' estates.

13.   Among other things, FTI is providing, or will provide on a prospective basis upon the court's approval of this Application, services in the following categories (the "**Services**"):

(a)   Assistance with conducting the Insider Investigation;

(b)   Review of the Interested Party Transactions; and

(c)   Advise on various issues related to the formulation of a plan of reorganization or liquidation, asset sales, or any other aspect of these Chapter 11 Cases that may involve potential or actual conflicts of interest.

### D.   FTI's DISINTERESTEDNESS

14.   FTI has informed the Debtors that, to the best of FTI's knowledge, information, and belief, other than as set forth in the Diaz Declaration, FTI: (a) has no connection with the Debtors, their creditors, their equity security holders or other parties in interest or their respective attorneys or accountants, the United States Trustee for the Eastern District of Missouri (the "**U.S. Trustee**"), or any person employed in the office of the U.S. Trustee in any matter related to the Debtors and their estates; (b) does not hold any interest adverse to the Debtors' estates; and (c) believes that it is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code. If any new material facts or relationships are discovered or arise, FTI will promptly inform the Court as required by Bankruptcy Rule 2014(a) and as set forth in the Declaration.

15.     In connection with the preparation of this Application, FTI requested and obtained from the Debtors' proposed counsel a list of interested parties and significant creditors in these Chapter 11 Cases, which included, among others, lenders, equity holders, banks, insurance carriers, utility companies, and professionals (collectively the "**Potential Parties in Interest**"). A list of the Potential Parties in Interest is reflected on **Schedule A** attached to the Declaration.

16.     FTI then compared the names of each of the Potential Parties in Interest to the names contained in a database of current and former clients and other relationships (the "**Client Database**"). The Client Database generally includes: (i) the name of each client of FTI and its subsidiaries and affiliates; (ii) the name of each party who is or was known to be adverse to such client of FTI in connection with the matter in which FTI is or was representing such client; (iii) the name of each party that has, or had, a substantial role with regard to the subject matter of FTI's retention; and (iv) the names of FTI professionals who are, or were, primarily responsible for matters for such clients. The Client Database also includes a list of other positions or appointments held by FTI professionals, including directorships, and the names of the professionals that hold such positions.

17.     By way of further disclosure:

(a)     From time to time, FTI, which is providing the services in this case, has provided services, and likely will continue to provide services to certain attorneys, other professionals, creditors (including lenders) and/or security holders of the Debtors and various other parties, some of whom may be providing services to, or may be adverse to, or may be otherwise connected to, the Debtors, in each case in matters unrelated to these Chapter 11 Cases.

(b)     In addition to its Turnaround & Restructuring Services, FTI is engaged in providing Corporate Finance & Restructuring, Economic Consulting, Forensic & Litigation Consulting, Strategic Communications and Technology services globally to a wide range of institutions and individuals and may in the past have had, and may currently or in the future have, financial advisory or other investment banking or consulting relationships with parties that may have interests with respect to the

Debtors.  In the ordinary course of business, investment funds affiliated with certain of FTI's employees, as well as investment funds in which such employees may have financial interests, but over whose investment decisions such employees have no input or control, may acquire, hold or sell, long or short positions, or trade or otherwise effect transactions, in debt, equity, and other securities and financial instruments (including bank loans and other obligations) of, or investments in, the Debtors or other parties that may have an interest in these Chapter 11 Cases or have other relationships with such parties.  With respect to any such securities, financial instruments, and/or investments, all rights in respect of such securities, financial instruments, and investments, including any voting rights, will be exercised by the holder of the rights, in its sole discretion. Moreover, the FTI employees who are working on these Chapter 11 Cases are subject to compliance mechanisms and policies and procedures designed to prevent confidential, non-public information from being improperly shared.

(c)     In the ordinary course of its business, FTI from time to time discusses issues concerning stressed and distressed companies with creditors and prospective creditors that are clients of the firm, or that otherwise contact FTI, or that are referred to the firm in light of FTI's reputation for covering such companies and/or relevant industry expertise.  At the time of those contacts, it is not known whether any particular company will actually file for bankruptcy, or if any of these creditors and/or potential creditors will serve on any future creditors' committee, or even be a creditor of the relevant estate in the event of a future bankruptcy.  It is also FTI's customary practice to communicate with and, when appropriate or requested, send materials to one, or more, of the largest unsecured creditors identified by a debtor and who are, therefore, potential members of a creditors' committee, if we either know, work with, are contacted by, or are otherwise referred to the relevant creditor.  In some circumstances, FTI may contact potential committee members with whom we are not previously familiar.

(d)     FTI personnel may have business associations with certain creditors of the Debtors or counsel or other professionals involved in these Chapter 11 Cases on matters unrelated to these Chapter 11 Cases.  In addition, in the ordinary course of its business, FTI may engage counsel or other professionals in unrelated matters who now represent, or in the future may represent, creditors or other interested parties in these Chapter 11 Cases.

18.     Given the large number of parties in interest in these Chapter 11 Cases, despite the efforts described above to identify and disclose FTI's relationships with parties in interest in these Chapter 11 Cases, FTI is unable to state with complete certainty that every client

relationship or other connection has been disclosed.  In particular, among other things, FTI may have relationships with persons who are beneficial owners of parties in interest and persons whose beneficial owners include parties in interest or persons who otherwise have relationships with parties in interest.

19.     As these Chapter 11 Cases progress, new parties may become parties in interest and similarly, FTI may have been engaged, may currently be engaged and may in the future be engaged by such new parties in interest in matters unrelated to these Chapter 11 Cases.  Also, FTI may have engaged or had mutual clients with, may have a current engagement or have mutual clients with and may in the future engage or have mutual clients with certain law firms, financial advisors, accounting firms, or other professionals that are Potential Parties in Interest or may become parties in interest, all in matters unrelated to these case.  In addition, FTI may have also been engaged by, be currently engaged by, or in the future be engaged by persons who are creditors or shareholders of the Debtors, otherwise have a business relationship with the Debtors, or who are competitors of or customers of the Debtors.  Potential Parties in Interest, persons that may become parties in interest in these Chapter 11 Cases, and persons that have business relationships with the Debtors, that are competitors of the Debtors, or that are customers of the Debtors, may be: (a) parties in interest in other bankruptcy cases where FTI is acting as financial advisor and investment banker to the debtors or to other parties in interest or (b) may be affiliates of or creditors of persons who may have engaged, have currently engaged, or may in the future engage FTI.  In the ordinary course of its business, FTI may also purchase services or products from Potential Parties in Interest and other persons that are or may become parties in interest in these cases.

20.     Moreover, FTI's employees may have relationships with persons that may become parties in interest in these cases, and/or persons that have business relationships with the Debtors, are competitors of the Debtors or that are customers of the Debtors. Continued inquiry will be made on a periodic basis, with additional disclosures to this Court if necessary or otherwise appropriate.

21.     Further, some of FTI's present and future employees may have, or may in the future have, personal investment in funds, or other investment vehicles, over whose investment decisions such employees have no input or control. Such entities may have made, or may in the future make, investment in the claims or securities of the Debtors, or those of their creditors, or other parties in interest in these Chapter 11 Cases. To the extent FTI discovers any facts bearing on the matters described herein during the period of FTI's employment and after the deadline for filing proofs of claim in these proceedings, FTI will amend and supplement the information contained in the Diaz Declaration to disclose any additional facts.

22.     Based on the foregoing, the Debtors believe that FTI is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code. FTI has informed the Debtors that it will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new material facts or relationships are discovered, FTI will supplement its disclosure to this Court.

E.     **PROFESSIONAL COMPENSATION**

23.     Within the ninety (90) days preceding the Petition Date, FTI received no payments from the Debtors.

24.     Subject to approval by the Court, the Debtors propose to employ and retain FTI to serve as financial advisor to the Special Committee on the following terms:

(a) Payment of hourly fees. The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to these cases are as follows:

| | |
|---|---|
| Senior Managing Directors | $895 – $1,195 |
| Directors / Senior Directors/ Managing Directors | $670 – $880 |
| Consultants / Senior Consultants | $355 – $640 |
| Administrative / Paraprofessionals | $145 – $275 |

(b) Payment of reasonable and customary out-of-pocket expenses, such as internet access, telephone, overnight mail, messenger, travel, meals, accommodations, and other expenses related to this engagement.

25.     FTI shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, the *Order (i) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (ii) Granting Related Relief* [Docket No. 786] (the "**Interim Compensation Order**"), and any other applicable procedures and orders of the Court, including any order approving this Application (to the extent compliance is not waived) and consistent with the proposed compensation set forth in the Application.

26.     FTI will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in these Chapter 11 Cases. However, because (a) it is not the general practice of financial advisory firms such as FTI to keep detailed time records similar to those customarily kept by attorneys and (b) FTI does not ordinarily keep time records on a "project category" basis, the Debtors respectfully request that only FTI's restructuring professionals be required to maintain records (in summary format) of the services

rendered for the Debtors, including summary descriptions of those services, the approximate time expended in providing those services (recorded in one-half hour increments), and the identity of the restructuring professionals who provided those services. FTI will present such records to the Court in its fee application(s). Moreover, the Debtors respectfully request that FTI's restructuring professionals not be required to keep time records on a "project category" basis, that its non-restructuring professionals and personnel in administrative departments (including legal) not be required to maintain any time records, and that it not be required to provide or conform to any schedule of hourly rates. To the extent that FTI would otherwise be required to submit more detailed time for its professionals by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, the Interim Compensation Order, or other applicable procedures and orders of the Court, the Debtors respectfully request that this Court waive such requirements and allow FTI to submit only summary time records kept in one-half hour increments in its application for payment of compensation.

27.     FTI will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in these Chapter 11 Cases. In the event FTI seeks reimbursement for attorneys' fees during the term of the Chapter 11 Cases, FTI will include the applicable invoices and supporting time records from such attorneys (in summary form and redacted for privilege and work product). Such attorneys do not need to have been retained under section 327 of the Bankruptcy Code.

28.     FTI believes that the fee structure is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

F.   <u>INDEMNIFICATION</u>

29.   In addition to the preceding, and as a material part of the consideration for the agreement of FTI to furnish services to the Debtors pursuant to the terms of this Application, the Engagement Letter entered into between the Debtors and FTI includes provisions indemnifying FTI as set forth below.  FTI believes that the following indemnification terms are customary and reasonable for financial advisors in chapter 11 cases:

(a)   The Debtors agree to indemnify and hold harmless FTI and any of its subsidiaries and affiliates, officers, directors, principals, shareholders, agents, independent contractors and employees (collectively "**Indemnified Persons**") from and against any and all claims, liabilities, damages, obligations, costs and expenses (including reasonable attorneys' fees and expenses and costs of investigation) arising out of or relating to your retention of FTI, the execution and delivery of the Engagement Letter, the provision of Services or other matters relating to or arising from the Engagement Letter, except to the extent that any such claim, liability, obligation, damage, cost or expense shall have been determined by **final non-appealable order** of a court of competent jurisdiction to have resulted from the gross negligence or willful misconduct of the Indemnified Person or Persons in respect of whom such liability is asserted (an "**Adverse Determination**").  The Debtors shall pay damages and expenses, including reasonable legal fees and disbursements of counsel as incurred in advance. **FTI** agrees that it will reimburse any amounts paid in advance to the extent they relate directly to an Adverse Determination.

(b)   Subject to any limitation post-petition required by the Bankruptcy Court, the Debtors agree to indemnify and hold harmless FTI and its shareholders, directors, officers, managers, employees, contractors, agents and controlling persons (each, an "**Indemnified Party**") from and against any losses, claims, damages or expenses, or if same was or is or becomes a party to or witness or other participant in, or is threatened to be made a party to or witness or other participant in, any threatened, pending or completed action, suit, proceeding or alternative dispute resolution mechanism, or any hearing, inquiry or investigation, in each case by reason of (or arising in part out of) any event or occurrence related to this agreement or any predecessor agreement for services or the fact that any Indemnified Party is or was an agent, officer director, employee or fiduciary of the Debtors, or by reason of any action or inaction on the part of any Indemnified Party while serving in such capacity (an "**Indemnifiable Event**") against expenses (including reasonable attorneys' fees and disbursements), judgments, fines, settlements and other

amounts actually and reasonably incurred in connection with any Indemnifiable Event. The Indemnified Party shall promptly forward to the Debtors all written notifications and other matter communications regarding any claim that could trigger the Debtors' indemnification obligations under Section Six of the Standard Terms and Conditions attached to the Engagement Letter. If the Debtors so elects or is requested by an Indemnified Party, the Debtors will assume the defense of such action or proceeding, including the employment of counsel reasonably satisfactory to the Indemnified Party and the payment of the reasonable fees and disbursements of such counsel. In the event, however, such Indemnified Party is advised by counsel that having common counsel would present such counsel with a conflict of interest or if the defendants in, or targets of, any such action or proceeding include both an Indemnified Party and the Debtors, and such Indemnified Party is advised by counsel that there may be legal defenses available to it or other Indemnified Parties that are different from or in addition to those available to the Debtors, or if the Debtors fails to assume the defense of the action or proceeding or to employ counsel reasonably satisfactory to such Indemnified Party, in either case in a timely manner, then such Indemnified Party may employ separate counsel to represent or defend it in any such action or proceeding and the Debtors will pay the reasonable fees and disbursements of such counsel; provided, however, that the Debtors will not be required to pay the fees and disbursements of more than one separate counsel (in addition to local counsel) for an Indemnified Party in any jurisdiction in any single action or proceeding. In any action or proceeding the defense of which the Debtors assume, the Indemnified Party will have the right to participate in such litigation and to retain its own counsel at such Indemnified Party's own expense. The Debtors further agree that the Debtors will not, without the prior written consent of the Indemnified Party (which consent shall not be unreasonably withheld or delayed), settle or compromise or consent to the entry of any judgment in any pending or threatened claim, action, suit or proceeding in respect of which indemnification or contribution may be sought hereunder (whether or not the Indemnified Party or any other Indemnified Party is an actual or potential party to such claim, action, suit or proceeding) unless (i) to the extent that such settlement, compromise or consent purports directly or indirectly to cover the Indemnified Party or any other Indemnified Party, such settlement, compromise or consent includes an unconditional release of the Indemnified Party and each other Indemnified Party from all liability arising out of such claim, action, suit or proceeding, or (ii) to the extent that such settlement, compromise or consent does not purport directly or indirectly to cover the Indemnified Party or any other Indemnified Party, the Debtors have given the Indemnified Party reasonable prior written notice thereof and used all reasonable efforts, after consultation with the Indemnified Party, to obtain an unconditional release of the other Indemnified Parties hereunder from all liability arising

from all liability arising out of such claim, action, suit or proceeding.  The Indemnified Party shall not enter into any closing agreement or final settlement that could trigger the Debtors' indemnification obligations under Section Six of the Engagement Letter without the written consent of the Debtors, which shall not unreasonably be withheld or delayed or conditioned.  The Debtors will not be liable for any settlement of any action, claim, suit or proceeding affected without the Debtors' prior written consent, which consent shall not be unreasonably withheld or delayed or conditioned, but if settled with the consent of the Debtors or if there be a final judgment for the plaintiff, the Debtors agree to indemnify and hold harmless the Indemnified Party from and against any loss or liability by reason of such settlement or judgment, as the case may be.

### G.   NO DUPLICATION OF SERVICES

30.    The Debtors and FTI intend that all of the services that FTI will provide to the Debtors will be appropriately directed by the Independent Managers so as to avoid duplication of efforts among the other professionals retained in these Chapter 11 Cases and performed in accordance with applicable standards of the profession.  FTI will work collaboratively with the Board of Managers, the Special Committee and other estate professionals to avoid duplication of services among professionals.  The Debtors believe that the services to be provided by FTI will complement and will not be duplicative of any services provided by the Debtor's other advisors and professionals.

### RELIEF REQUESTED

31.    By this Application, the Debtors are seeking to continue to employ FTI and pursuant to sections 105(a) and 327 of the Bankruptcy Code, Rule 2014 of the Bankruptcy Rules, and Rule 2014 of the Local Rules in accordance with the terms of the Engagement Letter.

### BASIS FOR RELIEF

32.    By this Application, the Debtors respectfully request the entry of the Order authorizing the Debtors to employ and retain FTI as financial advisor to the Debtors, acting at

the sole direction of the Independent Managers *nunc pro tunc* to May 7, 2019 pursuant to the terms of the Engagement Letter and granting related relief.

33.     The Debtors seek approval of the Application pursuant to section 327(a) of the Bankruptcy Code.  Section 327(a) of the Bankruptcy Code authorizes a debtor in possession to employ professionals that "do not hold or represent an interest adverse to the estate, and that are disinterested persons."    11 U.S.C. § 327(a).    As discussed above, FTI satisfies the disinterestedness standard of section 327(a) of the Bankruptcy Code.

34.     Further, the Court's general equitable powers codified in section 105(a) of the Bankruptcy Code provide additional authority for the relief requested herein.  Section 105(a) of the Bankruptcy Code empowers the Court to "issue any order, process, or judgment that is necessary to carry out the provisions of this title."  *See* 11 U.S.C. § 105(a); *see also US. v. Energy Res. Co.*, 495 U.S. 545, 549 (1990); *Adelphia Commc'ns Corp. v. Am. Channel (In re Adelphia Commc'ns Corp.)*, 345 B.R. 69, 85 (Bankr. S.D.N.Y. 2006) ("Section 105(a) provides broad equitable power for a Bankruptcy Court to maintain its own jurisdiction and to facilitate the reorganization process."); *Gillman v. Cont'l Airlines (In re Cont'l Airlines)*, 203 F.3d 203, 211 (3d Cir. 2000) ("Section 105(a) of the Bankruptcy Code supplements courts' specifically enumerated bankruptcy powers by authorizing orders necessary or appropriate to carry out provisions of the Bankruptcy Code.").

35.     The employment of FTI and its professionals is a sound exercise of the Debtors' business judgment.  As detailed herein, FTI has acquired significant knowledge of the Debtors and their business operations as a result of the extensive prepetition work performed on the Debtors' behalf, making FTI the obvious choice to provide the services detailed in the

Engagement Letter. Thus, the employment of FTI is necessary and its services are appropriate in these Chapter 11 Cases.

36.     Further, the Debtors believe that FTI's fee structure is fair and reasonable in light of the type of services being provided and compares favorably with the fee structures generally offered by firms of similar stature to FTI for comparable engagements. In addition, given the numerous issues FTI has addressed prior to the Petition Date and may need to address during these Chapter 11 Cases, FTI's commitment to the variable level of time and effort necessary to address all such related issues as they arise, and the market prices for FTI's services for engagements of this nature in an out-of-court context, the Debtors believe that the FTI fee arrangement is fair and reasonable.

37.     Finally, to the best of the Debtors' knowledge, information, and belief, FTI does not have any interest materially adverse to the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason. Further, the Debtors understand that FTI believes it is disinterested because, to the best of FTI's knowledge, information, and belief, FTI has no connection with the Debtors, their creditors, or any other party-in-interest, except as disclosed in the Diaz Declaration.

## **NOTICE**

38.     The Debtors will provide notice of the Application to: (a) U.S. Trustee; (b) counsel to the Prepetition ABL Administrative Agent, (i) Choate Hall & Stewart LLP (Attn: Kevin Simard, Douglas Gooding and Jonathan Marshall) and (ii) Thompson Coburn LLP (Attn: Mark Bossi); (c) counsel to the FILO Agent, Greenberg Traurig, LLP (Attn: Jeffrey M. Wolf); (d) counsel to certain Prepetition Term Loan Lenders (i) Kramer Levin Naftalis & Frankel LLP (Attn: Stephen D. Zide), (ii) Doster, Ullom & Boyle, LLC (Attn: Gregory D. Willard), (iii)

Stroock & Stroock & Lavan LLP (Attn: Kristopher M. Hansen and Daniel A. Fliman) and (iv)

Lewis Rice LLC (Attn: Sonette T. Magnus); (e) counsel to the Prepetition Term Loan Agent,

Norton Rose Fulbright US LLP (Attn: Stephen Castro and David Rosenzweig); (f) the Monitor,

FTI Consulting Canada, Inc. (Attn: Paul Bishop, Greg Watson and Jim Robinson); (g) counsel to

the Monitor, Bennett Jones LLP (Attn: Sean Zweig, Kevin Zych and Aiden Nelms); (h) counsel

to the Committee (i) Pachulski Stang Ziehl & Jones LLP (Attn: Robert Feinstein and Bradford

Sandler) and (ii) Polsinelli LLP (Attn: Matthew Layfield); (i) the United States Attorney's Office

for the Eastern District of Missouri; (j) the Internal Revenue Service; (k) the United States

Securities and Exchange Commission; (l) the state attorneys general for all states in which the

Debtors conduct business; and (m) any party that has requested notice pursuant to Bankruptcy

Rule 2002 (collectively, the "Notice Parties").  The Debtors submit that such notice is sufficient

and no other or further notice need be provided.

39.     No previous request for the relief sought herein has been made to this or any other

court.

WHEREFORE, the Debtors respectfully request entry of the Proposed Order (a)

authorizing the Debtors to engage FTI in accordance with this Application; and (b) granting the

Debtors such other and further relief as this court may deem just and proper.

Dated:  May 30, 2019
       St. Louis, Missouri

/s/ *Richard W. Engel, Jr.*

Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
rengel@armstrongteasdale.com
eedelman@armstrongteasdale.com
jwillard@armstrongteasdale.com

*Counsel to the Debtors and Debtors in Possession*

-and-

John R. Ashmead (admitted *pro hac vice*)
Mark D. Kotwick (admitted *pro hac vice*)
Catherine V. LoTempio (admitted *pro hac vice*)
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
ashmead@sewkis.com
kotwick@sewkis.com
lotempio@sewkis.com

*Counsel to the Debtors and Debtors in Possession,*
*acting at the direction of the Special Committee*

EAST\166763763.1

## Exhibit A

**(Engagement Letter)**

PRIVATE & CONFIDENTIAL

May 22, 2019

John R. Ashmead, Esq.
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Re: Payless Holdings LLC

Dear Mr. Ashmead:

1.    **Introduction**

This letter confirms that we, FTI Consulting, Inc. ("FTI"), have been retained as of May 7, 2019 by you, Seward & Kissel LLP (the "Firm"), to provide certain financial advisory and consulting services (the "Services") as set forth below in relation to your representation of Payless Holdings LLC ("Payless" or the "Company"), acting at the sole direction of its independent managers Scott Vogel and Patrick Bartels ( the "Independent Managers"). This letter of engagement and the related Standard Terms and Conditions constitute the engagement contract (the "Engagement Contract") pursuant to which the Services will be provided.

2.    **Scope of Services**

The Services, to be performed at your direction, are expected to include the following:

- Assistance in the investigation of matters regarding any transactions between the Company and any related parties and/or insiders
- Assistance with various plan and sales-related issues

The Services may be performed by FTI or by any subsidiary of FTI, as FTI shall determine. FTI may also provide Services through its or its subsidiaries' agents or independent contractors. References herein to FTI and its employees shall be deemed to apply also, unless the context shall otherwise indicate, to employees of each such subsidiary and to any such agents or independent contractors and their employees.

The Services, as outlined above, are subject to change as mutually agreed between us.

FTI is engaged by you to provide financial advisory and consulting services, including, if necessary, expert testimony, only. Accordingly, while we may from time to time suggest options which may be available to you or the Company, acting at the direction of the Independent Managers, and further give our professional evaluation of these options, the ultimate decision as to which, if any, of these options to implement rests with the Independent Managers or the Company, at the direction of the Independent Managers, as appropriate. FTI and its employees will not make any management decisions for the Company or the Independent Managers and will not be responsible for communicating information concerning the Company to the public, the Company's shareholders or others.

Seward & Kissel LLP
May 22, 2019

As part of the Services, FTI may be requested to assist you or the Company, acting at the direction of the Independent Managers, or the Independent Managers (and its other legal or other advisors) in negotiating with the Company's creditors and equity holders and with other interested parties. In the event that we participate in such negotiations, the representations made and the positions advanced will be those of the Company, acting at the direction of the Independent Managers, or the Independent Managers, not FTI or its employees.

The services we will provide in connection with the Engagement will encompass all services normally and reasonably associated with this type of engagement that we are requested and are able to provide and that are consistent with our ethical obligations. With respect to all matters of our Engagement, we will coordinate closely with you and the Independent Managers as to the nature of the services that we will render and the scope of our engagement.

3.    **Privileged and Confidential Work Product**

To the extent possible, written reports, memoranda or status summaries that we prepare under this Engagement Contract will be maintained in accordance with our retention procedures and shall be prominently labeled "Privileged and Confidential". Except as may be required by law, regulation or valid judicial or administrative process, we will not disclose to anyone, without your permission, the content of any oral or written confidential communication received during the course of the Engagement or any information gained from the inspection or review of any records or documents provided by you that are identified as confidential.

4.    **Fees**

Fees in connection with this Engagement will be based upon the time incurred providing the Services, multiplied by our standard hourly rates, summarized as follows:

**United States**

| | Per Hour (USD) |
|---|---|
| Senior Managing Directors | $895 – 1,195 |
| Directors / Senior Directors / Managing Directors | 670 - 880 |
| Consultants/Senior Consultants | 355 - 640 |
| Administrative / Paraprofessionals | 145 - 275 |

Hourly rates are generally revised periodically. We will notify you of any changes to our rates. To the extent this engagement requires services of our International divisions or personnel, the time will be multiplied by our standard hourly rates applicable for the International divisions or personnel. Note that we do not provide any assurance regarding the outcome of our work and our fees will not be contingent on the results of such work.

In addition to the fees outlined above, FTI will bill for reasonable direct expenses which are likely to be incurred on your behalf during this Engagement. Direct expenses include reasonable and customary out-of-pocket expenses which are billed directly to the engagement such as internet access, telephone, overnight mail, messenger, travel, meals, accommodations and other expenses specifically related to this engagement. Further, if FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating to this matter, FTI will be compensated by the Company at its regular hourly rates and reimbursed for reasonable direct expenses (including counsel fees) with respect thereto.

Seward & Kissel LLP
May 22, 2019

We will send the Company periodic invoices (not less frequently than monthly) for services rendered and charges and disbursements incurred on the basis discussed above, and in certain circumstances, an invoice may be for estimated fees, charges and disbursements through a date certain.

The Company agrees to promptly notify FTI if the Company or any of its subsidiaries or affiliates extends (or solicits the possible interest in receiving) an offer of employment to a principal or employee of FTI involved in this Engagement and agrees that it will pay what FTI has earned and will be entitled to a cash fee, upon hiring, equal to 150% of the aggregate first year's annualized compensation, including any guaranteed or target bonus and equity award, to be paid to FTI's former principal or employee that the Company or any of its subsidiaries or affiliates hires at any time up to one year subsequent to the date of the final invoice rendered by FTI with respect to this Engagement.

In a case under the Bankruptcy Code, fees and expenses may not be paid without the express prior approval of the bankruptcy court. In most cases of this size and complexity, on request of a party in interest, the bankruptcy court permits the payment of interim fees during the case. The Company agrees that, if asked to do so by us, the Company will request the bankruptcy court to establish a procedure for the payment of interim fees during the case that would permit payment of interim fees. These interim invoices will be based on such percentage as the bankruptcy court allows of our internal time charges and costs and expenses for the work performed during the relevant period and will constitute a request for an interim payment against the reasonable fee to be determined at the conclusion of our representation.

Fees, charges and disbursements will be due and payable immediately upon entry of an order containing such court approval or at such time thereafter as instructed by the court. The Company understands that while the arrangement in this paragraph may be altered in whole or in part by the bankruptcy court, the Company shall nevertheless remain liable for payment of court approved post-petition fees and expenses. Such items are afforded administrative priority under 11 U.S.C. § 503(b)(l). The Bankruptcy Code provides in pertinent part, at 11 U.S.C. § 1l29(a)(9)(A), that a plan cannot be confirmed unless these priority claims are paid in full in cash on the effective date of any plan (unless the holders of such claims agree to different treatment). We acknowledge that, subject to the foregoing, payment of our fees and expenses is the responsibility of the Company, and the payment of same is not a personal obligation of either the Firm or the Independent Managers.

5.    **Terms and Conditions**

The attached Standard Terms and Conditions set forth the duties of each party with respect to the Services. Further, this letter and the Standard Terms and Conditions attached comprise the entire Engagement Contract for the provision of the Services to the exclusion of any other express or implied terms, whether expressed orally or in writing, including any conditions, warranties and representations, and shall supersede all previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the Services.

Seward & Kissel LLP
May 22, 2019

6.    **Conflicts of Interest**

Based on the list of interested parties (the "Potentially Interested Parties"), provided by you, we have undertaken a limited review of our records to determine FTI's professional relationships with the Company and other parties. The results of this review are disclosed in more detail in the Declaration of Matthew Diaz ("Diaz Declaration").

From the results of such review, we were not made aware of any conflicts of interest or additional relationships that we believe would preclude us from performing the Services. However, as you know, we are a large consulting firm with numerous offices throughout the United States. We are regularly engaged by new clients, which may include one or more of the Potentially Interested Parties. The FTI professionals providing services hereunder will not accept an engagement that directly conflicts with this Engagement without your prior written consent.

7.    **Acknowledgement and Acceptance**

Please acknowledge your acceptance of the terms of this Engagement Contract by signing both the confirmation below and the attached Standard Terms and Conditions and returning a copy of each to us at the above address.

If you have any questions regarding this letter or the attached Standard Terms and Conditions, please do not hesitate to contact Steven Simms at 212-841-9369.

Yours faithfully,

FTI CONSULTING, INC.

By: _____

Steven Simms
Senior Managing Director

Attachment – As stated

-4-

Seward & Kissel LLP
May 22, 2019

<u>Confirmation of Terms of Engagement</u>

**We agree to engage FTI Consulting, Inc. upon the terms set forth herein and in the attached Standard Terms and Conditions.**

Seward & Kissel LLP, proposed counsel for the Company, acting at the direction of the Independent Managers

By: _____

John R. Ashmead
Partner

Date: 5/22/19

Payless Holdings LLC, acting at the direction of the Independent Managers

By: _____  – CRO

Date: 5/29/19

## FTI CONSULTING, INC.

### STANDARD TERMS AND CONDITIONS

The following are the Standard Terms and Conditions on which we will provide the Services to you set forth within the attached letter of engagement dated May 22, 2019. The engagement letter and the Standard Terms and Conditions (collectively the "Engagement Contract") form the entire agreement between us relating to the Services and replace and supersede any previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the Services. The headings and titles in the Engagement Contract are included to make it easier to read but do not form part of the Engagement Contract.

**1.    Reports and Advice**

1.1    **Use and purpose of advice and reports** -- Any advice given or report issued by us is provided solely for the use and benefit of you and the Company, acting at the direction of the Independent Managers, or the Independent Managers, as applicable, and only in connection with the purpose in respect of which the Services are provided. Unless required by law, neither you nor the Independent Managers shall provide any advice given or report issued by us to any third party, or refer to us or the Services, without our prior written consent. In no event, regardless of whether consent has been provided, shall we assume any responsibility to any third party to which any advice or report is disclosed or otherwise made available.

**2.    Information and Assistance**

2.1    **Provision of information and assistance** – Our performance of the Services is dependent upon you and the Company providing us with such information and assistance as we may reasonably require from time to time.

2.2    **Punctual and accurate information** – You and Company personnel shall use reasonable skill, care and attention to ensure that all information we may reasonably require is provided on a timely basis and is accurate and complete and relevant for the purpose for which it is required. You and the Company shall also notify us if you subsequently learn that the information provided is incorrect or inaccurate or otherwise should not be relied upon.

2.3    **No assurance on financial data** -- While our work may include an analysis of financial and accounting data, the Services will not include an audit, compilation or review of any kind of any financial statements or components thereof. Company management will be responsible for any and all financial information they provide to us during the course of this Engagement, and we will not examine or compile or verify any such financial information. Moreover, the circumstances of the Engagement may cause our advice to be limited in certain respects based upon, among other matters, the extent of sufficient and available data and the opportunity for supporting investigations in the time period. Accordingly, as part of this Engagement, we will not express any opinion or other form of assurance on financial statements of the Company.

2.4    **Prospective financial information** - In the event the Services involve prospective financial information, our work will not constitute an examination or compilation, or apply agreed-upon procedures, in accordance with standards established by the American Institute of Certified Public Accountants or otherwise, and we will express no assurance of any kind on such information. There will usually be differences between estimated and actual results, because events and circumstances frequently do not occur as expected, and those differences may be material. We will take no responsibility for the achievability of results or events projected or anticipated by the management of the Company.

3.    **Additional Services**

3.1    **Responsibility for other parties** – You and the Company shall be solely responsible for the work and fees of any other party engaged by you or the Company to provide services in connection with the engagement regardless of whether such party was introduced to you by us. Except as provided in this Engagement Contract, we shall not be responsible for providing or reviewing the advice or services of any such third party, including advice as to legal, regulatory, accounting or taxation matters. Further, we acknowledge that we are not authorized under our Engagement Contract to engage any third party to provide services or advice to you or the Company, other than our agents or independent contractors engaged to provide Services, without your or the Company's written authorization.

4.    **Confidentiality**

4.1    **Restrictions on confidential information** – All parties to this Engagement Contract agree that any confidential information received from the other parties shall only be used for the purposes of providing or receiving Services under this or any other contract between us. Except as provided below, no party will disclose other contracting party's confidential information to any third party without such party's consent. Confidential information shall not include information that:

4.1.1    is or becomes generally available to the public other than as a result of a breach of an obligation under this Clause 4.1;

4.1.2    is acquired from a third party who, to the recipient party's knowledge, owes no obligation of confidence in respect of the information; or

4.1.3    is or has been independently developed by the recipient.

4.2    **Disclosing confidential information** – Notwithstanding Clause 1.1 or 4.1 above, all parties will be entitled to disclose confidential information to a third party to the extent that this is required by valid legal process, provided that (and without breaching any legal or regulatory requirement) where reasonably practicable not less than 2 business days' notice in writing is first given to the other parties.

4.3    **Citation of engagement** – Without prejudice to Clause 4.1 and Clause 4.2 above, to the extent our engagement is or becomes known to the public, we may cite the performance of the Services to our clients and prospective clients as an indication of our experience, unless we and you specifically agree otherwise in writing.

4.4    **Internal quality reviews** – Notwithstanding the above, we may disclose any information referred to in this Clause 4 to any other FTI entity or use it for internal quality reviews.

4.5    **Maintenance of workpapers** – Notwithstanding the above, we may keep one archival set of our working papers from the Engagement, including working papers containing or reflecting confidential information, in accordance with our internal policies.

5.    **Termination**

5.1    **Termination of Engagement with notice** – All parties (you, the Independent Managers, the Company, acting at the direction of the Independent Managers, and FTI) may terminate the Engagement Contract for whatever reason upon written notice to the other party. Upon receipt of such notice, we will stop all work immediately. Regardless of the terminating party, the Company alone will be responsible for all

fees and expenses incurred by us through the date termination notice is received.

5.2 **Continuation of terms** – The terms of the Engagement that by their context are intended to be performed after termination or expiration of this Engagement Contract, including but not limited to, Clauses 3 and 4 of the Engagement letter, and Clauses 1.1, 4, 6 and 7 of the Standard Terms and Conditions, are intended to survive such termination or expiration and shall continue to bind all parties.

6. **Indemnification and Liability Limitation**

6.1 **Indemnification** - The Company agrees to indemnify and hold harmless FTI and any of its subsidiaries and affiliates, officers, directors, principals, shareholders, agents, independent contractors and employees (collectively "Indemnified Persons") from and against any and all claims, liabilities, damages, obligations, costs and expenses (including reasonable attorneys' fees and expenses and costs of investigation) arising out of or relating to your retention of FTI, the execution and delivery of this Engagement Contract, the provision of Services or other matters relating to or arising from this Engagement Contract, except to the extent that any such claim, liability, obligation, damage, cost or expense shall have been determined by final non-appealable order of a court of competent jurisdiction to have resulted from the gross negligence or willful misconduct of the Indemnified Person or Persons in respect of whom such liability is asserted (an "Adverse Determination"). The Company shall pay damages and expenses, including reasonable legal fees and disbursements of counsel as incurred in advance. FTI understands that neither the Firm, nor the Independent Managers, shall have any indemnification obligations with respect to FTI and that FTI sole recourse is to the Company. FTI agrees that it will reimburse any amounts paid in advance to the extent they relate directly to an Adverse Determination.

6.2 **Limitation of liability** - You agree that no Indemnified Person shall be liable to you, or your successors, affiliates or assigns for damages in excess of the total amount of the fees paid to FTI under this Engagement Contract. Without limiting the generality of the foregoing, in no event shall any Indemnified Person be liable for consequential, indirect or punitive damages, damages for lost profits or opportunities or other like damages or claims of any kind.

7. **Governing Law, Jurisdiction and WAIVER OF JURY TRIAL**

7.1 **Governing Law** - The Engagement Contract shall be governed by and interpreted in accordance with the laws of the State of New York without giving effect to the choice of law provisions thereof.

7.2 **Jurisdiction** - The United States District Court for the Southern District of New York and the appropriate Courts of the State of New York sitting in the Borough of Manhattan, City of New York shall have exclusive jurisdiction in relation to any claim, dispute or difference concerning the Engagement Contract and any matter arising from it. The parties submit to the jurisdiction of such Courts and irrevocably waive any right they may have to object to any action being brought in these Courts, to claim that the action has been brought in an inconvenient forum or to claim that those Courts do not have jurisdiction.

7.3 **WAIVER OF JURY TRIAL** – TO FACILITATE JUDICIAL RESOLUTION AND SAVE TIME AND EXPENSE, THE COMPANY AND FTI IRREVOCABLY AND UNCONDITIONALLY AGREE TO WAIVE A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THE SERVICES OR THIS ENGAGEMENT CONTRACT.

FTI CONSULTING, INC

### Confirmation of Standard Terms and Conditions

We agree to engage FTI Consulting, Inc. upon the terms set forth in these Standard Terms and Conditions as outlined above.

Seward & Kissel LLP, proposed counsel for the Company, acting at the direction of the Independent Managers

By: _____

John R. Ashmead
Partner

Date: 5/22/19

Payless Holdings LLC, acting at the direction of the Independent Managers

By: _____

Date: 5/29/19

SK 30083 0006 8232510 v3

**<u>Exhibit B</u>**

**(Declaration of Matthew Diaz)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

|  |  |
|---|---|
| In re: | ) Case No. 19-40883-659 |
| | ) Chapter 11 |
| | ) |
| PAYLESS HOLDINGS LLC, *et al.*, | ) |
| | ) Jointly Administered |
| Debtors. | ) |

**DECLARATION OF MATTHEW DIAZ IN SUPPORT OF THE
APPLICATION OF THE DEBTORS, ACTING AT THE DIRECTION OF THE
INDEPENDENT MANAGERS, FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C.
§§ 105(A) AND 327, FED. R. BANKR. P. 2014, AND LOCAL RULE 2014 AUTHORIZING
THE EMPLOYMENT OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR TO THE
DEBTORS' INDEPENDENT MANAGERS *NUNC PRO TUNC* TO MAY 7, 2019**

I, Matthew Diaz, pursuant to 28 U.S.C. § 1746, to the best of my knowledge and belief, and after reasonable inquiry, declare that the following is true and correct:

I am a Senior Managing Director of FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, "**FTI**"), a financial advisory services firm with numerous offices throughout the country. I am duly authorized to make this declaration (the "**Declaration**") on behalf of FTI and submit this Declaration in support of the *Application of the Debtors, Acting at the Direction of the Independent Managers, for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 327, Fed. R. Bankr. P. 2014, and Local Rule 2014 Authorizing the Employment of FTI Consulting, Inc. as Financial Advisor to the Debtors' Independent Managers Nunc Pro Tunc to May 7, 2019* (the "**Application**"),[1] which was filed by the above-referenced debtors and debtors-in-possession (collectively, the "**Debtors**") in these chapter 11 cases (the "**Chapter 11 Cases**"). Unless otherwise stated in this declaration, I have

---

[1] Capitalized terms used but not otherwise defined herein, shall have the meanings ascribed to them in the Application.

personal knowledge of the matters set forth herein and, if called as a witness, I would testify thereto. Certain of the disclosures set forth herein are related to matters within the knowledge of other employees of FTI and are based on information provided by them.

## A. QUALIFICATIONS

1.     FTI provides services in areas ranging from corporate finance and interim management to economic consulting, forensic and litigation consulting, strategic communications, and technology. FTI's clients include many of the world's largest public companies, as well as a majority of the twenty-five largest banks and top one hundred law firms in the world. FTI's expertise includes liquidity and capital structure assessment, debt and equity restructuring advice and identification of reorganization alternatives. FTI has significant experience assisting distressed companies with day-to-day management activities, including development of pro forma financials and business plans, cash flow management, and implementation of liquidity-enhancing and cost-saving strategies.

2.     FTI has advised management, senior lenders, and unsecured creditors in several significant restructurings and turnarounds in recent years, including *In re Northwest Airlines Corp.*, *In re American Home Mortgage Holdings, Inc.*, *In re Bombay Company, Inc.*, *In re Calpine Corp.*, *In re Global Power Equipment Group Inc.*, *In re Tower Automotive, Inc.*; *In re Winn Dixie Stores, Inc.*, *In re Refco Inc.*, *In re Dana Corporation*, *In re Bally Total Fitness of Greater New York, Inc.*, *In re Circuit City Stores, Inc.*, *In re Delphi Corp.*, *In re Flying J, Inc. (Big West Oil)*, *In re Gottschalks Inc.*, *In re Hawaiian Telecom Communications, Inc.*, *In re Intermet Corp.*, *In re Lehman Brothers Holdings Inc.*, *In re Lyondell Chemical Company*, *In re Townsends, Inc.*, *In re Tribune Company*, *In re Nortel Networks Inc.*, *In re Washington Mutual, Inc.*, and *In re WCI Communities, Inc.*, among others. FTI has a wealth of experience in

2

restructuring and financial advisory services and enjoys an excellent reputation for services rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.

### B.   SCOPE OF SERVICES

3.     As set forth in the agreement between FTI and the Debtors (the "**Engagement Letter**"), attached to the Application as **Exhibit A**, FTI has been providing and will continue to perform the services described below in order to assist the Special Committee with conducting the Insider Investigation and with reviewing the Interested Party Transactions for the benefit of the Debtors' estates.

4.     Among other things, FTI has provided, or will provide on a prospective basis upon the court's approval of this Application, services in the following categories (the "**Services**"):

> (a)   Assistance with conducting the Insider Investigation;
>
> (b)   Review of the Interested Party Transactions; and
>
> (c)   Counsel on various issues related to the formulation of a plan of reorganization or liquidation, asset sales, or any other aspect of these Chapter 11 Cases that may involve potential or actual conflicts of interest.

### C.   PROFESSIONAL COMPENSATION

5.     Neither I nor FTI, nor any professional associated with FTI, has been engaged by any entity other than the Debtors, including FTI Consulting Canada, Inc., in connection with these Chapter 11 Cases.  FTI is not a creditor of the Debtors.

6.     Subject to approval by the Court, the Debtors propose to employ and retain FTI to serve as financial advisor to the Special Committee on the following terms:

7.      FTI shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, the *Order (i) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals and (ii) Granting Related Relief* [Docket No. 786] (the "**Interim Compensation Order**"), and any other applicable procedures and orders of the Court, including any order approving this Application (to the extent compliance is not waived) and consistent with the proposed compensation set forth in the Application.

(a) Payment of hourly fees. The customary hourly rates, subject to periodic adjustments, charged by FTI professionals anticipated to be assigned to these cases are as follows:

| | |
|---|---|
| Senior Managing Directors | $895 – $1,195 |
| Directors / Senior Directors/ Managing Directors | $670 – $880 |
| Consultants / Senior Consultants | $355 – $640 |
| Administrative / Paraprofessionals | $145 – $275 |

(b) Payment of reasonable and customary out-of-pocket expenses, such as internet access, telephone, overnight mail, messenger, travel, meals, accommodations, and other expenses related to this engagement.

8.      FTI shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, the Interim Compensation Order, and any other applicable procedures and orders of the Court, including any order

4

approving this Application (to the extent compliance is not waived) and consistent with the proposed compensation set forth in the Application.

9.       FTI will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in these Chapter 11 Cases.  In the event FTI seeks reimbursement for attorneys' fees during the term of the Chapter 11 Cases, FTI will include the applicable invoices and supporting time records from such attorneys (in summary form and redacted for privilege and work product). Such attorneys do not need to have been retained under section 327 of the Bankruptcy Code.

10.      I believe that the fee structure is reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.

11.      To the best of my knowledge, (a) no commitments have been made or received by FTI with respect to compensation or payment in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these Chapter 11 Cases.

### D.       DISINTERESTEDNESS

12.      In connection with the preparation of this Declaration, FTI requested and obtained from the Debtors a list of interested parties and significant creditors in these Chapter 11 Cases, which included, among others, the Debtors' directors and officers, lienholders, insurance

EAST\166763650.2

providers, and utilities (collectively the "**Potential Parties in Interest**").    A list of the Potential

Parties in Interest is reflected on **Schedule A** attached hereto.[2]

       13.    FTI then compared the names of each of the Potential Parties in Interest

to the names contained in a database of current and former clients and other relationships (the

"**Client Database**").  The Client Database generally includes: (i) the name of each client of FTI

and its subsidiaries and affiliates; (ii) the name of each party who is or was known to be adverse

to such client of FTI in connection with the matter in which FTI is or was representing such

client; (iii) the name of each party that has, or had, a substantial role with regard to the subject

matter of FTI's retention; and (iv) the names of FTI professionals who are, or were, primarily

responsible for matters for such clients.  The Client Database also includes a list of other

positions or appointments held by FTI professionals, including directorships, and the names of

the professionals that hold such positions.

       14.    To the best of my knowledge, information, and belief, after reasonable

inquiry, other than as disclosed in this Declaration or as set forth in **Schedule B**, neither I, FTI,

nor any of our professionals or employees participating in or connected with FTI's engagement

with the Debtors:  (i) is related  to the Debtors or any other party in interest herein, the United

States Trustee for the Eastern District of  Missouri, or anyone employed in the United States

Trustee's Office for the Eastern District of  Missouri; (ii) has any connection with or holds or

represents any interest adverse to the Debtors, their estates, their creditors, any other Interested

Party, or their respective attorneys in the matters on  which FTI is proposed to be employed; or

(iii) has advised any Potential Parties In Interest,  except for the Debtors, in connection with these

---

[2] FTI has reviewed over 2,000 names in connection with its conflicts checking process, including those set forth on
Schedule A, the results of which are contained herein.  FTI continues to review the Potential Parties in Interest that
are categorized under "accounts payable" and will provide a supplemental declaration with the results of this
conflict checking process.

6

Chapter 11 Cases.  In addition, FTI does not believe that any relationship that it, or any of its professionals or employees participating in or connected with FTI's engagement with the Debtors may have with any Potential Parties in Interest in connection with any unrelated matter will interfere with or impair FTI's representation o f the Debtors in these Chapter 11 Cases.

15.     As set forth in further detail herein, FTI is a global business advisory firm. As can be expected with respect to any international professional services firm such as FTI, FTI provides a wide range of services to many clients, which may include one or more entities with interests in these Chapter 11 Cases.  To the best of my knowledge, FTI's services for such clients to not relate to these Chapter 11 Cases.

16.     In addition to the relationships disclosed on Schedule B, I note that:

(a)     Prior to the Petition Date, the Antitrust and Finance practice groups of the Compass Lexecon Economic Consulting business segment were advising the proposed class of plaintiffs, a group of merchants that includes Payless ShoeSource Inc., with respect to the multi-district litigation *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 05-MD-01720 (E.D.N.Y.) (the "**Multi-District Litigation**").  This representation was unrelated to these Chapter 11 Cases.

(b)     The Antitrust practice group of the Compass Lexecon Economic Consulting business segment is advising a group of merchants that does not include Payless ShoeSource Inc. with respect to the Multi-District Litigation.  This representation is unrelated to these Chapter 11 Cases.

(c)     The Antitrust and Finance practice groups of the Compass Lexecon Economic Consulting business segment are advising certain defendants in the Multi-District Litigation.  Payless ShoeSource Inc. is a merchant in the class seeking a

7

settlement with these defendants.  This representation is unrelated to these Chapter 11 Cases.

(d)    The Technology Consulting practice group of the Technology Consulting business segment is advising a third-party that was subpoenaed in connection with the Multi-District Litigation.  Payless Inc. is a merchant in the plaintiff class. Previously, Technology Consulting advised a merchant in connection with the Multi-District Litigation.  This representation is unrelated to these Chapter 11 Cases.

(e)    The Corporate Finance business segment of FTI Consulting Canada, Inc. ("**FTI Canada**") is serving as the court-appointed Monitor of Payless ShoeSource Canada, Inc. in its case under the Companies' Creditors Arrangements Act (the "**CCAA**").  Prior to filing the application under the CCAA, the Corporate Finance business segment served as a financial advisor to Payless ShoeSource Canada, Inc. with respect to its restructuring.  This representation is unrelated to these Chapter 11 Cases.

17.    By way of further disclosure:

(a)    From time to time, FTI, which is providing the services in this case, has provided services, and likely will continue to provide services to certain attorneys, other professionals, creditors (including lenders) and/or security holders of the Debtors and various other parties, some of whom may be providing services to, or may be adverse to, or may be otherwise connected to, the Debtors, in each case in matters unrelated to these Chapter 11 Cases.

(b)    In addition to its Turnaround & Restructuring Services, FTI is engaged in providing Corporate Finance & Restructuring, Economic Consulting, Forensic & Litigation Consulting, Strategic Communications and Technology services globally to a

8

wide range of institutions and individuals and may in the past have had, and may currently or in the future have, financial advisory or other investment banking or consulting relationships with parties that may have interests with respect to the Debtor. In the ordinary course of business, investment funds affiliated with certain of FTI's employees, as well as investment funds in which such employees may have financial interests, but over whose investment decisions such employees have no input or control, may acquire, hold or sell, long or short positions, or trade or otherwise effect transactions, in debt, equity, and other securities and financial instruments (including bank loans and other obligations) of, or investments in, the Debtors or other parties that may have an interest in these Chapter 11 Cases or have other relationships with such parties. With respect to any such securities, financial instruments, and/or investments, all rights in respect of such securities, financial instruments, and investments, including any voting rights, will be exercised by the holder of the rights, in its sole discretion. Moreover, the FTI employees who are working on these Chapter 11 Cases are subject to compliance mechanisms and policies and procedures designed to prevent confidential, non-public information from being improperly shared.

(c)    In the ordinary course of its business, FTI from time to time discusses issues concerning stressed and distressed companies with creditors and prospective creditors that are clients of the firm, or that otherwise contact FTI, or that are referred to the firm in light of FTI's reputation for covering such companies and/or relevant industry expertise.  At the time of those contacts, it is not known whether any particular company will actually file for bankruptcy, or if any of these creditors and/or potential creditors will serve on any future creditors' committee, or even be a creditor of the relevant estate in

the event of a future bankruptcy.  It is also FTI's customary practice to communicate with and, when appropriate or requested, send materials to one, or more, of the largest unsecured creditors identified by a debtor and who are, therefore, potential members of a creditors' committee, if we either know, work with, are contacted by, or are otherwise referred to the relevant creditor.  In some circumstances, we may contact potential committee members with whom we are not previously familiar.

(d)    FTI personnel may have business associations with certain creditors of the Debtors or counsel or other professionals involved in these Chapter 11 Cases on matters unrelated to these Chapter 11 Cases.  In addition, in the ordinary course of its business, FTI may engage counsel or other professionals in unrelated matters who now represent, or in the future may represent, creditors or other interested parties in these Chapter 11 Cases.

18.    Given the large number of parties in interest in these Chapter 11 Cases, despite the efforts described above to identify and disclose FTI's relationships with parties in interest in these Chapter 11 Cases, FTI is unable to state with complete certainty that every client relationship or other connection has been disclosed.  In particular, among other things, FTI may have relationships with persons who are beneficial owners of parties in interest and persons whose beneficial owners include parties in interest or persons who otherwise have relationships with parties in interest.

19.    In order to maintain the confidentiality of client information in connection with FTI's engagement on behalf of the Special Committee (the "**Special Committee Engagement**"), FTI will maintain the following internal procedures (the "**Ethical Wall**"): (i) each FTI professional on the Special Committee Engagement (the "**Special Committee**

10

**Engagement Professionals**"), shall acknowledge in writing that he or she may receive certain nonpublic information and that he or she is aware of the Ethical Wall in effect and will follow the Ethical Wall procedures therein; (ii) the Special Committee Engagement Professionals will not directly or indirectly share any nonpublic information generated by, received from or relating to the Special Committee Engagement with professionals in the Antitrust and Finance practice groups of the Compass Lexecon Economic Consulting business segment, the Technology Consulting business segment, and the Corporate Finance business segment of FTI Consulting Canada, Inc., who are working on the matters described in paragraph 16, above (the "**Other FTI Professionals**"), except that a good-faith communication of publicly available information shall not be presumed to be a breach of the obligations of FTI or any Special Committee Professionals or Other FTI Professionals under these procedures; (iii) FTI is setting up electronic internal security walls to ensure that only FTI employees involved directly with or working on the Special Committee Engagement may have access to the information, databases, e-mails, schedules or any other information relating to that engagement; (iv) FTI shall periodically monitor, consistent with its ordinary course practice, compliance with the Ethical Wall procedures among the Special Committee Professionals and the Other FTI Professionals to ensure that such exchanges are performed in a manner consistent with the Ethical Wall procedures; and (v) FTI shall immediately disclose to Committee counsel and the United States Trustee any material breaches of the procedures described herein. If FTI ceases to act as advisor to the Special Committee, it will continue to follow the procedures set forth above until a plan has been confirmed in the Debtors' Chapter 11 Cases or the Chapter 11 Cases have been converted or dismissed.

20.     As these Chapter 11 Cases progress, new parties may become parties in interest and similarly, FTI may have been engaged, may currently be engaged and may in the future be engaged by such new parties in interest in matters unrelated to these Chapter 11 Cases. Also, FTI may have engaged or had mutual clients with, may have a current engagement or have mutual clients with and may in the future engage or have mutual clients with certain law firms, financial advisors, accounting firms, or other professionals that are Potential Parties in Interest or may become parties in interest, all in matters unrelated to these cases. In addition, FTI may have also been engaged by, be currently engaged by, or in the future be engaged by persons who are creditors or shareholders of the Debtors, otherwise have a business relationship with the Debtors, or who are competitors of or customers of the Debtors. Potential Parties in Interest, persons that may become parties in interest in these Chapter 11 Cases, and persons that have business relationships with the Debtors, that are competitors of the Debtors, or that are customers of the Debtors, may be: (a) parties in interest in other bankruptcy cases where FTI is acting as financial advisor and investment banker to the debtors or to other parties in interest or (b) may be affiliates of or creditors of persons who may have engaged, have currently engaged, or may in the future engage FTI. In the ordinary course of its business, FTI may also purchase services or products from Potential Parties in Interest and other persons that are or may become parties in interest in these Chapter 11 Cases.

21.     Moreover, FTI's employees may have relationships with persons that may become parties in interest in these Chapter 11 Cases, and/or persons that have business relationships with the Debtors, are competitors of the Debtors or that are customers of the Debtors. Continued inquiry will be made on a periodic basis, with additional disclosures to this Court if necessary or otherwise appropriate.

12

22.     To the best of my knowledge, information, and belief, some of FTI's present and future employees may have, or may in the future have, personal investment in funds, or other investment vehicles, over whose investment decisions such employees have no input or control.  Such entities may have made, or may in the future make, investment in the claims or securities of the Debtors, or those of their creditors, or other parties in interest in these Chapter 11 Cases.  To the extent FTI discovers any facts bearing on the matters described herein during the period of FTI's employment, FTI will amend and supplement the information contained in this Declaration to disclose such facts.

23.     Based on all of the foregoing, FTI is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

### E.     NO DUPLICATION OF SERVICES

24.     The Debtors and FTI intend that all of the services that FTI will provide to the Debtors will be appropriately directed by the Independent Managers so as to avoid duplication of efforts among the other professionals retained in this chapter 11 case and performed in accordance with applicable standards of the profession.   FTI will work collaboratively with the Debtors' other professionals to avoid duplication of services among professionals.

25.     I believe that the services to be provided by FTI will complement and will not be duplicative of any services of the Debtors' other professionals, including any services provided by the Debtors' other professionals.

26.     I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules, and FTI will comply with them, subject to the Orders of this Court.

13

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: May 30, 2019
   New York, New York      Respectfully submitted,

               By: _/s/ Matthew Diaz_____
                   Matthew Diaz
                   Senior Managing Director

14

## Schedule A

**(Potential Parties in Interest)**

**Schedule A**

**Schedule of Searched Parties**

**Debtors**

Clinch, LLC
Collective Brands Franchising Services LLC
Collective Brands Logistics Limited (HK/2007)
Collective Brands Services, Inc. (formerly PSS
    Delaware Company 3, Inc.
CollectiDebve Licensing International, LLC
Collective Licensing, LP (f.k.a. Collective
    International, LLC)
Dynamic Assets Limited
Eastborough, Inc.
Payless Collective GP, LLC
Payless Finance, Inc.
Payless Gold Value CO., Inc. (CO/2013) (formerly
    Payless Gold Value WY, Inc.)
Payless Holdings LLC
Payless Inc.
Payless Intermediate Holdings LLC

Payless International Franchising LLC (f.k.a.
    Collective Sourcing Services LC)
Payless NYC, Inc. (formerly PSS Labor Leasing, Inc.
Payless Purchasing Services, Inc.
Payless Shoesource Canada GP Inc.
Payless Shoesource Canada Inc.
Payless Shoesource Canada, LP
Payless Shoesource Distribution, Inc.
Payless Shoesource of Puerto Rico, Inc.
Payless Shoesource Worldwide, Inc.
Payless Shoesource, Inc.
Payless Shoesourcing Merchandising, Inc.
PSS Canada, Inc.
PSS Delaware Company 4, Inc.
Shoe Sourcing, Inc.
WBG - PSS Holdings LLC

**Debtors' Affiliates**

Bacate Cia Ltds
Collective Brands Cayman Finance, LimitedDir
Collective Brands Cayman Finance, Limited II
Collective Brands Cooperatief U.A.
Collective Brands Holdings Limited
Collective Brands II Cooperatief U.A.
Collective Brands International Franchising, LLC
    (f.k.a. Collective Brands Philippines Franchising,
    LLC)
Collective Brands International Holdings, Limited I
Collective Brands International Holdings, Limited II
Collective Brands Logistics Limited (Taiwan)
Collective Brands Services Limited
Collective Brands Services Limited (Taiwan)
Collective Brands Services Vietnam Company Ltd.
Collective Franchising, LTD
Collective Indonesia Franchising, LLC
Dynamic Assets Limited Representative Office
    (Taiwan)
Import Solutions de Mexico, S. de R.L. de C.V.
Panama SEM Branch
Payless Asia Sourcing (JV)
Payless CA Management LTD
Payless CO Management LTD.
Payless Colombia (BVI) Holdings Ltd.
Payless Controladora, S.A. de C.V.
Payless India Franchising, LLC
Payless International Finance B.V.
Payless Netherlands B.V.
Payless Netherlands Holdings LLC
Payless Servicios S.A. de C.V.
Payless Shoes Pty Ltd

Payless Shoesource (BVI) Holdings Ltd.
Payless Shoesource Andean Holdings
Payless Shoesource AU Holdings Pty. Ltd.
Payless Shoesource de Guatemala LTDA
Payless Shoesource de la Republica Dominicana,
    S.R.L.
Payless Shoesource Dominica Ltd.
Payless Shoesource Ecuador CIA Ltds
Payless Shoesource Honduras S. DE R.L.
Payless Shoesource International Limited (Shenzhen)
    Dongguan Branch
Payless Shoesource International Limited (Shenzhen)
    Guangzhou Branch
Payless Shoesource International Limited (Shenzhen)
    Shanghai Branch
Payless Shoesource International Limited (Shenzhen)
    Xiamen Branch
Payless Shoesource International Services Tenicos E
    Inspectoria de Calcados S/C LTDA
Payless Shoesource Jamaica Limited
Payless Shoesource Limitada y Compania Limitada
Payless Shoesource of El Salvador Ltda.
Payless Shoesource of St. Lucia, LTD
Payless Shoesource Overseas S.R.L.
Payless Shoesource Peru Holding, S.L.
Payless Shoesource Peru S.R.L.
Payless Shoesource PSS De Colombia S.A.S.
    (formerly Ltda. Colombia)
Payless Shoesource S.A. Retail Company
Payless Shoesource Saipan, Inc.
Payless Shoesource Spain Licensing, S.L.
Payless Shoesource Spain S.L.

Payless Shoesource SRL
Payless Shoesource SRL Antigua Branch
Payless Shoesource SRL Grenada Branch
Payless Shoesource SRL St. Lucia Branch
Payless Shoesource SRL St. Vincent Branch
Payless Shoesource St. Kitts Ltd.
Payless Shoesource Trinidad Unlimited
Payless Shoesource Uruguay SRL Finance Company
Payless Shoesource, Limitada
Payless Shoesource, S.A. de CV
Payless Sourcing LLC

Payless SRL
PSS Global Holdings C.V.
PSS Holdings
PSS International Holdings, Ltd.
PSS Investment I, Inc.
PSS Investment III, Inc.
PSS Latin America Holdings
PSS Uruguay
Shenzhen Footwear Consulting Company
Zurivides Cia Ltds

**Directors and Officers**

Anderson, Christopher
Attenborough, Neale
Ballard, Matthew A.
Beck, Christopher
Beffort, Cris R.
Bonadio, Dominic
Brunton, Brad
Burk, Sally J.
Burton, Danielle Quave
Cavallaro, Joseph
Chung, David
Cohen, Joshua
Cremens, Charles H.
Decker, Randall
Diedel, David W.
Donohoo, Robert C.
Elias, Amanda
Evans, Kevin William
Fountain, Craig
Fuchs, R. Joseph
Gale, Jessica
Gay, Mary Chris
Giusto, Phillip
Goolsby, Jo
Grunert, Heather
Haddock, Darren P.
Hansen, Neil G.
Heck, Michael D.
Hitch, Lorraine
Hynes, Kevin
Jeppesen, Michael
Jones, W. Paul
Junger, Ellen

Kapcar, Bradley
Lane, Lorelei
Madsen, Gary C.
May, Mark A.
McBreen, Michael F.
McDonald, William
McKenna-Doyle, Michelle
Milton, David
Oetgen, Stephen D.
Olsen, Douglas M.
Olshansky, Joshua
Ortega, Deborah A.
Ott, Christopher M.
Paakanen, Mark
Palmer-Eason, Ramona G.
Park, Dan D.
Patton, Stephen L.
Perdic, Carol
Pryor, Bruce
Schwindle, Michael C.
Seamans, Bryan
Tessendorf, Rex A.
Tietjen, Laurie L.
Underhill, Bonita
Vitelli, Michael A.
Vostrejs, Philip D.
Wade, Martin R. III
Westley, Peter
Wild, Jennifer
Wilson, Keshia
Zacharias, Thomas E.
Zarazua, Mario A.
Zentner, Arlen R.

**Banks**

Alamosa National Bank
Alliance Bank
Alpine Bank
Alpine Bank and Trust Co.
American Savings Bank
Ameris Bank
ANZ Bank (Taiwan) Limited
Arvest Bank

Banco Popular
Banco Santander
Bancorp South
Bangor Savings Bank
Bank of America (Lenders)
Bank of Hawaii
Bank of Montreal
Bank of Nova Scotia

| | |
|---|---|
| Bank of Oklahoma | Hometown National Bank |
| Bank of the Internet | Honesdale National Bank |
| Bank of the West | Huntington National Bank |
| Beneficial Bank | Inter National Bank |
| Boone County National Bank | International Bank of Commerce |
| Branch Banking & Trust Company | Jefferson Bank of Missouri |
| Broadway Bank | JPMorgan Chase Bank |
| Camden National Bank | Key Bank |
| Canadian Imperial Bank (of Commerce) | Lake City Bank |
| Capital City Bank | Lake Region Bank |
| Capital One | Lake Sunapee Bank |
| Centier Bank | LaPorte Savings Bank |
| Central National Bank | Liberty Bank of Arkansas |
| Central Savings Bank | Manufacturers & Traders Trust Co. |
| Chemical Bank | NBT Bank |
| Citibank Bank (Lenders) | Northwest Savings Bank |
| Citizens Bank | Parkway Bank |
| Citizens First National Bank | Pennstar Bank |
| Citizens National Bank | Peoples Bank |
| Citizens Security Bank | Pioneer National Bank |
| Commerce Bank | PNC Bank |
| Community Bank NA | Regions Bank |
| Compass Bank | Royal Bank of Canada |
| Corefirst Bank & Trust | S & T Bank |
| Crossroads Bank | Sabine State Bank & Trust Co. |
| Eastern Savings Bank | Salem Five Bank |
| Elmira Savings Bank | Santander Bank |
| Fidelity Bank | Simmons First Bank |
| Fifth Third Bank | STAR Financial Bank |
| First American Bank | Summit Bank |
| First Bank Kansas | Sun National Bank |
| First Citizens Bank | Taishin International Bank |
| First Columbia Bank & Trust Co. | TCF Bank |
| First Commonwealth Bank | TD Bank |
| First Convenience Bank | The Hongkong and Shanghai Banking Corporation |
| First Financial Bank |   Limited (HSBC) |
| First Interstate Bank | Toronto Dominion Bank |
| First Kansas Bank | Town & Country Bank |
| First Midwest Bank | Tri-Counties Bank |
| First National Bank | Trustco Bank |
| First National Bank Fredericksburg | Trustmark |
| First National Bank of Crestview | UMB Bank |
| First National Bank Pennsylvania | Union Bank |
| First State Bank | United Bank |
| First Summit Bank | United Community Bank |
| First Tennessee Bank | United National Bank |
| First United Bank | US Bank NA |
| Frost Bank | Wayne Bank |
| Fort Davis State Bank | Wells Fargo Bank, N.A. |
| Fulton Bank of New Jersey | Wesbanco Bank |
| Guaranty Bank and Trust | Woodforest Bank |
| Guaranty Bond Bank | Woodforest National Bank |
| Harris Bank | |

**Equity Holders**

| | |
|---|---|
| Alden Global Capital | American Money Management |

Apex Credit Partners
Bank of America, N.A.
Credit Suisse Asset Management
Five Arrows Managers North America
Golub Capital
H.I.G. Whitehorse Capital
Invesco Senior Secured Management
JMP Credit Advisors
Logan Asset Management
MJX Asset Management

Morgan Stanley Swap Claim
Octagon Creditor Investors
Seaport Group Baseball Cards LLC
Siena Capital Holdings LLC
Starwood Credit Advisors
Tall Tree Investment Management
Trimaran Advisors
USDR Investment Management
York Capital Management Global Advisors

**Lenders**
Len
A Voce CLO, Ltd.
AIM Counselor Series Trust (Invesco Counselor
  Series Trust)-Invesco Floating Rate Fund
Alden Global Opportunities Master Fund, L.P.
American General Life Insurance Company
American Home Assurance Company
American Money Management
Anthem, Inc.
APEX Credit Partners LLC
Axar Capital Management LP
Axar Master Fund, Ltd.
Baloise Senior Secured Loan Fund III
Bank of America, N.A.
Blackwell Partners LLC - Series E
BOC Pension Services Limited as Trustee 0f BOC
  Pension Investment Fund
BSP Special Situations Master A L.P.
Catamaran CLO 2013-1 Ltd.
Catamaran CLO 2014-1 Ltd.
Catamaran CLO 2015-1 Ltd.
Citi Loan Funding GCPH TRS LLC
Citibank, N.A.
Citigroup Financial Products Inc.
City of New York Group Trust
Credit Suisse Asset Management, LLC
Credit Suisse Loan Funding LLC
Diversified Credit Portfolio Ltd.
Five Arrows Managers North America LLC
Golub Capital
Great American Insurance Company
Great American Life Insurance Company
H.I.G. Whitehorse Capital, LLC
Invesco BL Fund, Ltd.
Invesco Dynamic Credit Opportunities Fund
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Secured Management, Inc.
Invesco SSL Fund LLC
Invesco Zodiac Funds-Invesco Us Senior Loan Fund
JFIN CLO 2012 Ltd.
JFIN CLO 2013 Ltd.
JMP Credit Advisors CLO III Ltd.
JMP Credit Advisors CLO IV Ltd.

JMP Credit Advisors LLC
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Kapitalforeningen Investin Pro-US Leveraged Loans
  I
Lexington Insurance Company
Limerock CLO III, LTD.
Linde Pension Plan Trust
Logen Asset
Logen Asset Management Master Fund Ltd.
MJX Asset Management, LLC
National Union Fire Insurance Company Of
  Pittsburgh, PA
Ocean Trails CLO IV
Octagon Credit Investors, LLC
Octagon High Income Master Fund Ltd
Octagon Investment Partners 18-R, Ltd.
Octagon Investment Partners 24, Ltd.
Octagon Investment Partners 25, Ltd.
Octagon Investment Partners 26, Ltd.
Octagon Investment Partners 27, Ltd.
Octagon Investment Partners 28, Ltd.
Octagon Investment Partners 29, Ltd.
Octagon Investment Partners 30, Ltd.
Octagon Investment Partners 32, Ltd. (fka Octagon
  Investment Partners Funding 32 LLC)
Octagon Investment Partners 33, Ltd.
Octagon Investment Partners XIV, Ltd.
Octagon Investment Partners XIX, Ltd.
Octagon Investment Partners XV Ltd.
Octagon Investment Partners XVI, Ltd
Octagon Investment Partners XVII Ltd.
Octagon Investment Partners XVIII, Ltd.
Octagon Investment Partners XX, Ltd.
Octagon Investment Partners XXI, Ltd.
Octagon Investment Partners XXII, Ltd.
Octagon Investment Partners XXIII, Ltd.
Octagon Loan Funding, Ltd.
Octagon Multi-Strategy Corporate Credit Master
  Fund LP
Octagon Senior Secured Credit Master Fund Ltd
Providence Equity Partners LLC
QPB Holdings Ltd.

Quantum Partners LP

Senior Loan Fund II LLC

Sentry Insurance a Mutual Company

Smith Management

SOF-X Credit Holdings, L.L.C.

Soros Fund Management LLC

Star V Partners LLC

Starwood Credit Advisors LLC

Strategic Investment Opportunities, LLC

Talamod Asset Management, LLC

Talamod Master Fund, LP

The Variable Annuity Life Insurance Company

Trimaran Advisors

Venture 32 CLO, Limited

Venture 35 CLO, Limited

Venture VII CDO Limited

Venture XII CLO Limited

Venture XIII CLO, Limited

Venture XIV CLO, Limited

Venture XV CLO, Limited

Venture XVI CLO, Limited

Venture XVII CLO, Limited

Whitehorse IX, Ltd.

Whitehorse VI, Ltd.

Whitehorse VII, Ltd

Whitehorse VIII, Ltd.

Whitehorse X, Ltd.

XAI Octagon Floating Rate & Alternative Income Term Trust

York Capital Management Global Advisors, LLC

York Global Finance BDH, LLC

**Letters of Credit**

Fedex

National Union Fire Insurance

Pacific Employers Insurance Co.

Pacific Gas & Electric

Portcheck LLC

Safeco Insurance Company

U.S. Bank National Association

United States Fidelity & Guaranty

**Lienholders**

Cortland Products Corp.

Emkay Canada Leasing Corporation

Expeditors International of Washington, Inc.

Hewlett-Packard Financial Services Company

IBM Credit LLC

IKON Financial Services

Morgan Stanley Senior Funding

UMB Bank, N.A.

Wells Fargo Bank, National Association

**Surety Bonds**

Alabama Power Company

Alcorn County Electric Power Association

American Electric Power Company

Arizona Public Service Company

Atlantic City Electric (ACE)

Benton Utilities

Canada Customs and Revenue Agency

Carroll Electric Cooperative Corporation

Central Maine Power Company

City of Bartow

City of Brenham

City of Calhoun

City of Dalton - Dalton Utilities

City of Leesburg, Customer Service Department

City of Rock Hill

City of Stillwater

City of Tallahassee, Florida

City of Vero Beach

Clarksville Department of Electricity

Clay Electric Cooperative, Inc.

Coast Electric Power Association

Columbus Light and Water Department

Consolidated Edison Company of New York, Inc.

Constellation NewEnergy, Inc.

Dominion Virginia Power

Duke Energy Carolinas, LLC

Duke Energy Indiana, LLC

Duke Energy Kentucky, Inc.

Duke Energy Ohio, Inc.

Duke Energy Progress, LLC

Electric Power Board of Chattanooga

Entergy Arkansas, Inc.

Entergy Louisiana LLC

Entergy Mississippi, Inc.

Entergy New Orleans LLC

Eversource Massachusetts

Eversource New Hampshire

Florence Utilities, City of Florence

Florida Power & Light Company

Georgia Power Company

Greystone Power Corporation

Groton Utilities

Gulf Power Company

Hydro Ottawa Limited

JEA Buidling Community

Keys Energy Services

Memphis Light, Gas and Water Division

Murfreesboro Electric Department

New Smyrna Beach Utility Commission

New York State Electric and Gas

North Little Rock Utilities

Northcentral Electric Power Association

Norwich Public Utilities
Orange and Rockland Utilities
Orlando Utilities Commission
Pearl River Valley Electric Power Association
PECO Energy Company
Potomac Electric Power Company
Puerto Rico Dept. of Revenue
Puerto Rico Electric Power Authority
Reliant Energy Retail Services, LLC
Salt River Project Agricultural Improvement and
    Power District
Santee Cooper
SECO Energy
Sevier County Electric System
South Carolina Electric and Gas Company

Southern California Edison Company
Starkville Electric
State of Kansas
State of Nevada
Tampa Electric Company, Credit Department
The Connecticut Light and Power Company
Tri State Electric Membership Corporation
Tupelo Water & Light Co.
U.S. Customs and Border Protection
United States Virgin Islands
Virgin Island Water & Power Authority
Walton Electric
West Memphis Utility Commission
Withlacoochee River Electric Cooperative, Inc.

**Insurance**

ACE American Insurance Company
AGCS Marine Insurance Company (Allianz)
AIG Australia Limited
Allianz Global Corporate & Specialty, Americas
Allianz Global Risks US Insurance Company
Allied WorlSd Assurance Co. (AWAC)
American Guarantee and Liability Insurance
    Company (Zurich)
Arch Specialty Insurance Co.
Argo Pro
Aseguradora ACSA
Aseguradora General, S.A.
Aseguradora Mundial
Aseguradora Paraguaya
Aspen DIC
Aspen Specialty Insurance Company
ASSA
ASSA Compania de Seguros
Axis Insurance Company
BCIC (British Caribbean Insurance Company)
Beazley
Beazley Group
Beazley USA Services, Inc
Caribbean Alliance insurance Co. Ltd.
Chartis (National Union Fire)
China Pacific Property Insurance Co., Ltd.
Chubb
Chubb Group of Insurance Companies
Chubb, Financial Lines
CNA
Endurance
Federal Insurance Company
Fichosa
General Accident Insurance
Generali
Great American Insurance Company
Guardian General
Instituto Nacional de Seguros (INS)
International SOS

La Centro Americana
La Colonial
Liberty Mutual
Lloyd's / Alpha
Lockton
Marsh
Massey United
Mitsui
Monopolistic WC Alberta
Monopolistic WC British Columbia
Monopolistic WC Manitoba
Monopolistic WC New Brunswick
Monopolistic WC Newfoundland
Monopolistic WC North Dakota
Monopolistic WC Nova Scotia
Monopolistic WC Ohio DC
Monopolistic WC Ohio Stores
Monopolistic WC Ontario
Monopolistic WC Prince Edwards
Monopolistic WC Puerto Rico
Monopolistic WC Quebec
Monopolistic WC Saskatchewan
Monopolistic WC Virgin Islands
Monopolistic WC Washington
Monopolistic WC Wyoming
MSIG
National Union Fire Insurance Co. (AIG)
National Union Fire Insurance Company of
    Pittsburgh PA
Nationwide
Navigators Insurance Company
Pacific Indemnity Insurance Company (PICC)
RIMAC Seguros y Reaseguros SA
RLI Insurance Company
RSA
RSA Seguros Colombia
Seguros America
Seguros Atlantida
Seguros El Roble SA

Seguros Equinoccial
Seguros Equinoccial SA
Seguros G&T
Seguros Sura
Seguros Universal
Shelter Reinsurance Company
Suraamericana S.A.
The Ohio Casualty Insurance Company (Liberty)
Tokio Marine
Travelers Casualty & Surety Company of America
TrinRe

Vero Insurance
Westchester Fire Insurance Co (ACE)
XL Catlin
XL Insurance
XL Insurance America, Inc
XL Professional
XL Specialty Insurance Co.
Zurich
Zurich American Ins. Co.
Zurich Canada

**Significant Creditors**

7506473 Canada Inc.
Accord
Acxiom Corporation
Alliance Shippers, Inc.
Annie International Trading Company
Assurance Facility Management Inc.
Baker & Mckenzie
Barkley Evergreen & Partners Inc.
BCIMC Realty Corporation
Belflex Staffing Network
Bison Transport
Blue Apple Project SA De CV
Business Direct Limited
C & C Accord Ltd.
California Multimodal LLC
Celadon Logistics Services Inc.
Champion Athleticwear
Cognizant Technology Solutions US Corp.
Continents Sourcing Ent., Ltd.
Dibang Shoes Co. Ltd.
Dongguan Longhua Shoes Co. Ltd.
Dongyi Shoes Co. Ltd.
E.S. Originals, Inc.
Emkay Canada Leasing Corp.
Engie Insight
ESO International Limited
Ever Rite International Co. Ltd.
Ever Spotlight Ltd.
Evergreen Shipping Agency America Corp.
Ever-Rite International Co. Ltd.
Everything Legwear LLC
Fantasia Accessories Ltd
Fantasia Hong Kong Ltd.
First Service Networks Inc.
Flower City Printing
Fly Earth Co. Ltd.
Fortune Creation Co. Ltd.
Fujian Putian Fortune Creation Import
Fujian Putian Power Rich Import & Export
Fusion Accessories Group Limited
Gamma Prosper International Ltd.
Gennaro Inc.
Gerald Labelle Architect

Gerrard Square Inc.
Getronics
Glory China Footwear Co Limited
Golden Pacific LXJ
Highcom International Limited
Hong Kong Olisa Co. Limited
Hoopp Realty Inc.
Hopewell AB
Huge Development Ltd.
Interloop Limited
Inter-Pacific Corp.
IPC Hong Kong Branch Ltd.
Ivanhoe Cambridge II Inc.  06911
Jiangxi Lifeng Shoes Co. Ltd.
Kuehne & Nagel Ltd.
Les Immeubles Du Carrefour Richelieu
Li & Fung (Trading) Limited
Logistics Service (Panama) S.A.
Lux Accessories Ltd.
Marc USA Chicago
Martha Stewart Living Omnimedia Inc.
MC Sign Company
Moda
Moda Shoe Limited
Mood Media
Mystic Apparel LLC
Nova Genesis Intl Co. Ltd.
Oxford ITF ECC East 205878
P H Company
Peds Legwear USA Inc.
Performance Team  Freight Systems Inc.
PH Company
Providence Products LLC
Putian City Hui Sheng Trading Co. Ltd.
Putian Sunyoung Enterprise Co. Ltd.
Qingdao Xinghong Industry & Trade Co. Ltd.
Qingdao Xingzhihai Imp & Exp Co Ltd
Quad Graphics Inc.
Quality Solutions Inc.
Republic Services Inc.
RFS Canada
RJTB Group LLC
Santak Corporation

Santana Shoes
Sarasti Sa de Cv
Schneider National Inc.
Slong Industrial Co. Limited
South China Shoes Products Company Ltd.
Taizhou Global Trading Co., Ltd
Tangoe Inc.
Teksystems Canada Inc.
The Asean Corp Ltd.
The Doug Cameron Experience
Top Falcon International Limited

Top Luck Asia Limited
Topline Imports Inc.
Topsmart International Co., Ltd.
Transource
Transx Ltd.
Tungya Logistics Co. Ltd.
US Bank
Vector Security
Vixxo Canada
Xiamen C and D Light Industry Co. Ltd.

**Accounts Receivable**

3BM Casselberry Inc.
A&W Restaurants Inc
AAI, Inc. (McDonald's)
Adams Food, Inc - McDonalds's Spendsmart
Aift, Inc. - McDonald's Spendsmart
Al Rowad for Shoes and Accessories (Al Zwetina)
Aldridge, Inc.
Alshaya Trading
Altrusa Club of Gastonia
Amalie Oil Company
Angels Over Sandpoint
Aps Education Foundation
Arbor Park Village
Assistance League of Albuquerque
Assistance League of Anaheim
Assistance League of Atlanta
Assistance League of Austin
Assistance League of Bakersfield
Assistance League of Bellingham
Assistance League of Boise
Assistance League of Capistrano Valley
Assistance League of Charlotte
Assistance League of Coppell
Assistance League of Diablo Valley
Assistance League of East Valley
Assistance League of El Paso
Assistance League of Everett
Assistance League of Flagstaff
Assistance League of Flintridge
Assistance League of Garden Grove
Assistance League of Glendale
Assistance League of Greater Collin
Assistance League of Greater Placer
Assistance League of Greater San Diego
Assistance League of Hawaii
Assistance League of Inland North County
Assistance League of Kansas City
Assistance League of Laguna Beach
Assistance League of Los Gatos-Saratoga
Assistance League of Metro Columbus
Assistance League of Montgomery County
Assistance League of Norman
Assistance League of Northern Virginia

Assistance League of Orange Ca, Inc.
Assistance League of Portland (Beaverton
Assistance League of Redlands
Assistance League of Riverside
Assistance League of Sacramento
Assistance League of Sacramento
Assistance League of Salt Lake City
Assistance League of Salt Lake City
Assistance League of Salt Lake City
Assistance League of San Antonio
Assistance League of San Mateo County
Assistance League of Santa Clarita
Assistance League of Seattle
Assistance League of SLC
Assistance League of Stockton
Assistance League of SW Washington
Assistance League of Temecula Valley
Assistance League of The Bay Area
Assistance League of Tucson
Assistance League of Ventura County
Assistance League of Wichita
Atka Enterprises Inc.
Auburn Washburn USD 437
Avgen Incentives Group
Azadea Ghana Limited
Bamco Inc - McDonald's Spendsmart
Banducci, John Michelle-MCD Spendsmart
Bass Pro, LLC
Batista Companies
Beaches Emergency Assistance Ministry, I
Bearco Management Co - MCD Spendsmart
Bedford City Schools
Belleville Kiwanis Club
Big Red Shoes LLC
Birdville Council PTA Clothes Connection
Bishop Sullivan Center
Bkk Management Co. Inc.
Blessed Sacrament Cathedral SVDP
Blue Harbor (Courtyards at River Park)
Blue Harbor Senior (Kirkwood Corners)
Blue Harbor Senior Living (Canyon Creek)
Blue Harbor Senior Living (Glen Riddle)
Blue Harbor Senior Living (Lionwood)

Blue Harbor Senior Living (Orchard Park)
Blue Harbor Senior Living (Schenley Gard
Blue Harbor Senior Living (Willow Park)
Blue Harbor Senior Living (Desert Flower)
Bob Evans Farms LLC
Borgata Hotel Casino and Spa
Breakfast Exchange Club of Ogden
Brinker International Payroll Company
Bronson, John F., Michael B.
Building Hope in the City
Burrell Michael - MCD Spendsmart
Byrb, Inc. (McDonalds)
Cafe Services, Inc.
Cafe Services, Inc.-Fresh Picks
Cannon United Methodist Church, Inc.
Capital Township General Assist. Office
Capitol City Produce Company
Carmichael Hart
Carriage Town Ministries
Casino Arizona-Food and Beverage
Catholic Charities (San Bernardino)
Catholic Charities of Desoto County
Centeva LLC
Central Outreach & Advocacy Center
Chandler Service Club (Operation BTS)
Chandler Service Club, Inc.
Chesapeake PTA Council
Children's Resource Foundation
Christ Child Society of Cape May
Christ Child Society of Fort Wayne
Church of the Redeemer
CKI, Inc. (McDonald's)
Clark Familia LLC (McDonald's)
Clay County Clothes Closet
Cleburne Independent School District
Colorado Springs School District #11
Columbia Associates (McDonald's)
Columbus Public Schools
Common Ground Network
Communities in Schools of Comal County,
Conservation Corps North Bay
Contract Services Group, Inc.
Corner Bakery Café
Council of Churches of the Ozarks
Courtesy Corporation
Creative Management Inc. (McDonald's)
Cross Point Free Will Baptist Church
Cuyahoga Falls PTA Council
Damac II, Inc.
Davanni's Inc.
Davis School District
Deane Group - McDonald's Spendsmart
Delphos Community Christmas Project
Doco Shoes
Downtown Fort Worth Sertoma Club
Dress For Success Pittsburgh

East Idaho Credit Union
Eblen Charities
Educational Enrichment Foundation
Emergency Care Help Organization
Fast Track Center Grove
Father Fred Foundation
First Baptist Church of Hope
First Baptist Church of Sarasota
First Presbyterian Church (Cedar Falls)
First Presbyterian Church (Valparaiso)
First Presbyterian Church of Sarasota
First UMC-Caritas (Sarasota)
First United Methodist Church
First United Methodist Church (Odessa)
Flowing Wells School District #8
Focus Brands Inc.
Foothill Unity Center
Footwear Specialty
Fowler Foods, Inc.
Franchise Foods Systems Inc
Francisco Ramirez #07040
Franklin Center of Beaver County
Fresquez Concessions, Inc.
Friends of Fieldworkers, Inc.
Gilbert Promotional Corporation
Girls on the Run (Baton Rouge)
Girls on the Run (Delaware)
Girls on the Run (San Diego)
Girls on the Run Northeast Ohio
Girls on the Run NYC
Girls on the Run of Greater Milwaukee
Girls on the Run of NW Indiana
Glen Ellyn Walk in Ministry
Glendale Senior Dining
Good Shepherd Episcopal Church
Goodwill Industries of SE WI, Inc.
Grace United Methodist Church, Inc.
Gremaud Group - McDonald's Spendsmart
H & R Block #02075
Harvard50
Heart, Love & Soul Inc.
Henry Ford Village
Henry Schein Practice Solutions
Hillandale Farms Conn Llc
Himalaya Management Inc., Co.
HMCC Inc. (Mcdonald's)
Holdings Aquisition Co.
Hoover-Armstead Group: MCD Spendsmart
Huddle House, Inc.
In His Steps Shoe Bank of Edinburg
Iowa City Community School District
Iron Hill Brewery Restaurants
Jacob's Ladder Job Center Inc.
Jahnke Group
James Wong
Jeffco Schools Foundation

JHP Inc.
Jim's Management Co (McDonald's)
John H. Boner Community Center
John Hessian III - Mcdonald's Spendsmart
John Q Hammons Hotels Management, LLC
John Santonastasso
Johnstone Foods, Inc. (Mcdonald's)
Joint Organization for Inner City Needs
Joven Enterprises
Joyner Enterprises, LLC
JPN Management (McDonald's)
Juan Marcos Presbyterian Church
Kada, Inc.
Kanawha County School Funds
KCK Council PTA
Kelley, Jonathan C - MCD Spendsmart
Killeen Masonic Lodge 1125
Kosanovich Group - McDonald's Spendsmart
Lafayette Urban Ministry
Lansing Old Newsboys Association
Las Vegas Strip Kiwanis
Leebo's Stores Inc.
Legacy Restaurant Group, LLC
Leonard Group - McDonald's Spendsmart
Lifebuilders of the Treasure Coast, Inc.
Lima-Rapps Group
Loaves and Fishes
Lodi Adopt-A-Child Foundation
Love Network of Baytown
Luvel Foods Inc. (McDonald's)
Magic City Kiwanis
Main, Waters Enterprises (McDonald's)
Manna House of Mariposa County
Marble Falls Church of Christ
Marion East Cedar Rapids Rotary Club
Mary's Place
Masonic Charity Foundation of New Jersey
MBI, Inc. (McDonald's)
Mcdonald's of Texoma
Medstar LLC
Melissa Montes - McDonalds Spendsmart
Memorial Assistance Ministries, Inc.
Memphis Way (McDonald's)
Mendocino Co. Dept of Social Services
Mendoza Co Inc - McDonald's Spendsmart
Mesa Foundation for Educational
Mesa Unified School District #4
Metrocrest Social Services
Metropolitan Inter-Faith Association
Midtown Assistance Center
Midwest Health Management
Missouri Jack LLC
Montes Group - McDonald's Spendsmart
Montgomery Co. Retired Teachers Assoc.
Moreno Group - McDonald's Spendsmart
Mullins Group - McDonald's Spendsmart

Muskogee Public Schools
My New Red Shoes
Nami Summit County
Nana Management Service (Red Dog)
Nana Management Services
Nana Management Services (Hilcorp)
Natemork
Neediest Kids Inc.
New Covenant United Methodist Church
Newark Area Welfare Committee
Newell-Berg Alliance TN LLC
News Herald Clothe-A-Child Program
NJB Operations (Taco Bell)
North Dallas Shared Ministries
Northland Management Services
Northwest Assistance Ministries
Norton Women's Club
Norwich Human Services
Norwich Schools Lunch Program
Ohio Newsboys Association, Inc.
Old Newsboys of Flint, Inc.
Om Restaurant Group
One Voice
Orrville United Way
Oshkosh-Winneconne Comm Back 2 School
Our Lady of Mount Carmel Church
Pacific Coast Producers (Oroville)
Palm Springs Sunup Rotary Foundation
Parc Soleil by Hilton Grand Vacation
Park Hill School District
Partnerships for Children
People First Foods
People in Need, Inc.
Pine Tree United Methodist Ministries
Pizza Properties, Inc.
PJ's Forgotten Children
Pmpcc Foods, LLC (McDonald's)
Police Aide Feed the Homeless Program
Polk County School Board Hearth Project
Portage Lakes Community Council
Porter, Dale - MCD Spendsmart
Portland Council PTA Student Aid
Project Shoes
Provo Deseret Industries
Putra Agung
R and A Restaurants - MCD's Spendsmart
Racap
Raise Marketplace, Inc.
Reliance Clothing India Private Limited
Reliance Retail Limited
Rembrandt Enterprises
Retzer Resources - McDonald's Spendsmart
Retzer Resources Inc.
RHF Enterprises
Roberts Group
Robinson Department Store Public Co., Ltd.

Robinson Pharma, Inc.
Rockdale Co Board of Education
S.S.M. Inc. (McDonald's)
Safer Foundation
Salt Lake City School District
San Francisco Conservation Corps
Sandia National Laboratories
Saren Restaurants, Inc.
SC4K Special Teams
School Board of Volusia County
Schulz, Erika
Schulz, Markus, Dieter
Schulz,Markuserika-MCD Spendsmart
Schwan's Food Service, Inc.
Scott County Rotary Club
Scottish Rite Shoes for Kids
Sertoma Club of Watauga
Shoes and Clothes for Kids
Shoes for the Needy, Inc.
Shopko Stores Operating Co LLC
Slipgard Shoes LLC
Society of St. Stephen
Society of St. Vincent De Paul
Sonic Drive In
Sonic Drive In #1276
Sonoma Springs Covenant Church
South Madison Community School Corp
Spb Restaurants, Inc. (McDonald's)
Spherion Staffing Llc (Chico)
Springfield Eagles Charities Inc.
St. Austin Catholic Church
St. Elizabeth Ann Seton - Love Truck
St. Joseph the Worker
St. Louis De Monfort Parish
St. Martha Parish in Sarasota
St. Paul United Methodist Church Largo
St. Vincent De Paul Society, Inc.
Stagg Restaurants Partnership
State of Vermont-DCF-Economic Services
Stew Leonard's
Steward Incorporated - McDonald's
Stingley Mgmt. - McDonald's Spendsmart
Struthers PTA Council
STS Quarterly Allocation
Summerwood Corporation
Summit Christian Church
Suncoast Voices For Children Foundation,
Sunshine Restaurant Partners, LLC
SVDP St. Mary's Conference
SVDP St. Peter Conference
Talking Stick Resort-Food and Beverage
TDS Restaurants, Inc. - MCD Spendsmart
Tehama County Dept. of Social Services

Ten D Enterprises
The Barnabas Connection
The Children's Fresh Air Farm
The Chrysalis Center
The Chrysalis Center - CS Pacoima
The Chrysalis Center - CS Santa Monica
The Chrysalis Center - Roads
The Chrysalis Center - Works
The Pantry at St. Francis
The Paradies Shops LLC
The Salvation Army (Anacortes)
The Salvation Army (Elyria)
The Salvation Army (Hartford)
The Salvation Army (Mansfield)
The Salvation Army (Plymouth)
The Salvation Army (Shelby)
The Salvation Army (Soledad)
The Salvation Army (Tustin)
The Salvation Army (Wichita)
The Salvation Army (Williamsport)
The Wardrobe
THI VI Diplomat Hotel Lessee
Toby Food Group, Inc
Toufayan Bakery of Florida Inc.
Trigg Elisa Mcdonalds Spendsmart
Trinity Lutheran Church
Tri-Valley Interfaith Council
Tuscany Vacation Village
Twin City Community Outreach Clothes
Two Rivers Head Start Agency
Union Station Homeless Services
Union-Tribune Shoe Fund, Inc.
United Methodist Human Services
Usd 501 Topeka  Public Schools
Veteran's Assistance Commission of Cook
Villanova University Dining Services
Vina Moses Center
Washington Street Elementary
Washtenaw Intermediate School Dist.
Waves Hair Salon #07042
Welltok (Incent One)
Wendy's (Hobart)
Wendy's (Valparaiso)
Whittington Group - McDonalds Spendsmart
William Temple House
Wireless Express, LLC #7080
Wojtowicz Group - McDonald's Spendsmart
Wolf Organization - MCD Spendsmart
Woodlawn United Methodist Church
WVPH
Yolanda's Inc.
York Benevolent Association
Youth Opportunities Unlimited

**Professionals**

Akin Gump Strauss Hauer & Feld LLP

Alix Partners

Ankura Consulting Group
Cassels Brock & Blackwell LLP
FTI Consulting
Kramer Levin

PJ Solomon
Prime Clerk
Reevemark
Stroock & Stroock & Lavan

**Landlords**

1029-1205 NORTH COURT STREET HOLDINGS LLC
1085 NELSON LLC
110 WEST 34TH STREET REALTY ASSOCIATES
1111 COUNTRY CLUB DR, LLC
1195117 ONTARIO LIMITED
1273 DEER PARK LLC
1351 CORP INC
13700 FOOTHILL BOULEVARD LP
1388688 ONTARIO LIMITED
141 EAST FLAGLER LLC
1420 N PARHAM ROAD LLC
1562903 ONTARIO LIMITED
1600 CHAMPA LLC
1604 CHESTNUT ASSOCIATES LP
1616 AVENUE U REALTY, LLC
162-11 JAMAICA AVENUE REALTY ASSOCIATES
1663321 ONTARIO INC AND 1414614 ONTARIO INC
1763931 ONTARIO LIMITED
1900 HEMPSTEAD TURNPIKE LLC
2015 SHOPPING MALL BUSINESS LLC
2042170 ONTARIO INC
2046459 ONTARIO INC
2065 WESIX LLC
21-25 GRAHAM AVE., LLC
214 HOLDING CORP
214 W. 125TH ST PSS LLC
2157 86TH STREET LLC
2157 FLAGLER, LLC
2200 NORTH MAPLE AVENUE - 10071280 LLC
22300 LAKE SHORE BOULEVARD LLC
23 REALTY LLC
2636655 ONTARIO INC.
2642614 ONTARIO INC.
2902 THIRD AVENUE LLC
290-300 KING GEORGE RD LP
300 WEST SPE, LLC
301 MAIN STREET ASSOCIATES
301 P LLC
3150 LONG BEACH RD. LLC
32 EAST CENTER DELAWARE, LLC
3503 RP SPOKANE NORTHPOINTE LLC
3510 BERGENLINE AVENUE LLC
367 LLC
3829660 MANITOBA LIMITED
3934390 CANADA INC
3945333 MANITOBA LIMITED

41/49 HIGHWAY JUNCTION LIMITED PARTNERSHIP
416 OWNERS ASSOCIATION
429-441 86TH STREET LLC
479 MAIN RMR LLC
47TH & KEDZIE PLAZA LLC FKA 666 VENTURE
480 WEST STREET LLC
5 S ENTERPRISE LLP
5060 MONTCLAIR PLAZA LANE OWNER LLC
51 JOURNAL SQUARE 1 LLC
52 EAST 170TH STREET REALTY CORPORATION
554 - 558 W 181ST STREET LLC
585562 B.C. LTD - C/O MORGUARD INVESTMENTS LTD
630 MAIN AVENUE OWNER LLC, C/O JACK KASSAB
666479 B.C. LTD
6711 GLEN BURNIE RETAIL LLC
7 STAR PLAZA INC
713949 ONTARIO LIMITED
7342 GREENBACK LANE LLC
767228 ALBERTA LTD.
79 BISCAYNE PLAZA LLC
815-830 EAST TREMONT ASSOCIATES LLC
82ND ST. JACKSON HEIGHTS LLC
8401 DYER LLC
8762317 CANADA INC
87TH STREET CENTER LLC
89-22 JAMAICA AVENUE REALTY CORP. C/O STORE FINDERS, INC.
9015086 CANADA INC
90567 CANADA, INC.
9257-4748 QUEBEC INC AND MONTEZ L'OUTAOUAIS INC
94-00 LIBERTY, INC
9511 NORTH LAMAR LTD
985 WEST VOLUSIA LLC
A.M. KLEMM & SON LLC
A.T. INVESTMENTS FOUR C/O DANA BUTCHER ASSOC.
AAA LAPEER HOLDINGS LLC
AAM - 2001 AIRLINE DRIVE LLC
ABERDEEN KAMLOOPS MALL LIMITED
ABP PEARL HIGHLANDS LLC
ABSTRACT HOLDINGS INC
ACADIANA MALL CMBS, LLC RECEIVERSHIP
ACH ALEXANDRIA LLC
ACS NEW IBERIA PLAZA LA LLC

ACS PICAYUNE PLAZA MS LLC
AD40 LLC
ADB HOLDING LLC & DJB HOLDING LLC
ADH LEASING CO LLC
ADLOR B. REALTY ASSOCIATES
AFCC LIMITED
AGC SD RETAIL 6, LLC
AGC TOWN CENTER NORTH LLC
AI LONGVIEW LLC
AIRBORNE REALTY LLC
AKSARBEN LIMITED PARTNERSHIP
AL ZEISZ AND IAN SMITH
ALBANY MALL LLC C/O ARONOV REALTY
   COMPANY, INC.
ALBANY ROAD-SPRINGFIELD PLAZA LLC
ALBMIN REALTY CO.
ALCO REALTY LLC
ALDERWOOD MALL LLC
ALEFF LLC
ALEXANDRIA MAIN MALL LLC
ALHAMBRA VALLEY PROPERTIES LLC
ALI LIVING TRUST
ALISAN LLC
ALJACKS, LLC
ALL ACCESS PROPERTIES LLC
ALLAN GOLDMAN
ALLERTON ASSOCIATES LLC
ALPHA LAKE LTD
ALTAMONTE MALL LLC
ALTON MALL LLC
ALVERNAZ PROPERTIES
AMALGAMATED FINANCIAL EQUITIES VI,
   LLC
AMARGOSA PALMDALE INVESTMENTS LLC
AMCAP COPACO II LLC
AMELIA GEMENY WEST
AMERICAN BLUE STARS, LLC
AMERICAN BUILDING ASSOCIATES LIMITED
   PARTNERSHIP
AMIRAN CAPITAL PARTNERS LP
AMPAC INVESTMENT GROUP
AMSOURCE PLEASANT GROVE, LLC
ANAMAR PROPERTIES LLC
ANCHORAGE SHOPPING CENTER LLC
ANDERSON JOINT VENTURE
ANDREW D GUMBERG TRUSTEE UTA DATED
   DECEMBER 1,1984
ANEFF, LLC
ANIMAS VALLEY MALL, LLC
ANNA KARPINSKI
ANNAPOLIS MALL OWNER LLC
ANTELOPE VALLEY MALL LLC
APACHE MALL, LLC
APOPKA ASSOCIATES 2006 LLC
ARBOR PLACE II LLC
ARCADE INVESTMENT CORP

ARCADIAN SHORES COMMONS LLC
ARCP MT AUSTELL GA, LLC
ARCP MT HOUSTON TX LLC
ARD LUFKIN SHOPPING CENTER, LLC
ARD WEST WHITELAND LLC
ARGO WOODBURN LLC
ARIZONA MILLS L.L.C.
ARLINGTON RIDGE MARKETPLACE, LLC
ARN K. YOUNGMAN TRUSTEE
ARNOLD J. SHUSTERMAN OR CAROLYN C.
   SHUSTERMAN
ARNOT REALTY CORPORATION
ARROWHEAD MALL, LLC
ARROWHEAD TOWNE CENTER LLC
ARUNDEL MILLS LIMITED PARTNERSHIP
ARVADA RIDGE VERTICAL RETAIL, LLC
ASHEVILLE MALL CMBS LLC
ATC GLIMCHER LLC
ATCO-VALLEY PLAZA LLC
ATLANTIC CITY ASSOCIATES NUMBER TWO
   (S-1), LLC
ATLANTIC SQUARE LLC
AUBURN ASSOCIATES LLC
AUBURN MALL LLC
AUBURN PLAZA LLC
AUDUBON VENTURES, LLC
AUGUSTA MALL LLC
AURORA INVESTMENTS, LLC
AUSTINTOWN PLAZA PROPERTIES LLC
AVANTE ELLSWORTH VENTURE I, LLC
AVENUES MALL LLC
AVIANA COMPANY II, LLC
AVIATION MALL NEWCO, LLC
AVIDO LLC
AWE-AR IVERSON MALL LLC
AZEETA - R LLC
B AND B CASH GROCERY STORE, INC.
B.H.N.V. REALTY CORPORATION
BACELINE VALUE FUND I UNIVERSITY
   PLAZA LLC
BACHMAN LAKE VILLAGE, INC. C/O DAVID E.
   CLAASSEN INVESTMENTS, INC.
BALCORP, INC.
BALDWIN SHOE PROPERTIES
BALTIMORE CENTER ASSOCIATES LP - C/O
   THE GALLERY AT HARBORPLACE
BAM COMMERCIAL PROPERTIES LLC
BANGOR MALL LLC
BANJO PROPERTIES LLC
BARBARA STANNY AS TRUSTEE OF
BARLEY SQUARE PARTNERS LP
BARTON CENTRE GP LTD
BARTON INVESTMENT LLC
BARTOW ASSOCIATES LLC
BASS EQUITIES, LLC

BASSETT PLACE REAL ESTATE COMPANY
  LLC
BATTLEFIELD MALL LLC
BAWABEH BROTHERS NO 2 LLC
BAY HARBOR PLAZA LLC
BAY PLAZA COMMUNITY CENTER, LLC C/O
  PRESTIGE PROPERTIES & DEVEL. CO, INC
BAY SHORE MALL, LP
BAYSHORE SHOPPING CENTER PROPERTY
  OWNER LLC
BAYSHORE SHOPPING CENTRE LIMITED AND
  KS BAYSHORE INC
BCIMC REALTY CORPORATION
BCIMC REALTY CORPORATION
BCS PROPERTIES OF ANN ARBOR INC
BCS REALTY LLC
BDC LODI PLAZA, L.P.
BDG GOTHAM PLAZA, LLC
BEAVER VALLEY MALL LLC/BEAVER
  VALLEY CH LLC/BEAVER VALLEY NASSIM
  LLC
BEDFORD LAND COMPANY
BELDEN MALL LLC
BELLIS FAIR MALL LLC
BELLMORE HOLDCO LLC
BELLWETHER PROPERTIES OF
  MASSACHUSETTS LIMITED PARTNERSHIP
BENATAR INVESTMENT GROUP, LP
BENNINGTON SQUARE PARTNERS LLC
BENTALL KENNEDY (CANADA) LP ITF 600 DE
  MAISONNEUVE LTD
BERKSHIRE MALL LP
BERKSHIRE SHOPPING CENTER, LLC
BERLAV ASSOCIATES
BETTY SHAYO
BEVERLEY V ARTHUR; JOEL D ARTHUR AS
  TRUSTEE OF THE
BH PREMIUM QUALITY WATERBURY LLC
BHAAJ TX1 LLC
BIM NORTH HILL INC
BIRCHWOOD MALL, LLC
BK BELLCROFT, LTD.
BLACKSTONE GROUP-DIRKSEN, L.L.C.
BLDG-ICS OLNEY LLC
BLOCH HTC LLC
BLOOMFIELD PLAZA ASSOCIATES L.P.
BLOOMINGDALE COURT, LLC
BLUE DIAMOND CROSSING II, LLC
BLVDCON LLC
BM CROSSROADS LLC
BMHC LLC
BOARDWALK 15 A LLC
BOBPAYLESS MI LLC
BOCA PARK MARKETPLACE SYNDICATIONS
  GROUP LLC
BODESTER, LLC

BOISE MALL LLC
BOLGER 39 ASSOCIATES, LLC
BONIUK INTERESTS, LTD
BONNEY'S CORNER ASSOCIATES, LLP - C/O
  HARVEY LINDSAY COMMERCIAL REAL
  ESTATE
BONNIE DOON SHOPPING CENTRE
  (HOLDINGS) LTD. C/O MORGUARD
  INVESTMENTS LIMITED
BOSCACCI GROUP LLC
BOWERS FAMILY PARTNERS LLC
BOWIE MALL COMPANY, LLC
BOYNTON BEACH MALL LLC
BPC HENDERSON LLC
BPP-1, LLC
BRADLEY PARK CROSSING LLC
BRAINTREE PROPERTY ASSOCIATES, LP
BRAMALEA CITY CENTRE EQUITIES
BRANCH GAINESVILLE ASSOCIATES LP
BRANDON SHOPPING CENTER PARTNERS
  LTD
BRASS MILL CENTER MALL LLC
BRAZOS TC PARTNERSHIP A, LP
BRE DDR BR WHITE OAK VA LLC
BRE DDR CARILLON PLACE LLC
BRE DDR CROCODILE FALCON RIDGE TOWN
  CENTER I LLC
BRE PEARLRIDGE LLC
BRE RC FIRST COLONY MD LLC
BRE RC LOUETTA CENTRAL TX LP
BRE RC YORK MP PA LP
BRE RETAIL RESIDUAL OWNER 1 LLC
BRE RETAIL RESIDUAL SHOPPES AT VALLEY
  FORGE OWNER LLC
BRE THRONE APPLEGATE RANCH LLC
BRIAN F CONROY, TRUSTEE OF HUSBANDS
  TRUST UNDER THE CONROY FAMILY
BRICKTOWN UE LLC
BRIDGEWATER COMMONS MALL II, LLC
BRIDGEWATER FALLS STATION LLC
BRIGHT PAR 3 ASSOCIATES LP
BRIXMOR CAPITOL SC LLC
BRIXMOR CROSS KEYS COMMONS LLC
BRIXMOR GA APOLLO I SUB LLC
BRIXMOR GA APOLLO I TX HOLDINGS LLC
BRIXMOR GA APOLLO III SUB HOLDINGS LLC
BRIXMOR GA COASTAL WAY LLC
BRIXMOR GA COBBLESTONE VILLAGE AT ST
  AUGUSTINE LLC
BRIXMOR GA PANAMA CITY LLC
BRIXMOR GA SAN DIMAS LP
BRIXMOR GA WILKES-BARRE LP
BRIXMOR HANOVER SQUARE SC LLC
BRIXMOR HOLDINGS 11 SPE, LLC
BRIXMOR HOLDINGS 11 SPE, LLC
BRIXMOR HOLDINGS 12 SPE, LLC

BRIXMOR HOLDINGS 12 SPE, LLC
BRIXMOR HOLDINGS 6 SPE LLC
BRIXMOR HOLDINGS 8 SPE LLC
BRIXMOR MORRIS HILLS LLC
BRIXMOR OLD BRIDGE LLC
BRIXMOR PROPERTY OWNER II LLC
BRIXMOR ROOSEVELT MALL OWNER LLC
BRIXMOR SOUTHPORT CENTRE LLC
BRIXMOR SPE 2 LLC
BRIXMOR SPE 3 LLC
BRIXMOR SPE 5 LLC
BRIXMOR SPE 6 LLC
BRIXMOR SPRADLIN FARM LLC
BRIXMOR TRI CITY PLAZA LLC
BRIXTEN EVERETT LLC
BRIXTON PROVO MALL LLC
BRIXTON ROGUE LLC
BRIXTON SHERWOOD LLC
BRIXTON-ALTO SHOPPING CENTER LLC
BROADMOOR PLAZA RETAIL, LLC
BROCKWAY INVESTMENTS LLC
BROKEN ARROW SHOPPING CENTER LLC
BROOKFIELD SQUARE JOINT VENTURE
BROOKHAVEN CENTER ASSOCIATES LP
BROOKLYN KINGS PLAZA LLC
BROWARD MALL LLC
BROWN FLORIDA HOLDINGS LLC
BROWN, NOLTEMEYER COMPANY
BRUCE W. BALDWIN, M.D.
BRUNDRETT PROPERTIES, INC. C/O
    NORWOOD FURNITURE
BRUNSWICK SQUARE MALL LLC
BSC RETAIL OWNER LLC
BTC OWNER LLC
B-THAP, LC
BUCKINGHAM PLAZA LP
BUEN TERRA LLC
BUILDERS, INC. C/O BUILDERS
    COMMERCIALS, INC.
BURGERLAND/ROSE MED TRIANGLE (ROSE
    CANYON JV)
BURLESON STC I LLC
BURLINGTON COAT FACTORY OF TEXAS INC
BURNSVILLE CENTER SPE LLC
BUSINESS PROPERTIES PRTNSHIP NO. 31
BVA POPLIN PLACE LLC
BVR INVESTMENTS INC
BY AND KC STARKVILLE PARTNERSHIP
B-Y EDINBURG CENTER LTD.
B-Y WESTERN VALLEY LTD
BYZANTINE, INC.
C EAGLE SPIRIT LLC
C STORE OF USA INC
C.I.A. LIMITED LIABILITY COMPANY
C.W. & ASSOCIATES LTD
CACHE VALLEY PROPERTY VENTURE

CAFARO MANAGEMENT COMPANY
CAL OAKS PLAZA LLC
CALLOWAY REAL ESTATE INVESTMENT
    TRUST
CALLOWAY REAL ESTATE INVESTMENT
    TRUST (CHARLOTTETOWN) INC
CALLOWAY REAL ESTATE INVESTMENT
    TRUST INC.
CALLOWAY REAL ESTATE INVESTMENT
    TRUST INC.
CALLOWAY REAL ESTATE INVESTMENT
    TRUST INC-BARRIE NORTH
CALLOWAY REIT
CALLOWAY REIT (BAYMAC) INC &
    CANADIAN PROPERTIES HOLDINGS
    (ONTARIO) INC
CALLOWAY REIT (BOLTON) INC
CALLOWAY REIT (BRAMPTON) INC.
CALLOWAY REIT (BROCKVILLE) INC
CALLOWAY REIT (CALGARY) INC
CALLOWAY REIT (EDMONTON) INC
CALLOWAY REIT (ETOBICOKE) INC
CALLOWAY REIT (HAMILTON MOUNTAIN)
    INC
CALLOWAY REIT (HARMONY) INC
CALLOWAY REIT (KAMLOOPS) INC
CALLOWAY REIT (LAVAL E) INC
CALLOWAY REIT (LONDON N) INC
CALLOWAY REIT (MISSISSAUGA) INC
CALLOWAY REIT (NIAGARA FALLS) INC
CALLOWAY REIT (ORLEANS) INC
CALLOWAY REIT (PICKERING) INC
CALLOWAY REIT (REXDALE) INC
CALLOWAY REIT (SCARBOROUGH) INC
CALLOWAY REIT (SW ONTARIO) INC
CALLOWAY REIT (WESTGATE) INC
CALLOWAY REIT (WESTRIDGE) INC
CALLOWAY REIT (WHITBY) INC
CALLOWAY REIT INC
CALLOWAY REIT-MASCOUCHE
CALLOWAY REIT-UNICITY
CAMBRIDGESIDE PARTNERS LLC DBA
    CAMBRIDGESIDE GALLERIA
CAMDEN VILLAGE LLC
CANADIAN PROPERTY HOLDINGS (ONTARIO)
    INC & CALLOWAY REIT (CHATHAM) INC
CANYON COUNTRY PLAZA LIMITED
    PARTNERSHIP
CAPARRA CENTER ASSOCIATES LLC
CAPITAL CITY SHOPPING CENTRE LIMITED
CAPITAL CITY SHOPPING CENTRE LIMITED,
    BILLINGS BRIDGE
CAPITAL MALL LP
CAPITAL PLAZA INC
CAPITAL REALTY ASSOCIATES C/O FIDELITY
    MANAGEMENT

CAPLACO FOURTEEN, INC AND DIERBERGS
  ZUMBEHL, INC
CAPREF BURBANK LLC
CAPREF EDEN PRAIRIE LLC
CAPREF LLOYD II LLC
CAPRI URBAN BALDWIN LLC
CAROL HAROOTUNIAN
CAROLINA PLACE LLC
CAROLYN HITTLEMAN, JOAN BARON,
  MITCHELL GOLDBERG, TRUSTEE
CAROUSEL CENTER COMPANY, L.P.
CARSON VALLEY CENTER LLC
CARY VENTURE LIMITED PARTNERSHIP
CATARAQUI HOLDINGS INC
CBL & ASSOCIATES LIMITED PARTNERSHIP
CBL SM BROWNSVILLE LLC
CBL/MONROEVILLE LP
CBL/WESTMORELAND LP
CC INVESTMENTS GROUP LLC
CCA RETAIL, LLC
CCF PCG NORTHRIDGE LLC
CCM ASSOCIATES OF CLIFTON PARK LLC
CCVA INC - C/O CENTRO GRAN CARIBE
  SHOPPING CENTER
CDC NEWARK ASSOC PARTNERSHIP
CDG - 92ND, LLC
CDSK28 LLC
CEDAR QUARTERMASTER LLC
CEDAR-CARMANS, LLC
CEDAR-FIELDSTONE MARKETPLACE LP
CENTER 6 WESTPARK
CENTER ASSOCIATES REALTY CORP.
CENTER POINT PLACE ASSOCIATES LP
CENTEREACH MALL ASSOCIATES 605, LLC
CENTERPOINT MALL LLC
CENTERRA RETAIL SHOPS, LLC
CENTERVILLE CROSSING, LLC
CENTRAL LOAN ASSETS V, LP
CENTRAL MALL REALTY HOLDING LLC
CENTRAL VALLEY ASSOCIATES
CENTRAL VALLEY PROPERTY HOLDINGS II,
  LLC
CENTRE REGIONAL CHATEAUGUAY INC
CENTREPOINTE - JMYL LP
CENTRES COMMERCIAUX PREMIERES
  NEIGES LTEE
CENTRO DEL SUR MALL LLC
CENTURY CENTER LLC
CENTURY PLAZA CORPORATION
CERMAK PLAZA LLC C/O GARY SOLOMON
  AND COMPANY
CF FAIRVIEW MALL
CH REALTY III/LONG GATE LLC
CH REALTY VII/R NOVA PLAZA I & II LLC
CH REALTY VII/R SAN DIEGO EASTLAKE
  TERRACES LP

CH RETAIL FUND I/ORLANDO METRO LLC
CHAMBERSBURG CH LLC
CHAMBERSBURG MALL REALTY LLC
CHAMPAGNAT CATHOLIC SCHOOL INC
CHAMPAIGN MARKET PLACE LLC
CHAMPLAIN CENTRE NORTH LLC
CHANG K. KIM
CHAPEL HILLS CH LLC
CHAPEL HILLS NASSIM LLC
CHAPEL HILLS REALTY LLC
CHARLES MALL COMPANY LP
CHARLOTTESVILLE FASHION SQUARE LLC
CHARTER BANK TRUST
CHAUTAUQUA MALL LLC
CHEEMA LLC
CHEHEBAR ASSOCIATES LLC
CHELSEA PACIFIC INVESTMENTS, LP
CHERRY HILL PROPERTIES, LLC
CHERRYVALE MALL LLC
CHESTER MALL LLC
CHESTERFIELD RETAIL LC & CHESTERFIELD
  RETAIL INVESTORS LC
CHESTNUT EMERALD PARTNERS LLC
CHICO FAZEKAS I, LLC
CHICOPEE MARKETPLACE OWNERS, LLC
CHILLUM CENTER LLC
CHIN CHU KIM
CHIN CIARDELLA PROPERTIES LLC
CHODY FAMILY R3 LP AND CREC I LLC
CHRISOPOULOS FAMILY TRUST
CHRISTOWN 1755 LLC
CHULA VISTA CENTER LP
CIELO PASO PARKE GREEN, L.P.
CIRCLE CENTRE MALL LLC
CIRCLE PLAZA LLC
CITADEL MALL REALTY LLC
CITRUS CENTER 10TH STREET, LLC.
CITRUS CENTER CLINTON HILL, LLC
CITRUS PARK MALL OWNER LLC
CITY LINE SHOPPING CENTER ASSOCIATES
  LP
CLACKAMAS MALL LLC,
CLEARVIEW MALL ASSOCIATES
CLEARWATER CALDWELL LLC
CLINTON PINES, LLC
CLOVIS COMMONS, LLC
CLUFF AND HARDY HOLDINGS LLC
CMP TOWN & COUNTRY LP
COASTAL GRAND CMBS LLC
COASTAL PLAINS DEVELOPMENT GROUP
COASTLAND CENTER LLC
COCONUT POINT DEVELOPERS, LLC
CODDINGTOWN MALL LLC
COLBY'S PINE TREE PLAZA, L.C.
COL-CRAIG REALTY COMPANY

COLEMAN E ADLER, II AND COLEMAN E
   ADLER, II CHILDREN'S TRUST
COLISEUM CROSSING ASSOC. LLC
COLLEGE PARK DELAWARE LLC
COLLEGE PLAZA INVESTORS LLC
COLLEGE SQUARE III, LLC
COLONIAL PARK MALL REALTY HOLDING,
   LLC
COLONY OF LATROBE, L.P.
COLORADO MILLS MALL LP
COLUMBIA GRAND FORKS LLC
COLUMBIA MALL LLC (MO)
COLUMBIA MALL PARTNERSHIP
COLUMBIA TECH CENTER, L.L.C.
COLUMBIA-BBB WESTCHESTER SHOPPING
   CENTER ASSOCIATES
COMINAR REIT
COMM 2006-C8 SHAW AVENUE CLOVIS LLC
COMPLEXE PLACE ST-EUSTACHE INC
COMPTON HOLDINGS II, LLC
CONCORD MALL LP
CONESTOGA NASSIM LLC
CONESTOGA REALTY LLC
CONROE MARKETPLACE SC, LP
CONWAY DEVCO DE, LLC
CONWAY WEST BLUFF LLC
COOKEVILLE TN INVESTMENT PARTNERS
COOLSPRINGS MALL, LLC
COOPER COMM. PROP. II LLC
COR ROUTE 3 COMPANY, LLC
CORAL RIDGE MALL LLC
CORAL-CS/LTD ASSOCIATES
CORNERS AT HILLCROFT AT BELLAIRE LP
CORNWALL CENTRE INC.
CORNWALL SQUARE INC.
CORONADO CENTER LLC
CORPUS CHRISTI RETAIL VENTURES LP
CORRIDOR MARKETPLACE LLC
CORTLANDT TOWN CENTER LLC
CORTLANDVILLE CROSSING LLC
CORUNNA PLAZA LLC
COUNTRY WHOLESALE INC
COUNTRYSIDE MALL LLC
COVENTRY III/SATTERFIELD HELM VALLEY
   FAIR LLC
COVIN LP
CP ANTELOPE SHOPS LLC
CP ASSOCIATES LLC
CP CENTURE TWO LLC
CP PEMBROKE PINES LLC
CP/IPERS CORAL LLC
CPC GATEWAY PLAZA II LLC
CPP PASEO I LLC AND CPP PASEO II LLC
CREATIVE INVESTMENTS IV, LLC/QUIAT
   RESOURCES LLC/HERMINE BLAU/FEDERAL
CRECCAL INVESTMENTS LTD

CREF X LV CROSSROADS LLC
CREFII SILVER CITY LLC
CRESTVIEW VILLAGE CENTER LLC
CROMBIE DEVELOPMENTS LIMITED
CROMWELL SQUARE PARTNERS LP
CROSS CREEK MALL SPE LP
CROSS CREEK PLAZA, INC.
CROSSGATES MALL GENERAL COMPANY
   NEWCO LLC
CROSSIRON MILLS HOLDINGS, INC
CROSSROADS CENTER, LLC
CROSSROADS IMPROVEMENTS OWNER LLC
CROSSROADS JOINT VENTURE, LLC
CROSSROADS REALTY LLC
CROSSROADS SHOPPING PLAZA INC
CROSSROADS X, LLC
CROWN COMMERCIAL REAL ESTATE AND
   DEVELOPMENT INC
CRP II - MANATI LLC
CRUZ ALTA PLAZA, LTD.
CRYSTAL CORNERS LLC
CRYSTAL MALL LLC
CRYSTAL RUN GALLERIA LLC
CSHV QUARRY, LLC
CSHV WAUGH CHAPEL LLC
CSN LLC
CT07-75 SWH LLC AND DT07 75 SWH LLC TIC
CTC GILBERT PHASE 1, LLC
CULVER CITY MALL LLC
CUMBERLAND MALL ASSOCIATES
CUMBERLAND MALL LLC
CW GROTON SQUARE LLC
CX SUNFLOWER LLC
CYPRESS COURTYARD II , LLC
CYPRESS CREEK CO., L.P.
CYPRESS FLAGSTAFF MALL LP
D3 LUMBERTON LLC
DAB INVESTMENTS SOUTHPORT COMMONS
   LLC
DACK CARBON ASSOCIATES LP
DAKOTA SQUARE MALL CMBS LLC
DALTON MALL LLC
DANIEL F MALONE JR, AS TRUSTEE OF THE
   MALONE FAMILY TRUST, ANN M DOYLE
DANIEL G. KAMIN MILLINGTON LLC
DANIEL G. KAMIN SHOE STORES LLC
DANVILLE MALL LLC
DARI REALTY, LLC
DARINOR PLAZA
DARTMOUTH CROSSING LIMITED
DAVID C. SOWARD
DAVID R TILTON DBA SOUTH HILL PLAZA
DAVMORE REALTY COMPANY, LLC C/O
   BRAHA INDUSTRIES, INC.
DAYTON MALL II LLC
DAYTON PAYLESS LLC

DBRA ATHENS PROPERTY INVESTMENTS LP
DC USA OPERATING CO., LLC
DCL ST. LUCIE WEST LLC
DCM LIMITED, LLC, C/O ADMIN OFFICE
  VILLAGE SQUARE SHOPPING CENTER
DDP-ROFWR, LLC
DDR ATLANTICO LLC SE
DDR DB SA VENTURES LP
DDR DEL SOL LLC SE
DDR ESCORIAL LLC SE
DDR FAJARDO LLC SE
DDR ISABELA LLC SE
DDR MIAMI AVENUE LLC
DDR NORTE LLC SE
DDR RIO HONDO LLC, S.E.
DDR TUCSON SPECTRUM I LLC
DDR WINTER GARDEN LLC
DDRA MAPLE GROVE CROSSING LLC
DDRA TANASBOURNE TOWN CENTER LLC
DDRM COFER CROSSING LLC - C/O DDR CORP
DDRM RIVERSTONE PLAZA LLC
DDRTC EISENHOWER CROSSING LLC
DDRTC FAYETTE PAVILLION III & IV LLC
DDRTC VILLAGE CROSSING LLC
DDRTC WOODSTOCK SQUARE, LLC
DE ANZA COUNTRY SHOPPING CENTER
DECATUR ASSOCIATES LLC
DEER PARK STATION LIMITED PARTNERSHIP
DEERBROOK MALL LLC
DEE'S SUGARHOUSE CENTER LLC
DEKALB ASSOCIATES LLC
DEL SOL PLAZA, LLC
DELRAY REALTY ASSOCIATES LLC
DELTA MB LLC
DEL-WHITE JOINT VENTURE
DEMOULAS SUPER MARKETS, INC
DENH AND FUNG INVESTMENT LLC
DENHA HOLDINGS LLC
DENNIS GILBERT
DENNIS LOMBARDO & VINCENT LOM-
  BARDO TRUSTEES OF GRANT REALTY
DESERT SKY MALL LLC
DESOTO OWNERS LLC
DEVCON SHOPS LLC
DEVELOPER OF MISSISSIPPI, INC.
DEVILLE DEVELOPMENTS LLC
DGPOM MASTER TENANT, LLC - C/O REDICO
  MANAGEMENT, INC
DIAL REALTY - CHEYENNE MOUNTAIN II,
  LLC
DIANE KAY RANDALL & ALLEN J RANDALL
DIMARCO BAYTOWNE ASSOCIATES, LLC
DIMOND CENTER HOLDINGS LLC
DIMUCCI DEVELOPMENT CORPORATION OF
  CICERO II

DISCOVERY HARBOUR SHOPPING CENTRE
  LTD.
DKS INVESTMENTS INC.
DMC ENTERPRISES II, LTD
DMDE PROPERTIES LP ET AL
DNN PALMDALE
DOLPHIN MALL ASSOCIATES LLC
DOLPHIN PLAZA LLC
DOMINICK SCALI AND ANGELA SCALI
DONAHUE SCHRIBER REALTY GROUP, L.P.
DONALD A. SHAPIRO, RECEIVER
DONDE LLC AND NUGGET MALL LLC
DORAL HOLDINGS LIMITED AND 430635
  ONTARIO INC
DORVAL PROPERTY CORPORATION
DOVER MALL LLC
DOVER MANAGEMENT CO.
DOWNTOWN WOODINVILLE, L.L.C.
DROP-HT LLC
DRY #2, LLC
DSM MB I LLC
DSW DEVELOPMENT CORP.
DSW WILMONT PLAZA LP
DT BROOKSIDE LLC
DUDLEY WASHINGTON LLC
DUFFERIN MALL HOLDINGS INC
DULLES TOWN CENTER MALL, L.L.C. - C/O
  LERNER CORP
DUNKIRK L.P.
DURHAM HOLDINGS LIMITED
DYNAMIC BROADWAY CORPORATION
E&N SPENO PROPERTIES
E.V. KRAUS COMPANY, INC
EAGLE ROCK HOLDINGS LLC
EAST BROOK F, LLC, EAST BROOK W LLC &
  EAST BROOK T LLC
EAST BURNSIDE 5/19, L.L.C.
EAST CEDARBROOK PLAZA, LLC
EAST COURT SHOPPING CENTER LP
EAST END FREEWAY PROPERTIES INC
EAST FOREST PLAZA II, LLLC
EASTEX VENTURE
EASTGATE MALL CMBS LLC
EASTGATE SHOPPING CENTER
EASTGATE SQUARE GP INC
EASTLAND CENTER MALL HOLDING, LLC
EASTLAND MALL LLC
EASTPORT PLAZA SHOPPING CENTER L.P.
EASTVIEW MALL LLC
EASTWAY I HOLDINGS LLC
EATONTOWN MONMOUTH MALL LLC
ECA BULIGO ENTERPRISE PLAZA PARTNERS,
  LP
ECONO-MALLS HOLDINGS #25 INC.
ECP/TPB 1 LLC
EDISON MALL LLC

EDWARD AND MARGARET L. MUNOZ
EDWIN BOYD ALDERSON PROPERTIES LLC
EGC-GREENRIDGE LP & GREENRIDGE PLAZA
  ASSOC LP
EKT GROUP LLC
EL CENTRO MALL LTD
EL PASEO-CALEXICO, LLC
ELAINE LARSSON
ELDRIDGE CROSSING, LTD
ELGIN MALL INC
ELIAS PROPERTIES CHAMPAIGN LLC
ELIAS PROPERTIES EAST SETAUKET LLC
ELIAS PROPERTIES GULFPORT LLC
ELKTON ASSOCIATES LIMITED
  PARTNERSHIP
ELLJAY PROPERTIES II LLC
ELMRIDGE ASSOCIATES, LLC
EMANDEL REALTY CO.
EMI SANTA ROSA LP
EMILY ROSE HIRSCH HART AND HHW ST
  LANDRY PROPERTIES LLC
EMPIRE COLUMBIA LP
EMPIRE MALL LLC
EMPRESAS PUERTORIQUENAS DE
  DESARROLLO INC
ENTERPRISE-EAGLE PASS ASSOCIATES, L.P.
EP PASEO SOUTH HOLDINGS LLC
ESTATE OF S.E. WOOD, JR., ET AL
ESTHER ALISON LLC
ESTHER JEFFREY, LLC
EUROPRO (TECUMSEH MALL) LP
EVA LUU & JOHN LUONG
EWH ESCONDIDO ASSOCIATES, L.P.
EXCEL REALTY PARTNERS LP
EXPRESSWAY PLAZA I LLC
EXPRESSWAY PLAZA SHOPS LTD
F. I. STEELYARD COMMONS LLC
FADINA INVESTMENTS LLC
FAIR LAKES CENTER ASSOCIATES II LC
FAIRFAX COMPANY OF VA. LLC
FAIRLANE GREEN OWNER LLC
FAIRLANE MEADOWS ROLLUP LLC
FAIRLESS HILLS SHOPPING CENTER LP
FAIRVIEW HUDSON 15 LLC AND 11-13
  HUDSON LLC AND HUDSON RETAIL LLC
FAIRVIEW POINTE CLAIRE LEASEHOLDS INC,
  C/O THE CADILLAC FAIRVIEW CORP
  LIMITED
FAITH MISSION & HELP CENTER INC
FALCON GATEWAY PROPERTY LLC
FALLAS BORROWER I, LLC
FALLAS BORROWER II, LLC
FALLIS A. BEALL AND THOMAS D. GOODNER
  DBA ELK PLAZA SHOPPING CENTER
FARMINGVILLE ASSC PHASE I LLC
FASHION SQUARE MALL REALTY LLC

FAV REAL ESTATE VENTURE LP
FAY P. SCHROTH TESTAMENTARY TRUST
FAYETTE MALL SPE LLC
FAYK YASIN
FCHT HOLDINGS (ONTARIO) CORPORATION
FEDERAL REALTY INVESTMENT TRUST
FEDERAL REALTY PARTNERS LP
FELBRAM PLAZA NORTH LLC
FENDER INVESTMENT GROUP
FERN PARK PLAZA LLC
FERNANDO MARTINEZ AND JOSE MARTINEZ
FHM PARTNERS LLC
FIDC 85, LLC
FIELDS STATION LLC - C/O SUPERIOR
  REALTY CO., INC.
FIERA PROPERTIES CORE FUND LP -
  FAIRGROUNDS
FILER HOLDINGS LLC
FILL OHIO LLC
FINDLAY SHOPING CENTER, INC. C/O J.J.
  GUMBERG CO.
FINJACQ I-SHOREWOOD LLC
FIRST AMENDMENT AND RESTATEMENT OF
  THE MASSIMO
FIRST AND MAIN NORTH, LLC
FIRST CAPITAL (CEDARBRAE) CORP
FIRST CAPITAL (ST CATHARINES) CORP
FIRST CAPITAL HOLDINGS (ONTARIO)
  CORPORATION
FIRST COLONY MALL, LLC
FIRST EAGLE DEVELOPMENTS, INC.
FIRST MIDWEST TRUST COMPANY
FIRST MILTON SHOPPING CENTRES LIMITED
FIRST PRINCE GEORGE DEVELOPMENTS
  LIMITED
FIRST REAL ESTATE INVESTMENT TRUST C/O
  HEKEMIAN AND COMPANY, INC.
FIRST REAL ESTATE INVESTMENT TRUST OF
  NJ C/O HEKEMIAN & COMPANY
FIRST REAL PROPERTIES LIMITED
FIRST WILLOW DEVELOPMENTS LIMITED
FISE LLC
FIT FAMILY DEVELOPMENT LP
FLAGLER S.C. LLC
FLATBUSH CHARTER PARTNERS LLC
FLATIRON PROPERTY HOLDING LLC
FLINTSAN PROPERTIES LLC
FLORENCE (FLORENCE MALL) FMH LLC
FLORENCE MALL, LLC
FLORIDA MALL ASSOCIATES, LTD
FN COSNER'S CORNER, LLC
FOM PUERTO RICO, S.E.
FONTANA SQUARE LLC
FOOTHILL-PACIFIC TOWNE CENTRE
FORDHAM CHERA ACQUISITION LLC

FOREST HARLEM PROPERTIES LIMITED
  PARTNERSHIP
FOREST PLAZA LLC
FORT SMITH MALL LLC
FOX RIVER SHOPPING CENTER LLC
FOX RIVER TEI EQUITIES LLC. ; ET AL
FOX RUN LIMITED PARTNERSHIP
FOX VALLEY MALL LLC
FR SAN ANTONIO CENTER LLC
FR WESTGATE MALL LLC
FRANDOR LLC
FRANHILL REALTY LLC
FRANK C. ROBSON
FRANK C. ROBSON & LUDMILA ROBSON
FRANKLIN MILLS ASSOCIATES L.P.
FRANKLIN PROPERTIES LTD. L.C.
FREEHOLD SHOPPING L.L.C.
FREEMALL ASSOCIATES, LLC
FREMAUX TOWN CENTER SPE LLC
FREMONT RETAIL PARTNERS LP
FRIEDRICH GUENSCH
FRISCO STATION LLC
FRONTIER DEVELOPMENT ZEPHYRHILLS,
  LLC
FRONTIER DEVELOPMENT-HIALEAH, LLC
FRONTIER LYNCHBURG LLC
FULBRIGHT MAYS TRUST
FULLER-RBSC LLC
FULTON LAWRENCE, LLC
FUNDAMENTALS COMPANY LLC
FUNDAMENTALS COMPANY, INC.
G&I IX CAMP CREEK PROPERTY LLC
G&I IX EMPIRE BIG FLATS LLC
G&I IX EMPIRE DELAWARE CONSUMER
  SQUARE LLC
G&I IX EMPIRE WALMART PLAZA LLC
G&I IX ESPLANADE PROPERTY LP
G&I IX PALM VALLEY PAVILIONS LLC
G&I VII BELLAIR PLAZA LLC
G&I VIII CBL TTC LLC
G&I VIII HAMMOND LLC
G.A.R. REALTY C/O GENARO J. RUBINO
GAINSVILLE REALTY, LTD
GALLATIN MALL GROUP, LLC C/O CORNING
  COMPANIES
GALLERIA AT WOLFCHASE LLC
GALLERIA MALL INVESTORS LP
GARDEN CITY PARK ASSOCIATES LLC
GARDEN CITY PLAZA LLC
GARDEN CITY PLAZA LTD
GARRISON FONDREN LLC
GARY CHAPMAN DBA KEVKOR LLC
GASSO HOLDING COMPANY, L.L.C.
GATOR COASTAL SHOPPING CENTRE LLC
GAYLUCK CORPORATION
GB MALL LIMITED PARTNERSHIP

GBR MIDDLESEX LLC
GCCFC 2007-GG9 NIAGARA FALLS
  BOULEVARD, LLC
GEJ NEWBURGH, LLC
GEMINI PROPERTY MANAGEMENT LLC
GENERAL AUTO OUTLET OF EVANSVILLE
  LLC
GENEVA SHOPPING CENTER LLC
GENTILLY, LLC
GEORGE BIRNBAUM
GEORGE GUBENER
GEORGE R.C. KINGSTON, AND NMBSC
  CHARITABLE REMAINDER UNITRUST
GEORGETOWN MARKET PLACE CORP
GEORGETOWNE CENTER BROOKLYN LLC
GERARD B. ISAACS
GERRARD SQUARE INC
GETTO AND GETTO
GF VALDOSTA MALL LLC
GG RETAIL PROPERTIES LLC
GGP - MAINE MALL LLC
GGP ALA MOANA LLC
GGP GLENBROOK LLC
GGP MEADOWS MALL LLC
GGP NORTHRIDGE FASHION CENTER LP
GGP STATEN ISLAND MALL LLC
GGP-FOUR SEASONS LP
GGP-GRANDVILLE LLC;  RIVERTOWN
  CROSSINGS
GGP-PROVIDENCE PLACE LLC
GGP-TUCSON MALL LLC
GHGH REAL ESTATE LLC
GILLIAN BIGGS, TRUSTEE FOR PASATIEMPO
  PARTNERSHIP
GIV GREEN TREE MALL INVESTOR LLC
GK HOLIDAY VILLAGE LLC
GK PREFERRED INCOME II (RIDGMAR) SPE,
  LLC & 1551 KINGSBURY PARTNERS SPE LLC
GKT CENTRAL TOWNE SQUARE LLC
GKT THORNCREEK PLAZA LLC
GLEASON MALL LP
GLENWOOD PLAZA LLC
GLENWOOD SPRINGS MALL, LLLP
GLIMCHER MJC LLC
GLIMCHER PROPERTIES LP
GLIMCHER SUPERMALL VENTURE LLC
GLOBAL WEBB LP
GLO-RAE BOLGER, LLC
GMA PROPERTIES LLC
GNP PARTNERS
GOLDEN MILE INVESTMENT COMPANY
GOLDENROD SDC, LLC
GOLDMAN INVESTMENTS LTD
GOLF PLAZA II, S/C LLC C/O DIMUCCI
  DEVELOPMENT CORP.

GOODWIND DEVELOPMENT CORPORATION
  MICRONESIA MALL
GORDON GROUP MISSOURI CITY LP
GORDON-KAREN PROPERTIES, LLC
GOSFORD AT PACHECO, LLC
GOVERNOR'S SQUARE MALL, LLC
GP-MILFORD REALTY TRUST
GPR INVESTMENTS LLC
GRACE CAPITAL INVESTMENT
  CORPORATION
GRAND BALDWIN ASSOCIATES C/O ROSEN
  ASSOCIATES MANAGEMENT CORP.
GRAND CENTRAL PARKERSBURG LLC
GRAND DUNHILL LLC
GRAND FAMILY TRUST, STEPHEN GRAND,
  TRUSTEE
GRAND RIVER-3 ASSOCIATES C/O FARBMAN
  MANAGEMENT GROUP
GRAND TETON MALL LLC
GRAND TRAVERSE MALL LLC - C/O ROUSE
  PROPERTIES, LLC
GRANVILLE STREET PROPERTIES INC.
GRAPEVINE MILLS MALL LIMITED
  PARTNERSHIP
GRAY ENTERPRISES L.P.
GREAT WORLD PROPERTIES LIMITED
GREECE RIDGE LLC
GREELEY MALL CO LLC
GREEN 5 PROPERTY LLC
GREEN MOUNT CROSSING, LLC
GREEN OAK OWNER 1, LLC
GREEN PRESERVE, LLC
GREENBRIER MALL II, LLC
GREENE COMMERCIAL REAL ESTATE
  GROUP, INC.
GREENSPRING ASSOCIATES LP C/O REGENCY
  CENTERS CORPORATION
GREENWAY PLAZA LLC
GREENWOOD MALL LLC
GREENWOOD PARK MALL LLC
GRI-EQY (PRESIDENTIAL MARKETS) LLC
GRIFFIN CROSSROADS, LLC
GROVE CITY FACTORY SHOPS LP
GS PACIFIC ER LLC
GSC PROPERTIES INC
GTG ASSOCIATES / TENANTS IN COMMON
GTM DEVELOPMENT LTD
GUFFEY ROLLA PROPERTIES LLC
GULF VIEW CH LLC
GULF VIEW NASSIM LLC
GULF VIEW REALTY LLC
GWINNETT PLACE MALL GA LLC
H W A ENTERPRISES L.P., L.L.P.
H/S FLORENCE LLC
HAERI HACIENDA PLAZA, LLC
HALPERN PROPERTIES LLC

HAMDEN PLAZA ASSOCIATES LLC
HAMILTON II LLC
HAMILTON MALL, LLC
HAMILTON TC LLC
HAMMOND & HAMMOND RENTAL PROP.
HAMSTRA NORTH RIDGE CENTER, LLC
HAMTRAMCK CENTER LLC 2520
HAP PROPERTY OWNER LP
HARFORD MALL BUSINESS TRUST
HARLAN D. AND MAXINE H. DOUGLASS
HARMAN REALTY BROOKLYN LLC
HARMON FAMILY LLC
HARRISBURG MALL LP
HARRISVILLE-ROGERS, L.C.
HARTMAN RICHARDSON HEIGHTS
  PROPERTIES INC
HARTUNIAN, LLC
HARVARD DEVELOPMENTS INC
HARVEY CAPITAL CORPORATION
HARVEY TOLSON
HAT #1 LLC
HAWK COMMERCIAL PROPERTIES, LLC
HAWTHORNE ACQUISITION LLC
HAYDAY, INC.
HAYS MALL LLC
HC LAKESHORE LLC
H-E-B, LP
HEBCO DEVELOPMENT, INC.
HEIGHTS RETAIL, LTD
HEMET VALLEY CENTER LP
HEMPSTEAD LEVITTOWN ASSOC. LLC
HENDERSON-PROSPECT PARTNERS, LP
HENDON GOLDEN EAST LLC
HENRIETTA H MOSELEY,TRUSTEE; MOSELEY
  TRUST DT 10/22/87, UNDIVIDED 1/2
  INTEREST;
HENRY K. WORKMAN JR. TRUSTEE 2959
HERITAGE CH LLC
HERITAGE NASSIM LLC
HERITAGE PROPERTIES
HERITAGE REALTY LLC
HERZOG SUPPLY CO.  INC.
HG GALLERIA LLC
HICKORY RIDGE COMMONS LLC
HIGH NOB-RANGELINE LLC
HIGH POINTE COMMONS HOLDING, LP
HIGHLAND KINGDALE ASSOCIATES LLC
HIGHLAND LAKES PROPERTY LLC
HILLCREST PROPERTY HOLDINGS INC
HILLSBORO PARTNERS LLC
HILLSIDE CENTRE HOLDINGS INC
HILLSIDE PLAZA, LLC
HILLTOP PLAZA LLC
HINESVILLE CENTER LLC
HIRAM PAVILION OWNER LLC
HIXSON MALL LLC

HJN FAMILY LLC
HK NEW PLAN ERP PROPERTY HOLDINGS
  LLC
HMC DYSART LLC
HMVP HILLTOP INC
HNC CAPITAL LLC
HOLLYWOOD RETAIL VENTURES LLC
HOLMDEL TOWNE CENTER, LLC
HOLYOKE MALL COMPANY, L.P.
HOLZMAN GROUP LTD
HOMBURG TRUST 189/2226012 ONTARIO INC
HOMCO REALTY FUND LIMITED
  PARTNERSHIP
HOME ELITE LTD & 69 ST ASSOC LP
HONEY CREEK MALL LLC
HONG KONG NORTHWEST INVESTMENT LLC
HOOD COMMONS BSD LLC
HOOPP REALTY INC
HOOPP REALTY INC - C/O MORGUARD
  INVESTMENTS LIMITED
HOOPP REALTY INC (MARLBOROUGH MALL)
HOOVER ELEVEN HOLDINGS LLC
HOOVER MALL LIMITED LLC - C/O
  RIVERCHASE GALLERIA
HOPPER PROPERTIES, L.P.
HOUSTON GULFGATE PARTNERS, L.P.
HOWARD M EVANS TRUSTEE, ET AL
HPI REAL ESTATE SERVICES &
  INVESTMENTS
HT WEST END LLC
HUH DI/OCP CROSSLANDS LLC
HULEN MALL, LLC
HUNDRED FIRES LTD
HUNTER RETAIL CENTER LLC
HUNTINGTON MALL COMPANY
HVTC LLC
HYPERICUM INTERESTS DELAWARE LLC
HZD PROPERTY OWNER LLC
I & R, LLC
IA DENVER QUEBEC SQUARE LLC
IA GARNER WHITE OAK LLC
IA HOUSTON NORTHWEST LIMITED
  PARTNERSHIP
IA OKLAHOMA CITY ROCKWELL LLC
IA SAN ANTONIO WESTOVER LLC
IA SAN ANTONIO WOODLAKE LIMITED
  PARTNERSHIP
IG INVEST MGMT LTD AS TRUSTEE FOR
  INVESTORS REAL PROP FUND
IMAGINE PROPERTIES ENT LLC
IMANI EDUCATION CIRCLE CHARTER
  SCHOOL
IMPERIAL VALLEY MALL II, LP
INDIAN VALLEY PLAZA INC
INFANTERIA SHOPPING CENTER, LLC
INGLES MARKETS, INC.

INGLES MARKETS, INCORPORATED
INLAND SOUTHEAST NEWNAN CROSSING
  LLC
INLAND WESTERN CYPRESS MILL LIMITED
  PARTNERSHIP
INLAND WESTERN GLENDALE LLC
INLAND WESTERN MANSFIELD LP
INLAND WESTERN WACO CENTRAL LIMITED
  PARTNERSHIP
INTEGRIS VENTURE SC LLC
INTEGRIS VENTURES-WR-LLC
INTERNATIONAL CENTER, INC.
INVERSIONES JOSELYMARI  S.E.
IRC AURORA COMMONS LLC
IRC DEER TRACE LLC
IRC MALLARD CROSSING LLC
IRC STONE CREEK LLC
IRC TURFWAY COMMONS LLC
IRONDEQUOIT TK OWNER LLC
ISLA DEL SOL ASSOCIATES LTD
IVANHOE CAMBRIDGE I INC
IVANHOE CAMBRIDGE II INC
IVANHOE CAMBRIDGE II INC & RCCOM LP
IVANHOE CAMBRIDGE II INC. AND CANAPEN
  (HALTON) LIMITED
IVANHOE CAMBRIDGE II LLC
IVANHOE CAMBRIDGE INC
J & S TELLERMAN LLC
J. W. RICH INVESTMENT COMPANY
J.L.J. ASSOCIATES
JACK KATZ AND MANUEL MUNOZ
JACKIE JEE YOUNG HWANG
JACKSON CROSSING CH LLC
JACKSON CROSSING NASSI
JACKSON CROSSING REALTY LLC
JACKSON SQUARE INVESTORS
JACKSONVILLE MEDICAL PLAZA OWNER
  LLC
JACKSONVILLE MZL, LLC
JACKSONVILLE REGIONAL CENTER LLC
JADE WOODLAND LLC
JAE CHAN LEE
JAMES S BILLUPS III, TRUSTEE OF THE
JAMES T DUNN JR AS TRUSTEE OF THE
  JAMES T DUNN JR
JAMESTOWN SOUTH SHORE CENTER LP
JANE GOLDMAN
JARDEL CO., INC.
JASAN LLC
JAY H. AND NANCY A. GRANT
JAY JOHNSON
JAYNIE HAKEEM
JDC PROPERTIES
JDN REAL ESTATE-HAMILTON, LP - C/O DDR
  CORPORATION
JEFFERSON ASSOCIATES, LP

JEFFERSON MALL CMBS LLC - C/O CBL &
    ASSOCIATES MANAGEMENT INC
JEFFERSON POINTE SPE, LLC
JEFFERSON-MARUMSCO 1 LLC
JERRY R. DAVIS
JG ELIZABETH II LLC
JG WINSTON-SALEM, LLC
JHR HOLDINGS LLC
JIM BONDS ENTERPRISES INC
JKS-MARSHALL LP
JM 111998 LLC
JMCR SHERMAN, LLC
JOAN M DAHLE TRUST
JOCEE REALTY CORPORATION
JOCHI INVESTMENTS LLC
JOFRESH LLC
JOHN C. WINDLE TRUSTEES OF THE JOHN C
    WINDLE REVOCABLE
JOHN G VENINI INVESTMENTS, LIMITED #1
JOHN P. HOOTEN, TRUSTEE
JOHN W QUINN III TEST TR
JOHNSBOROUGH CORNER LLC
JOHNSTOWN COMRIE ASSOCIATES, LLC
JOHNSTOWN SHOPPING CENTER LLC
JOLIET HILLCREST LLC
JORDAN CREEK TOWN CENTER, LLC
JOSE J. CANTU
JOSEPH R. JESTER IV, LLC
JOSEPH T. CAMISA & MADELINE L. CAMISA
JOSEY/TRINITY MILLS LTD
JPMCC 2006-LDP7 CENTRO ENFIELD LLC
JPMCC 2006-LDP9 NORTH RAINBOW
    BOULEVARD LLC
JPMG MANASSAS MALL OWNER LLC
JRL LIBERTY 1133 LLC
JUBILEE CLINTON II LLC
JUDITH STERN CANNON & GARY B. CANNON,
    TRUSTEES THE CANNON FAMILY TRUST
    DATE 7/03
JUNGE ASSOCIATES LLC
JW FRANKLIN COMPANY MISSOURI
KACI WSC LLC
KALAMAZOO MALL LLC
KAMEHAMEHA CENTER COMPANY
KARELYNA, LLC
KAREN WHITSON KAPLAN REVOCABLE
    TRUST
KATHLEEN JOHNSON
KATY MILLS MALL LIMITED PARTNERSHIP
KB PARKSIDE, LLC
KD BELLE TERRE, LLC
KDI ATHENS MALL LLC
KDI ATLANTA MALL LLC
KDI RIVERGATE MALL LLC
KE BENTLEY ONE LLC AND KGC BENTLEY
    TWO LLC

KENNEDY MALL, LTD
KERMAN SHOPPING PLAZA LLC
KERMANIDIS REALTY TRUST
KEYSER AVENUE PROPERTIES LLC
KIE INVESTMENTS LLC AND BJI
    INVESTMENTS LLC
KIMCO BROWNSVILLE, L.P.
KIMCO CARROLLWOOD 664, INC. C/O KIMCO
    REALTY CORPORATION
KIMCO DELAWARE INC
KIMCO L-S LIMITED PARTNERSHIP
KIMCO REALTY CORP.
KIM-SAM PR RETAIL LLC
KIMSCHOTT FACTORIA MALL LLC
KING OF PRUSSIA ASSOCIATES
KING PROPERTIES
KINGMAN PLAZA LLC
KINGOTT, LLC
KINGS CROSS SHOPPING CENTRE LTD
KINGSGATE PROPERTY LTD.
KINGSPORT MALL LLC
KINGSTON MALL LLC
KINGSTOWNE TOWNE CENTER LP
KINGSWAY GARDEN HOLDINGS INC
KIOP BRANFORD, LLC
KIR BRANDON 011, LLC C/O KIMCO REALTY
    CORP.
KIR CITYPLACE MARKET LP
KIRKWOOD APARTMENTS
KIRKWOOD MALL ACQUISITIONS LLC
KITSAP MALL LLC
KLAIRMONT ENTERPRISES, INC
KM FRESNO INVESTORS LLC
KMART CORPORATION
KNIGHTDALE CENTER LLC
KNOXVILLE PARTNERS LLC
KOFFMAN MCENTEE LLC
KR STRATFORD LLC
KRAGEN PROPERTIES LLC
KRE BROADWAY OWNER LLC
KRE COLONIE OWNER LLC
KRG CEDAR HILL PLAZA LP
KRG DRAPER PEAKS LLC
KRG HENDERSON EASTGATE LLC
KRG INDIAN RIVER LLC
KRG KOKOMO PROJECT COMPANY LLC
KRG LAS VEGAS CENTENNIAL CENTER LLC
KRG LAS VEGAS EASTERN BELTWAY LLC
KRG PALM COAST LANDING LLC
KS EGLINTON SQUARE INC
KS HERITAGE PLACE INC
KS LAMBTON MALL INC
KVC INVESTORS LLC
L & J MANCHESTER III, LLC
L&S PARTNERSHIP OF EVANSVILL LLC
LA ALAMEDA, LLC

LA CIENEGA/SAWYER LTD.
LA COLUMBUS, LLC
LA HABRA WESTRIDGE PARTNERS, L.P.
LAFOLLETTE DEED OF REALTY CREATING
    TRUST
LAFRAMBOISE REALTY LLC
LAKE ELSINORE CENTER LLC
LAKE MANAWA CENTRE II LLC
LAKE STEVENS GRF2, LLC
LAKELAND SQUARE MALL, LLC
LAKELAND VENTURE, LP C/O ALLEN
    ASSOCIATES PROPERTIES INC
LAKELINE DEVELOPERS
LAKES MALL REALTY LLC
LAKEWOOD RETAIL LLC
LAKHA PROPERTIES LAKEWOOD TC LLC
LAMAR E. GWALTNEY
LAMONICA LIMITED
LANCASTER PARTNERS
LANDING VENTURE ASSOCIATES LLC
LANDINGS REALTY LLC AND LANDINGS
    NASSIM LLC; TIC
LANES MILL ASSOCIATES, LLC
LANGLEY PARK PLAZA, INC. C/O REALTY
    SERVICES OF MARYLAND, INC.
LANSDOWNE MALL INC
LARGO LIMITED LIABILITY PARTNERSHIP
    C/O CARROLLTON ENTERPRISES
LARRY RHODES
LAS AMERICA'S PREMIUM OUTLETS LLC
LAUDERHILL MALL INVESTMENT LLC
LAUREL MALL LP
LAURIE INDUSTRIES, INC 2238
LAVALE ASSOCIATES II LLC
LAWRENCEVILLE MARKET 1707 LLC
LAYTON HILLS MALL CMBS, LLC
LBCMT 2007-C3 DORSET STREET LLC
LB-UBS 2007-C6 INDIAN HILLS STATION LLC
LBUBS 2007-C7 SHORE ROAD, LLC
LDT FAMILY TRUST
LE CARREFOUR LAVAL (2013) INC
LEBANON PAD, LP
LEBANON VALLEY MALL COMPANY
LEE LINDEN
LEESBURG PIKE CENTER LLC
LEON HARARY, INC
LEROI B. GARDNER, JR, M.D.
LES IMMEUBLES DU CARREFOUR RICHELIEU
    LTEE/CARREFOUR RICHELIEU REALTIES
    LTD.
LEVCOM WALL PLAZA ASSOC. C/O
    MANDELBAUM & MANDELBAUM
LEVCO-ROUTE 46 ASSOCIATES
LEVIAN FAMILY NORWALK, LLC &
    HEKMATRAVAN FAMILY NORWALK LLC

LEVIN PROPERTIES, L.P. C/O LEVIN
    MANAGEMENT CORPORATION
LEVYCO LLC
LEWIS COMMERCIAL PROPERTIES LLC
LF2 ROCK CREEK LP
LGM EQUITIES LLC
LIGHTHOUSE PLAZA, LLC
LIN DEE LIU & YU SHENG VICTOR LIU
LINCOLN PLAZA CENTER LP
LINCOLN SHOPPING CENTER LLC
LINCOLNWOOD TOWN CENTER LLC
LINDA B. LYON REVOCABLE TRUST
LINDA M PARSONS REVOCABLE TRUST
LINDALE MALL LLC
LINDELL MARKETPLACE LP
LINDEN PLAZA LLC
LIVINGSTON MALL VENTURE
LJ-NORTHLAKE LLC
LOGAN VALLEY CH LLC
LOGAN VALLEY NASSIM LLC
LOGAN VALLEY REALTY LLC
LONDONDERRY SHOPPING CENTRE INC.
LONG BEACH CENTER LLC
LOUFRANCO PROPERTIES INC
LOUISA LITTLE
LOYAL HOLDINGS DE, LLC
LR LACEY MARKET SQUARE LLC
LRC MAGIC INVESTORS LTD
LSREF3 SPARTAN (GENESEE) LLC
LTL ITALIAN DESIGN LLC
LUAN INVESTMENT, S.E.
LUIS ARMENDARIZ
LYCOMING MALL REALTY HOLDING INC
LYNNHAVEN MALL LLC
M&M INVESTMENTS LLC
M. C. AND JANE MORSE
MABELVALE PLAZA, LLC
MACARTHUR PARK LP
MACDADE MALL ASSOCIATES L.P.
MACERICH BUENAVENTURA LIMITED
    PTNSHP
MACERICH CERRITOS LLC 1109
MACERICH DEPTFORD LLC
MACERICH FRESNO LIMITED PARTNERSHIP
MACERICH LAKEWOOD LP
MACERICH NIAGARA LLC
MACERICH NORTH PARK MALL LLC
MACERICH SOUTH PARK MALL LLC - C/O
    MACERICH
MACERICH VICTOR VALLEY LP
MACERICH VINTAGE FAIRE LIMITED
    PARTNERSHIP
MACOMB CENTER HOLDINGS, LLC
MACY'S RETAIL HOLDINGS INC
MADERA CAPITAL LP
MADISON/EAST TOWNE LLC

MADISON/WEST TOWNE, LLC
MAFRI HOLDINGS
MAGIC VALLEY MALL LLC
MAGNOLIA SHOPPING CENTER ASSOCIATES
    LLC
MAGNUM GROUP LLC
MAI ASSOCIATES LLC
MAIJO LLC
MAIN BOLGER LLC
MAINPLACE SHOPPINGTOWN LLC
MALL AT AUBURN LLC
MALL AT CONCORD MILLS LIMITED
    PARTNERSHIP
MALL AT COTTONWOOD LLC
MALL AT GREAT LAKES LLC
MALL AT GURNEE MILLS LLC
MALL AT INGRAM PARK LLC
MALL AT IRVING LLC
MALL AT JEFFERSON VALLEY LLC
MALL AT LEHIGH VALLEY LP
MALL AT LIBERTY TREE LLC
MALL AT LONGVIEW, LLC
MALL AT MIAMI INTERNATIONAL LLC
MALL AT MONTGOMERY LP
MALL AT NORTHSHORE LLC
MALL AT POTOMAC MILLS LLC
MALL AT ROCKINGHAM LLC
MALL AT SMITH HAVEN, LLC
MALL AT SOLOMON POND LLC
MALL AT SUMMIT LLC
MALL AT TUTTLE CROSSING LLC
MALL AT WHITE OAKS LLC
MALL DEL NORTE LLC
MALL OF GEORGIA, LLC
MALVERN TOWN CENTRE INC
MANAPORT PLAZA LLC
MANN ENTERPRISES INC
MANOA SHOPPING CENTER ASSOCIATES LP
MANSION MALL MARKETPLACE LLC
MAPLE PROPERTIES LLC
MAPLEWOOD MALL LLC
MARCH HARE, LLC
MARIETTA CENTER LLC
MARIPOSA SHOPPING CENTER
    INVESTMENTS LLC
MARK HM ASSOC. LP
MARK M. STEVENSON
MARKET MALL LEASEHOLDS INC.
MARKET ON CHERRY (SOUTH CAROLINA) LP,
    HAIZLIP PROPERTIES LLC,
MARKET PLACE PHASE II DEVELOPMENT
    L.C.
MARKET PLACE VALPARAISO LLC 5614
MARKS SQUARE INCORPORATED
MARLENE S. HALES
MARLETTO FAMILY LTD. PARTNERSHIP

MARSHALL E. BOYKIN (MRS.) AND THE
    ESTATE OF MARSHALL E BOYKIN, SR AND
    JAMES E AN
MARTIN GASPARE
MARTIN SHOPS LLC
MARVIN J. HENDRIX
MARVIN L. LINDNER ASSOCIATES LLC
MARY LAKE REALTY LTD
MARYLAND CROSSING REALTY, LLC
MASON AVENUE HOLDING CO.
MASSAPEQUA CENTER 1138 LLC
MASUE LLC
MATRIX (CAMROSE) LIMITED PARTNERSHIP
MATT MEISELS
MATTESON REALTY LLC
MATTONE GROUP SPRINGNEX LLC
MAYFAIR CENTER OWNER LLC
MAYFAIR MALL, LLC
MAYFLOWER APPLE BLOSSOM, L.P.
MAYFLOWER CAPE COD LLC
MAYFLOWER EMERALD SQUARE LLC
MAYFLOWER SQUARE ONE LLC
MB COLUMBUS HILLIARD, LLC
MB LINCOLN MALL LLC
MCALLISTER PLACE HOLDINGS INC
MCBH PARKWAY CROSSING LLC
MCCAIN MALL COMPANY LP
MCCARRAN MARKETPLACE SPE LLC
MCGRATH-PHD PARTNERS, L.P.
MCKINLEY MALL LLC
MCM PROPERTIES LTD C/O MUSIC CITY
    MALL
MCP VOA I & III LLC
MCS HEMET VALLEY CENTER LLC
MEADOWBROOK MALL COMPANY
MEADOWOOD MALL SPE LLC
MEIR AGAKI
MELBA SANDOVAL
MELBOURNE SQUARE LLC
MELCOR REIT LIMITED PARTNERSHIP
MEMORIAL CITY MALL LP
MEPT WESTWOOD VILLAGE LLC
MERCED MALL LLC
MERIDEN ASSOCIATES LLC
MERIDEN SQUARE PARTNERSHIP
MERIDIAN PACIFIC
MERLIN R. TIMOTHY OR UTAHNA TIMOTHY
MERRITT SQUARE
MERRITT SQUARE CH LLC
MERRITT SQUARE REALTY LLC
MESAR LLC
MESHANTICUT PROPERTIES, INC.
MESILLA VALLEY SPC, LLC
MFC BEAVERCREEK LLC
MGP IX PROPERTIES LLC
MGP X VERNOLA LLC

MGP XI CAPITOLA LLC
MGP XI COMMONS FW, LLC (MGM UNIT #730-A012)
MGP XII HUNTER COURT, LLC
MIC MAC MALL LP
MICI DESOTO #1, LTD
MID RIVERS MALL CMBS LLC
MIDAMCO
MIDDLEBELT PLYMOUTH VENTURE, LLC
MIDEB NOMINEES, INC.
MIDLAND MALL REALTY HOLDING, LLC
  AND MIDLAND MALL INVESTMENT LLC
MIDTOWN PLAZA INC
MIDWAY SC LLC AND MIDWAY SF LLC TIC
MIDWEST ASSET GROUP LLC
MIDYAN GATE REALTY LLC
MIKEONE CHICAGO HOLDINGS LLC
MIL ITF HOOPP REALTY INC (SUDBURY)
MILITARY CAPITAL VENTURE LLC
MILITARY-LAKE WORTH ROAD LLC
MILL CREEK CROSSING, LLC
MILL WOODS CENTRE INC
MILPITAS MILLS LIMITED PARTNERSHIP
MIR HANSON ASSOCIATES LLC
MIRA AVDICH
MIRA MESA SHOPPING CENTER-WEST
MISHORIM GOLD NEWPORT NEWS LP
MISSION VALLEY SHOPPINGTOWN LLC
MIX GULLY, LTD
MJM DEVELOPMENT HOLDINGS LLC
MJS CAGUAS LP
MLM CHINO PROPERTIES LLC
M-M COMPANY
MN - CRYSTAL CENTER-HA, LLC
MNH MALL L.L.C.
MOAC MALL HOLDING LLC
MOBO REALTY, INC.
MODEL T PLAZA LLC
MOHR AFFINITY LLC DBA
MONA GELLER, TRUSTEE OF THE GELLAR
  TRUST
MONDAWMIN BUSINESS TRUST
MONTEBELLO TOWN CENTER INVESTORS
  LLC
MONTEZ (CORNER BROOK) INC.
MONTEZ (SOREL) INC
MONTEZ CORE INCOME FUND LIMITED
  PARTNERSHIP
MONTGOMERY (E&A)  LLC
MONTGOMERY MALL OWNER, LLC
MOORESTOWN MALL LLC - C/O PREIT
  SERVICES LLC
MORENO VALLEY MALL MANAGEMENT
  OFFICE
MORGAN STANLEY CAPITAL I INC.,
MORGUARD BOYNTON TOWN CENTER INC

MORGUARD CORPORATION
MORGUARD REAL ESTATE INVESTMENT
  TRUST
MORGUARD REIT
MORTIMER BERGMAN
MPW1, LLC
MR. RICHARD N. SHERWIN
MRW LP
MS CARLA WORTHY SKINNER, TRUSTEE
MSM PROPERTY LLC
MSRB PROPERTIES LLC
MT. POCONO LLC
MUFFREY LLC
MUNCIE MALL LLC
MURRAY TRACY & BERNARD SILBER, PTR
MYJO DEVELOPMENT CORPORATION
NAMEOKI SHOPPING CENTER INVESTMENTS
  LLC
NANCY BUTT & JENNIFER B FERRELL AS
  SUCCESSOR CO-TRUSTEES OF THE
NANCY NIEMANN WEEKS
NATICK MALL LLC
NATIONAL DEVELOPMENT RESOURCES LP
NATIONAL KEYSTONE PROPERTIES L.P.
NATIONAL PRIME COMMERCIAL INC
NATOMAS GROWERS LP
NAZARETH RETAIL HOLDINGS LLC
NBY PROPERTIES, LLC
NEILSON RETAIL LLC
NELSON GROUP INC
NEPTUNE REALTY ASSOCIATES
NESHAMINY MALL JOINT VENTURE LTD
  PARTNERSHIP
NEW FAIR OAKS OWNER LLC
NEW GROUP-GARDENA, L.L.C.
NEW PINE GROVE ROAD CENTRE INC
NEW WESTGATE MALL LLC
NEWAGE PHM LLC
NEWBURGH CH LLC
NEWBURGH MALL REALTY LLC
NEWBURGH NASSIM LLC
NEWGATE MALL EQUITIES LLC AND
  NEWGATE MALL HOLDINGS LLC
NEWKOA LLC
NEWMARKET I, LLC
NEWPARK MALL LP
NEWPORT CENTRE LLC
NGM OWNERSHIP GROUP LC
NICHOLAS PARK MALL LLC
NICKSTER COMMERCIAL LLC
NINE ISLANDS I LLC DBA COUNTRYSIDE
  PLAZA
NITTANY CENTRE REALTY LLC & NITTANY
  NASSIM LLC
NMC MELROSE PARK, LLC (PROPERTY 722M)

NMC SOUTHGATE, LLC/NMC SOUTHGATE
  PLAZA LLC
NMRD LIMITED
NORTH GREENBUSH ASSOCIATES, LLC
NORTH HANOVER CENTRE REALTY LLC
NORTH HANOVER NASSIM LLC
NORTH HAVEN HOLDINGS LIMITED
  PARTNERSHIP
NORTH MAIN GROUND TENANT (PHASE I)
  LLC
NORTH MALL PROPERTY LLC
NORTH PARK SHOPPING CENTRES LIMITED
NORTH RIVERSIDE PARK ASSOCIATES LLC
NORTH RIVERSIDE PLAZA LIMITED
  PARTNERSHIP
NORTH STAR MALL LLC
NORTH TOWN MALL LLC
NORTHEAST EQUITY, LLC
NORTHEASTERN OKLAHOMA LEASING
  COMPANY
NORTHERN LIGHTS IMPROVEMENTS LLC
NORTHGATE MALL DURHAM LLC
NORTHGATE MALL PARTNERSHIP
NORTHGATE SHOPPING CENTER, L.P.
NORTHLAND VILLAGE MALL HOLDINGS INC
NORTHPARK MALL / JOPLIN LLC
NORTHRIDGE CENTER 1703, LLC
NORTHRIDGE OWNER LP
NORTHSIDE CENTRE LLC
NORTHTOWN CENTER  INC.
NORTHWESTERN SIMON, INC.
NORTHWOODS CENTER FLORIDA LP
NORTHWOODS MALL CMBS LLC
NORTHWOODS SHOPPING CENTER LLC
NORWICH REALTY ASSOCIATES LLC
NOSTRAND REALTY LLC
NOVOGRODER COMPANIES, INC.
NPMC RETAIL LLC
NR DEVELOPMENT LLC
NRF VII - OAK LAWN LLC
NSAHOPP MAYFLOWER INC
NSF PROPERTY HOLDINGS LLC
NSP, LLC
NW ARKANSAS CH LLC
NW ARKANSAS MALL REALTY LLC
NWC US 79/CR 122, LTD
OAK PARK MALL LLC
OAKDALE MALL II, LLC
OAKMONT PROPERTIES INC
OAKRIDGE MALL LLC
OAKS MALL LLC
OAKWOOD HILLS MALL LLC
OAKWOOD PLAZA LP
OAKWOOD SHOPPING CENTER LLC
OASG HAZLET LLC
OEKOS DUNDALK, LLC

OGLETHORPE MALL, LLC
OHIO VALLEY MALL COMPANY C/O THE
  CAFARO COMPANY
OLDEN PLAZA SHOPPING CENTER LLC
OLIVER CREEK HOLDINGS LLLP
OLYMPIA LAND COMPANY LLC BY UNION
  REAL ESTATE CO. (MANAGER)
OLYMPIC TOWER LLC
OMACHE SHOPPING CENTER LLC
ONE IMPERIAL PLAZA LP
ONE STOP PROPERTIES, INC.
ONE STORM LAKE PLAZA, LLC
ONE YONKERS ASSOCIATES, L.L.C.
ONTARIO MILLS LP
ONTREA INC
ONTREA INC - C/O THE CADILLAC FAIRVIEW
  CORPORATION LIMITED
ONTREA INC AND CF/REALTY HOLDINGS
  INC-C/O THE CADILLAC FAIRVIEW CORP
  LTD
ONTREA, INC.
ONYX LAWTON SB LLC
OPB (EMTC) INC
OPB REALTY (CARLINGWOOD) INC.
OPB REALTY (PICKERING CENTRE) INC.
OPB REALTY (ST. VITAL) INC.
OPB REALTY INC - HALIFAX CENTRE
OPB REALTY INC.  (PEN CENTRE)
OPRY MILLS MALL LP
OPTION RENTALS INC
OPTRUST RETAIL INC, C/O BENTALL
  KENNEDY (CANADA) LP
ORANGE PARK MALL LLC
ORCHARD PARK SHOPPING CENTRE
  HOLDINGS INC
ORIENTAL CORPORATION
ORLAND, L.P.
ORLANDO CORPORATION
OROVILLE PLAZA EL, LLC
OSBORNE CAPITAL, LLC - C/O PEMBROKE
  COMPANIES, INC.
OSHAWA CENTRE HOLDINGS INC.
OTSEGO PLAZA, LLC
OVERLAND PLAZA LLC
OVIEDO MALL HOLDING LLC
OXFORD PROPERTIES GROUP INC. & CPP
  INVESTMENT BOARD REAL ESTATE
  HOLDINGS INC
OXFORD PROPERTIES RETAIL HOLDINGS II
  INC
OXFORD PROPERTIES RETAIL HOLDINGS INC
OXFORD SOUTH PARK MALL LLC
P.S.K.S. ASSOCIATES, LTD
PACIFIC CARMEL MOUNTAIN PLAZA LP
PACIFIC OAK PROPERTIES, INC.
PADDOCK MALL LLC

PADOVA 300 WEST SPE, LLC
PAL ASSOCIATES HARBORCREEK LLC
PALISADES BIRMINGHAM LLC
PALISADES II, LLC/EKLECCO NEWCO LLC
PALM PLAZA ASSOC., LTD. C/O ROSEN
    ASSOCIATES MGMT. CORP.
PALMDALE CENTER DELAWARE INC
PALMER PARK LP
PALMETTO PARK ROAD ASSOCIATES,
    LIMITED
PALO WOODS LLC
PALOUSE MALL LLC
PARADISE VALLEY MALL SPE LLC
PARAMOUNT ENTERPRISES, INC.
PARAMOUNT PLAZA AT NEW BRITE LLC
PARAMUS PARK SHOPPING CENTER LP
PARK CENTRE I, LLC; A UTAH LIMITED
    LIABILITY COMPANY
PARK CITY CENTER BUSINESS TRUST
PARK MALL, LLC
PARK PLACE MALL HOLDINGS INC.
PARKWAY CENTRE EAST -  RETAIL LLC
PARKWAY VILLAGE & CENTER
PARTNERS MALL ABILENE LLC
PASEO-HPC RICHMOND LLC
PASSCO HANFORD MALL LLC
PATCHOGUE REALTY ASSOCIATES LLC
PATERSON MALL SHOPPING CENTER CORP
PAUL J. PRATHER C/O M.D. ATKINSON
    COMPANY, INC.
PAYLESS SHOESOURCE, INC.
PBA II, LLC
PCDF PORTFOLIO LLC
PCDF SPRING-WIN LLC
PCW PROPERTIES LLC
PEACHTREE MALL, LLC
PEAR TREE RETAIL I LLC - C/O CIRE EQUITY
PEARLAND DUNHILL 1 LLC
PEARLAND PROPERTY CORP.
PEGGY M COLE & PEGGY A COLE
PELICAN INVESTMENTS 888, LLC
PEMBROKE LAKES MALL LLC
PEMBROKE SQUARE ASSOCIATES LLC
PENGOULD, LLC
PENN HILLS SHOPPING CENTER LLC
PENN ROSS JOINT VENTURE
PENNMARK COVENTRY HOLDING LLC
PENSIONFUND REALTY LIMITED
PERIMETER MALL, LLC
PERU GKD PARTNERS LLC
PETER M. ROBBINS, SUCCESSOR TRUSTEE
    FOR TAMZIN M. MCMINN, ET ALS
PETER P. BOLLINGER INVESTMENT
    COMPANY
PFP 3 ADAMS DAIRY, LLC

PGS BURLINGTON LLC & TOWER
    BURLINGTON LLC, TENANTS IN COMMON
PHEASANT LANE REALTY TRUST
PIEDMONT ASSOCIATES LLC - C/O PASBJERG
    DEV CO
PIER PARK LLC
PIERRE BOSSIER MALL LLC
PINE CREEK OWNER LLC
PINE RIDGE MALL JC LLC
PK I CANYON RIDGE PLAZA LLC
PK I CHINO TOWN SQUARE LP
PK I FASHION FAIRE PLACE LP
PK I GRESHAM TOWN FAIR LLC
PK I LA VERNE TOWN CENTER LP
PK I PAVILLIONS PLACE LP
PK I SUNSET ESPLANADE LLC
PK II LARWIN SQUARE SC LP
PK III TACOMA CENTRAL LLC
PL MESA PAVILIONS LLC - C/O KIMCO
    REALTY CORPORATION
PLACE D'ORLEANS HOLDING INC
PLACE LAURIER HOLDINGS INC
PLACE VERSAILLES INC.
PLACE VERTU NOMINEE INC/FIDUCIAIRE
    PLACE VERTU INC
PLATTE RIVER MALL
PLAZA 15-5 LLC
PLAZA AT HIGHLANDS RANCH LLC
PLAZA AT JORDAN LANDING LLC
PLAZA AT NORTHWOOD LLC
PLAZA BONITA LLC
PLAZA CAROLINA MALL LP
PLAZA DEL CARIBE S.E.
PLAZA LAS AMERICAS, INC.
PLAZA MAYOR, LLC
PLAZA WEST COVINA LP
PLAZACORP PROPERTY HOLDINGS INC.
PLP COTTONWOOD LLC
PLYMOUTH CENTRE PROPERTY LLC
PMAT DPP, LLC
PMJ MANAGEMENT INC
POM-COLLEGE STATION LLC
PONTIAC MALL LP
POP MORROW CGP, LLC
POPLAR-AVALON RETAIL CENTER LLC
PORT ANGELES PLAZA ASSOC.
PORT CHARLOTTE MALL LLC
PORT HURON REALTY PARTNERS LLC
PORT OF SALE
PORT ORANGE TOWN CENTER LLC, C/O CBL
    & ASSOCIATES MANAGEMENT, INC
PORTAGE PLACE CENTRE INC
PORTERWOOD SHOPPING CENTER
    INVESTMENTS LLC
PORTSMOUTH ASSOCIATES, LLC
POUGHKEEPSIE GALLERIA LLC

PPB 2821 BOCA CHICA, LLC
PPF RTL ROSEDALE SHOPPING CENTER, LLC
PR CAPITAL CITY LP
PR CHERRY HILL STW LLC
PR EXTON SQUARE PROPERTY LP
PR FINANCING LIMITED PARTNERSHIP
PR HARBOUR VIEW EAST LLC
PR MAGNOLIA, LLC
PR NORTH DARTMOUTH LLC
PR PATRICK HENRY LLC
PR PLYMOUTH MEETING LP
PR PRINCE GEORGES PLAZA LLC
PR SPRINGFIELD TOWN CENTER LLC
PR VALLEY LIMITED PARTNERSHIP
PR VALLEY VIEW LIMITED PARTNERSHIP
PR VIEWMONT LP
PR WOODLAND LIMITED PARTNERSHIP
PR WYOMING VALLEY LP
PRAIRIE FIRE (OKOTOKS) LIMITED
   PARTNERSHIP
PREMIER OIL HOLDINGS WR, LLC
PREP HANOVER REAL ESTATE LLC
PREP POSNER REAL ESTATE LLC
PRESCOTT GATEWAY MALL REALTY
   HOLDING, LLC
PRII ROLLING OAKS COMMONS FLA, LLC
PRIMESTOR 119, LLC
PRIMESTOR CFIC/CG, LLC
PRINCE KUHIO PLAZA LLC
PROGRESS TRUST, INC.
PROMENADE CG RETAIL, LLC
PROMENADE LIMITED PARTNERSHIP
PRR TRUST & MONTEZ CORE INCOME FUND
   IV LP
PRR TRUST/PETER POND PORTFOLIO INC
PRUDENTIAL REALTY COMPANY
PSN LAKE JACKSON PARTNERS LLC
PSS-NNN LLC
PUBLIX SUPER MARKET INC
PV TWIN L.C.
PVAM ARGONAUT PROPERTY FUND, L.P.
PWI EMC LP
PYRAMID WALDEN COMPANY, L.P.
QKC MAUI OWNER LLC
QUAIL SPRINGS MALL, LLC
QUAKER BRIDGE MALL, LLC
QUAKER MZL LLC
QUAKER TWOSOME, LLC
QUINCY-CULLINAN LLC
QUOC C. TRINH QUACH & SHARI LHI QUACH
R AND E TRUST
R V MANAGEMENT COMPANY
R&M IDAHO LLC
R.D ELMWOOD ASSOCIATES , L.P.
R/M VACAVILLE LTD LP
RAE-ME REALTY, INC

RAINBOW INVESTMENT COMPANY
RAINIER MOORE PLAZA ACQUISITIONS LLC
RAISIN INDUSTRIES LLC
RALPH SCHLESINGER COMPANY LLC
RAMCO-GERSHENSON PROPERTIES LP
RAP EAST LLC
RASCAL ENTERPRISES SWFL, INC
RB RIVER IV LLC AND RB RIVER VI LLC
RCC CENTRE AT LILBURN LLC
RCC WALNUT CREEK PLAZA LLC
RD ABINGTON ASSOCIATES, L.P.
RD TULSA HILLS, LP
RDEV MESA RANCH LLC
REAL SUB LLC
REBUILT REALTY CORP.
RED INVESTMENTS CORP
REDLANDS TOWN CENTER RETAIL III LLC
REEF PLAZA LLC
REGENCY CENTERS LP
REGENCY SEYMOUR LLC
REGENT MALL HOLDINGS INC - C/O
   PRIMARIS MANAGEMENT INC
REGO II BORROWER LLC
REIN WARSAW ASSOCIATES LP
RENAISSANCE PARTNERS I LLC
REQUERDO COMPANY
RETAIL CENTERS PARTNERS, LTD
RETAIL STRATEGIES LLC
REVENUE PROPERTIES COMPANY LIMITED -
   C/O MORGUARD INVESTMENTS LTD
REVENUE PROPERTIES SOUTHLAND LTD
   PARTNERSHIP
REVENUE PROPERTIES TOWN AND COUNTRY
   INC
REZAN LP
RICHARD KLEMENT C/O KLEMENT WES
   PARTNERSHIP LTD.
RICHARD M. MARVIN
RICHFIELD SHOPPES LLC
RICHMOND MALL PARTNERS LLC
RICHMOND TOWN SQUARE REALTY
   HOLDING LLC AND
RICH-TAUBMAN ASSOCIATES
RIDGEDALE CENTER, LLC
RIMROCK OWNER LP
RIO CUATRO LLC
RIO GRANDE VALLEY PREMIUM OUTLETS
RIOCAN HOLDINGS (HAMILTON) INC
RIOCAN HOLDINGS INC.
RIOCAN REAL ESTATE INVESTMENT TRUST
RIOKIM HOLDINGS (ALBERTA) INC.
RIOKIM HOLDINGS (ONTARIO) INC.
RIOKIM HOLDINGS (STRAWBERRY HILL) INC
RIOKIM HOLDINGS TILLCUM CENTRE
RIOTRIN PROPERTIES (BARRHAVEN) INC

RIVER CITY KAZIS HOLDING COMPANY LLC
  & HTS RIVER CITY LLC
RIVER HILLS MALL LLC
RIVER OAKS EL PASEO LLC
RIVER PARK PROPERTIES II
RIVER RIDGE MALL JV LLC
RIVERTOWNE CENTER ACQUISITION LLC
RK (BURLINGTON MALL) INC
R-K ASSOCIATES OF WAUKESHA, LIMITED
  PARTNERSHIP
RK SOUTHINGTON LLC
RLO, LLC
ROBERT 4260 E ALAMEDA, LLC
ROBERT E. WILSON TRUST, LLC
ROBERT L. COLEMAN, TRUSTEE C/O
  HANFORD FREUND & CO.
ROBINSON MALL ASSOCIATES, LLC
ROCKAWAY CENTER ASSOCIATES
ROCKAWAY REALTY ASSOCIATES L.P. C/O
  I.S.J. MANAGEMENT CORPORATION
ROCKSIDE TURNEY LLC
RODNEY DIERKING AND KATHERINE
  DIERKING
ROEBLING URBAN RENEWAL ASSOC., L.L.C.
ROGER NABER / 3033 28TH STREET, LLC
ROLLING OAKS MALL LLC
ROMESAN PROPERTIES LLC
RONGRANT ASSOCIATES LLC
RONNIE MICHEL
ROOSEVELT II ASSOCIATES LP
ROSE-FORUM ASSOCIATES, LP
ROSENBACH NEMP LLC
ROSEVILLE PH, LLC & CONVOY ROSEVILLE,
  LLC
ROSEVILLE SHOPPINGTOWN LLC
ROSIE M BLAWAT, SUSAN C SOZZI, AND
  JOHN W BLAWAT, TENANTS IN COMMON
ROSLINDALE CUMMINGS HIGHWAY REALTY
  LLC
ROSS AND ROSS AS AGENT FOR MORTON M.
  ROSS AND LEONARD ROSENFELD
ROSS DRESS FOR LESS INC
ROUND LAKE BEACH LAND, LLC
ROUTE 140 SCHOOL STREET LLC
ROUTE 23 ASSOCIATES LLC
ROYAL'S O.K. LUNCH, INC.
RPAI GALVESTON GALVEZ LIMITED
  PARTNERSHIP
RPAI MCDONOUGH HENRY TOWN, LLC
RPAI OSWEGO DOUGLASS LLC
RPAI SOUTHWEST MANAGEMENT LLC
RPI BEL AIR MALL LLC
RPI CHESTERFIELD LLC
RPI SALISBURY MALL LLC
RPI SHASTA MALL LP
RPI TURTLE CREEK MALL LLC

RPT REALTY, L.P.
RREF LA QUINTA 3 REO LLC
RS NEILSON RETAIL, LLC
RUBY-05-BSHFRDINLINE, LLC
RURAL KING REALTY, LLC
RUSSELL ROAD ASSOCIATES, L.P.
RVM LLC
RVT ERIE MARKETPLACE LLC
RYKAL ASSOCIATES C/O RYAN/KALOF
  COMMERCIAL REAL ESTATE IN
S & N II LTD
S. P. JOHNSON III
S.F.R. REALTY ASSOCIATES LLC
S199 SPE LLC
SALINAS SHOPPING CENTER ASSOCIATION,
  A CALIFORNIA
SALMON RUN SHOPPING CENTER LLC
SALVATORE LLC
SAN MAR DUNHILL RATEL OWNER LLC
SANDUSKY MALL COMPANY
SANGERTOWN SQUARE LLC
SANLYSE LLC
SANSONE FENTON PLAZA LLC
SANTA ANITA SHOPPINGTOWN LP
SANTA FE MALL PROPERTY OWNERS LLC
SANTA ROSA MALL LLC
SANTEE TROLLEY SQUARE 991, LP
SANZARI '89 ASSOCIATES, L.P.
SASIKALA VEMULAPALLI
SAUL HOLDINGS LP
SAUL SUBSIDIARY I, LIMITED PARTNERSHIP
SAWMILL SQUARE ASSOCIATES
SBLP TILLSONBURG TOWN CENTER INC
SC MOTA ASSOCIATES, LP
SCARBOROUGH TOWN CENTRE HOLDINGS,
  INC.
SCGIF II - IRON HORSE OWNER LLC
SCHMITZ DEVELOPMENT COMPANY
SCHURTZ PROPERTIES INC
SCI ITC SOUTH FUND LLC
SCORE PROPERTIES OF TALLAHASSEE LLC
SCOTT INVESTMENT LTD
SCOTTS VALLEY PHASE II, LP
SCREO I DIXIE OUTLET MALL INC.
SDC4, LLC
SDG DADELAND ASSOCIATES, INC.
SDME CAPITAL GROUP LLC
SEARSTOWN LIMITED PARTNERSHIP
SEBANC TAYMICH INVESTMENTS LLC
SEC CLARK & HOWARD LLC
SEC SQUARE HOLDING LLC
SEJ PP NORTH  LLC
SELDEN PLAZA LLC
SEMBLER FAMILY PARTNERSHIP #41, LTD.
SEMINOLE TOWNE CENTER, L.P.
SERIES E-CLARENDON REAL ESTATE LLC

SERITAGE KMT FINANCE LLC
SEVEN CORNERS CENTER LLC
SFI FORD CITY-CHICAGO LLC
SFP POOL SIX LLC
SFP POOL TWO SHOPPING CENTERS LP
SFR PROPERTIES LLC
SHADRALL 2855 DUNN LP
SHAPE PROPERTIES (BRENTWOOD) CORP &
   BRENTWOOD TOWNCENTRE LP
SHAPELL SOCAL RENTAL PROPERTIES LLC
SHAVEMORE, L.P.
SHELBY CREEK LLC
SHENANGO VALLEY REALTY LLC
SHERIDAN RETAIL INC
SHILLDEV (U.S.) INC. DBA SDS FLORIDA
   PROPERTIES
SHOMA RETAIL LLC
SHOPKO STORES, INC.
SHOPPES OF FT WRIGHT KY LLC
SHOPPING CENTER ASSOCIATES
SHOPS AT GRAND CANYON 14
   SYNDICATIONS GROUP LLC
SHOPS AT HANCOCK LLC
SHOPS AT MISSION VIEJO LLC
SHOPS AT PENNSVILLE LLC, MEMBER OF
   PENNSVILLE HOLDING
SHOPS AT ST JOHNS LLC
SHOPS AT TANFORAN ASSOCIATES, LLC
SHREEJI HOSPITALITY OF CHARLOTTE LLC
SIERRA CENTER INVESTMENTS LLC
SIERRA VISTA 16, A LLC
SIERRA VISTA MALL, LLC
SIGFELD REALTY MARKET PLACE LLC
SILVER SPRINGS EQUITIES, LLC
SILVERLAKE SORRENTO WEST LLC
SIM ZIM ASSOCIATES LP
SIMON CAPITAL GP
SIMON CAPITAL LIMITED PARTNERSHIP
SIMON PROPERTY GROUP (TEXAS), L.P.
SIMON PROPERTY GROUP INC
SIMON PROPERTY GROUP L.P.
SIX RIVERS DEVELOPMENT LLC
SK DRIVE PROPERTIES LLC
SLO PROMENADE DE, LLC
SM EASTLAND MALL LLC
SM EMPIRE MALL LLC
SM MESA MALL LLC
SMART REAL ESTATE INC
SMARTREIT
SMARTREIT (AURORA NORTH II) INC &
   CALLOWAY REIT (AURORA NORTH) INC
SMARTREIT (OAKVILLE) INC
SMTC ACQUISITION LLC
SNELLING-MIDWAY REDEVELOPMENT LLC
SNICKER HEAD, LLC
SOMERS POINT LLC

SOONER FASHION MALL LLC
SOUTH BAY CENTER SPE LLC
SOUTH BAY SPE LLC
SOUTH COUNTY SHOPPINGTOWN LLC
SOUTH HILLS VILLAGE ASSOCIATES, L.P.
SOUTH LAKEVIEW PLAZA I LLC
SOUTH PLAZA CO., LLC
SOUTH PLAZA COMPANY
SOUTH WHIT SHOPPING ASSOCIATES
SOUTHAVEN TOWNE CENTER II, LLC
SOUTHERN BUYERS GROUP, LLC - BOWDOIN
SOUTHERN HILLS MALL LLC
SOUTHERN PARK MALL LLC
SOUTHERN SHOPPING CENTER LLC
SOUTHGATE ASSOCIATES LLC
SOUTHGATE CENTER ASSOCIATES LLC
SOUTHGATE MARKETPLACE, LLC
SOUTHLAKE INDIANA LLC
SOUTHLAND CENTER LLC
SOUTHLAND MALL PROPERTIES LLC
SOUTHLAND MALL, LP
SOUTHPARK MALL CMBS LLC
SOUTHPARK MALL LLC
SOUTHPOINT MALL LLC
SOUTHPOINTE COMMON CORPORATION
SOUTHPORT 2013 LLC
SOUTHRIDGE LP
SOUTHSIDE RETAIL LLC
SOUTHTOWN PLAZA REALTY LLC, AND
   SOUTHTOWN NASSIM LLC
SOUTHWEST PLAZA, LLC
SP SOUTHPORT PLAZA LLC
SPARKS GRF2, LLC
SPF MARKET AT SOUTHSIDE LLC
SPG PRIEN, LLC
SPOKANE MALL LLC (MALL & PLAZA)
SPOTSYLVANIA MALL COMPANY C/O THE
   CAFARO COMPANY
SPRING RIDGE LP
SPRINGHILL - US19, LLC
SPRUCE CENTRE LANDS LTD
SQUARE ONE PROPERTY CORPORATION
S-R GENESIS LTD.
SRF2 TRURO MALL INC
SRF4 MARKET MALL LLC
SRF4 PEMBROKE MALL INC
SS NEILSON RETAIL LLC
SSC GOVERNOR'S PLAZA WM LLC
SSI NORTHSIDE LLC
ST ALBERT CENTRE HOLDING INC
ST CLAIR SQUARE SPE LLC
ST CLOUD MALL LLC
ST MALL OWNER LLC
ST. CLOUD EQUITIES, LLC
STAFFORD BLUFFTON, LLC
STANDAR LP

STAR DEVELOPMENT CORPORATION
STAR-WEST CHICAGO RIDGE LLC
STAR-WEST FRANKLIN PARK MALL LLC
STAR-WEST GATEWAY LLC
STAR-WEST GREAT NORTHERN MALL LLC
STAR-WEST JV LLC FBO WESTLAND MALL
  LLC
STAR-WEST LOUIS JOLIET LLC
STAR-WEST PARKWAY MALL LP
STAR-WEST SOLANO LLC
STATESBORO FG CGP LLC
STEAMTOWN 300 LLC
STEINER GRANTS PASS INVESTORS
STEPHEN B. DAY AND BARBARA WEBSTER
  DAY
STEVE AND JOYCE BREMER
STEVE SHAYO
STOCKBRIDGE COURTLAND CENTER LLC
STOCKBRIDGE EL MERCADO LLC
STOCKBRIDGE MADISON LLC
STOCKYARDS (PRINCE ALBERT) LIMITED
  PARTNERSHIP
STONE MOUNTAIN ACQUISTION I LLC &
  STONE MOUNTAIN ACQUISITION II LLC
STONE MOUNTAIN SQUARE SHOPPING
  CENTER LLC
STONE ROAD MALL HOLDINGS INC
STONEBRIAR MALL LLC
STONECREST MALL SPE LLC
STONEFIELD (FORT SASKATCHEWAN)
  LIMITED PARTNERSHIP
STONERIDGE PROPERTIES LLC
STROUD MALL LLC
SUFFOLK SHOPPING CENTER ASSOCIATES
  LLLP
SUGAR ESTATE ASSOCIATES
SUGARCREEK PLAZA LL, LLC
SULPHUR PARTNERS LTD
SUMMITTWOODS SPE LLC
SUN LIFE ASSURANCE COMPANY OF
  CANADA
SUN PLAZA LLC
SUN VALLEY SHOPPING CENTER LLC
SUNLIFE ASSURANCE COMPANY OF
  CANADA & RIOCAN HOLDINGS INC
SUNNY ISLE DEVELOPERS LLC
SUNNYSIDE SHOPPE LLC
SUNRIDGE MALL HOLDINGS INC
SUNRISE MALL LLC
SUNRISE MALL REALTY, LLC
SUNRISE MILLS (MLP) LIMITED
  PARTNERSHIP
SUNSET PROMENADE, LLC
SUP I WAMPANOAG LLC
SURREY CC PROPERTIES INC

SUSQUEHANNA VALLEY MALL ASSOCIATES
  LP
SUZANNE RUDE
SVAP GOLF MILL RETAIL LP
SVAP II PARK NORTH LLC
SY HOWE ARDEN LLC - C/O SY WEST
  DEVELOPMENT LLC
SYCAMORE PROPERTIES
SYDNEY PARTNERS LLC
T.J. DEVELOPMENT COMPANY C/O FRANK
  HALL
TACOMA MALL PARTNERSHIP
TALAVI BELL LLC
TALWAR TRUST
TANURB (FESTIVAL MARKETPLACE) INC.
TATUM VENTURE LLC
TAUBMAN AUBURN HILLS ASSOCIATES LP
TAYLOR SQUARE OWNER LLC
TBC NOMINEE INC
TBG STATE STREET LLC
TBP CRANSTON LLC
TEJAS CENTER CORPORATION
TELEGRAPH MARKETPLACE PARTNERS II,
  LLC
TEMECULA TOWNE CENTER ASSOCIATES
  LLC
TENANT IN COMMON OWNERS OF OLYMPIC
  GATEWAY SHOPPING CENTER
TERRY A. SELIGMAN
TETON INVESTMENTS L.C.
TF REG, LLC
TGNG REAL ESTATE PARTNERS LLC
THE BOULEVARD SHOPPING CENTRE
  (MONTREAL) LP
THE CADILLAC FAIRVIEW CORP LTD
THE CAFARO NORTHWEST PARTNERSHIP
THE CARRINGTON COMPANY
THE CONNECTICUT POST LIMITED
  PARTNERSHIP
THE CROSSROADS MI
THE DISTRICT, LLC
THE DOMAIN MALL II LLC
THE FOSTER FAMILY TRUST, RICHARD H
  FOSTER TRUST
THE FOX RUN JOINT VENTURE
THE GLUZ FAMILY TRUST DATED APRIL 12,
  1999
THE INCC CORP
THE IRVINE COMPANY LLC
THE JOSEPH D. HAMMERSCHMIDT COMPANY
THE MALL AT BRIARWOOD LLC
THE MALL IN COLUMBIA BUSINESS TRUST
THE MARION PLAZA, INC.
THE MARKETPLACE
THE NORTH LOS ALTOS SHOPPING CENTER
THE ONTARIO MARKETPLACE LLC

THE PARKS AT ARLINGTON LLC
THE SHOPPES AT BUCKLAND HILLS, LLC
THE SORANI FAMILY REVOCABLE TRUST
THE STOP & SHOP SUPERMARKET COMPANY
    LLC
THE TEMPLE MALL LLC
THE VILLAGE AT ORANGE LLC
THE VILLAGE SHOPPING CENTRE (2006) INC
THE VINEYARD SHOPPING CENTER II, LP
THE WOODLANDS MALL ASSOCIATES, LLC
THEODORE L JONES - REVOCABLE TRUST
THF FRUITPORT PARCEL R. DEV L.P.
THF GLEN CARBON DEVELOPMENT LLC
THF HARRISONBURG CROSSINGS LLC
THF LAURA HILL DEVELOPMENT, LLC
THF WENTZVILLE DEVELOPMENT, L.L.C.
THF-D CHARLESTON DEV LMTD LIABILITY
    COMPANY
THOMAS J. LITTMAN & DEMETRA COPOULOS
THOMAS L. KELLY
THOR GALLERY AT SOUTH DEKALB LLC
THORNDALE CENTER LP
THORNTON TOWNE CENTER 05 A-F, LLC
THOUSAND OAKS MARKETPLACE LP
THRESHOLD NGM LP
TIMMINS SQUARE SHOPPING CENTRE &
    1451945 ONTARIO LTD
TITAN LAND DEVELOPMENT INC
TKG SMITH FARM LLC
TKG SOUTHEAST MARKET CENTER
    DEVELOPMENT, L.P.
T-L RIVER WEST LLC
TM FAIRLANE CENTER LP
TM MACARTHUR CENTER LP
TM NORTHLAKE MALL LP
TM WELLINGTON GREEN MALL LP
TNC BUILDING OWNER LLC
TOP PROPERTY GROUP LLC
TORNETTA REALTY CORPORATION
TOULON DEVELOPMENT CORPORATION
TOWN CENTER AT AURORA LLC
TOWN CENTER AT COBB LLC
TOWN EAST MALL LLC
TOWNE CENTER VENTURE, L.L.P.
TOWNE MALL LLC,  C/O MACERICH
TOWNE WEST SQUARE, LLC
TOWSON TC, LLC
TOYS "R" US, INC
TPP SIEGEN, LLC
TRACY MALL PARTNERS LP
TREASURE COAST - JCP ASSOCIATES, LTD
TREECO PALISADES COURT LIMITED
    PARTNERSHIP
TRIANGLE EQUITIES JUNCTION LLC
TRIP-TUCK INC
TROPICAIRE HIALEAH, INC.

TRP MCB EASTPOINT LLC
TRUMBULL CORPORATION
TRUMBULL SHOPPING CENTER #2 LLC
TRUSTEES OF ESTATE BERNICE PAUAHI
    BISHOP
TUCSON PLACE INVESTORS, LLC
TULLER SQUARE NORTHPOINTE, LLC
TURK-PUGH PROPERTIES C/O VERNON D.
    TURK JR.
TUTU PARK LIMITED
TVL PROPERTIES LLC
TVO MALL OWNER LLC
TWC CHANDLER LLC
TWICE MARKETS, LLC
TYLER MALL LIMITED PARTNERSHIP
TYLER PINE TREE SHOPPING CENTER LLC
UE HUDSON MALL  LLC
UE PROPERTY MANAGEMENT LLC; F/B/O UE
    YONKERS II LLC
UE TONNELLE COMMONS LLC
UNION SQUARE NEWCASTLE JOINT
    VENTURE
UNIONTOWN CH LLC
UNIONTOWN MALL REALTY LLC
UNIONTOWN NASSIAM LLC
UNITCO REALTY AND CONSTRUCTION CO.,
    INC.
UNITED STATES DEVELOPMENT, LTD
UNIVERSITY MALL REALTY LLC
UNIVERSITY MALL REALTY LTD. C/O ORDA
    CORPORATION
UNIVERSITY MALL SHOPPING CENTER L.C.
UNIVERSITY PARK MALL LLC
UNIVERSITY PLAZA JOINT VENTURE
UNIVERSITY REALTY ASSOCIATES LLC
URBAN EDGE CAGUAS LP
URBAN EDGE PROPERTIES
URBANCAL MANHATTAN TOWN CENTER
    LLC
URBANCAL OAKLAND MALL LLC
US CENTENNIAL VANCOUVER MALL LLC
U-SAVE FOODS INC
USB, NA, TTE BSCMSI 2005-TOP20
USB, NA, TTE FOR JPM 2005 CIBC12
USPG PORTFOLIO SIX LLC
VAL VISTA RETAIL I LLC
VALENCIA MARKETPLACE I LLC
VALIANT RENTAL PROPERTIES LTD
VALLEY MB LLC
VALLEY PLAZA MALL LLC
VALLEY PROPERTIES, INC.
VALLEY STREAM GREEN ACRES LLC
VALLEY VIEW MALL SPE LLC
VALLEY WEST MALL LLC
VANPROP INVESTMENTS, LTD.
VAQUERO GARTH ROAD PARTNERS, LP

VAQUERO PAYLESS PARTNERS LP
VCG - SOUTHLAKE MALL LLC
VCG WHITNEY FIELD LLC
VCG-SOUTHBAY PAVILION LLC
VEREIT MT LADY LAKE FL LLC
VERMONT-SLAUSON SHOPPING CENTER,
   LTD, L.P.
VESTAL TOWN SQUARE LLC
VESTAR ORCHARD TOWN CENTER LLC
VESTAR-CPT TEMPE MARKETPLACE LLC
VIAPORT NEW YORK LLC
VICKSBURG INCOME PROPERTIES LLC
VICTORIA MALL LP
VICTORIA R. SCHANTZ-BROWN
VIKING PARTNERS CHESTERFIELD, LLC
VIKING PARTNERS WOLF CREEK LLC
VILLAGE COMPANY LLC
VILLAGE LAKE PROMENADE LLC DBA LAKE
   SQUARE MALL
VILLAGE PARK PLAZA, LLC
VILLAVERDE PROPERTIES LLC
VINCENNES CENTER LLC
VINECO JOINT VENTURE
VINEYARD CONCORD LP
VIOLET REALTY, INC
VISALIA MALL LP
VK-AJ-KR BALDWIN ASSOCIATES
VOISIN DEVELOPMENTS LIMITED
VOLUSIA MALL LLC
W - LD LEGENDS OWNER VII LLC
W & W PARTNERSHIP D/B/A RAINBOW
   SPRINGS INC
W & Y PROPERTIES LLC
W.B.C. PROPERTIES
W/J COMMERCIAL VENTURE, LP
W/S EPPING LLC
W/S WESTBROOK ASSOCIATES, LLC
WAJ HARDY OAK LLC
WAKEFIELD MALL ASSOCIATES
WALDEN CONSUMER SQUARE, LLC
WALDORF SHOPPERS WORLD, LLC
WALGREEN CO.
WALLACE C. WORKING
WALLACE PROPERTIES-KENNEWICK LLC
WALNOR LLC
WALNUT HILL HOLDINGS, LLC
WALNUT KNOX LLC
WALTON FOOTHILLS HOLDINGS VI, LLC
WANAMAKER 17 LLC
WARLAND INVESTMENTS COMPANY
WARWICK MALL OWNER LLC
WASHINGTON CORNER LP
WASHINGTON MALL - JCP ASSOCIATES LTD
WASHINGTON PRIME PROPERTY LIMITED
   PARTNERSHIP
WASHINGTON SQUARE OWNER LLC

WASHREIT CENTRE AT HAGERSTOWN LLC
WATAUGA TOWNE CROSSING LLC
WATERFORD LAKES TOWN CENTER LLC
WATT TOWN CENTER RETAIL PARTNERS LLC
WAYMAN DEVELOPMENT COMPANY
WAYNE TOWNE ENTERPRISES LTD
WBLP DELAWARE LIMITED PARTNERSHIP
WC INDEPENDENCE CENTER LLC
WC MRP DES MOINES CENTER LLC
WC NORTH OAKS HOUSTON LP
WEA PALM DESERT LLC
WEA SOUTHCENTER, LLC
WEBSTER SQUARE SHOPPING CENTER, LLC -
   C/O BEAL AND COMPANY INC
WEINGARTEN NOSTAT, INC
WEINGARTEN REALTY INVESTORS
WEINGARTEN/MILLER/AURORA II LLC AND
   GDC AURORA, LLC
WEISBERG OAKLAND TRUST, STEFANIE
   DELMONT, GALE WEISBERG, CONTRA
   COSTA PROPERTIES
WELLMAKARA LLC
WENATCHEE CH LLC
WENATCHEE NASSIM LLC
WENATCHEE REALTY LLC
WEST 5TH STREET PROPERTIES L.P.
WEST ACRES DEVELOPMENT, LLP
WEST COUNTY MALL CMBS LLC
WEST DAKOTA CONSOLIDATED INC; DAVID
   WILKINSON AS EXECUTOR
WEST EDMONTON MALL PROPERTY INC.
WEST FLAGER PLAZA CORP.
WEST MELBOURNE TOWN CENTER LLC
WEST PALM REALTY LLC & WEST PALM
   NASSIM LLC
WEST RIDGE MALL, LLC
WEST RIVER SHOPPING CENTER LLC
WEST ROAD INVESTORS LP
WEST TOWN CORNERS LLC
WEST TOWN, LLC
WEST VOLUSIA INVESTORS LLC
WESTBORN MALL LTD. PARTNERSHIP
WESTCOR REALTY LIMITED PARTNERSHIP
WESTCOR SANTAN VILLAGE LLC
WESTDALE CONSTRUCTION CO. LIMITED
WESTERLY ASSOCIATES LLC
WESTERN HOSPITALITY KIM LLC
WESTFALL TOWN CENTER JV
WESTFIELD TOPANGA OWNER LLC
WESTGATE INVESTORS LLC
WESTGATE MALL CMBS LLC
WESTGATE MALL OWNER, LLC
WESTGATE MALL REALTY GROUP LLC
WESTGATE SHOPPING CENTER LTD
WESTLAND CH LLC
WESTLAND MALL REALTY LLC

WESTLAND SOUTH SHORE MALL, L.P.
WESTMINSTER MALL, LLC
WESTOWN INVESTORS LLC
WESTPARK SHOPPING CENTER LLC
WESTPEN NORTH HILL LP
WESTRIDGE SHOPPING CENTRES LIMITED
WESTROADS MALL, LLC
WESTVIEW CENTER ASSOCIATES LC
WESTWARD REALTY LLC
WESTWOOD HOLDINGS, LLC
WETHERSFIELD SHOPPING CENTER
  ASSOCIATES LLC
WF LAKE HOUSTON LLC
WFB, NA, TTE FOR GECMC 2005-C1
WHARTON SQUARE PARTNERS
WHEATON PLAZA REGIONAL SHOPPING
  CENTER LLC
WHITE MARSH MALL, LLC - C/O WHITE
  MARSH MALL
WHITE OAKS MALL HOLDINGS LTD
WHITEMAK ASSOCIATES
WHITESTONE FOUNTAIN SQUARE LLC
WHITTAKER NORTHWEST PARTNERS 1
WHLR - CONYERS CROSSING LLC
WHLR JANAF, LLC
WIDEWATERS NEW BERN COMPANY LLC
WILL RAY FAMILY PARTNERS
WILLARD S. WILSON, INC.
WILLOW HERNDON PARTNERS, LLC
WILLOWBROOK MALL (TX) LLC
WILLOWBROOK MALL, LLC
WILSON AMCAP II LLC
WILSONTOWN II, LLC
WILTON MALL, LLC
WINDWARD PARTNERS X, LP
WINIFRED M. PITKIN TRUST C/O HEKEMIAN
  & COMPANY, INC.
WINSTON-SALEM (OAK SUMMIT) WMC, LLC
WIREGRASS CH LLC
WIREGRASS NASSIM LLC
WIREGRASS REALTY LLC

WJ BOYD LLC
WM INLAND INVESTORS IV LP
WMSC LLC
WOODBINE MALL HOLDINGS INC
WOODBRIDGE CENTER PROPERTY LLC
WOODBRIDGE UE LLC
WOODFIELD MALL LLC
WOODFINE PROPERTIES INC
WOODGROVE HOLDINGS
WOODHAVEN SHOES LLC
WOODLAND HILLS MALL LLC
WOODLAND PLAZA II
WOODRUFF INVESTMENT PARTNERS LLC
WP GALLERIA REALTY LP
WPG WESTSHORE LLC
WR HOUSTON LLC
WRH HOUSTON LLC
WRI CHARLESTON COMMONS, LLC
WRI GALLERIA LLC
WRI GOLDEN STATE LLC
WRI WEST JORDAN LLC
WRIGHT/HURD PROPERTIES LLC
WRP HOUSTON LLC
WSPGB MALL LLC
WVA 340 LLC
WWM SC DUNCANVILLE INC
WWW CROSSINGS LLC
WYOMING MALL LTD
Y & D PROPERTIES LLC
YALE SMYRNA, LLC
YALE VIRGINIA BEACH ASSOC. LLC
YOO JIN LODGING LLC
YORK GALLERIA LP
YORK RIVER CROSSING ASSOC., LLC
YSM INVESTMENT NO. 1, LLC
YTC MALL OWNER LLC
YULEE DEVELOPMENTS INC
YUMA PALMS LEASE CO LLC
ZAAC INVESTMENT LLC
ZAMINDAR OM LLC
ZARCAL ZANESVILLE LLC

**Schedule B**

**(Relationships With Potential Parties in Interest)**

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Payless ShoeSource Inc. | Payless ShoeSource Inc. | Payless ShoeSource Inc. is a former client of the Antitrust and Finance practice groups of the Compass Lexecon Economic Consulting business segment in matters unrelated to these Chapter 11 Cases. |
| Payless ShoeSource Canada, Inc. | Payless ShoeSource Canada, Inc. | Payless ShoeSource Canada, Inc. is a former client of the Corporate Finance business segment of FTI Consulting Canada, Inc. ("FTI Canada") in matters unrelated to these Chapter 11 Cases.<br>The Corporate Finance business segment of FTI Canada is serving as the court-appointed Monitor of Payless ShoeSource Canada, Inc. in its case under the Companies' Creditors Arrangements Act (the "CCAA"). |
| ACE American Insurance Company | ACE American Insurance Company | ACE American Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AIG Australia Limited | AIG Australia Limited | AIG Australia Limited is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Akin Gump Strauss Hauer & Feld LLP | Akin Gump Strauss Hauer & Feld LLP | Akin Gump Strauss Hauer & Feld LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Alaska Communications Systems | Alaska Communications Systems | Alaska Communications Systems is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Alden Global Capital | Alden Global Capital | Alden Global Capital is a former client of one or more business units of FTI in matters unrelated to these Chapter 11 Cases. |
| Aleman, Cordero, Galindo & Lee | Aleman, Cordero, Galindo & Lee | Aleman, Cordero, Galindo & Lee is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Alliant Energy/IPL | Alliant Energy/IPL | Alliant Energy/IPL is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Allstream Business, Inc. | Allstream Business, Inc. | Allstream Business, Inc. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Ameren Missouri | Ameren Missouri | Ameren Missouri is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| American Electric Power Company | American Electric Power Company | American Electric Power Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Anthem, Inc. | Anthem, Inc. | Anthem, Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Arch Specialty Insurance Co. | Arch Specialty Insurance Co. | Arch Specialty Insurance Co. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Armstrong Teasdale LLP | Armstrong Teasdale LLP | Armstrong Teasdale LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| AT&T | AT&T | AT&T is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Axar Capital Management LP | Axar Capital Management LP | Axar Capital Management LP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Baker McKenzie | Baker McKenzie | Baker McKenzie is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Banco Popular | Banco Popular | Banco Popular is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Bank of America | Bank of America | Bank of America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of America, N.A. | Bank of America, N.A. | Bank of America, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of America, N.A. | Bank of America, N.A. | Bank of America, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of Montreal | Bank of Montreal | Bank of Montreal is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of Nova Scotia | Bank of Nova Scotia | Bank of Nova Scotia is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bank of the West | Bank of the West | Bank of the West is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Barkley Evergreen & Partners Inc. | Barkley Evergreen & Partners Inc. | Barkley Evergreen & Partners Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Bass Pro, LLC | Bass Pro, LLC | Bass Pro, LLC is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| BDO LLC | BDO LLC | BDO LLC is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Beazley | Beazley | Beazley is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Beazley Group | Beazley Group | Beazley Group is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Benefit Street Partners | Benefit Street Partners | Benefit Street Partners is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bennett Jones LLP | Bennett Jones LLP | Bennett Jones LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Blake, Cassels & Graydon LLP | Blake, Cassels & Graydon LLP | Blake, Cassels & Graydon LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Bob Evans Farms LLC | Bob Evans Farms LLC | Bob Evans Farms LLC is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Bryan Cave, LLP | Bryan Cave, LLP | Bryan Cave, LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Canadian Imperial Bank (of Commerce) | Canadian Imperial Bank (of Commerce) | Canadian Imperial Bank (of Commerce) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Capital One | Capital One | Capital One is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Cassels Brock & Blackwell LLP | Cassels Brock & Blackwell LLP | Cassels Brock & Blackwell LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Chubb | Chubb | Chubb is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Chubb Group of Insurance Companies | Chubb Group of Insurance Companies | Chubb Group of Insurance Companies is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| CIFC Asset Management LLC | CIFC Asset Management LLC | CIFC Asset Management LLC is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citibank, N.A. | Citibank, N.A. | Citibank, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citibank, N.A. | Citibank, N.A. | Citibank, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Citizens Bank | Citizens Bank | Citizens Bank is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| City of Huntsville, TX | City of Huntsville, TX | City of Huntsville, TX is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| City of Marion, OH | City of Marion, OH | City of Marion, OH is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| City of Seattle | City of Seattle | City of Seattle is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| CNA | CNA | CNA is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Cognizant Technology Solutions US Corp. | Cognizant Technology Solutions US Corp. | Cognizant Technology Solutions US Corp. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Comcast | Comcast | Comcast is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Commerce Bank | Commerce Bank | Commerce Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Consolidated Edison Company of New York, Inc. | Consolidated Edison Company of New York, Inc. | Consolidated Edison Company of New York, Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Constancy Brooks Smith & Prophete LLP | Constancy Brooks Smith & Prophete LLP | Constancy Brooks Smith & Prophete LLP is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Constellation NewEnergy, Inc. | Constellation NewEnergy, Inc. | Constellation NewEnergy, Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Credit Suisse Asset Management | Credit Suisse Asset Management | Credit Suisse Asset Management is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Credit Suisse Asset Management, LLC | Credit Suisse Asset Management, LLC | Credit Suisse Asset Management, LLC is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Damac II, Inc. | Damac II, Inc. | Damac II, Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Directv | Directv | Directv is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Duke Energy | Duke Energy | Duke Energy is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Duke Energy Carolinas, LLC | Duke Energy Carolinas, LLC | Duke Energy Carolinas, LLC is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Duke Energy Ohio, Inc. | Duke Energy Ohio, Inc. | Duke Energy Ohio, Inc. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Duke Energy Progress, LLC | Duke Energy Progress, LLC | Duke Energy Progress, LLC is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| El Paso Water Utilities | El Paso Water Utilities | El Paso Water Utilities is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Ernst & Young LLP | Ernst & Young LLP | Ernst & Young LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Eversource Energy | Eversource Energy | Eversource Energy is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Fairpoint Communications | Fairpoint Communications | Fairpoint Communications is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Federal Insurance Company | Federal Insurance Company | Federal Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Fedex | Fedex | Fedex is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Fidelity Bank | Fidelity Bank | Fidelity Bank is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Fifth Third Bank | Fifth Third Bank | Fifth Third Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| First Commonwealth Bank | First Commonwealth Bank | First Commonwealth Bank is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| First National Bank | First National Bank | First National Bank is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| First Real Est Invstmnt Trust | First Real Est Invstmnt Trust | First Real Est Invstmnt Trust is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| First State Bank | First State Bank | First State Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| First Tennessee Bank | First Tennessee Bank | First Tennessee Bank is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Five Arrows Managers North America | Five Arrows Managers North America | Five Arrows Managers North America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Florida Power & Light Company | Florida Power & Light Company | Florida Power & Light Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Focus Brands Inc. | Focus Brands Inc. | Focus Brands Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Foley & Lardner LLP | Foley & Lardner LLP | Foley & Lardner LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Fox Rothschild LLP | Fox Rothschild LLP | Fox Rothschild LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Frontier Communications | Frontier Communications | Frontier Communications is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Frost Bank | Frost Bank | Frost Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Generali | Generali | Generali is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Georgia Power Company | Georgia Power Company | Georgia Power Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Golub Capital | Golub Capital | Golub Capital is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Goodwill Industries of SE WI, Inc. | Goodwill Industries of SE WI, Inc. | Goodwill Industries of SE WI, Inc. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Google Inc. | Google Inc. | Google Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| H & R Block | H & R Block | H & R Block is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| H.I.G. Whitehorse Capital | H.I.G. Whitehorse Capital | H.I.G. Whitehorse Capital is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| H.I.G. Whitehorse Capital, LLC | H.I.G. Whitehorse Capital, LLC | H.I.G. Whitehorse Capital, LLC is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Harris Bank | Harris Bank | Harris Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Hawaiian Electric Company (HECO) | Hawaiian Electric Company (HECO) | Hawaiian Electric Company (HECO) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Hinshaw & Culbertson LLP | Hinshaw & Culbertson LLP | Hinshaw & Culbertson LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Huntington National Bank | Huntington National Bank | Huntington National Bank is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Imperial Irrigation District, CA | Imperial Irrigation District, CA | Imperial Irrigation District, CA is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| International SOS | International SOS | International SOS is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| JLT Specialty | JLT Specialty | JLT Specialty is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Jones Day | Jones Day | Jones Day is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| JPMorgan Chase Bank | JPMorgan Chase Bank | JPMorgan Chase Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Kansas City Power & Light Co. | Kansas City Power & Light Co. | Kansas City Power & Light Co. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Kansas Gas Service | Kansas Gas Service | Kansas Gas Service is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Key Bank | Key Bank | Key Bank is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Kim & Chang | Kim & Chang | Kim & Chang is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Kramer Levin | Kramer Levin | Kramer Levin is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Level 3 Communications, LLC | Level 3 Communications, LLC | Level 3 Communications, LLC is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lewis Brisbois Bisgaard & Smith LLP | Lewis Brisbois Bisgaard & Smith LLP | Lewis Brisbois Bisgaard & Smith LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lexington Insurance Company | Lexington Insurance Company | Lexington Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Liberty Mutual | Liberty Mutual | Liberty Mutual is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Littler Mendelson | Littler Mendelson | Littler Mendelson is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lockton | Lockton | Lockton is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Los Angeles Dept of Water & Power | Los Angeles Dept of Water & Power | Los Angeles Dept of Water & Power is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Lux Accessories Ltd. | Lux Accessories Ltd. | Lux Accessories Ltd. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Manufacturers & Traders Trust Co. | Manufacturers & Traders Trust Co. | Manufacturers & Traders Trust Co. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Maples & Calder | Maples & Calder | Maples & Calder is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Marsh | Marsh | Marsh is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Martha Stewart Living Omnimedia Inc. | Martha Stewart Living Omnimedia Inc. | Martha Stewart Living Omnimedia Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| McGuire Woods LLP | McGuire Woods LLP | McGuire Woods LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Media News Group | Media News Group | Media News Group is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Medstar LLC | Medstar LLC | Medstar LLC is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Miami-Dade Water and Sewer Dept | Miami-Dade Water and Sewer Dept | Miami-Dade Water and Sewer Dept is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Mitsui | Mitsui | Mitsui is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| MJX Asset Management | MJX Asset Management | MJX Asset Management is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Morgan Stanley Senior Funding | Morgan Stanley Senior Funding | Morgan Stanley Senior Funding is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| National Grid | National Grid | National Grid is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| National Union Fire Insurance | National Union Fire Insurance | National Union Fire Insurance is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| National Union Fire Insurance Co. (AIG) | National Union Fire Insurance Co. (AIG) | National Union Fire Insurance Co. (AIG) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| National Union Fire Insurance Company of Pittsburgh PA | National Union Fire Insurance Company of Pittsburgh PA | National Union Fire Insurance Company of Pittsburgh PA is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Nationwide | Nationwide | Nationwide is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Navigators Insurance Company | Navigators Insurance Company | Navigators Insurance Company is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| New York State Electric and Gas | New York State Electric and Gas | New York State Electric and Gas is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Pacific Gas & Electric | Pacific Gas & Electric | Pacific Gas & Electric is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| PGIM Real Estate | PGIM Real Estate | PGIM Real Estate is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Piedmont Natural Gas | Piedmont Natural Gas | Piedmont Natural Gas is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| PNC Bank | PNC Bank | PNC Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Polsinelli P.C. | Polsinelli P.C. | Polsinelli P.C. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Prime Clerk | Prime Clerk | Prime Clerk is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Providence Equity Partners LLC | Providence Equity Partners LLC | Providence Equity Partners LLC is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Province, Inc. | Province, Inc. | Province, Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Puerto Rico Electric Power Authority | Puerto Rico Electric Power Authority | Puerto Rico Electric Power Authority is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Regions Bank | Regions Bank | Regions Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Republic Services | Republic Services | Republic Services is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| RG&E - Rochester Gas & Electric | RG&E - Rochester Gas & Electric | RG&E - Rochester Gas & Electric is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| RLI Insurance Company | RLI Insurance Company | RLI Insurance Company is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Royal Bank of Canada | Royal Bank of Canada | Royal Bank of Canada is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| RSA | RSA | RSA is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Salesforce.Com Inc. | Salesforce.Com Inc. | Salesforce.Com Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Salt River Project Agricultural Improvement and Power District | Salt River Project Agricultural Improvement and Power District | Salt River Project Agricultural Improvement and Power District is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Santander Bank | Santander Bank | Santander Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Shopko Stores Operating Co LLC | Shopko Stores Operating Co LLC | Shopko Stores Operating Co LLC is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Simon Property Group, Inc. | Simon Property Group, Inc. | Simon Property Group, Inc. is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Skechers USA Inc. | Skechers USA Inc. | Skechers USA Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Southern California Gas (The Gas Co.) | Southern California Gas (The Gas Co.) | Southern California Gas (The Gas Co.) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Sprint | Sprint | Sprint is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Stroock & Stroock & Lavan | Stroock & Stroock & Lavan | Stroock & Stroock & Lavan is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Tampa Electric Company, Credit Department | Tampa Electric Company, Credit Department | Tampa Electric Company, Credit Department is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Tangoe | Tangoe | Tangoe is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Taylor English Duma LLP | Taylor English Duma LLP | Taylor English Duma LLP is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| TD Bank | TD Bank | TD Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| The Hongkong and Shanghai Banking Corporation Limited (HSBC) | The Hongkong and Shanghai Banking Corporation Limited (HSBC) | The Hongkong and Shanghai Banking Corporation Limited (HSBC) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Time Warner Cable | Time Warner Cable | Time Warner Cable is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Toronto Dominion Bank | Toronto Dominion Bank | Toronto Dominion Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Travelers Casualty & Surety Company of America | Travelers Casualty & Surety Company of America | Travelers Casualty & Surety Company of America is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| U.S. Bank National Association | U.S. Bank National Association | U.S. Bank National Association is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| US Bank | US Bank | US Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| US Bank NA | US Bank NA | US Bank NA is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| UMB Bank | UMB Bank | UMB Bank is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| UMB Bank, N.A. | UMB Bank, N.A. | UMB Bank, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Union Bank | Union Bank | Union Bank is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Verizon | Verizon | Verizon is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Verizon Wireless | Verizon Wireless | Verizon Wireless is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Vero Insurance | Vero Insurance | Vero Insurance is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Washington Prime Group Inc. | Washington Prime Group Inc. | Washington Prime Group Inc. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Wells Fargo Bank, National Association | Wells Fargo Bank, National Association | Wells Fargo Bank, National Association is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wendy's (Hobart) | Wendy's (Hobart) | Wendy's (Hobart) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Wendy's (Valparaiso) | Wendy's (Valparaiso) | Wendy's (Valparaiso) is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Westchester Fire Insurance Co (ACE) | Westchester Fire Insurance Co (ACE) | Westchester Fire Insurance Co (ACE) is a former client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Windstream | Windstream | Windstream is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| XL Insurance | XL Insurance | XL Insurance is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |
| Zurich | Zurich | Zurich is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |

| Party in Interest Searched | Entity With Which FTI Has a Connection | Nature of Connection |
|---|---|---|
| Zurich American Ins. Co. | Zurich American Ins. Co. | Zurich American Ins. Co. is a current client of one or more business units of FTI in matters unrelated to the Debtors and these Chapter 11 Cases. |