**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date**: June 20, 2019 |
| | ) | **Hearing Time**: 11:00 a.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

**AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JUNE 20, 2019**

Time of Hearing:   11:00 a.m. (Central Time)

Location of Hearing:   United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, 7th floor, North Courtroom, 111 S. 10th Street, St. Louis, Missouri 63102

**I.   Adjourned Matters**

1. ***Debtors' Motion to Reject Certain Executory Contracts and Unexpired Leases -*** Debtors' First Omnibus Motion to Reject Executory Contracts and Unexpired Leases and Abandon Certain De Minimis Assets in Connection Therewith [Docket No. 302]

    **Status**: The hearing as to the objection of ESRT 159 Broadway LLC [Docket Nos. 632 and 636] is adjourned until July 17, 2019 at 10:00 a.m. (Central Time).

    **Objection Deadline**: March 21, 2019.

    **Related Documents**: Notice of Hearing [Docket No. 626]

    **Objections Received**: Objection of ESRT 159 Broadway LLC to Debtors' First Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases and Abandon Certain De Minimis Assets in Connection Therewith [Docket Nos. 632 and 636]

**II.     Matters Going Forward**

1. *Motion to Compel* – Motion of 1604 Chestnut Associates LP to Compel the Debtors to Immediately Pay Post-Petition Lease Obligations as Allowed Administrative Expenses Pursuant to 11 U.S.C. §§ 365 and 503(b) [Docket No. 913]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: The objection deadline has been extended until June 18, 2019 pursuant to an agreement between the parties.

   **Related Documents**: N/A

   **Objections Received**: None to date

2. *Motion for Relief from Stay* - Emergency Motion for Relief from Automatic Stay [Docket No. 610]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: April 16, 2019

   **Related Documents**: Reply Memorandum in Support of Emergency Motion for Relief from Automatic Stay; Declaration of Tarek Abdel-Aleem in Support [Docket No. 916]

   **Objections Received**: Debtors' Opposition to the Emergency Motion for Relief from Automatic Stay [Docket No. 847]

3. *Debtors' Motion to Extend Exclusivity Period* – Debtors' Motion Seeking Entry of an Order Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1108]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: June 13, 2019

   **Related Documents**: Notice of Hearing [Docket No. 1109]

   **Objections Received**: None to date

4. *Deloitte & Touche LLP Retention Application* – Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP to Provide Accounting Services to the Debtors and Debtors in Possession Nunc Pro Tunc to April 18, 2019 [Docket No. 1180]

    **Status**:  The hearing on this matter is going forward.

    **Objection Deadline**:  June 17, 2019

    **Related Documents**:  Debtors' Motion for Entry of an Order (I) Scheduling an Expedited Hearing, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 1181]

    Notice of Hearing [Docket No. 1182]

    **Objections Received**: None to date

5. ***FTI Consulting, Inc. Retention Application*** – Application of the Debtors, Acting at the Direction of the Independent Managers, for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 327, Fed. R. Bankr. P. 2014, and Local Rule 2014 Authorizing the Employment of FTI Consulting, Inc. as Financial Advisor to the Debtors' Independent Managers Nunc Pro Tunc to May 7, 2019 [Docket No. 1107]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**:  June 13, 2019

   **Related Documents**:  Notice of Hearing [Docket No. 1109]

   Amended Declaration of Matthew Diaz in Support of the Application of the Debtors, Acting at the Direction of the Independent Managers, for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 327, Fed. R. Bankr. P. 2014, and Local Rule 2014 Authorizing the Employment of FTI Consulting, Inc. as Financial Advisor to the Debtors' Independent Managers Nunc Pro Tunc to May 7, 2019 [Docket No. 1169]

   **Objections Received**: None to date

6. ***UCC 2004 Motion*** – Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Rules 2004 and 9016 Authorizing the Issuance of Document Requests, Notices, or Subpoenas for the Production of Documents and Deposition of Witnesses from the Debtors and Alden Global Capital, LLC [Docket No. 1056]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**:  June 17, 2019

   **Related Documents**:  Notice of Hearing [Docket No. 1060]

Reply to Objection to Motion of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Rules 2004 and 9016 Authorizing the Issuance of Document Requests, Notices, or Subpoenas for the Production of Documents and Deposition of Witnesses from the Debtors and Alden Global Capital LLC [Docket No. 1247]

**Objections Received**: Objection of the Special Committee to the Official Committee of Unsecured Creditors' Motion for Authorizing the Issuance of Document Requests, Notices, or Subpoenas for the Production of Documents and Deposition of Witnesses from the Debtors and Alden Global Capital, LLC [Docket No 1220]

Dated:  June 18, 2019
       St. Louis, Missouri

/s/    *Richard W. Engel, Jr.*
Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
Email:  rengel@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com
Email:  jwillard@armstrongteasdale.com

-and-

Ira Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  idizengoff@akingump.com
Email:  mlahaie@akingump.com
Email:  kzuzolo@akingump.com

- and -

Julie Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email:  julie.thompson@akingump.com

*Counsel to the Debtors and Debtors in Possession*