# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| In re:<br><br>PAYLESS HOLDINGS, LLC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-40883-659<br><br>Jointly Administered |
|---|---|

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, **Gillian N. Brown**, (**"Movant"**) move to be admitted pro hac vice to the bar of this Court for the purpose of representing the Official Committee of Unsecured Creditors (the **"Committee"**) in the instant matter. In support of this motion, I submit the following information as required by Rule 12.01(F):

a. Full name of the movant-attorney;
   **Gillian N. Brown**

b. Address and telephone number of the movant-attorney;
   **Pachulski Stang Ziehl & Jones LLP**
   **10100 Santa Monica Blvd., 13t Floor**
   **Los Angeles, CA 90067**
   **(310) 277-6910**

c. Name of the firm or letterhead under which the movant practices;
   **Pachulski Stang Ziehl & Jones LLP**

d. Name of the law school(s) movant attended and the date(s) of graduation therefrom;
   **University of California at Berkeley School of Law (May 1999) (J.D.)**

e. State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any;
**State of California Bar 1999 No. 205132**
**District of Columbia Bar 2008 No. 979289**
**State of New York 2010 Bar No. 4813275**
**State of Texas 2018 Bar No. 24108209**

f. Movant is a member in good standing of all bars of which movant is a member and that movant is not under suspension or disbarment from any bar;
**I am a member in good standing of all bars of which I am a member and am not under suspension or disbarment from any bar.**

g. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.
**I do not reside in the Eastern District of Missouri, am not employed in the Eastern District of Missouri, and am not regularly engaged in the practice of law in the Eastern District of Missouri.**

[Remainder of page left intentionally blank]

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: July 9, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Gillian N. Brown*
Gillian N. Brown, Esq.
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910

*Co-Counsel for the Official Committee of Unsecured Creditors*

Respectfully Submitted,

/s/ Matthew S. Layfield
_____
POLSINELLI PC
Matthew S. Layfield, Esq.
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
Telephone: (314) 889-8000

Nicholas A. Griebel, Esq.
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
Telephone: (314) 889-8000

*Co-Counsel for the Official Committee of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP

Robert J. Feinstein, Esq.
Bradford J. Sandler, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700

Jeffrey N. Pomerantz, Esq.
Ira D. Kharasch, Esq.
Alan J. Kornfeld, Esq.
Shirley S. Cho, Esq.
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100
Telephone: (310) 227-6910
*Co-Counsel for the Official Committee of Unsecured Creditors*