**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date**: July 17, 2019 |
| | ) | **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

**AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JULY 17, 2019**

Time of Hearing:   10:00 a.m. (Central Time)

Location of Hearing:   United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, 7th floor, North Courtroom, 111 S. 10th Street, St. Louis, Missouri 63102

### I. Adjourned Matters

1. ***Motion for Relief from Stay*** – Motion of Christian V. Siriano and Christian Siriano Holdings, LLC for Entry of an Order Granting Relief from the Automatic Stay [Docket No. 953]

   **Status**: The hearing is adjourned until September 4, 2019 at 10:00 a.m. (Central Time).

   **Objection Deadline**: April 16, 2019

   **Related Documents**: Notice of Hearing [Docket No. 954]

   **Objections Received**: Debtors' Objection to Motion of Christian V. Siriano and Christian Siriano Holdings, LLC for Entry of an Order Granting Relief from Automatic Stay [Docket No. 1058]

## II. Matters Going Forward

### Matters Related to the July Debtors

1. ***Motion to Expedite*** – Debtors' Motion for Entry of an Order (I) Scheduling an Expedited Hearing, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 1308]

    **Status**: The hearing on this matter is going forward.

    **Objection Deadline**: July 15, 2019

    **Related Documents**: Notice of Hearing [Docket No. 1309]

    **Objections Received**: None to date

2. ***Joint Administration Motion*** – Debtors' Motion Seeking Entry of an Order (I) Directing Supplemental Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 1304]

    **Status**: The hearing on this matter is going forward.

    **Objection Deadline**: July 15, 2019

    **Related Documents**: Supplemental Declaration of Stephen Marotta in Support of Chapter 11 Petitions of the July Debtors [Docket No. 1305]

    Debtors' Motion for Entry of an Order (I) Scheduling an Expedited Hearing, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 1308]

    Notice of Hearing [Docket No. 1309]

    **Objections Received**: None to date

3. ***Deeming Motion*** – Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code for an Order Directing that Certain Orders in the Chapter 11 Cases of Payless Holdings LLC, et al. Be Made Applicable to the July Debtors in Subsequently Filed Cases [Docket No. 1306]

    **Status**: The hearing on this matter is going forward.

    **Objection Deadline**: July 15, 2019

    **Related Documents**: Supplemental Declaration of Stephen Marotta in Support of Chapter 11 Petitions of the July Debtors [Docket No. 1305]

Debtors' Motion for Entry of an Order (I) Scheduling an Expedited Hearing, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 1308]

Notice of Hearing [Docket No. 1309]

**Objections Received**: None to date

4. *Supplemental Bar Date Motion* – Debtors' Motion for an Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof Solely with Respect to the July Debtors [Docket No. 1307]

    **Status**:  The hearing on this matter is going forward.

    **Objection Deadline**:  July 15, 2019

    **Related Documents**:  Supplemental Declaration of Stephen Marotta in Support of Chapter 11 Petitions of the July Debtors [Docket No. 1305]

    Debtors' Motion for Entry of an Order (I) Scheduling an Expedited Hearing, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 1308]

    Notice of Hearing [Docket No. 1309]

    **Objections Received**: None to date

**Miscellaneous Matters**

5. *Debtors' Motion to Reject Certain Executory Contracts and Unexpired Leases* - Debtors' First Omnibus Motion to Reject Executory Contracts and Unexpired Leases and Abandon Certain De Minimis Assets in Connection Therewith [Docket No. 302]

    **Status**:  The hearing as to the objection of ESRT 159 Broadway LLC [Docket Nos. 632 and 636] is going forward.

    **Objection Deadline**:  March 21, 2019

    **Related Documents**:  Notice of Hearing [Docket No. 626]

    **Objections Received**: Objection of ESRT 159 Broadway LLC to Debtors' First Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases and Abandon Certain De Minimis Assets in Connection Therewith [Docket Nos. 632 and 636]

6. *Motion for Relief from Stay* - Emergency Motion for Relief from Automatic Stay

[Docket No. 610]

**Status**: The hearing on this matter is going forward.

**Objection Deadline**: April 16, 2019

**Related Documents**: Reply Memorandum in Support of Emergency Motion for Relief from Automatic Stay; Declaration of Tarek Abdel-Aleem in Support [Docket No. 916]

**Objections Received**: Debtors' Opposition to the Emergency Motion for Relief from Automatic Stay [Docket No. 847]

7. ***Motion for Relief from Stay*** **-** Motion for Relief from Automatic Stay [Docket No. 613]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: July 10, 2019

   **Related Documents**: Notice of Hearing [Docket No. 1157]

   **Objections Received**: Debtors' Opposition to the Motion for Relief from Automatic Stay [Docket No. 1316]

8. ***Compromise and Settlement Motion*** – Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Entry of an Order Approving Compromise and Settlement between Debtor Payless ShoeSource Worldwide, Inc. and Shawnee County, Kansas [Docket No. 1287]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: July 10, 2019

   **Related Documents**: Notice of Hearing [Docket No. 1289]

   **Objections Received**: None to date

9. ***Motion to Enforce Automatic Stay*** – Debtors' Motion Pursuant to 11 U.S.C. §362 to Enforce the Automatic Stay [Docket No. 1288]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: July 10, 2019

   **Related Documents**: Notice of Hearing [Docket No. 1289]

   **Objections Received**: None to date

10. *Motion for Protective Order* – Debtors' Motion, Acting at the Direction of the Special Committee, for Entry of an Order Approving Confidentiality Agreement and Protective Order [Docket No. 1284]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**:  July 10, 2019

   **Related Documents**:  Notice of Hearing [Docket No. 1286]

   **Objections Received**: None to date

11. *Gowling WLG Retention Application* – Application Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014 for Authorization to Employ and Retain Gowling WLG as Canadian Counsel for the Official Committee of Unsecured Creditors Effective May 6, 2019 [Docket No. 1143]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**:  July 10, 2019

   **Related Documents**:   Notice of Hearing [Docket No. 1144]

   Supplemental Declaration of E. Patrick Shea in Support of Application Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 2014 for Authorization to Employ and Retain Gowling WLG as Canadian Counsel for the Official Committee of Unsecured Creditors Effective May 6, 2019 [Docket No. 1293]

   **Objections Received**: None to date

**Fee Applications**

12. *Armstrong Teasdale Fee Application* – First Interim Fee Application of Armstrong Teasdale LLP, Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation of Professional Services Rendered and for Reimbursement of Actual Expenses Incurred for the Period of February 18, 2019 through and Including May 31, 2019 [Docket No. 1235]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**:  July 3, 2019

   **Related Documents**:

      Supplemental Certification of Richard W. Engel, Jr. to the First Interim Fee Application of Armstrong Teasdale LLP, Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual Expenses Incurred for the Period of February 18, 2019 through and Including May 31, 2019 [Docket No. 1282]

      **Objections Received**: None to date

13. *Akin Gump Fee Application* – First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation of Professional Services Rendered and for Reimbursement of Actual Expenses Incurred for the Period of February 18, 2019 Through and Including May 31, 2019 [Docket No. 1241]

    **Status**:  The hearing on this matter is going forward.

    **Objection Deadline**:  July 3, 2019

    **Related Documents**:  None

    **Objections Received**: None to date. Akin Gump has received informal comments from the Office of the United States Trustee and intends to submit a revised form of proposed order to address such comments.

14. *Seward & Kissel Fee Application* – First Interim Fee Application of Seward & Kissel LLP, Counsel for the Debtors, Acting at the Direction of the Independent Managers, for Allowance of Compensation of Professional Services Rendered and for Reimbursement of Actual Expenses Incurred for the Period of February 18, 2019 Through and Including May 31, 2019 [Docket No. 1310]

    **Status**:  The hearing on this matter is going forward.

    **Objection Deadline**:  July 3, 2019

    **Related Documents**:  None

    **Objections Received**: None to date

15. *Malfitano Advisors Fee Application* – First Interim Fee Application of Malfitano Advisors, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Asset Disposition Advisor and Consultant for the Debtors for the Period from February 18, 2019 through May 31, 2019 [Docket No. 1236]

    **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**: July 3, 2019

   **Related Documents**:  None

   **Objections Received**: None to date

16. *Reevemark Fee Application* – First Interim Application of Reevemark, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Corporate Communications Consultants to the Debtors from February 18, 2019 through May 31, 2019 [Docket No. 1238]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**: July 3, 2019

   **Related Documents**:  None

   **Objections Received**: None to date

17. *Ernst & Young Fee Application* – First Interim Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses for the Period from February 18, 2019 through May 31, 2019 [Docket No. 1243]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**: July 3, 2019

   **Related Documents**:  None

   **Objections Received**: None to date

18. *Polsinelli Fee Application* – First Interim Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Local Counsel to the Official Committee of Unsecured Creditors for the Period from March 4, 2019 to May 31, 2019 [Docket No. 1239]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**: July 3, 2019

   **Related Documents**:  None

   **Objections Received**: None to date

19. *Pachulski Stang Ziehl & Jones Fee Application* – First Quarterly Application of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services

Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period from March 4, 2019 through May 31, 2019 [Docket No. 1242]

**Status**:  The hearing on this matter is going forward.

**Objection Deadline**:  July 3, 2019

**Related Documents**:  None

**Objections Received**: None to date

20. ***Province Fee Application*** – First Interim Application of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period March 4, 2019 through May 31, 2019 [Docket No. 1240]

**Status**:  The hearing on this matter is going forward.

**Objection Deadline**:  July 3, 2019

**Related Documents**:  None

**Objections Received**: None to date

*[remainder of this page intentionally left blank]*

Dated:  July 15, 2019
      St. Louis, Missouri

/s/   Richard W. Engel, Jr.
Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
Email:  rengel@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com
Email:  jwillard@armstrongteasdale.com

-and-

Ira Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  idizengoff@akingump.com
Email:  mlahaie@akingump.com
Email:  kzuzolo@akingump.com

- and -

Julie Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email:  julie.thompson@akingump.com

*Counsel to the Debtors and Debtors in Possession and Proposed Counsel to the July Debtors*