**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 19-40883-659 |
| | ) Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Hearing Date**: August 7, 2019 |
| | ) **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) **Hearing Location**: Courtroom 7 North |

**AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON AUGUST 7, 2019**

Time of Hearing:     10:00 a.m. (Central Time)

Location of Hearing: United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, 7th floor, North Courtroom, 111 S. 10th Street, St. Louis, Missouri 63102

**I.   Adjourned Matters**

1. ***Debtors' Motion to Reject Certain Executory Contracts and Unexpired Leases*** - Debtors' First Omnibus Motion to Reject Executory Contracts and Unexpired Leases and Abandon Certain De Minimis Assets in Connection Therewith [Docket No. 302]

   **Status**: The hearing as to the objection of ESRT 159 Broadway LLC [Docket Nos. 632 and 636] is adjourned until September 4, 2019 at 10:00 a.m. (Central Time).

   **Objection Deadline**: March 21, 2019

   **Related Documents**: Notice of Hearing [Docket No. 626]

   **Objections Received**: Objection of ESRT 159 Broadway LLC to Debtors' First Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases and Abandon Certain De Minimis Assets in Connection Therewith [Docket Nos. 632 and 636]

**II.  Matters Going Forward**

1. ***PJ Solomon Fee Application*** – First Interim Fee Application of PJ Solomon for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Investment Banker for the Debtors for the Period from February 18,

2019 through May 31, 2019 [Docket No. 1302]

**Status**:  The hearing on this matter is going forward.

**Objection Deadline**:  July 24, 2019

**Related Documents**:  None

**Objections Received**: None to date

2. *Sale Motion –* Debtors' Motion for Entry of an Order Approving the Sale of Certain Assets Free and Clear of All Liens, Claims, Encumbrances and Interests [Docket No. 1346]

**Status**:  The hearing on this matter is going forward.

**Objection Deadline**:  July 31, 2019

**Related Documents**:  None

**Objections Received**: None to date

*[remainder of this page intentionally left blank]*

Dated: August 6, 2019
St. Louis, Missouri

/s/   *Richard W. Engel, Jr.*
Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
Email:  rengel@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com
Email:  jwillard@armstrongteasdale.com

-and-

Ira Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  idizengoff@akingump.com
Email:  mlahaie@akingump.com
Email:  kzuzolo@akingump.com

- and -

Julie Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email:  julie.thompson@akingump.com

*Counsel to the Debtors and Debtors in Possession*