**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No. 19-40883-659 |
| ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | **Hearing Date**: September 4, 2019 |
| ) | **Hearing Time**: 10:00 a.m. (Central Time) |
| ) | **Hearing Location**: Courtroom 7 North |

**AMENDED AGENDA OF MATTERS
SCHEDULED FOR HEARING ON SEPTEMBER 4, 2019**

Time of Hearing:    10:00 a.m. (Central Time)

Location of Hearing:  United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, 7th floor, North Courtroom, 111 S. 10th Street, St. Louis, Missouri 63102

**I.    Adjourned Matters**

1.   ***Motion for Relief from Stay*** – Motion of Christian V. Siriano and Christian Siriano Holdings, LLC for Entry of an Order Granting Relief from the Automatic Stay [Docket No. 953]

   **Status**:  The hearing is adjourned until October 21, 2019 at 10:00 a.m. (Central Time).

   **Objection Deadline**:  April 16, 2019

   **Related Documents**:  Notice of Hearing [Docket No. 954]

   **Objections Received**: Debtors' Objection to Motion of Christian V. Siriano and Christian Siriano Holdings, LLC for Entry of an Order Granting Relief from Automatic Stay [Docket No. 1058]

**II.   Matters Going Forward**

1.   ***Debtors' Motion to Reject Certain Executory Contracts and Unexpired Leases*** - Debtors' First Omnibus Motion to Reject Executory Contracts and Unexpired Leases and Abandon Certain De Minimis Assets in Connection Therewith [Docket No. 302]

**Status**: The hearing as to the objection of ESRT 159 Broadway LLC [Docket Nos. 632 and 636] is going forward.

**Objection Deadline**: March 21, 2019

**Related Documents**: Notice of Hearing [Docket No. 626]

**Objections Received**: Objection of ESRT 159 Broadway LLC to Debtors' First Omnibus Motion to Reject Certain Executory Contracts and Unexpired Leases and Abandon Certain De Minimis Assets in Connection Therewith [Docket Nos. 632 and 636]

2. *Prime Clerk Fee Application* – First Interim Fee Application of Prime Clerk LLC, as Administrative Advisor for the Debtors and Debtors in Possession, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period February 18, 2019 through May 31, 2019 [Docket No. 1336]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: August 21, 2019

   **Related Documents**: N/A

   **Objections Received**: None to date

3. *Back Bay Management Corporation and Dr. Israel Shaked Retention Application* – Application of the Official Committee of Unsecured Creditors for Entry of an Order under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of Back Bay Management Corporation and its Division, the Michel-Shaked Group, as Expert Consultant and Dr. Israel Shaked as Expert Witness *Nunc Pro Tunc* to July 30, 2019 [Docket No. 1433]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: August 28, 2019

   **Related Documents**: N/A

   **Responses Received**:

   Statement of the Debtors Regarding the Application of the Official Committee of Unsecured Creditors for Entry of an Order under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of Back Bay Management Corporation and its Division, the Michel-Shaked Group, as Expert Consultant and Dr. Israel Shaked as Expert Witness *Nunc Pro Tunc* to July 30, 2019 [Docket No. 1524]

   Objection of the Ad Hoc Group of Pre-Petition Term Loan Lenders to the Entry

      of an Order Authorizing the Retention of Back Bay Management Corporation [Docket No. 1525]

      Omnibus Reply in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and FED. R. BANKR. P. 2014(a) Authorizing Retention of Back Bay Management Corporation and Its Division, the Michel-Shaked Group, as Expert Consultant and Dr. Israel Shaked as Expert Witness Nunc Pro Tunc to July 30, 2019 [Docket No. 1541]

      Declaration of Bradley M. Orelowitz in Support of Reply in Support of Application of the Official Committee of Unsecured Creditors for Entry of an Order Under 11 U.S.C. Sections 1103(a) and 328(a) and Fed. R. Bankr. P. 2014 (a) Authorizing Retention of Back Bay Management Corporation and its Division, the Michel-Shaked Group, as Expert Consultant and Dr. Israel Shaked as Expert Witness Nunc Pro Tunc to July 30, 2019 [Docket No. 1542]

4. ***Second Exclusivity Motion*** – Debtors' Motion Seeking Entry of an Order Extending their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 1469]

      **Status**:  The hearing on this matter is going forward.

      **Objection Deadline**:  August 28, 2019

      **Related Documents**:  N/A

      **Objections Received**: None to date

5. ***Second Motion for Extension of Time*** – Debtors' Motion for Entry of a Second Order (I) Extending the Time to File Notices of Removal of Civil Actions and (II) Granting Related Relief [Docket No. 1470]

      **Status**:  The hearing on this matter is going forward.

      **Objection Deadline**:  August 28, 2019

      **Related Documents**: N/A

      **Objections Received**: None to date

6. ***Motion to Expedite Hearing on Motion to Approve LatAm Stipulation*** – Debtors' Motion for Entry of an Order (I) Scheduling an Expedited Hearing on Motion Filed by the Debtors, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 1537]

      **Status**:  The hearing on this matter is going forward.

**Objection Deadline**:  September 3, 2019 at 12:00 p.m. (Central Time)

**Related Documents**: N/A

**Objections Received**: None to date

7. ***Motion to Approve LatAm Stipulation*** - Debtors' Motion for Entry of an Order Approving Stipulation by and Among the Debtors, Payless Shoesource BVI Holdings, LTD., Capital & Advice Inc., Cortland Products Corp., The Ad Hoc Group of Term Loan Lenders, AXAR Capital Management on its Own Behalf and Certain Other Parties, and Alden Global Capital, LLC on its Own Behalf and Certain Other Parties Regarding Interim Financing for the Debtors' LatAm Business [Docket No. 1536]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**:  September 3, 2019 at 12:00 p.m. (Central Time)

   **Related Documents**: Debtors' Motion for Entry of an Order (I) Scheduling an Expedited Hearing on Motion Filed by the Debtors, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief [Docket No. 1537]

   **Objections Received**:  Limited Opposition of Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order Approving Stipulation by and Among the Debtors, Payless Shoesource BVI Holdings, LTD., Capital & Advice Inc., Cortland Products Corp., The Ad Hoc Group of Term Loan Lenders, AXAR Capital Management on its Own Behalf and Certain Other Parties, and Alden Global Capital, LLC on its Own Behalf and Certain Other Parties Regarding Interim Financing for the Debtors' LatAm Business [Docket No. 1545]

*[Remainder of this page intentionally left blank]*

Dated: September 3, 2019
St. Louis, Missouri

/s/   *Richard W. Engel, Jr.*
Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
Email:  rengel@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com
Email:  jwillard@armstrongteasdale.com

-and-

Ira Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  idizengoff@akingump.com
Email:  mlahaie@akingump.com
Email:  kzuzolo@akingump.com

- and -

Julie Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email:  julie.thompson@akingump.com

*Counsel to the Debtors and Debtors in Possession*