# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 19-40883-659 |
| | ) Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Hearing Date: September 18, 2019 |
| | ) Hearing Time: 9:00 a.m. (Central Time) |
| | ) Hearing Location: Courtroom 7 North |

## NOTICE OF ADJOURNMENT AND CONTINUANCE OF DISCLOSURE STATEMENT HEARING

PLEASE TAKE NOTICE that the hearing on the following:

- *Disclosure Statement for First Amended Joint Plan of Reorganization of Payless Holdings LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1528] (as may be amended, supplemented, or modified, the "Disclosure Statement") and

- *Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement; (II) Establishing Dates and Deadlines Related to Confirmation of the Plan; (III) Approving Certain Procedures for Soliciting and Tabulating the Votes on, and for Objecting to, the Plan; (IV) Scheduling a Hearing on Confirmation of the Plan; (V) Approving the Manner and Form of the Various Notices and Documents Thereto; and (VI) Granting Related Relief* [Docket No. 1461]

(collectively, the "Matters")

originally scheduled for September 11, 2019 at 10:00 a.m. (Central Time), **is adjourned and continued to September 18, 2019 at 9:00 a.m. (Central Time)** in Courtroom 7 North of the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102.

**WARNING: THESE MATTERS SEEK AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU DO NOT WANT THE COURT TO GRANT RELIEF REQUESTED THEREIN, YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING. IF YOU OR YOUR ATTORNEY DOES NOT ATTEND THE HEARING, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN.**

**IF YOU OPPOSE THE MATTERS AND HAVE NOT REACHED AN AGREEMENT PRIOR TO THE HEARING, YOU MUST ATTEND THE HEARING. THE TIME, DATE, AND LOCATION OF THE HEARING ARE SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MATTERS AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

*[remainder of this page intentionally left blank]*

Dated:  September 9, 2019
       St. Louis, Missouri

/s/  *Richard W. Engel, Jr.*
Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
rengel@armstrongteasdale.com
eedelman@armstrongteasdale.com
jwillard@armstrongteasdale.com

-and-

Ira Dizengoff (*admitted pro hac vice*)
Meredith A. Lahaie (*admitted pro hac vice*)
Kevin Zuzolo (*admitted pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
mlahaie@akingump.com
kzuzolo@akingump.com

- and -

Julie Thompson (*admitted pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K. Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
julie.thompson@akingump.com

-and-

David Staber (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800

    Facsimile: (214) 969-4343
    dstaber@akingump.com

*Counsel to the Debtors and Debtors in Possession*

-and-

John R. Ashmead (admitted *pro hac vice*)
Robert J. Gayda (admitted *pro hac vice*)
Catherine V. LoTempio (admitted *pro hac vice*)
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
ashmead@sewkis.com
gayda@sewkis.com
lotempio@sewkis.com

*Counsel to the Debtors and Debtors in Possession, acting at the direction of the Special Committee*

2