**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Case No. 19-40883-659 |
| | ) Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Hearing Date**: November 6, 2019 |
| | ) **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) **Hearing Location**: Courtroom 7 North |

**AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 6, 2019**

Time of Hearing:   10:00 a.m. (Central Time)

Location of Hearing:   United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, 7th floor, North Courtroom, 111 S. 10th Street, St. Louis, Missouri 63102

**I.   Adjourned Matters**

1. ***UCC's Motion to Authorize*** – Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute Certain Lien Challenge Claims on Behalf of the Bankruptcy Estates [Docket No. 1488]

    **Status**:  The hearing on this matter is adjourned to December 11, 2019

    **Objection Deadline**:  September 4, 2019

    **Related Documents**:

    Notice of Adjournment and Continuance of Hearing [Docket No. 1564];

    Notice of Adjournment and Continuance of Hearing [Docket No. 1735]

    **Objections Received**: None to date

2. ***UCC's Objection to Certain Stipulations*** – Official Committee of Unsecured Creditors' (I) Objection to Certain Stipulations, Representations, and Waivers in Favor of Prepetition Term Loan Credit Parties Pursuant to Final Financing Orders and (II) Objection to the Claims Asserted by the Prepetition Term Loan Credit Parties Against the Debtors [Docket No. 1490]

**Status**: The hearing on this matter is adjourned to December 11, 2019

**Objection Deadline**: September 4, 2019

**Related Documents**:

Notice of Adjournment and Continuance of Hearing [Docket No. 1564];

Notice of Adjournment and Continuance of Hearing [Docket No. 1735]

**Objections Received**: None to date

II. <u>**Matters Going Forward**</u>

1. **A status conference will be held on November 6, 2019 at 10:00 A.M. (Central time) in Courtroom 7 North.**

Dated: November 5, 2019
St. Louis, Missouri

/s/   Richard W. Engel, Jr.
Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
Email:  rengel@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com
Email:  jwillard@armstrongteasdale.com

-and-

Ira Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  idizengoff@akingump.com
Email:  mlahaie@akingump.com
Email:  kzuzolo@akingump.com

- and -

Julie Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email:  julie.thompson@akingump.com

*Counsel to the Debtors and Debtors in Possession*