**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date**: January 8, 2020 |
| | ) | **Hearing Time**: 10:00 a.m. (Central Time) |
| | ) | **Hearing Location**: Courtroom 7 North |

**AGENDA OF MATTERS
SCHEDULED FOR HEARING ON JANUARY 8, 2020**

Time of Hearing:    10:00 a.m. (Central Time)

Location of Hearing:   United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton Federal Building, 7th floor, North Courtroom, 111 S. 10th Street, St. Louis, Missouri 63102

**I.    Adjourned Matters**

1.  ***UCC's Motion to Authorize*** – Motion of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Committee to Prosecute Certain Lien Challenge Claims on Behalf of the Bankruptcy Estates [Docket No. 1488]

    **Status**: The hearing on this matter is adjourned to February 5, 2020.

    **Objection Deadline**: September 4, 2019

    **Related Documents**:

    Notice of Adjournment and Continuance of Hearing [Docket No. 1564];

    Notice of Adjournment and Continuance of Hearing [Docket No. 1735];

    Notice of Adjournment and Continuance of Hearing [Docket No. 1779];

    Notice of Adjournment and Continuance of Hearing [Docket No. 1828]

    **Objections Received**: None to date

2.  ***UCC's Objection to Certain Stipulations*** – Official Committee of Unsecured Creditors' (I) Objection to Certain Stipulations, Representations, and Waivers in

Favor of Prepetition Term Loan Credit Parties Pursuant to Final Financing Orders and (II) Objection to the Claims Asserted by the Prepetition Term Loan Credit Parties Against the Debtors [Docket No. 1490]

**Status**: The hearing on this matter is adjourned to February 5, 2020.

**Objection Deadline**: September 4, 2019

**Related Documents**:

Notice of Adjournment and Continuance of Hearing [Docket No. 1564];

Notice of Adjournment and Continuance of Hearing [Docket No. 1735];

Notice of Adjournment and Continuance of Hearing [Docket No. 1779];

Notice of Adjournment and Continuance of Hearing [Docket No. 1828]

**Objections Received**: None to date

## II. Matters Going Forward

3. ***Armstrong Teasdale LLP Fee Application*** – Second Interim Fee Application of Armstrong Teasdale LLP, Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation of Professional Services Rendered and for Reimbursement of Actual Expenses Incurred for the Period of June 1, 2019 through and Including November 30, 2019 [Docket No. 1783]

    **Status**: The hearing on this matter is going forward.

    **Objection Deadline**: January 1, 2020

    **Related Documents**:

    Notice of Hearing [Docket No. 1803]

    **Objections Received**: None to date

4. ***Malfitano Advisors Fee Application*** – Final Application of Malfitano Advisors, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Asset Disposition Advisor and Consultant for the Debtors for the Period from February 18, 2019 through November 30, 2019 [Docket No. 1784]

    **Status**: The hearing on this matter is going forward.

    **Objection Deadline**: January 1, 2020

**Related Documents**:

Notice of Hearing [Docket No. 1803]

**Objections Received**: None to date

5. ***Ernst & Young Fee Application*** – Second Interim Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses for the Period from June 1, 2019 through September 30, 2019 [Docket No. 1801]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**:  January 1, 2020

   **Related Documents**:

   Notice of Hearing [Docket No. 1803]

   **Objections Received**: None to date

6. ***Deloitte & Touche Fee Application*** – First Interim Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accounting Services Provider to the Debtor for the Period from April 18, 2019 through October 31, 2019 [Docket No. 1795]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**:  January 1, 2020

   **Related Documents**:

   Notice of Hearing [Docket No. 1803]

   **Objections Received**: None to date

7. ***PJ Solomon Fee Application*** – Second Interim Application of PJ Solomon for Allowance of Compensation Earned and Reimbursement of Expenses Incurred as Investment Banker for the Debtors and Debtors in Possession for the Period from July 1, 2019 to and including November 30, 2019 [Docket No. 1796]

   **Status**:  The hearing on this matter is going forward.

   **Objection Deadline**:  January 1, 2020

   **Related Documents**:

   Notice of Hearing [Docket No. 1803]

**Objections Received**: None to date

8. *A&G Realty Partners Fee Application* – First and Final Fee Application of A&G Realty Partners, LLC for Compensation for Services Rendered as Real Estate Consultant and Advisor to the Debtors for the Period from February 18, 2019 through November 18, 2019 [Docket No. 1775]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: January 1, 2020

   **Related Documents**:

   Notice of Hearing [Docket No. 1803]

   **Objections Received**: None to date

9. *Seward & Kissel Fee Application* – Second Interim Fee Application of Seward & Kissel LLP, Counsel for the Debtors, Acting at the Direction of the Independent Managers, for Allowance of Compensation of Professional Services Rendered and for Reimbursement of Actual Expenses Incurred for the Period of June 1, 2019 Through and Including September 30, 2019 [Docket No. 1794]

   **Status**: The hearing on this matter is going forward.

   **Objection Deadline**: January 1, 2020

   **Related Documents**: None

   **Objections Received**: None to date

10. *FTI Consulting Fee Application* – First Interim Fee Statement of FTI Consulting, Inc. for Compensation Earned and Expenses Incurred for the Period from May 7, 2019 through September 30, 2019 [Docket No. 1800]

    **Status**: The hearing on this matter is going forward.

    **Objection Deadline**: January 1, 2020

    **Related Documents**:

    Notice of Hearing [Docket No. 1803]

    **Objections Received**: None to date

11. ***Polsinelli Fee Application*** – Second Interim Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Local Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2019 to November 30, 2019 [Docket No. 1790]

    **Status**:  The hearing on this matter is going forward.

    **Objection Deadline**:  January 1, 2020

    **Related Documents**:

    Exhibit A to Fee Application [Docket No. 1791]

    Notice of Hearing [Docket No. 1793]

    **Objections Received**: None to date

12. ***Pachulski Stang Ziehl & Jones Fee Application*** **–** Second Quarterly Application of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period from June 1, 2019 through October 31, 2019 [Docket No. 1787]

    **Status**:  The hearing on this matter is going forward.

    **Objection Deadline**:  January 1, 2020

    **Related Documents**:

    Notice of Hearing [Docket No. 1793]

    **Objections Received**: None to date

13. ***Province Fee Application*** – Second Interim Application of Province, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period June 1, 2019 through October 31, 2019 [Docket No. 1792]

    **Status**:  The hearing on this matter is going forward.

    **Objection Deadline**:  January 1, 2020

    **Related Documents**:

    Notice of Hearing [Docket No. 1793]

    **Objections Received**: None to date

14. *Gowling WLG Fee Application* – First and Final Application of Gowling WLG for Allowance of Compensation for Services Rendered and Reimbursement of Expenses incurred as Canadian Counsel for the Official Committee of Unsecured Creditors Debtors for the Period from June 13, 2019 through November 13, 2019 [Docket No. 1788]

    **Status**: The hearing on this matter is going forward.

    **Objection Deadline**: January 1, 2020

    **Related Documents**:

    Notice of Hearing [Docket No. 1793]

    **Objections Received**: None to date

15. *Back Bay Management Fee Application* – First and Final Application of Back Bay Management Corporation and Its Division, the Michel-Shaked Group, as Expert Consultant and Dr. Israel Shaked as Expert Witness for the Official Committee of Unsecured Creditors, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred for the Period from July 30, 2019 through September 12, 2019 [Docket No. 1789]

    **Status**: The hearing on this matter is going forward.

    **Objection Deadline**: January 1, 2020

    **Related Documents**:

    Notice of Hearing [Docket No. 1793]

    **Objections Received**: None to date

Dated: January 6, 2020
St. Louis, Missouri

/s/  *Richard W. Engel, Jr.*
Richard W. Engel, Jr. MO 34641
Erin M. Edelman MO 67374
John G. Willard MO 67049
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile: (314) 612-2239
Email:  rengel@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com
Email:  jwillard@armstrongteasdale.com

-and-

Ira Dizengoff (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email:  idizengoff@akingump.com
Email:  mlahaie@akingump.com
Email:  kzuzolo@akingump.com

- and -

Julie Thompson (admitted *pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2001 K. Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email:  julie.thompson@akingump.com

*Counsel to the Debtors and Debtors in Possession*