**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | Chapter 11 |
| PAYLESS HOLDINGS LLC, *et al.*, | ) | |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

    I, Exmelihn Reyes, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

    On January 10, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A:**

- Notice of Entry of Order Confirming the Second Amended Joint Plan of Reorganization of Payless Holdings LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code as Modified on October 23, 2019

Dated: January 13, 2020

                                                                                 Exmelihn Reyes

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 13, 2020, by Exmelihn Reyes, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

                                                    LIZ SANTODOMINGO
                                        Notary Public, State of New York
                                             No. 01SA6301250
                                        Qualified in New York County
                                     Commission Expires April 14, 2018 22

SRF 38805

**<u>Exhibit A</u>**

Case 19-40883    Doc 1840    Filed 01/13/20    Entered 01/13/20 18:00:22    Main Document
Pg 2 of 3

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | City | State | PostalCode |
|---|---|---|---|---|---|
| 7523729 | GUZMAN, ELSIE | Redacted | Redacted | Redacted | Redacted |
| 7549366 | TATE, KI'ARA | Redacted | Redacted | Redacted | Redacted |