**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 19-40883-659 |
| | ) | Chapter 11 |
| Payless Holdings LLC, *et al*., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LISTS AND ECF**

**PLEASE TAKE NOTICE** that the undersigned attorney (admitted *pro hac vice*) has appeared as counsel for creditor and interested party 1604 Chestnut Associates LP in the above-captioned bankruptcy case.

**TAKE FURTHER NOTICE** that the undersigned now withdraws his appearance. The undersigned counsel certifies that there is no controversy currently pending before the Court and that 1604 Chestnut Associates LP consents to this withdrawal as counsel.

**TAKE FURTHER NOTICE** that the undersigned requests to be removed from all service lists, the mailing matrix, and the Court's electronic notice (ECF) system in this matter.

Respectfully submitted,

Dated:  February 27, 2020    By: /s/ Edmond M. George
Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Telephone: (215) 665-3140
Facsimile: (215) 665-3165
E-mail: edmond.george@obermayer.com

OMC\4850-5022-4566.v1-2/26/20